UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKMAN,
an individual

    Plaintiff,                                   CASE NO: 1:19-cv-00227-AW-GRJ

v.

UNIVERSITY OF FLORIDA
a Florida municipal corporation,

    Defendant.
_____/

**PLAINTIFF, SARAH DIEKMAN'S**
**INITIAL RULE 26 DISCLOSURES**

    Plaintiff, SARAH DIEKMAN, pursuant to the Federal Rules of Civil Procedure, by and through his undersigned attorney and hereby files its initial disclosures:

**I.**     **Rule 26(a)(1)(A)(i): Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

    a.)    Plaintiff, Sarah Diekman c/o Andrew J. Salzman, Esq.
            *Knowledge of allegations within the Complaint.*

    b.)    Dr. Jacqueline Hobbs
            c/o Alexander DeGance Barnett
            1500 Riverside Avenue
            Jacksonville, Florida 32204
            *Dr. Hobbs was the Plaintiff's program director. He has knowledge of Plaintiff's academic performance, clinical performance, allegations, investigations, academic dismissal, and appeals.*

    c.)    Dr. Robert Averbuch
            c/o Alexander DeGance Barnett
            1500 Riverside Avenue
            Jacksonville, Florida 32204
            *Dr. Averbuch was Plaintiff's assistant program director. He has knowledge concerning Plaintiff's academic and clinical performance. Plaintiff makes allegations concerning Dr. Averbuch.*

d.) Dr. Regina Bussing
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Dr. Bussing was the Chair of Plaintiff's program. She has knowledge concerning Plaintiff's academic performance, clinical performance, allegations, and appeal.*

e.) Dr. Ana Turner
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Dr. Turner has knowledge concerning Plaintiff's clinical performance, academic performance, allegations of discrimination and alleged reporting of discrimination.*

f.) Dorothy McCallister
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Ms. McCallister has knowledge concerning Plaintiff's academic performance and clinical performance.*

g.) Dr. Joseph Thornton
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Dr. Thornton has knowledge concerning Plaintiff's academic and clinical performance.*

h.) Dr. Richard Holbert
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Dr. Holbert has knowledge concerning Plaintiff's academic and clinical performance.*

i.) Dr. Stephen Welch
c/o Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, Florida 32204
*Dr. Welch has knowledge concerning Plaintiff's academic and clinical performance.*

j.)     Dr. Almari Ginory
Last known contact information:
8828 SW 11th Ave
Gainesville, FL 32607
305-301-7040
*Dr. Ginory has knowledge concerning Plaintiff's academic and clinical performance.*

k.)     Ken Osfield
Last known contact information:
5203 NW 64th Lane
Gainesville, FL 32653
352-284-7324
352-373-7273
*Mr. Osfield has knowledge concerning Plaintiff's allegations of discrimination, investigations, and alleged reporting of discrimination.*

l.)     Dr. Michael Good
Last known contact information:
8926 SW 44th Ln
Gainesville, FL 32608
*Dr. Good was Dean of the UF College of Medicine during Plaintiff's time at UF. Dr. Good may have knowledge concerning Plaintiff's appeal.*

m.)     Dr. Lisa Dixon
Last known contact information:
7077 SW 93rd Ave.
Gainesville, FL 32608
352-283-1301
*Dr. Dixon was the Associate Dean for Graduate Medical Education during Plaintiff's time with UF. Dr. Dixon has knowledge concerning Plaintiff's academic performance, clinical performance, allegations, and appeal.*

n.)     Dr. Sang Chang
Last known contact information:
2951 SW 35th Pl. Apt. 143
Gainesville, FL 32608
352-278-7745
*Dr. Sang has knowledge concerning Plaintiff's academic performance and clinical performance. Dr. Sang also has knowledge concerning Plaintiff's alleged discrimination.*

o.) Dr. Tonia Werner
Last known contact information:
16903 NW 78th Ave
Alachua, FL 32615
*Dr. Werner was an attending who may have knowledge concerning Plaintiff's clinical performance.*

p.) Cristin Hart
435 E 7th Ave, APT 1
Tallahassee, FL 32303-5601
*Ms. Hart may have knowledge concerning the investigation of allegations made by Plaintiff.*

q.) Other present and former employees of UF who may have knowledge relating to certain allegations in the Amended Complaint.

II. **Rule 26(a)(1)(A)(ii): Documents relevant to disputed facts alleged with particularity in the pleadings:**

a.) Documents and communications relating to the appeal of Plaintiff's academic dismissal

b.) Documents and communications relating to Plaintiff's clinical and academic performance

c.) Documents providing Plaintiff's courses taken, evaluations of clinical performance, and skills

d.) Documents and communications relating to Plaintiff's probation period

e.) Documents and communications relating to Plaintiff's academic dismissal

f.) Documents relating to Plaintiff's requests for accommodations

g.) Defendant's policies related to Procedure for Grievance, Suspension, Nonrenewal or Dismissal

h.) Plaintiff's EEOC Notice of Right to Sue and related documents, including and any documents submitted by Plaintiff to the EEOC and the University's statement in response to the EEOC charge

i.) Plaintiff reserves the right to amend as discovery progresses

III. **Rule 26(a)(1)(A)(iii):  Computation of damages:**

Will be provided

IV. **Rule 26(a)(1)(A)(iv):  Insurance Agreements:**

None

00455866.DOCX

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to **Mark G. Alexander, Esquire and David E. Chauncey Esquire** (mark.alexander@adblegal.com ; david.chauncey@adblegal.com) ALEXANDER DEGRANCE BARNETT, P.A., 1500 Riverside Avenue, Jacksonville, Florida 32204, on this __13__ day of March 2020.

_____
ANDREW J. SALZMAN, ESQUIRE
Fla. Bar #0603929
**UNICE SALZMAN JENSEN, P.A.**
CenterState Bank Building, Second Floor
1815 Little Road
Trinity, FL 34655
Phone: 727-723-3772 / Fax: 727-723-1421
Attorneys for Plaintiff
Primary E-mail:        service@unicesalzman.com
Secondary E-mail:   asalzman@unicesalzman.com
                                 cposs@unicesalzman.com