UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKIMAN,
an individual

    Plaintiff,

v.                                                                        Case No.: 1:19-cv-00227-AW-GRJ

UNIVERSITY OF FLORIDA
a Florida municipal corporation,

    Defendant.
_____/

**PLAINTIFF, SARAH DIEKMAN'S UNOPPOSED MOTION TO EXTEND DISCOVERY, WITNESS DISCLOSURE AND MOTION PRACTICE DEADLINES**

COMES NOW, Plaintiff, Sarah Diekman, by and through her undersigned counsel and hereby files this, Unopposed Motion to Extend Discovery, Witness Disclosure, and Motion Practice Deadlines and in support thereof states as follows:

1. The Parties are in the process of conducting discovery. A significant number of witnesses to be deposed are practicing doctors.

2. In light of the Coronavirus, the Plaintiff wishes to adjust the deadlines in order to adhere to the current restrictions concerning the Coronavirus and the availability of the witnesses.

3. Counsel for Plaintiff and Defendant have conferred, such that Defendant does not object to a sixty-day extension to be applied to all deadlines.

4. Plaintiff, Diekman hereby requests the entry of an order extending these deadlines by sixty days. This extension of deadlines will not impact the currently set pretrial conference and trial date.

<u>CERTIFICATE OF COMPLIANCE WITH NORTHERN DISTRICT LOCAL RULE 7.1(B)</u>

The undersigned hereby certifies he has conferred with counsel for the Defendant as to the extension of deadlines identified herein, and the requested relief is unopposed.

WHEREFORE, the Plaintiff Sarah Diekman requests that the instant Unopposed Motion to Extend Discovery, Witness Disclosure, and Motion Practice Deadlines be granted, and the deadlines referenced herein be extended by sixty days each, as well as any additional relief deemed just and proper.

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFTY** that a true and correct copy of the foregoing was served via electronic mail to **Mark G. Alexander, Esquire and David E. Chauncey, Esquire** ([mark.alexander@adblegal.com](mark.alexander@adblegal.com); [david.chauncey@adblegal.com](david.chauncey@adblegal.com)) ALEXANDER DEGRANCE BARNETT, P.A., 1500 Riverside Ave., Jacksonville, Florida 342204, and a true and correct copy of

00456943.DOCX

the foregoing was served by the Northern District of Florida CM/ECF filing system on all counsel of record on the Service List below on March 23, 2020.

/s/ Andrew J. Salzman
**ANDREW J. SALZMAN, ESQUIRE**
Florida Bar #603929 - asalzman@unicesalzman.com
**UNICE SALZMAN JENSEN, P.A.**
CenterState Bank Building, Second Floor
1815 Little Road
Trinity, Florida 34655
Phone (727)723 3772
Fax (727)723 1421
Attorney for Plaintiff, Sarah Diekman

## SERVICE LIST

Mark G. Alexander
Florida Bar Number: 434078
David E. Chauncey
Florida Bar Number: 0119497
**ALEXANDER DEGANCE BARNETT, P.A.**
1500 Riverside Ave.
Jacksonville, FL 32204
Telephone: (904) 345-3277
Facsimile: (904) 345-3294
E-mail:   mailbox@adblegal.com
          mark.alexander@adblegal.com
          david.chauncey@adblegal.com
*Attorneys for Defendant*