# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**SARAH DIEKMAN,**

    **Plaintiff,**

**v.**                                                        **Case No. 1:19-cv-227-AW-GRJ**

**UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, as the Public Body Corporate of UNIVERSITY OF FLORIDA,**

    **Defendant.**

_____/

## ORDER EXTENDING DEADLINES

Plaintiff's unopposed motion to extend certain deadlines, ECF No. 18, is GRANTED. The discovery, witness disclosure, and dispositive motion deadlines are extended by 60 days.

SO ORDERED on March 24, 2020.

                                                  /s/ *Allen Winsor*
                                                  United States District Judge