UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKMAN,    CASE NO. 1:19-cv-227-AW-GRJ

    Plaintiff,

vs.

THE UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, AS THE PUBLIC BODY
CORPORATE OF UNIVERSITY OF FLORIDA,

    Defendant.
_____/

# MEDIATION REPORT

The mediator files his report to the Court and advises that a mediation conference was held on August 27, 2020 at which the parties and attorneys of record appeared. The Court is further advised the parties were unable to reach an agreement and an impasse was declared.

Dated: September 1, 2020.

s/ *Thomas H. Bateman III*
Thomas H. Bateman III, Mediator
Fla. Bar No. 349781
Certified Circuit Civil Mediator No.
   21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720

Copies served via CM/ECF