UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKMAN,
    an individual

    Plaintiff,

v.                                    Case No.: 1:19-cv-00227-AW-GRJ

THE UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS, EXHIBITS, AND AFFIDAVITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant, the University of Florida Board of Trustees, hereby gives notice of filing the following documents in support of Defendant's Motion for Summary Judgment filed on September 4, 2020:

1.     June 17, 2020 Deposition of Plaintiff;

2.     June 19, 2020 Continued Deposition of Plaintiff;

3.     Exhibit No. 2 from Plaintiff's Deposition;

4.     Exhibit No. 3 from Plaintiff's Deposition;

5.     Exhibit No. 4 from Plaintiff's Deposition;

6.     Exhibit No. 5 from Plaintiff's Deposition;

{00382520 1}

7.   Exhibit No. 6 from Plaintiff's Deposition;

8.   Exhibit No. 7 from Plaintiff's Deposition;

9.   Exhibit No. 8 from Plaintiff's Deposition;

10.  Exhibit No. 9 from Plaintiff's Deposition;

11.  Exhibit No. 10 from Plaintiff's Deposition;

12.  Exhibit No. 11 from Plaintiff's Deposition;

13.  Exhibit No. 12 from Plaintiff's Deposition;

14.  Exhibit No. 13 from Plaintiff's Deposition;

15.  Exhibit No. 14 from Plaintiff's Deposition;

16.  Extract of Exhibit No. 15 from Plaintiff's Deposition;

17.  Extract of Exhibit No. 16 from Plaintiff's Deposition;

18.  Exhibit No. 17 from Plaintiff's Deposition;

19.  Exhibit No. 18 from Plaintiff's Deposition;

20.  Exhibit No. 19 from Plaintiff's Deposition;

21.  Exhibit No. 20 from Plaintiff's Deposition;

22.  Exhibit No. 21 from Plaintiff's Deposition;

23.  Exhibit No. 22 from Plaintiff's Deposition;

24.  Exhibit No. 23 from Plaintiff's Deposition;

25.  Exhibit No. 24 from Plaintiff's Deposition;

26.  Exhibit No. 27 from Plaintiff's Deposition;

27. Exhibit No. 28 from Plaintiff's Deposition;

28. Exhibit No. 30 from Plaintiff's Deposition;

29. Declaration of Dr. Lisa Dixon;

30. Declaration of Dr. Jacqueline Hobbs;

31. Declaration of Dr. Ken Osfield;

32. Declaration of Dr. Regina Bussing;

33. Declaration of Dr. Richard Holbert;

34. June 26, 2020 Deposition of Dr. San Kuo Chang;

35. June 25, 2020 Deposition of Dr. Joseph E. Thornton;

36. June 25, 2020 Deposition of Dr. Stephen Welch;

37. June 22, 2020 Deposition of Dr. Anna Turner;

38. June 23, 2020 Deposition of Dr. Robert Averbuch;

39. April 2, 2015 E-mail string re: rotation.

*Continued on next page*

Dated this ___ day of September, 2020.

        Respectfully submitted,

        ALEXANDER DEGANCE BARNETT P.A.

        By: _____
          Mark G. Alexander
          Florida Bar No. 434078
          E-mail: mark.alexander@adblegal.com
          David E. Chauncey
          Florida Bar No. 0119497
          E-mail: david.chauncey@adblegal.com
          E-mail: mailbox@adblegal.com
          1500 Riverside Avenue
          Jacksonville, FL 32204
          (904) 345-3277 Telephone
          (904) 345-3294 Facsimile

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September ___, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to all counsel of record.

_____
ATTORNEY