Exhibit 5

**Exhibit**

**4**

S. Diekman 6/17/2020

# PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - VISTA INPATIENT



**Sarah Jean Diekman**
7/1/2013 to 7/31/2013
**DPSY:PSY:ADULT VISTA NORTH 1**

| Evaluator |
| --- |
| **Khurshid Khurshid** |

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

## Medical Knowledge

**1**   1. The resident knows the neurobiological and psychological underpinnings of mental illness and applies this knowledge to patient care.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
| --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ |

**2**   2. The resident knows the diagnosis, prevalence, treatment, and prevention of psychiatric disorders most likely to affect psychiatric inpatients.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
| --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ |

**3**   3. Demonstrates knowledge of the psychopharmacologic treatment of mental illness, including the indications, contraindications, adverse effects, and drug interactions of medications, treatment algorithms, augmentation strategies, and combination therapies.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
| --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ |

**4**   4. Understands the indications for and limitations of psychological testing and neuropsychological testing in a psychiatric inpatient setting.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
| --- | --- | --- | --- | --- | --- |
| ○ | ○ | ◉ | ○ | ○ | ○ |

## Patient Care

**5**   1. Gathers accurate and complete information about their patients from multiple sources including the patient, the patient's family, friends, health care providers, and the patient's medical record.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
| --- | --- | --- | --- | --- | --- |
| ○ | ○ | ○ | ◉ | ○ | ○ |

UF/Diekman 000492

**6**

2. The resident can articulate a comprehensive biopsychosocial assessment and differential diagnosis that incorporates genetic predisposition, developmental issues, comorbid medical conditions, substance use and abuse, ethnic, cultural, and spiritual factors, economic issues, current relationships, and psychosocial stressors.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**7**

3. Makes informed decisions about diagnostic and therapeutic interventions based on patient information and preferences, up-to-date scientific evidence, and sound clinical judgment.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**8**

4. Understands the use of specific psychotherapeutic strategies appropriate for an inpatient setting, including supportive techniques, brief therapy, cognitive-behavioral interventions, group and family psychotherapy.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**9**

5. Is knowledgeable about electroconvulsive therapy (ECT) including appropriate patient selection, the indications, contraindications, and adverse effects of ECT, is able to educate patients and their families about the risks and benefits of, and alternatives to ECT, and understands the necessity of obtaining informed consent for the procedure.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |

**10**

6. Is competent in the management of agitated patients, including verbal and behavioral de-escalation techniques and psychopharmacologic interventions.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**11**

7. Utilizes psychotherapeutic techniques that can be helpful in an inpatient group setting, including goal-setting, relaxation strategies, developing & utilizing social support, crisis intervention and safety planning, reducing emotional lability, and cognitive reframing.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**12**

8. Is competent at selecting appropriate laboratory, radiographic, imaging, and encephalographic studies depending upon patient presentation.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**Interpersonal and Communication Skills**

**13**

1. Demonstrates effective communication skills with patients, their families, and other health care professionals.

UF/Diekman 000493

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| O | O | O | O | ✓ | O |

**14**

2. Demonstrates the ability to effectively communicate with various health care team members, and work as a member of that team.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| O | O | O | O | ✓ | O |

**15**

3. Creates and sustains a therapeutic and ethically sound relationship with patients, including the use of open and honest communication, the maintenance of empathy, and the establishment of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| O | O | O | ✓ | O | O |

**16**

4. Demonstrates proficiency in conveying sensitive information to patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| O | O | O | ✓ | O | O |

**17**

5. Maintains the medical record appropriately, including an admission history and physical examination, daily progress notes, consent forms, and a dictated discharge summary.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| O | O | O | ✓ | O | O |

### Professionalism

**18**

1. Demonstrates respect, compassion and integrity in all interactions with patients, families, team members, and other health care providers.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| O | O | O | O | ✓ | O |

**19**

2. Is accountable to patients, other health care providers, and to the medical profession, and is responsive to the needs of patients that supersedes self interest.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| O | O | O | ✓ | O | O |

**20**

3. Appreciates the ethical issues that may arise in an inpatient psychiatric setting including patient autonomy, involuntary treatment, decisional capacity to accept or refuse psychiatric care, informed consent, confidentiality of patient information, and the potential for violation of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| O | O | O | ✓ | O | O |

UF/Diekman 000494

**21** 4. Demonstrates sensitivity and responsiveness to patients regardless of cultural background, age, gender, or disabilities.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Practice Based Learning and Improvement

**22** 1. Uses information technology to support patient care decisions and patient education, including on-line literature searches, evidence based data, and other computer-based resources.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**23** 2. Is receptive to constructive feedback from attending physicians and senior residents in evaluating their own patient care practices, and uses this information to improve their clinical care of patients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**24** 3. The resident uses information technology to enhance their own education.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**25** 4. Applies knowledge of study design, statistical methods, and evidence-based medicine to the appraisal of clinical studies.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**26** 5. Facilitates the learning of younger residents, medical students, physician assistant students, and other health care professionals.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Systems-Based Practice

**27** 1. Works effectively with mental health professionals of other disciplines, and with physicians from other specialty services to provide patient focused care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**28** 2. Demonstrates an understanding of the mental health care system and available community resources, and uses this knowledge to facilitate discharge planning and the development of appropriate aftercare plans.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|

UF/Diekman 000495

**29**   3. Practices cost effective health care and resource allocation that does not compromise quality of patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**30**   4. Works collaboratively with other health care team members and strives to become the leader of the multidisciplinary team.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**31**   5. Prepares an adequate discharge summary and treatment plan for follow up care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

Overall Comments:

**Khurshid Khurshid** (Evaluator) signed and submitted this document on 8/12/2013 11:20:35 AM

Evaluation Submitted on 8/12/2013 11:20:35 AM EST.

[Exit](#)

---

## PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - VISTA INPATIENT



**Sarah Jean Diekman**
8/1/2013 to 8/31/2013
**DPSY:PSY:ADULT VISTA NORTH 2**

| | Evaluator |
|---|---|
| | **Tessy Moozhiyil Korah** |

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**   1. The resident knows the neurobiological and psychological underpinnings of mental illness and applies this knowledge to patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**2**   2. The resident knows the diagnosis, prevalence, treatment, and prevention of psychiatric disorders most likely to affect psychiatric inpatients.

UF/Diekman 000496

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

**3** 3. Demonstrates knowledge of the psychopharmacologic treatment of mental illness, including the indications, contraindications, adverse effects, and drug interactions of medications, treatment algorithms, augmentation strategies, and combination therapies.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ● | ○ | ○ |

**4** 4. Understands the indications for and limitations of psychological testing and neuropsychological testing in a psychiatric inpatient setting.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |

## Patient Care

**5** 1. Gathers accurate and complete information about their patients from multiple sources including the patient, the patient's family, friends, health care providers, and the patient's medical record.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |

**6** 2. The resident can articulate a comprehensive biopsychosocial assessment and differential diagnosis that incorporates genetic predisposition, developmental issues, comorbid medical conditions, substance use and abuse, ethnic, cultural, and spiritual factors, economic issues, current relationships, and psychosocial stressors.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |

**7** 3. Makes informed decisions about diagnostic and therapeutic interventions based on patient information and preferences, up-to-date scientific evidence, and sound clinical judgment.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |

**8** 4. Understands the use of specific psychotherapeutic strategies appropriate for an inpatient setting, including supportive techniques, brief therapy, cognitive-behavioral interventions, group and family psychotherapy.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |

**9** 5. Is knowledgeable about electroconvulsive therapy (ECT) including appropriate patient selection, the indications, contraindications, and adverse effects of ECT, is able to educate patients and their families about the risks and benefits of, and alternatives to ECT, and understands the necessity of obtaining informed consent for the procedure.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|

UF/Diekman 000497

○   ○   ○   ○   ✓   ○

**10**   6. Is competent in the management of agitated patients, including verbal and behavioral de-escalation techniques and psychopharmacologic interventions.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**11**   7. Utilizes psychotherapeutic techniques that can be helpful in an inpatient group setting, including goal-setting, relaxation strategies, developing & utilizing social support, crisis intervention and safety planning, reducing emotional lability, and cognitive reframing.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**12**   8. Is competent at selecting appropriate laboratory, radiographic, imaging, and encephalographic studies depending upon patient presentation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

## Interpersonal and Communication Skills

**13**   1. Demonstrates effective communication skills with patients, their families, and other health care professionals.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**14**   2. Demonstrates the ability to effectively communicate with various health care team members, and work as a member of that team.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**15**   3. Creates and sustains a therapeutic and ethically sound relationship with patients, including the use of open and honest communication, the maintenance of empathy, and the establishment of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**16**   4. Demonstrates proficiency in conveying sensitive information to patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**17**   5. Maintains the medical record appropriately, including an admission history and physical examination, daily progress notes, consent forms, and a dictated discharge summary.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very | 5 = |

UF/Diekman 000498

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

## Professionalism

**18** 1. Demonstrates respect, compassion and integrity in all interactions with patients, families, team members, and other health care providers.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**19** 2. Is accountable to patients, other health care providers, and to the medical profession, and is responsive to the needs of patients that supersedes self interest.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**20** 3. Appreciates the ethical issues that may arise in an inpatient psychiatric setting including patient autonomy, involuntary treatment, decisional capacity to accept or refuse psychiatric care, informed consent, confidentiality of patient information, and the potential for violation of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**21** 4. Demonstrates sensitivity and responsiveness to patients regardless of cultural background, age, gender, or disabilities.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

## Practice Based Learning and Improvement

**22** 1. Uses information technology to support patient care decisions and patient education, including on-line literature searches, evidence based data, and other computer-based resources.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**23** 2. Is receptive to constructive feedback from attending physicians and senior residents in evaluating their own patient care practices, and uses this information to improve their clinical care of patients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**24** 3. The resident uses information technology to enhance their own education.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ |

UF/Diekman 000499

**25**

4. Applies knowledge of study design, statistical methods, and evidence-based medicine to the appraisal of clinical studies.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**26**

5. Facilitates the learning of younger residents, medical students, physician assistant students, and other health care professionals.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

### Systems-Based Practice

**27**

1. Works effectively with mental health professionals of other disciplines, and with physicians from other specialty services to provide patient focused care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**28**

2. Demonstrates an understanding of the mental health care system and available community resources, and uses this knowledge to facilitate discharge planning and the development of appropriate aftercare plans.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**29**

3. Practices cost effective health care and resource allocation that does not compromise quality of patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**30**

4. Works collaboratively with other health care team members and strives to become the leader of the multidisciplinary team.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**31**

5. Prepares an adequate discharge summary and treatment plan for follow up care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

Overall Comments:
Sarah works hard and is excellent with substance abuse people , great interview style in a nonjudgemental way and gives them scientific evidence to educate and help to motivate to go for recovery program. She is very good with patients, families and also teach our students. I can see her growing with her knowledge each day. She is receptive to feed back. No major weakness.

**Tessy Korah** (Evaluator) signed and submitted this document on 9/8/2013 2:33:16 PM

Evaluation Submitted on 9/8/2013 2:33:16 PM EST.

UF/Diekman 000500

Exit

# PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - VA Geropsychiatry



**Sarah Jean Diekman**
9/1/2013 to 9/30/2013
**DPSY:PSY:VAGEROPSYCHIATRY**

Evaluator
**Uma Suryadevara**

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**    1. Demonstrates a solid knowledge base of medical illnesses found commonly comorbid in psychiatric inpatients.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**2**    2. Demonstrates a solid knowledge base of psychiatric disorders that typically occur in the elderly patient.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**3**    3. Demonstrates familiarity with the differential diagnosis and management of cognitive decline often seen in the degenerative disorders of the central nervous system.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**4**    4. The resident knows the patterns of normal ageing, and recognizes abnormal ageing processes.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**5**    5. The resident understands the unique pharmacokinetic and pharmacodynamic considerations encountered in the elderly patient, including drug interactions.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**6**    6. The resident knows the theory for the proposed mechanism of action of electroconvulsive therapy.

UF/Diekman 000501

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✓ | ○ | ○ | ○ |

## Patient Care

**7**  1. The resident uses all available data such as history, family information, chart data, physical and neurological examinations, and laboratory and imaging data to formulate a differential diagnosis and appropriate treatment plan.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**8**  2. Understands the utility of neuropsychological testing in assessing cognitive functioning in the elderly.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**9**  3. Demonstrates the ability to manage psychiatric disorders in the patient with comorbid medical conditions.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**10**  4. Recognizes medical conditions that commonly influence psychiatric symptoms such as HIV, AIDS, CNS lesions, and endocrine diseases.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**11**  5. Appropriately manages the patient who presents with poly-pharmacy induced psychiatric symptoms.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**12**  6. Knows the indications, contraindications, adverse effects, and the procedure for the administration of electroconvulsive therapy.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Interpersonal and Communication Skills

**13**  1. Communicates appropriately with consultants to aid in the diagnosis and management of medically complicated patients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

UF/Diekman 000502

**14**   2. Demonstrates the ability to work cooperatively as a member of a health care team.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**15**   3. Maintains comprehensive, timely, and legible medical records.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

### Professionalism

**16**   1. Demonstrates compassion, integrity and respect for patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**17**   2. Appropriately applies legal and ethical principles to patient care including informed consent, confidentiality, advanced directives, involuntary commitment, and the right to refuse treatment.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

### Practice-Based Learning and Improvement

**18**   1. Utilizes information technology to optimize the care of the patient.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**19**   2. Appropriately educates the patient, their family members, students, and other health care professionals without using medical jargon.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ✓ | ○ | ○ |

### Systems-Based Practice

**20**   1. Collaborates with team nurses, therapists, social workers, and other health care providers to enhance patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**21**   2. Advocates for quality patient care and cost-effective treatment.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ○ | ○ | ✓ | ○ |

UF/Diekman 000503

**22**  3. Prepares an adequate discharge summary and treatment plan for follow up care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

Overall Comments:
Dr. Diekman did a great job of learning with enthusiasm. Initially it was rough for her understanding the system that she never worked with and being an intern. She took feedback very graciously and improved a lot. She was very friendly and pleasant to work with. I will look forward to working with her again.

Evaluation Submitted on 10/9/2013 2:18:33 PM EST.

Exit

---

## PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - CONSULT LIAISON ROTATION

**Sarah Jean Diekman**
University Of Florida
10/1/2013 to 10/31/2013

Evaluator

**Joseph Thornton**

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**  Demonstrates comprehension of medical illnesses that often present with psychiatric symptoms, and psychiatric disorders presenting with medical symptoms.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**2**  2. Generates a complete DSM Axis I-V differential diagnosis on all patients evaluated.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

**3**  3. Demonstrates knowledge of suicidality, including epidemiology, risk factors, patient assessment, treatment, and prevention methods.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**4**  4. Demonstrates knowledge of the epidemiology, differential diagnosis, and treatment of aggression and agitation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|

UF/Diekman 000504

**5** 5. Understands the connection between psychiatric symptoms, and the treatment of medical and surgical conditions.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**6** 6. Demonstrates an understanding of the behavioral responses to medical illness.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Patient Care

**7** 1. The resident develops a therapeutic alliance with medically and surgically ill patients.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**8** 2. Knows the indications, contraindications, and adverse effects of electroconvulsive therapy.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | **N/A** |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**9** 3. Demonstrates mastery at obtaining a psychiatric history including a thorough cognitive evaluation, and performs a basic medical and neurologic examination.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**10** 4. Demonstrates mastery in formulating a biopsychosocial diagnosis from the information obtained in the history, chart review, mental status, and physical examination.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**11** 5. Is adept at selecting appropriate laboratory, radiographic, imaging, and encephalographic studies depending upon patient presentation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | **N/A** |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**12** 6. Demonstrates expertise at interpreting the results of laboratory, radiographic, imaging, and encephalographic tests.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | **N/A** |
|---|---|---|---|---|---|

UF/Diekman 000505

**13**  7. Demonstrates mastery at treating the disorders seen by a psychiatric consultant including somatoform disorders, delirium and dementia, substance-related disorders, and medical symptoms caused by medication side effects.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Interpersonal and Communication Skills

**14**  1. Demonstrates the ability to communicate with, and provide treatment recommendations to, other health care providers concerning psychiatric disorders commonly encountered by psychiatric consultants in a general hospital setting, clinic setting, and the emergency room.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**15**  2. Dictates and/or writes pertinent and useful consultation notes.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Professionalism

**16**  1. Demonstrates mastery of knowledge of legal and ethical issues involving patient care including confidentiality, informed consent, the right to refuse treatment, competency in health care decision making, advanced directives, voluntary and involuntary hospitalization, and is adept at managing these issues in the consult liaison setting.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**17**  2. Demonstrates respect, compassion, and acts with integrity when interacting with patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

## Practice-Based Learning and Improvement

**18**  1. Demonstrates proficiency in teaching other physicians, residents and medical students about psychiatric issues in the consult liaison setting.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**19**  2. Uses feedback from attending physicians and/or senior residents to improve their performance as a psychiatric consultant.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|

UF/Diekman 000506

**20**   3. Utilizes online medical resources and evidence based medicine to optimize patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

### Systems-Based Practice

**21**   1. Demonstrates mastery at working with physicians and other health care employees to provide optimal care for patients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

**22**   2. Demonstrates the ability to practice cost-effective health care and resource allocation that does not compromise quality of care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

**Overall Comments:**
Dr. Diekman is rated based on her level of training in the first half of her PG 1 year. She performed well during her rotation on the psychiatry consultation liaison service at the Veterans Hospital. She demonstrated professionalism and good work skills. She received very high reviews for her teaching for medical students. We were are able to observe during the rotation her growth and improvement in her ability to collect and organize information. I look forward to working with Dr. Diekman again.

Evaluation Submitted on 4/15/2014 9:01:52 AM EST.

[Exit](Exit)

---

## PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - VISTA INPATIENT



**Sarah Jean Diekman**
1/1/2014 to 1/31/2014
**DPSY:PSY:ADULT VISTA NORTH 1**

| Evaluator |
|-----------|
| **Khurshid Khurshid** |

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**   1. The resident knows the neurobiological and psychological underpinnings of mental illness and applies this knowledge to patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|

UF/Diekman 000507

○            ◉            ○            ○

**2**

2. The resident knows the diagnosis, prevalence, treatment, and prevention of psychiatric disorders most likely to affect psychiatric inpatients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**3**

3. Demonstrates knowledge of the psychopharmacologic treatment of mental illness, including the indications, contraindications, adverse effects, and drug interactions of medications, treatment algorithms, augmentation strategies, and combination therapies.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**4**

4. Understands the indications for and limitations of psychological testing and neuropsychological testing in a psychiatric inpatient setting.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

## Patient Care

**5**

1. Gathers accurate and complete information about their patients from multiple sources including the patient, the patient's family, friends, health care providers, and the patient's medical record.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**6**

2. The resident can articulate a comprehensive biopsychosocial assessment and differential diagnosis that incorporates genetic predisposition, developmental issues, comorbid medical conditions, substance use and abuse, ethnic, cultural, and spiritual factors, economic issues, current relationships, and psychosocial stressors.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**7**

3. Makes informed decisions about diagnostic and therapeutic interventions based on patient information and preferences, up-to-date scientific evidence, and sound clinical judgment.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**8**

4. Understands the use of specific psychotherapeutic strategies appropriate for an inpatient setting, including supportive techniques, brief therapy, cognitive-behavioral interventions, group and family psychotherapy.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ |

5. Is knowledgeable about electroconvulsive therapy (ECT) including appropriate patient selection, the

UF/Diekman 000508

**9**

indications, contraindications, and adverse effects of ECT, is able to educate patients and their families about the risks and benefits of, and alternatives to ECT, and understands the necessity of obtaining informed consent for the procedure.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**10**

6. Is competent in the management of agitated patients, including verbal and behavioral de-escalation techniques and psychopharmacologic interventions.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**11**

7. Utilizes psychotherapeutic techniques that can be helpful in an inpatient group setting, including goal-setting, relaxation strategies, developing & utilizing social support, crisis intervention and safety planning, reducing emotional lability, and cognitive reframing.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ |

**12**

8. Is competent at selecting appropriate laboratory, radiographic, imaging, and encephalographic studies depending upon patient presentation.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ◉ | ○ | ○ | ○ |

### Interpersonal and Communication Skills

**13**

1. Demonstrates effective communication skills with patients, their families, and other health care professionals.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ |

**14**

2. Demonstrates the ability to effectively communicate with various health care team members, and work as a member of that team.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ |

**15**

3. Creates and sustains a therapeutic and ethically sound relationship with patients, including the use of open and honest communication, the maintenance of empathy, and the establishment of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ◉ | ○ | ○ |

**16**

4. Demonstrates proficiency in conveying sensitive information to patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|

UF/Diekman 000509

|  |  |  | ✓ |  |  |
|---|---|---|---|---|---|

**17**

5. Maintains the medical record appropriately, including an admission history and physical examination, daily progress notes, consent forms, and a dictated discharge summary.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Professionalism

**18**

1. Demonstrates respect, compassion and integrity in all interactions with patients, families, team members, and other health care providers.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**19**

2. Is accountable to patients, other health care providers, and to the medical profession, and is responsive to the needs of patients that supersedes self interest.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**20**

3. Appreciates the ethical issues that may arise in an inpatient psychiatric setting including patient autonomy, involuntary treatment, decisional capacity to accept or refuse psychiatric care, informed consent, confidentiality of patient information, and the potential for violation of appropriate boundaries.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**21**

4. Demonstrates sensitivity and responsiveness to patients regardless of cultural background, age, gender, or disabilities.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Practice Based Learning and Improvement

**22**

1. Uses information technology to support patient care decisions and patient education, including on-line literature searches, evidence based data, and other computer-based resources.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**23**

2. Is receptive to constructive feedback from attending physicians and senior residents in evaluating their own patient care practices, and uses this information to improve their clinical care of patients.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ |

UF/Diekman 000510

**24**

3. The resident uses information technology to enhance their own education.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**25**

4. Applies knowledge of study design, statistical methods, and evidence-based medicine to the appraisal of clinical studies.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**26**

5. Facilitates the learning of younger residents, medical students, physician assistant students, and other health care professionals.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

### Systems-Based Practice

**27**

1. Works effectively with mental health professionals of other disciplines, and with physicians from other specialty services to provide patient focused care.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**28**

2. Demonstrates an understanding of the mental health care system and available community resources, and uses this knowledge to facilitate discharge planning and the development of appropriate aftercare plans.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**29**

3. Practices cost effective health care and resource allocation that does not compromise quality of patient care.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**30**

4. Works collaboratively with other health care team members and strives to become the leader of the multidisciplinary team.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

**31**

5. Prepares an adequate discharge summary and treatment plan for follow up care.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ● | ○ | ○ | ○ |

Overall Comments:

UF/Diekman 000511

Sara needs to work on prioritizing for better time management, working up and additional reading to grasp the conceptual understanding of diagnoses.

**Khurshid Khurshid** (Evaluator) signed and submitted this document on 2/9/2014 9:03:45 PM

Evaluation Submitted on 2/9/2014 9:03:45 PM EST.

Exit

---

## PRACTICE BASED EVALUATION DEPARTMENT OF PSYCHIATRY
## INTERNAL MEDICINE/FAMILY MEDICINE



**Sarah Jean Diekman**
2/1/2014 to 2/28/2014
**DPSY:PSY:AMBULATORY-VAMC**

Evaluator

**Steven Sims**

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation.  Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**  1. Demonstrates a solid knowledge base of general medical illness in adult and/or pediatric patients.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**2**  2. Is cognizant of medical disorders likely to present with psychiatric symptoms, and psychiatric disorders likely to present with medical symptoms.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**3**  3. Understands the appropriate use of laboratory, imaging, radiographic, and other diagnostic studies depending on patient presentation.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ |

**4**  4. Demonstrates the ability to read chest x-rays, interpret ECGs, and laboratory studies.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ |

### Patient Care

**5**  1. Demonstrates the ability to take a medical history and perform a physical examination.

| 1 = | 2 = | 3 = | **4 = Very** | 5 = |
|---|---|---|---|---|

UF/Diekman 000512

| Poor | Fair | Good | **Good** | Excellent | N/A |
|------|------|------|----------|-----------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

**6**

2. Can synthesize data from the history and physical findings along with the use of appropriate laboratory, imaging, radiographic, and other diagnostic studies in order to form a differential diagnosis and treatment plan.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ |

**7**

1. Demonstrates communication skills that enable the resident to elicit a through history and forge a therapeutic relationship

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

### Interpersonal and Communication Skills

**8**

2. Demonstrates a sound ability to communicate with patients, physicians and other health care staff members.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**9**

3. Maintains comprehensive, timely, and legible medical records.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

### Professionalism

**10**

1. Understands the basic tenets of ethics in medicine.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**11**

2. The resident dresses appropriately reflecting the professional role of the physician.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**12**

3. The resident is punctual and present for all assignments.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | **5 = Excellent** | N/A |
|----------|----------|----------|---------------|-------------------|-----|
| ○ | ○ | ○ | ○ | ✓ | ○ |

**13**

4. Keeps records up to date and signs off on charts in timely fashion.

| 1 = | 2 = | 3 = | 4 = Very | **5 =** | N/A |
|-----|-----|-----|----------|---------|-----|

UF/Diekman 000513

| | Poor | Fair | Good | Good | **Excellent** | |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ✓ | ○ |

**14**    5. Avoids banned abbreviations in medical records.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | **4 = Very<br>Good** | 5 =<br>Excellent | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ✓ | ○ | ○ |

### Practice-Based Learning and Improvement

**15**    1. Reads current scientific literature and medical texts germane to patient care.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | **4 = Very<br>Good** | 5 =<br>Excellent | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ✓ | ○ | ○ |

**16**    2. Applies evidenced based data to optimize patient care.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | **4 = Very<br>Good** | 5 =<br>Excellent | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ✓ | ○ | ○ |

**17**    3. The resident utilizes feedback from attending physicians and senior residents to identify their own strengths and knowledge deficiencies, and uses this information to improve their patient care.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | 4 = Very<br>Good | **5 =<br>Excellent** | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ✓ | ○ |

### Systems Based Practice

**18**    1. Works collaboratively as a member of the medical health care team.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | 4 = Very<br>Good | **5 =<br>Excellent** | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ✓ | ○ |

**19**    2. Uses available resources appropriately to enhance patient care and safety.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | 4 = Very<br>Good | **5 =<br>Excellent** | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ✓ | ○ |

**20**    3. Understands the role of ancillary staff such as respiratory therapists, physical therapists, occupational therapists, discharge planners, and social workers.

| | 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | 4 = Very<br>Good | **5 =<br>Excellent** | N/A |
|---|---|---|---|---|---|---|
| | ○ | ○ | ○ | ○ | ✓ | ○ |

### Systems-Based Practice

**21**    4. Adequately prepares a discharge summary and plan for follow up medical care.

UF/Diekman 000514

| 1 =<br>Poor | 2 =<br>Fair | 3 =<br>Good | 4 = Very<br>Good | 5 =<br>Excellent | | N/A |
| :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| ◯ | ◯ | ◯ | ◯ | ◯ | | ✓ |

**Overall Comments:**
Dr. Diekman has showed great progress over the course of the last year, notes and clinical skills all sharpening. The patients all responded nicely to her. The staff all enjoyed her presence.

Evaluation Submitted on 7/23/2014 9:20:42 AM EST.

Exit

---

# PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - CONSULT LIAISON ROTATION

**Sarah Jean Diekman**
University Of Florida
4/1/2014 to 4/30/2014

| Evaluator |
| :--- |
| **Joseph Thornton** |

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation.  Indicate N/A if not applicable or not observed.*

**Medical Knowledge**

**1**  Demonstrates comprehension of medical illnesses that often present with psychiatric symptoms, and psychiatric disorders presenting with medical symptoms.

| 1 =<br>Poor | 2 =<br>Fair | **3 =<br>Good** | 4 = Very<br>Good | 5 =<br>Excellent | N/A |
| :---: | :---: | :---: | :---: | :---: | :---: |
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**2**  2. Generates a complete DSM Axis I-V differential diagnosis on all patients evaluated.

| 1 =<br>Poor | 2 =<br>Fair | **3 =<br>Good** | 4 = Very<br>Good | 5 =<br>Excellent | N/A |
| :---: | :---: | :---: | :---: | :---: | :---: |
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**3**  3. Demonstrates knowledge of suicidality, including epidemiology, risk factors, patient assessment, treatment, and prevention methods.

| 1 =<br>Poor | 2 =<br>Fair | **3 =<br>Good** | 4 = Very<br>Good | 5 =<br>Excellent | N/A |
| :---: | :---: | :---: | :---: | :---: | :---: |
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

**4**  4. Demonstrates knowledge of the epidemiology, differential diagnosis, and treatment of aggression and agitation.

| 1 =<br>Poor | 2 =<br>Fair | **3 =<br>Good** | 4 = Very<br>Good | 5 =<br>Excellent | N/A |
| :---: | :---: | :---: | :---: | :---: | :---: |
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ |

UF/Diekman 000515

**5**

5. Understands the connection between psychiatric symptoms, and the treatment of medical and surgical conditions.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**6**

6. Demonstrates an understanding of the behavioral responses to medical illness.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

## Patient Care

**7**

1. The resident develops a therapeutic alliance with medically and surgically ill patients.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ✅ | ⭕ | ⭕ |

**8**

2. Knows the indications, contraindications, and adverse effects of electroconvulsive therapy.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | **N/A** |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ✅ |

**9**

3. Demonstrates mastery at obtaining a psychiatric history including a thorough cognitive evaluation, and performs a basic medical and neurologic examination.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**10**

4. Demonstrates mastery in formulating a biopsychosocial diagnosis from the information obtained in the history, chart review, mental status, and physical examination.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ |

**11**

5. Is adept at selecting appropriate laboratory, radiographic, imaging, and encephalographic studies depending upon patient presentation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | **N/A** |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ✅ |

**12**

6. Demonstrates expertise at interpreting the results of laboratory, radiographic, imaging, and encephalographic tests.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

UF/Diekman 000516

**13** 7. Demonstrates mastery at treating the disorders seen by a psychiatric consultant including somatoform disorders, delirium and dementia, substance-related disorders, and medical symptoms caused by medication side effects.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ |

## Interpersonal and Communication Skills

**14** 1. Demonstrates the ability to communicate with, and provide treatment recommendations to, other health care providers concerning psychiatric disorders commonly encountered by psychiatric consultants in a general hospital setting, clinic setting, and the emergency room.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ○ |

**15** 2. Dictates and/or writes pertinent and useful consultation notes.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ○ |

## Professionalism

**16** 1. Demonstrates mastery of knowledge of legal and ethical issues involving patient care including confidentiality, informed consent, the right to refuse treatment, competency in health care decision making, advanced directives, voluntary and involuntary hospitalization, and is adept at managing these issues in the consult liaison setting.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ |

**17** 2. Demonstrates respect, compassion, and acts with integrity when interacting with patients and their families.

| 1 = Poor | 2 = Fair | 3 = Good | **4 = Very Good** | 5 = Excellent | N/A |
|----------|----------|----------|-------------------|---------------|-----|
| ○ | ○ | ○ | ✓ | ○ | ○ |

## Practice-Based Learning and Improvement

**18** 1. Demonstrates proficiency in teaching other physicians, residents and medical students about psychiatric issues in the consult liaison setting.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ |

**19** 2. Uses feedback from attending physicians and/or senior residents to improve their performance as a psychiatric consultant.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|--------------|---------------|---------------|-----|
| ○ | ○ | ✓ | ○ | ○ | ○ |

UF/Diekman 000517

**20**   3. Utilizes online medical resources and evidence based medicine to optimize patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

### Systems-Based Practice

**21**   1. Demonstrates mastery at working with physicians and other health care employees to provide optimal care for patients.

| 1 = Poor | 2 = Fair | **3 = Good** | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

**22**   2. Demonstrates the ability to practice cost-effective health care and resource allocation that does not compromise quality of care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

Overall Comments:
The ratings for Dr Diekman are anchored for her level of training. she is a strong advocate for patient care. She had some challenges this rotation with organization and prioritizing that were discussed elsewhere.

Evaluation Submitted on 7/6/2014 11:07:51 AM EST.

Exit

---

## VA DERMATOLOGY
## FACULTY EVALUATING RESIDENT



**Sarah Jean Diekman**
University Of Florida

### PATIENT CARE

**1**   Incomplete, inaccurate medical interviews, physical examinations, and review of other data; incompetent performance of essential procedures; fails to analyze clinical data and consider patient preferences when making medical decisions

Superb, accurate, comprehensive medical interviews, physical examinations, review of other data, and procedural skills; always makes diagnostic and therapeutic decisions based on available evidence, sound judgment and patient preferences

| 1 = Worst | 2 | 3 | 4 | 5 | 6 = Average UF Resident | 7 | 8 | 9 = Best | N/A |
|-----------|---|---|---|---|--------------------------|---|---|----------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

### MEDICAL KNOWLEDGE

UF/Diekman 000518

| 2 | Limited knowledge of basic and clinical sciences; minimal interest in learning; does not understand complex relations, mechanisms of disease | | | | | Exceptional knowledge of basic and clinical sciences; highly resourceful development of knowledge; comprehensive understanding of complex relationships, mechanisms of disease | | | |

| 1 = Worst | 2 | 3 | 4 | 5 | 6 = Average UF Resident | 7 | **8** | 9 = Best | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

### PRACTICE-BASED LEARNING IMPROVEMENT

| 3 | Fails to perform self-evaluation; lacks insight, initiative; resists or ignores feedback; fails to use information technology to enhance patient care or pursue self-improvement | | | | | Constantly evaluates own performance, incorporates feedback into improvement activities; effectively uses technology to manage information for patient care and self-improvement | | | |

| 1 = Worst | 2 | 3 | 4 | 5 | 6 = Average UF Resident | 7 | **8** | 9 = Best | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ | ◯ | ◯ |

### INTERPERSONAL AND COMMUNICATION SKILLS

| 4 | Does not establish even minimally effective therapeutic relationships with patients and families; does not demonstrate ability to build relationships through listening, narrative or nonverbal skills; does not provide education or counseling to patients | | | | | Establishes a highly effective therapeutic relationship with patients and families; demonstrates excellent relationship building through listening, narrative; and nonverbal skills; excellent education and counseling of patients, families, and colleagues | | | |

| 1 = Worst | 2 | 3 | 4 | 5 | 6 = Average UF Resident | 7 | 8 | 9 = Best | **N/A** |
|---|---|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

### PROFESSIONALISM

| 5 | Lacks respect, compassion, integrity, honesty; disregards need for self-assessment; fails to acknowledge errors; does not consider needs of patients, families, colleagues; does not display responsible behavior | | | | | Always demonstrates respect, compassion, integrity, honesty; teaches/role models responsible behavior; total commitment to self-assessment; willingly acknowledges errors; always considers needs of patients, families, colleagues | | | |

| 1 = Worst | 2 | 3 | 4 | 5 | 6 = Average UF Resident | 7 | 8 | **9 = Best** | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ | ◯ |

### SYSTEMS-BASED LEARNING

| 6 | Unable to access/mobilize outside resources; actively resists efforts to improve systems of care; does not use systematic approaches to reduce error and improve patient care | | | | | Effectively accesses/utilizes outside resources; effectively uses systematic approaches to reduce errors and improve patient care; enthusiastically assists in developing systems improvement | | | |

UF/Diekman 000519



|  | 1 =<br>Worst | 2 | 3 | 4 | 5 | 6 =<br>Average<br>UF<br>Resident | 7 | 8 | 9 =<br>Best | N/A |
|---|---|---|---|---|---|---|---|---|---|---|

**OVERALL**

**7**   Overall

VERY GOOD RESIDENT

**The Evaluator** (Evaluator) signed and submitted this document

[Exit](#)

New Innovations, Inc. ©1995-2015

UF/Diekman 000520



## Self Evaluation



**Sarah Jean Diekman**

*The ACGME requires each resident to provide a self assessment of his or her performance in residency. Please complete this questionnaire in preparation of your Six Month Review by rating your ability as appropriate to your level of training.*

**Patient Care** that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

**Proficient at Level of Training**          Needs Improvement

✅          ⬡

This important area is always worth improving

**Medical Knowledge** about established and evolving biomedical, clinical, and cognate (e.g. epidemiological and social-behavioral) sciences and the application of this knowledge to patient care.

**Proficient at Level of Training**          Needs Improvement

✅          ⬡

Continuing to learn about this every day

**Practice-Based Learning and Improvement** that involves investigation and evaluation of their own patient care, appraisal and assimilation of scientific evidence, and improvements in patient care.

Proficient at Level of Training          Needs Improvement

⬡          ⬡

**Interpersonal and Communication Skills** that result in effective information exchange and teaming with patients, their families, and other health professionals.

**Proficient at Level of Training**          Needs Improvement

✅          ⬡

Continues to work on improving this still

**Professionalism,** as manifested through a commitment to carrying out professional responsibilities, adherence to ethical principles and sensitivity to a diverse patient population.

**Proficient at Level of Training**          Needs Improvement

✅          ⬡

Work hard to improve this

Systems-Based Practice, as manifested by actions that demonstrate an awareness of and responsiveness to the larger context and system of health care and the ability to effectively call on system resources to provide care that is of optimal value.

**Proficient at Level of Training**          Needs Improvement

UF/Diekman 000529

Please indicate your goals for the upcoming 6 months in residency.

Please indicate long term Goals as a future physician such as Academics, Private Practice, Fellowship or Locum Tenens.

Please indicate your strengths as a resident.

Please indicate your weaknesses as a resident.

Exit

New Innovations, Inc. ©1995-2015

UF/Diekman 000530

## 360 Degree Feedback



**Sarah Jean Diekman**
PRG 3

1=Unsatisfactory - Does not protect patient confidentiality, does not respect patient's right of informed consent. Is biased against some ethnic groups. Is ineffective as a patient advocate. One of the worst residents I have had to work with; I would never allow a family member to be cared for by them.

2=Needs Improvement - Is sloppy about confidentiality, leaves computer on to patient data and walks away. Jokes about patients in an insensitive way. Not a very effective patient advocate. Just not aware of proper patient-physician relationship. I would be concerned if they were taking care of a family member.

3=Satisfactory - Respects patient rights of confidentiality and informed consent. Compassionate to patients' needs, no matter the ethnic or social background. Effective patient advocate. I would be perfectly happy with them taking care of a family member.

4=Outstanding - Rarely have I seen such an effective physician. Unusually sensitive, unusually effective as a patient advocate. Goes out of their way to present a professional, compassionate, caring demeanor. I would seek out this resident for a family member.

**1**   Professionalism

Unsatisfactory    Needs Improvement    **Satisfactory**    Outstanding    N/A
○     ○     ✅     ○     ○

1=Unsatisfactory - Unable to understand what others are saying, cannot clearly communicate their own desires. Notes illegible, terrible listener, horrible teacher of patients and other health care professionals. Seems like they are from another planet. How did this resident get into medical school?

2=Needs Improvement - Style of communication is "offsetting" and frequently leads to misunderstanding. Sometimes not receptive to others' ideas. Not a very good teacher. Notes and orders hard to read. Communication is possible but difficult.

3=Satisfactory - Approachable, open to others' ideas, good listener. Able to clearly communicate patient data, orders, ideas. Good teacher, writes legibly.

4=Outstanding - Rarely have I met someone who could so effectively tell others a message, and at the same time be so open to others' ideas. Writing highly legible. Outstanding teacher. Active listener.

**2**   Communication Skills

Unsatisfactory    Needs Improvement    **Satisfactory**    Outstanding    N/A
○     ○     ✅     ○     ○

1=Unsatisfactory - Terrible "people person." Causes conflict, cannot resolve it. Never facilitates consensus development. So egocentric that I think they never consider another person's perspective. Condescending, authoritative, arrogant, leaves bruised egos in their path.

2=Needs Improvement - Causes more conflict than they resolve. Has a hard time putting self "in the other person's shoes." Can be brought to consensus, but hard to do so. Often seems uninterested in the people around them, both patients and other health-care professionals.

3=Satisfactory - Works well with other health-care professionals. Respectful of other opinions, works toward consensus, effective in conflict resolution. Puts out more "fires" than they start.

4=Outstanding - Rare individual who seems to be able to relate well to everyone. Highly effective at conflict resolution, can build consensus when situation seems hopelessly lost. Makes everyone around them better.

**3**   Interpersonal Skills

Unsatisfactory    Needs Improvement    **Satisfactory**    Outstanding    N/A
○     ○     ✅     ○     ○

1=Unsatisfactory - Does not seem to care about patient care. Doesn't follow-up on labs, patient course. Doesn't evaluate patients thoroughly when they have problems. Poor technical ability, bad clinical judgment, doesn't ask for help when they need it.

2=Needs Improvement - Sloppy inpatient care details. Seems to think the "big picture" is ok, not attentive to details. Superficial patient evaluation. Sometimes exhibits faulty judgment.

3=Satisfactory - Interested in excellent patient care. Attentive to details, thorough patient evaluations, good clinical judgment, good at procedures.

4=Outstanding - Rare individual who seems gifted to be a superb physician. Knows everything about their own patients and all the others as well. Superb technical skills, judgment. Better doctor than most of the attendings.

UF/Diekman 000531



**4**    Patient Care

    Unsatisfactory    Needs Improvement    **Satisfactory**    Outstanding    N/A

      ○           ○          ✔        ○       ○

Overall Comments:
Dr. Diekman is not great about checking her schedules and noticing things in advance to help catch mistakes.

Exit

This Evaluation updated by McCallister, Dorothy on 8/14/2015 3:30:45 PM EST.

New Innovations, Inc. ©1995-2015

UF/Diekman 000532



# Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
7/1/2014 to 7/31/2014
**DPSY:PSY:CONSULTS-SHANDS**

Evaluator

**Sarah McMillen Fayad**
Faculty
NEURO-Movement-NON-
ACGME

## PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formuation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✓ | ◯ | ◯ | ◯ | ◯ | ◯ |

At times, Sarah struggled with getting a detailed history that was appropriate for her current PGY level.

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✓ | ◯ | ◯ | ◯ | ◯ | ◯ |

Sarah often struggled to identify what was actually going on diagnostically with the patient. She would leave out key pieces of information that were readily available in the medical chart, such as other consultants notes, labs, radiologic findings. Her diagnoses were not always appropriate given the information available. As she is a

UF/Diekman 000533

PGY-2, I expected her to be able to formulate much of this in a better way.

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

I frequently had to remind Sarah to document the reasons for treatment in her notes. Despite this, it was not always done.

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | **N/A** |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

UF/Diekman 000534

**PROF1** Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**  **Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✔ | ○ | ○ | ○ | ○ |

Sarah was professional and demonstrated respect for others on the medical team as well as patients.

**ICS1** Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**  **Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✔ | ○ | ○ | ○ | ○ |

Sarah did a good job with this and was able to work well on the team and in uncomplicated situations.

**GENERAL**

**8**  **Please add your overall comments below:**

Sarah was pleasant to work with and polite. I am concerned about her clinical performance. Her documentation is poor and she frequently did not come to rounds prepared, even when there were very few patients she was responsible for. She needs to work on time management, knowledge of medications, treatment options and differential diagnoses. She seemed to have difficulty incorporating feedback into her performance, despite several conversations. Though, she did readily receive feedback.

**Sarah Fayad** (Evaluator) signed and submitted this document on 8/19/2014 9:50:53 PM

Evaluation Submitted on 8/19/2014 9:50:53 PM EST.

UF/Diekman 000535

Exit

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
7/1/2014 to 7/31/2014
**DPSY:PSY:CONSULTS-SHANDS**

| Evaluator |
|---|
| **Almari Ginory** |
| Faculty |

---

### PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✔ | ◯ | ◯ | ◯ | ◯ | ◯ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.**  Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.**  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✔ | ◯ | ◯ | ◯ | ◯ |

### PC3 Treatment Planning and Management

UF/Diekman 000536

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information.  Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ✓ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

## PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

UF/Diekman 000537

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

GENERAL

**8**     Please add your overall comments below:

Almari Ginory (Evaluator) signed and submitted this document on 8/15/2014 9:34:00 AM

Evaluation Submitted on 8/15/2014 9:34:00 AM EST.

Exit

---

## Psychiatry Faculty Evaluation of Resident

**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
8/1/2014 to 8/31/2014
**DPSY:PSY:NFEVA/VA CONSULTS**

Evaluator

**Joseph Thornton**
Faculty

UF/Diekman 000538

## PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**:  Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

Usually met

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.**  Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.**  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

Often met.

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.

UF/Diekman 000539

**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.

**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.

**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.

**Level 5.** Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| **0 - Critical Deficiencies** | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

> Dr Diekman often gets distracted from her role as a consulting psychiatrist on this rotation and would expend potentially disruptive energy questioning the competence of the medical teams.

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.

**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.

**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.

**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.

**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.

**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.

**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.

**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.

**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.

**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.

**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

> She has a good knowledge of medications but has trouble handling the details of a patients medication profile and medication hsitory.

## PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

UF/Diekman 000540

**0**. Does not meet the criteria in Level 1.

**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles.

**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.

**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.

**Level 4.** Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.

**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.

**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.

**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.

**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.

**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.

**Level 5**. Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| **0 - Critical Deficiencies** | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✅ | ◯ | ◯ | ◯ | ◯ | ◯ | ◯ |

> There were more instances of misunderstandings between Dr Diekman and other treatment teams than with almost any other trainee in the past 2 years. She benefited from extra guidance on the limits of cut and paste documentation, timely responses to pages, and how to successfully ask clarifying questions of consulting teams.

**GENERAL**

**8**

**Please add your overall comments below:**

> Dr Diekmans has good fund of information,and an interest in patients. She has significant challenges with organizational work habits and interdisciplinary professional interactions. Her coping strategies in documentation need close supervision.

> **Joseph Thornton** (Evaluator) signed and submitted this document on 9/1/2014 9:14:27 PM
>
> Evaluation Submitted on 9/1/2014 9:14:27 PM EST.
>
> Exit

UF/Diekman 000541

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
9/1/2014 to 9/30/2014
**DPSY:PSY:VA PSYCHOSIS**

Evaluator

**Babu Rankupalli**
Faculty

### PC1 Psychiatric Evaluation

**1**   **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**   **Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.**  Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.**  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

### PC3 Treatment Planning and Management

**3**   **Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.

UF/Diekman 000542

**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ✅ | ◯ | ◯ | ◯ |

## PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential

UF/Diekman 000543

impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ | ○ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**    **Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5**. Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ✓ | ○ | ○ |

**GENERAL**

**8**    **Please add your overall comments below:**

> compassionate under trying circumstances, keen on learning,sharing and teaching,

---

**Babu Rankupalli** (Evaluator) signed and submitted this document on 10/6/2014 11:26:29 AM

Evaluation Submitted on 10/6/2014 11:26:29 AM EST.

[Exit]

---

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
10/1/2014 to 10/31/2014
**DPSY:PSY:YELLOW TEAM-VAMC**

| Evaluator |
|---|
| **Leonardo Rodriguez** |
| Faculty |

**PC1 Psychiatric Evaluation**

**1**    **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

PC2 Psychiatric Formulation and Differential Diagnosis

**2**    **Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

PC3 Treatment Planning and Management

**3**    **Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

PC4 Psychotherapy

UF/Diekman 000545

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

**PC5 Somatic Therapies**

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

UF/Diekman 000546

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.

**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.

**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.

**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.

**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.

**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

**GENERAL**

**8**

**Please add your overall comments below:**

Dr. Diekman demonstrates professionalism and commitment to ethical principles, and responsiveness to patient's culture, age, gender and disabilities. She conducts sensitive and safe psychiatric interviews, collects medical information, formulates appropriate differential diagnosis, and develops and implements individualized treatment plans. She appropriately interacts with multidisciplinary healthcare professionals to coordinate patient care, documents well in medical records, is knowledgeable, and enjoys teaching medical students. She could be more proactive in taking the role of leader, and improving in communicating and establishing stronger doctor-patient relationships. Of concern was her ability to follow some instructions; I often found myself reminding her to complete different tasks. She made some improvement after we discussed in midterm review.

**Leonardo Rodriguez** (Evaluator) signed and submitted this document on 11/10/2014 4:43:11 PM

Evaluation Submitted on 11/10/2014 4:43:11 PM EST.

Exit

---

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
11/1/2014 to 11/30/2014
**DPSY:PSY:VA EMERGENCY**

| Evaluator |
|---|
| **Ana Turner** |
| Faculty |

**PC1 Psychiatric Evaluation**

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

UF/Diekman 000547

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ○ | ● | ○ | ○ | ○ | ○ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ● | ○ | ○ | ○ | ○ | ○ |

### PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ○ | ● | ○ | ○ | ○ | ○ | ○ |

### PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0.** Does not meet the criteria in Level 1.

UF/Diekman 000548

**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

### PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✓ | ◯ | ◯ | ◯ | ◯ | ◯ |

### PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✓ | ◯ | ◯ | ◯ | ◯ |

### ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

UF/Diekman 000549

**0.** Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

### GENERAL

**8**   **Please add your overall comments below:**

strengths: very thoughtful in assessment/plan- can tell she takes the whole bio/psycho/social picture into account Continue to improve: -narrow down assessment to key components of treatment plan - work on plan portion of notes- ie, always write out what medication they are on and what diagnosis it is being prescribed for and if you're not sure why they are on a certain psychotropic this is a good thing to discuss with an attending -recommend going to Helping Hands Clinic for continuity of care for patients, - recommend finding a scheduled time to go through good psychiatric reference because setting that as a habit now will make it more achievable to continue learning once out of residency; -recommend reading about DSM-5 changes and how to apply them clinically (ie, which medications are better for which MDD specifiers, etc).

> **Ana Turner** (Evaluator) signed and submitted this document on 12/22/2014 8:33:14 AM
>
> Evaluation Submitted on 12/22/2014 8:33:14 AM EST.
>
> Exit

---

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
1/1/2015 to 1/31/2015
**DPSY:PSY:ADULT VISTA-EAST 1**

| Evaluator |
|---|
| **Richard C Holbert II**
Faculty |

### PC1 Psychiatric Evaluation

**1**   **Psychiatric Evaluation**:  Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.

UF/Diekman 000550

**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

Sarah is able to obtain a targeted examination and get relevant history.

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**  **Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate foruation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

Sarah is able to generae a basic differential.

## PC3 Treatment Planning and Management

**3**  **Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

This is a 1.5. Sarah is able to identify potential treatment options but needs further work on developing treatment plans for patients.

## PC4 Psychotherapy

**4**  **Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

UF/Diekman 000551

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ⦿ |

**PC5 Somatic Therapies**

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ⦿ | ○ | ○ | ○ | ○ | ○ |

This is a 1.5. Sarah has some knowledge of basic psychopharmacolgy but needs to increase her knowledge base.

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ | ○ | ○ |

Sarah is able to self reflect and is open to different beliefs.

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

UF/Diekman 000552

**7** **Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

Sarah develops therapeutic relationships with patients in uncomplicated situations and is able to manage simple patient related conflicts.

## GENERAL

**8** Please add your overall comments below:

Sarah was professional during her rotation. She has the capacity to work with patients in simple situations. She has weaknesses in treatment planning and knowledge of psychopharmacology. I recommend more experience in the clinical arena and an education plan focused on increasing her knowledge especially regarding psychopharmacology.

**Richard Holbert II** (Evaluator) signed and submitted this document on 2/4/2015 1:07:36 PM

Evaluation Submitted on 2/4/2015 1:07:36 PM EST.

Exit

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
2/1/2015 to 2/28/2015
**DPSY:PSY:ADULT VISTA NORTH 2**

| Evaluator |
|---|
| **Tessy Moozhiyil Korah** |
| Faculty |

## PC1 Psychiatric Evaluation

**1** **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information

UF/Diekman 000553

not readily offered by the patient.

**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.

**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.

**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.

**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.

**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.

**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.

**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.

**Level 5.** Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

### PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0.** Does not meet the criteria in Level 1.

**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.

**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.

**Level 3.** Re-evaluates and revises treatment based on new information.  Recognizes the need for consultation and supervision for complicated cases.

**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.

**Level 5.** Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

### PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0.** Does not meet the criteria in Level 1.

**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.

**Level 2.** Identies and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.

UF/Diekman 000554

**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✔ | ○ | ○ | ○ | ○ |

---

**PC5 Somatic Therapies**

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✔ | ○ | ○ | ○ | ○ |

---

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ○ | ○ | ✔ | ○ | ○ | ○ | ○ |

---

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member

UF/Diekman 000555

of the team.  Recognizes communication conflicts in work relationships.

**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.

**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.

**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.

**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

## GENERAL

**8**    **Please add your overall comments below:**

> I would recommend Dr. Diekman to continue learn Psychopharmacology, various treatment options.
> Strongly recommend to read scientific based articles to develop her knowledge in psychiatry

> **Tessy Korah** (Evaluator) signed and submitted this document on 3/15/2015 4:26:05 PM
>
> Evaluation Submitted on 3/15/2015 4:26:05 PM EST.
>
> [Exit]

---

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
3/1/2015 to 3/31/2015
**DPSY:PSY:BSU (GERO/ECT)-SHANDS**

| Evaluator |
|---|
| **Louis William Solomon**
Faculty |

## PC1 Psychiatric Evaluation

**1**    **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**   Does not meet the criteria in Level 1.

**Level 1.**   Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.

**Level 2.**   Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.

**Level 3.**   Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.

**Level 4.**   Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.

**Level 5.**   Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

UF/Diekman 000556

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

### PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

### PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

### PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge

UF/Diekman 000557

and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | **Level 3** | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ✓ | ○ | ○ | ○ |

UF/Diekman 000558

## GENERAL

**8**  **Please add your overall comments below:**

Good relationships with patients and their families.

> **Louis Solomon** (Evaluator) signed and submitted this document on 4/6/2015 5:10:36 PM
>
> Evaluation Submitted on 4/6/2015 5:10:36 PM EST.
>
> Exit

---

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
4/1/2015 to 4/30/2015
**DPSY:PSY:VA EMERGENCY**

| Evaluator |
| --- |
| **Ana Turner** |
| Faculty |

### PC1 Psychiatric Evaluation

**1**  **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
| --- | --- | --- | --- | --- | --- | --- |
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**  **Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.

UF/Diekman 000559

**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information.  Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identies and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ✅ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

UF/Diekman 000560

|  | 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|---|
|  | ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

|  | 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|---|
|  | ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

|  | 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|---|
|  | ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

**GENERAL**

**8**

**Please add your overall comments below:**

Sarah does a thorough interview and presentation and can see "the whole patient," just needs to work on translating this into the documentation/orders. Does a good job when given specific checklist of items and would recommend Helping Hands clinic involvement and building on mental status exam and formulations

**Ana Turner** (Evaluator) signed and submitted this document on 7/14/2015 2:58:20 PM

Evaluation Submitted on 7/14/2015 2:58:20 PM EST.

UF/Diekman 000561

Exit

## PRACTICE BASED EVALUATION
## DEPARTMENT OF PSYCHIATRY - NEUROLOGY



**Sarah Jean Diekman**
University Of Florida

*Directions: Please evaluate the resident on each of the six ACGME core competencies by clicking on the appropriate box, then provide a brief summary in the comments section at the end of the evaluation. Indicate N/A if not applicable or not observed.*

### Medical Knowledge

**1**  1. Demonstrates knowledge of the signs, symptoms, and other manifestations of common neurologic illnesses.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

**2**  2. Knows the neurologic disorders that typically display symptoms largely regarded as psychiatric in nature.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

**3**  3. Knows the psychiatric disorders that present primarily with neurological symptoms.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

**4**  4. Understands the appropriate selection of diagnostic laboratory, radiographic, imaging, and encephalographic studies depending on patient presentation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

### Patient Care

**5**  1. Performs a thorough neurologic examination and history.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ◯ | ◯ | ◯ | ◯ | ◯ | ✓ |

**6**  2. Demonstrates the ability to interpret diagnostic studies, including CNS MRI and CT imaging studies to

UF/Diekman 000562

facilitate patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**7**  3. The resident demonstrates a basic understanding of the indications for electrodiagnostic studies such as EEGs, EMGs and Nerve Conduction studies and how to apply the information from these tests for diagnostic purposes.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

### Interpersonal and Communication Skills

**8**  1. The resident can present a patient's case to a neurologist using proper terminology.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**9**  2. Maintains comprehensive, timely, and legible medical records.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

### Professionalism

**10**  1. Understands and utilizes the basic tenets of ethics in medicine.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**11**  2. The resident is dressed appropriately reflecting the professional position of the physician.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**12**  3. The resident is punctual and present for all assignments.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

### Practice Based Learning and Improvement

**13**  1. Applies current scientific information and evidenced based principles to the care of the neurologic patient.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|---------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

UF/Diekman 000563

**14**  2. Utilizes feedback from attending neurologists and senior residents to improve their knowledge base and optimize patient care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|----------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

### Systems Based Practice

**15**  1. The resident is able to appropriately refer patients for neurologic consultation.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|----------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

**16**  2. The resident prepares an adequate discharge summary and plan for follow up care.

| 1 = Poor | 2 = Fair | 3 = Good | 4 = Very Good | 5 = Excellent | N/A |
|----------|----------|----------|----------------|---------------|-----|
| ○ | ○ | ○ | ○ | ○ | ✓ |

Overall Comments:
Due to timing of attending change-over, my interactions with this resident were too brief to formulate an assessment. Based on brief interactions, this resident was performing very well.

**The Evaluator** (Evaluator) signed and submitted this document

_Exit_

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
6/1/2015 to 6/30/2015
**DPSY:PSY:VAGEROPSYCHIATRY**

Evaluator

**Uma Suryadevara**
Faculty

### PC1 Psychiatric Evaluation

**1**  **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

UF/Diekman 000564

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate forrmuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identities and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

UF/Diekman 000565

PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ◉ | ○ | ○ | ○ | ○ | ○ |

PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ | ○ | ○ |

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops

UF/Diekman 000566

New Innovations RMS Evaluations

models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
| :-: | :-: | :-: | :-: | :-: | :-: | :-: |
| ◯ | ✓ | ◯ | ◯ | ◯ | ◯ | ◯ |

## GENERAL

**8**   **Please add your overall comments below:**

Dr. Diekman was able to get a relevant history, complete notes and design treatment plans. She had some trouble initially, but with feedback, she was able to improve her work. Recommendations would be to improve the knowledge base.

**Uma Suryadevara** (Evaluator) signed and submitted this document on 7/10/2015 2:48:57 PM

Evaluation Submitted on 7/10/2015 2:48:57 PM EST.

Exit

New Innovations, Inc. ©1995-2015

UF/Diekman 000567



# Self Evaluation



### Sarah Jean Diekman

*The ACGME requires each resident to provide a self assessment of his or her performance in residency. Please complete this questionnaire in preparation of your Six Month Review by rating your ability as appropriate to your level of training.*

**Patient Care** that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

    Proficient at Level of Training         **Needs Improvement**
         ○                      ✓

> Very distracted by non-phsycian tasks. I think shadowing and social worker may help to learn how to complete these with less frustration

**Medical Knowledge** about established and evolving biomedical, clinical, and cognate (e.g. epidemiological and social-behavioral) sciences and the application of this knowledge to patient care.

    Proficient at Level of Training         **Needs Improvement**
         ○                      ✓

> I am on proficient in the services that I have had extensive training in: ER and consult. Outpatient and long term care I need a lot more practice

**Practice-Based Learning and Improvement** that involves investigation and evaluation of their own patient care, appraisal and assimilation of scientific evidence, and improvements in patient care.

    Proficient at Level of Training         **Needs Improvement**
         ○                      ✓

> I am not sure if my patients are doing well with their treament because I am only seeing them for a few days, during crisis and then never again.

**Interpersonal and Communication Skills** that result in effective information exchange and teaming with patients, their families, and other health professionals.

    Proficient at Level of Training         **Needs Improvement**
         ○                      ✓

> I am confused as to what constitutes professional behavior from all levels of staff.

**Professionalism**, as manifested through a commitment to carrying out professional responsibilities, adherence to ethical principles and sensitivity to a diverse patient population.

    **Proficient at Level of Training**         Needs Improvement
         ✓                      ○

> I always use the resources available to me to improve my knowledge base and give the best care to patients and educate medical students

UF/Diekman 000573

Systems-Based Practice, as manifested by actions that demonstrate an awareness of and responsiveness to the larger context and system of health care and the ability to effectively call on system resources to provide care that is of optimal value.

Proficient at Level of Training            **Needs Improvement** ✓

Please indicate your goals for the upcoming 6 months in residency.

> I am still searching for the correct resources to obtain clarity on policies that conflict with one another

Please indicate long term Goals as a future physician such as Academics, Private Practice, Fellowship or Locum Tenens.

> My goal is to obtain more outpatient experience to better understand how medications actually affect patients. Especially since most medications that I start on patients take weeks to take effect

Please indicate your strengths as a resident.

> I utilize the resources available to me

Please indicate your weaknesses as a resident.

> I get very frustrated when people do not fullfilled their designated job duties. I need to learn to be less frustrated by this

---

**The Evaluator** (Evaluator) signed and submitted this document

[Exit](#)

---

New Innovations, Inc. ©1995-2015

UF/Diekman 000574



# Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
7/1/2015 to 7/31/2015
**DPSY:PSY:CONSULTS-SHANDS**

Evaluator

**Sarah McMillen Fayad**
Faculty
NEURO-Movement-NON-
ACGME

## PC1 Psychiatric Evaluation

**1**  **Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**  **Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC3 Treatment Planning and Management

**3**  **Treatment Planning and Management.** Please select the item that most appropriately describes the resident's

UF/Diekman 000575

current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| **0 - Critical Deficiencies** | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

Sarah really struggled with management of patients. See comments below.

### PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | **N/A** |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ✅ |

### PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

### PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

UF/Diekman 000576

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team.

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5**. Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

Struggled with this. We had phone calls from other teams who did not receive timely information.

**GENERAL**

**8**

**Please add your overall comments below:**

Dr. Diekman seemed to struggle during this rotation and demonstrated difficulty with time management. We also received calls from other teams that our recommendations were not communicated. In addition, there were times here notes were not put in the chart in a timely fashion. In another instance, she wrote and signed a note, with recommendations that went into the chart and was signed prior to rounds. My recommendations were different than what she had already signed. This was surprising to me as it is an expectation that notes are not signed prior to rounds, as the plan could change. I also found that she got easily confused with straightforward information and directions. Her list is disorganized and she has trouble keeping up with what is happening on a consult service. In addition, her notes were poor in quality and contradictory. On a patient we diagnosed with cognitive disorder, she wrote that memory was normal. She also would write in the H and P tha the patient was disorganized in thought process and later in the MSE indicate that the patient was linear, logical. Frequently her Psych ROS and what was written in the MSE contradicted each other. I had a very difficult time trusting what was told to me in terms of her clinical interview as this did not always match what I saw in rounds. In addition, she sent PA students to see patients before rounds that she had not seen herself. I got the sense that she was using their history to write the notes rather than taking it herself. She had to be directed to actually go interview the patient herself. I feel that she has several critical deficiencies. She needs very close

supervision- almost above the level of what I could provide. I felt that I had to constantly check to be sure that things that should be written in the chart were there and also had to be certain that she was not putting her own recommendations in, that I had not agreed with. This in combination with untimely notes made for a very difficult month.

**Sarah Fayad** (Evaluator) signed and submitted this document on 9/1/2015 10:41:20 AM

Evaluation Submitted on 9/1/2015 10:41:20 AM EST.

[Exit](#)

# Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 2
PSY-Psychiatry General
7/1/2015 to 7/31/2015
**DPSY:PSY:CONSULTS-SHANDS**

| | |
|---|---|
| | Evaluator |
| | **Almari Ginory** |
| | Faculty |

### PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.**  Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.**  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced

UF/Diekman 000578

trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information.  Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identities and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

UF/Diekman 000579

PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

**6**   **Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**   **Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5**. Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✅ | ○ | ○ | ○ | ○ | ○ |

GENERAL

**8**   **Please add your overall comments below:**

Sarah is not functioning at the level of a pgy-3 resident. Her knowledge base is poor. She would not pre-round on her patients and was not prepared for morning rounds. She overly relied on medical students to pre-round on her patients as well as call collateral. Her notes were often late, leading to confusion from the primary team. As times she was receptive to feedback, but made minimal improvement since her rotation approximately 1 year ago.

**Almari Ginory** (Evaluator) signed and submitted this document on 8/21/2015 11:32:43 AM

Evaluation Submitted on 8/21/2015 11:32:43 AM EST.

Exit

UF/Diekman 000580

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 3
PSY-Psychiatry General
8/1/2015 to 8/31/2015
**DPSY:PSY:CONSULTS-VAMC**

Evaluator

**Stephen James Philip Welch**
Faculty

---

### PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety.
**Level 2.**  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient.
**Level 3.**  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests.
**Level 4.**  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case.
**Level 5.**  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

Adequate performance on 1-2 straightforward patients at a time. If more than 3 patients or faced with 1 complex patient, makes critical mistakes that limit psychiatric evaluation including mistakes on safety screens.

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.**  Does not meet the criteria in Level 1.
**Level 1.**  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis.
**Level 2.**  Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.**  Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.**  Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.**  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

Critical knowledge gaps. Did not have adequate differential diagnoses. Information often missed in summaries.

### PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

Operates well below training level.

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identifies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ✓ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

Gaps in knowledge base. Close 1:1 supervision required to ensure patient safety.

## PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

UF/Diekman 000582

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5**. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

Does not take responsibility for own errors or professional development. Blames external sources for problems including colleagues.

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.
**Level 5**. Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

Very disruptive presence on team. affecting all members.

GENERAL

**8**

**Please add your overall comments below:**

I do not find Dr. Diekman will be able to develop to the point where she could safety independently practice medicine. Based on this most recent month's performance, I find I cannot provide the level of supervision she requires to provide safe patient care. She needs 1:1 constant direct supervision from an attending level provider. Given, she is now over half-way through her training, this is deeply concerning. More worrisome is Dr. Diekman's pattern of blaming external sources for errors and mistakes. Her attitude is consistently not my fault. I have yet to see any evidence she views this as a serious problem needing immediate correction. Without a personal sense of responsibility to her patients, I do not see how she will be able to successfully complete a residency program. Dr. Diekman did not pass this rotation.

UF/Diekman 000583

**Stephen Welch** (Evaluator) signed and submitted this document on 9/2/2015 8:52:17 AM

Evaluation Submitted on 9/2/2015 8:52:17 AM EST.

Exit

# Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 3
PSY-Psychiatry General
9/1/2015 to 9/30/2015
**DPSY:PSY:ADULT VISTA-EAST 2**

Evaluator

**Tonia L Werner**
Program Director

## PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formuation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

## PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

UF/Diekman 000584

### PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5**. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

### PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identies and reflects core feeling and key issues of the patient during session. Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5**. Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | **N/A** |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | ◯ | ✅ |

### PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5**. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

She has difficulty with demonstrating the application of her basic medical knowledge in clinical practice.

### PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles

UF/Diekman 000585

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ○ | ○ | ✓ | ○ | ○ | ○ | ○ |

**ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team**

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team.  Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✓ | ○ | ○ | ○ | ○ | ○ | ○ |

She does not instill confidence ain any of her treatment team members including nurses, social work and utilization review as well as the other physicians. She often was giving conflicting messages to families and they would give permission for medicaiotns and then immmediately retract it when they would speak to nursing. The information on her sign out sheet was often not up to date and accurate. As an example, one patient who is being held for a state hospital bed continues to say that she may go home with her friend first.

**GENERAL**

**8**

**Please add your overall comments below:**

I have sent numerous emails and discussed this resident at length with the residency training director and the chief residents. She is a lovely person, but there are issues with her ability to function at the level she is at. The largest issue is that she does not follow through on things that she asked to do. This then requires everyone else to check up behind her.

**Tonia Werner** (Evaluator) signed and submitted this document on 10/2/2015 10:02:47 AM

Evaluation Submitted on 10/2/2015 10:02:47 AM EST.

[Exit](#)

UF/Diekman 000586

## Psychiatry Faculty Evaluation of Resident



**Sarah Jean Diekman**
PRG 3
PSY-Psychiatry General
10/1/2015 to 10/31/2015
**DPSY:PSY:ADULT VISTA-EAST 1**

| | Evaluator |
|---|---|
| | **Richard C Holbert II** |
| | Faculty |

### PC1 Psychiatric Evaluation

**1**

**Psychiatric Evaluation**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety.
**Level 2.** Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient.
**Level 3.** Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests.
**Level 4.** Routinely identifies subtle and unusual findings and accurately utilizes these finding in formulation of case.
**Level 5.** Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

| 0 - Critical Deficiencies | **Level 1** | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ✅ | ◯ | ◯ | ◯ | ◯ | ◯ |

This is a 1.5. Sarah is able to obtain an accurate history. She is able to obtain a history and the MSE. She has significant difficulty in grasping the acuity and severity of patient presentations.

### PC2 Psychiatric Formulation and Differential Diagnosis

**2**

**Psychiatric Formulation and Differential Diagnosis**: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx:

**0.** Does not meet the criteria in Level 1.
**Level 1.** Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis.
**Level 2.** Identifies patterns and phenomenology from the patiient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis.
**Level 3.** Organizes formulation around comprehensive models of phenomenology that takes etiology into account.
**Level 4.** Efficiently synthesizes all information into a concise but comprehensive formulation.
**Level 5.** Serves as a role model of efficient and accurate formuation. Teaches formulation to advanced trainees.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

Sarah is able to generate a basic differential diagnosis and is able to present the information that she obtained.

UF/Diekman 000587

## PC3 Treatment Planning and Management

**3**

**Treatment Planning and Management.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Identifies potential treatment options, and recognizes patients in crisis.
**Level 2.** Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation.
**Level 3.** Re-evaluates and revises treatment based on new information.  Recognizes the need for consultation and supervision for complicated cases.
**Level 4.** Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs.
**Level 5.** Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

| **0 - Critical Deficiencies** | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ✅ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ |

This should be a 0.5. Sarah is able to identify treatment options. She has significant difficulty recognizing the acuity and severity of patient presentations in many cases. She often misses the overall presentation of the patient. She, at times, becomes focused on one aspect of the patient which is not pressing at the time thus leading to missing crucial issues with the patient.

## PC4 Psychotherapy

**4**

**Psychotherapy.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric psychotherapy:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Accurately identifies patient emotions. Demonstrates interest and curiosity in the patient's story.
**Level 2.** Identities and reflects core feeling and key issues of the patient during session.  Establishes/maintains a therapeutic alliance.
**Level 3.** Maintains professional boundaries in the psychotherapeutic relationship while being responsive to the patient.
**Level 4.** Links recurrent/central themes and their meaning to the patient across sessions.
**Level 5.** Provides supervision to others. Provides psychotherapy to patients with complicated disorders.

| 0 - Critical Deficiencies | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | **N/A** |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ⭕ | ✅ |

## PC5 Somatic Therapies

**5**

**Somatic Therapies.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications.
**Level 2.** Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection.
**Level 3.** Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy.
**Level 4.** Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms.
**Level 5.** Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ⭕ | ⭕ | ✅ | ⭕ | ⭕ | ⭕ | ⭕ |

UF/Diekman 000588

Sarah has a solid knowledge of basic psychopharmacology.

**6**

**Professionalism.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles.
**Level 2.** Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.
**Level 3.** Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care.
**Level 4.** Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients.
**Level 5.** Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

Sarah treats both patients and staff with respect. She demonstrated a capacity for self reflect.

**7**

**Relationship Development and Conflict Management with patients, families, colleagues.** Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:

**0**. Does not meet the criteria in Level 1.
**Level 1.** Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships.
**Level 2.** Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care.
**Level 3.** Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations.
**Level 4.** Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team.
**Level 5.** Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

| 0 - Critical Deficiencies | Level 1 | **Level 2** | Level 3 | Level 4 | Level 5 | N/A |
|---|---|---|---|---|---|---|
| ◯ | ◯ | ✅ | ◯ | ◯ | ◯ | ◯ |

Sarah is able to develop therapeutic relationships with patients in uncomplicated situations.

**GENERAL**

**8**

**Please add your overall comments below:**

Sarah was able to work well with patients who were relatively uncomplicated. She has a solid base of clinical knowledge. She was able to make an important diagnostic finding which was very important on one patient. She has deficiencies in clinical skills. She has great difficulty in seeing the whole picture of patients. She has difficulties identifying dangerous from non dangerous patients. The treatment plans she provided were good at times but not addressing the critical issue(s) at other times. She did not place orders in the chart that we had spoke about on a few occasions.

UF/Diekman 000589

**Richard Holbert II** (Evaluator) signed and submitted this document on 11/12/2015 11:53:28 AM

Evaluation Submitted on 11/12/2015 11:53:28 AM EST.

Exit

New Innovations, Inc. ©1995-2015

UF/Diekman 000590

## Semi-Annual Review

**Review Period:** 7/1/2013 - 12/31/2013        **Residency Period:** 7/1/2013 - 12/31/2013        **Meeting Date:** 4/25/2014 1:00P-1:30P 

### JULY-DEC 2013



**Diekman, Sarah Jean**
PRG 1
PSY-Psychiatry General
sdiekman@ufl.edu

*Report Data was last captured on: 4/17/2014*
*Next data capture scheduled for: 4/26/2014*

### Conference Attendance

Review Period ⊚

% Attended = Present / (# Required - Excused)

| Status | Department | Category | # Conferences | # Required | Present | Tardy | Excused | % Required | % Attended |
|--------|-----------|----------|---------------|-----------|---------|-------|---------|-----------|-----------|
| | Home Department | | | | | | | | |
| PRG 1 | PSYCH-Psychiatry | All Residents | 25 | 23 | 24 | 0 | 0 | 70% | 104% |
| PRG 1 | PSYCH-Psychiatry | CLER | 1 | 0 | 1 | 0 | 0 | 70% | N/A |
| PRG 1 | PSYCH-Psychiatry | Grand Rounds | 7 | 7 | 4 | 0 | 0 | 70% | 57% |
| PRG 1 | PSYCH-Psychiatry | PGY 1 & 2 Didactics | 24 | 24 | 22 | 0 | 0 | 70% | 91% |
| PRG 1 | PSYCH-Psychiatry | PGY 1 and PGY 3 Outpatient Clinic Residents | 1 | 1 | 1 | 0 | 0 | 70% | 100% |
| PRG 1 | PSYCH-Psychiatry | PGY 1 Didactics | 29 | 29 | 29 | 0 | 0 | 70% | 100% |
| PRG 1 | PSYCH-Psychiatry | PGY 2, 3 and 4 Didactics | 2 | 2 | 2 | 0 | 0 | 70% | 100% |
| | | Totals: | 89 | 86 | 83 | 0 | 0 | | Avg: 96.51% |
| | | Grand Totals: | 89 | 86 | 83 | 0 | 0 | | Avg: 96.51% |

### Duty Hour Rule Violations

Review Period ⊚

| Rotation | Start Date | End Date | Hrs/Wk | 80 Hr | 24+ | Call | Short Break | Days Off | Night Float |
|----------|-----------|----------|--------|-------|-----|------|-------------|----------|-------------|
| VISTA NORTH 1 | 7/1/2013 | 7/31/2013 | 61.42 | 0 | 1 | 0 | 2 | 0 | 0 |
| VISTA NORTH 2 | 8/1/2013 | 8/31/2013 | 55.55 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPSY:PSY:VAGEROPSYCHIATRY | 9/1/2013 | 9/30/2013 | 51.10 | 0 | 0 | 0 | 0 | 0 | 0 |
| VACONSULTS/NFEVA | 10/1/2013 | 10/31/2013 | 60.52 | 0 | 0 | 0 | 0 | 0 | 0 |
| NEURO INPAT-VA | 11/1/2013 | 11/30/2013 | 47.83 | 0 | 0 | 0 | 0 | 0 | 0 |
| VA INTERNAL MEDICINE | 12/1/2013 | 12/31/2013 | 33.87 | 0 | 0 | 0 | 0 | 0 | 0 |

### Competency by Rotation

Review Period ⊚

| Rotation | Dates | Patient Care | Medical Knowledge | Systems-Based | Practice-Based | Professionalism | Interpersonal |
|----------|-------|--------------|-------------------|---------------|----------------|-----------------|---------------|
| Scale: 1 to 5 | | | | | | | |
| VISTA NORTH 1 | 07/01/2013 - 07/31/2013 | 4.00 | 3.00 | 4.00 | 4.00 | 4.25 | 4.40 |
| VISTA NORTH 2 | 08/01/2013 - 08/31/2013 | 4.88 | 4.50 | 4.80 | 4.60 | 5.00 | 5.00 |
| DPSY:PSY:VAGEROPSYCHIATRY | 09/01/2013 - 09/30/2013 | 4.00 | 3.00 | 4.67 | 4.00 | 5.00 | 4.67 |
| VACONSULTS/NFEVA | 10/01/2013 - 10/31/2013 | 4.00 | 4.17 | 4.00 | 4.33 | 4.40 | 4.25 |
| | | ⌇ | ⌇ | ⌇ | ⌇ | ⌇ | ⌇ |

### Evaluation Comments - All

Review Period ⊚

UF/Diekman 000708

| Comment |
| --- |

**General Comment**

All

Sarah works hard and is excellent with substance abuse people , great interview style in a nonjudgemental way and gives them scientific evidence to educate and help to motivate to go for recovery program. She is very good with patients, families and also teach our students. I can see her growing with her knowledge each day. She is receptive to feed back. No major weakness.

Dr. Diekman did a great job of learning with enthusiasm. Initially it was rough for her understanding the system that she never worked with and being an intern. She took feedback very graciously and improved a lot. She was very friendly and pleasant to work with. I will look forward to working with her again.

Dr. Diekman is rated based on her level of training in the first half of her PG 1 year. She performed well during her rotation on the psychiatry consultation liaison service at the Veterans Hospital. She demonstrated professionalism and good work skills. She received very high reviews for her teaching for medical students. We were able to observe during the rotation her growth and improvement in her ability to collect and organize information. I look forward to working with Dr. Diekman again.

## Evaluation Comments by Competency

Review Period ⊕

| Comment |
| --- |

VISTA NORTH 2 (08/01/2013 - 08/31/2013)

**General Comment**

Sarah works hard and is excellent with substance abuse people , great interview style in a nonjudgemental way and gives them scientific evidence to educate and help to motivate to go for recovery program. She is very good with patients, families and also teach our students. I can see her growing with her knowledge each day. She is receptive to feed back. No major weakness.

DPSY:PSY:VAGEROPSYCHIATRY (09/01/2013 - 09/30/2013)

**General Comment**

Dr. Diekman did a great job of learning with enthusiasm. Initially it was rough for her understanding the system that she never worked with and being an intern. She took feedback very graciously and improved a lot. She was very friendly and pleasant to work with. I will look forward to working with her again.

VACONSULTS/NFEVA (10/01/2013 - 10/31/2013)

**General Comment**

Dr. Diekman is rated based on her level of training in the first half of her PG 1 year. She performed well during her rotation on the psychiatry consultation liaison service at the Veterans Hospital. She demonstrated professionalism and good work skills. She received very high reviews for her teaching for medical students. We were able to observe during the rotation her growth and improvement in her ability to collect and organize information. I look forward to working with Dr. Diekman again.

## Log Book Counts

Residency ⊕

| Log Book Name | Review Total | Residency Total |
| --- | --- | --- |
| Patient Logs | 0 | 0 |

## Resident Training Records

Residency ⊕

| Start Date | End Date | Program Year | Status | PGY |
| --- | --- | --- | --- | --- |
| PSY-Psychiatry General - University Of Florida | | | | |
| 7/1/2013 | 6/30/2014 | 1st Year in Residency | PRG 1 | 1 |
| 7/1/2014 | 6/30/2015 | 2nd Year in Residency | PRG 2 | 2 |
| 7/1/2015 | 6/30/2016 | 3rd Year in Residency | PRG 3 | 3 |
| 7/1/2016 | 6/30/2017 | 4th Year in Residency | PRG 4 | 4 |

## State Licenses

Residency ⊕

| License Type | Description | State | Specialty | Number | Start Date | End Date | Expired |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Training | Florida Training | Florida | | TRN18797 | | 6/30/2015 | |

## Test Scores

Residency ⊕

| Test Type | Date Taken | Score | Passed | Percentile |
| --- | --- | --- | --- | --- |
| Intern OSCE | 6/25/2013 | 63.17% | | |
| PRITE PGY-1 NEURO % | | | | 27 |
| PRITE PGY-1 PSYCH % | | | | 47 |
| USMLE Step 1 | | 197 | | |
| USMLE Step 2 CK | | 219 | | |
| USMLE Step 2 CS | | | | |
| USMLE Step 3 | | | | |

## Journal Assignment Compliance

Review Period ⊕

UF/Diekman 000709

| Assigned | Submitted |
|---|---|
| No records to display | |

## Scholarly Activity

Residency ⊙

| Activity | Total |
|---|---|
| Abstracts | 0 |
| Chapters | 0 |
| Grants | 0 |
| Individual Awards | 0 |
| National Leadership/Committee Appointment | 0 |
| Peer Review Publications | 0 |
| Peer-Review Publications | 0 |
| Poster Presentation | 0 |
| Presentations, National | 0 |
| Publications, Non-Peer Reviewed | 0 |
| Residents as Teachers Program | 0 |

## Procedures Logged

Residency ⊙

| Procedure Name | Independent Target | Review Total Passed | Review Total Not Passed | Residency Total Passed | Residency Total Not Passed | Independent |
|---|---|---|---|---|---|---|
| ADHD | 0 | 0 | 0 | 0 | 0 | |
| Adjustment Disorder | 0 | 0 | 0 | 0 | 0 | |
| Antisocial | 0 | 0 | 0 | 0 | 0 | |
| Anxiety Disorder NOS | 0 | 0 | 0 | 0 | 0 | |
| Attendance at 1 AA Meeting | 0 | 0 | 0 | 0 | 0 | |
| Autism or Other Pervasive Develop. Disorders | 0 | 0 | 0 | 0 | 0 | |
| Avoidant PD | 0 | 0 | 0 | 0 | 0 | |
| Bipolar Disorders | 0 | 0 | 0 | 0 | 0 | |
| Borderline | 0 | 0 | 0 | 0 | 0 | |
| Cognitive Disorders | 0 | 0 | 0 | 0 | 0 | |
| Conversion Disorder | 0 | 0 | 0 | 0 | 0 | |
| Dementia | 0 | 0 | 0 | 0 | 0 | |
| Dependent PD | 0 | 0 | 0 | 0 | 0 | |
| Depressive Disorders NOS | 0 | 0 | 0 | 0 | 0 | |
| Eating Disorder | 0 | 0 | 0 | 0 | 0 | |
| ECT Experience | 0 | 0 | 0 | 0 | 0 | |
| Factitious Disorder | 0 | 0 | 0 | 0 | 0 | |
| GAD | 0 | 0 | 0 | 0 | 0 | |
| Histrionic | 0 | 0 | 0 | 0 | 0 | |
| Identity Disorder | 0 | 0 | 0 | 0 | 0 | |
| Impulse Control Disorder | 0 | 0 | 0 | 0 | 0 | |
| Learning Disorder/Mental Retardation | 0 | 0 | 0 | 0 | 0 | |
| MDD | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Cardiovascular | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Endocrine | 0 | 0 | 0 | 0 | 0 | |
| Medicine - GI | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Hematology/Oncology | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Infectious Diseases | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Miscellaneous | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Obstetrics/Gynecology | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Pulmonary | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Renal | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Rheumatology and Skin | 0 | 0 | 0 | 0 | 0 | |
| Mood Disorders NOS | 0 | 0 | 0 | 0 | 0 | |

| Procedure Name | Independent Target | Review Total Passed | Review Total Not Passed | Residency Total Passed | Residency Total Not Passed | Independent |
|---|---|---|---|---|---|---|
| Narcissistic | 0 | 0 | 0 | 0 | 0 | |
| Neurology | 0 | 0 | 0 | 0 | 0 | |
| Obsessive Compulsive Personality Disorder | 0 | 0 | 0 | 0 | 0 | |
| OCD | 0 | 0 | 0 | 0 | 0 | |
| Pain Disorder | 0 | 0 | 0 | 0 | 0 | |
| Paranoid Personality | 0 | 0 | 0 | 0 | 0 | |
| Personality Disorders NOS | 0 | 0 | 0 | 0 | 0 | |
| Psychotic Disorders NOS | 0 | 0 | 0 | 0 | 0 | |
| PTSD | 0 | 0 | 0 | 0 | 0 | |
| Schizoaffective Disorder | 0 | 0 | 0 | 0 | 0 | |
| Schizoid | 0 | 0 | 0 | 0 | 0 | |
| Schizophrenia | 0 | 0 | 0 | 0 | 0 | |
| Schizotypal | 0 | 0 | 0 | 0 | 0 | |
| Sexual & Gender Disorder | 0 | 0 | 0 | 0 | 0 | |
| Sleep Disorder | 0 | 0 | 0 | 0 | 0 | |
| Social | 0 | 0 | 0 | 0 | 0 | |
| Somatoform Disorders NOS | 0 | 0 | 0 | 0 | 0 | |
| Specific Phobia | 0 | 0 | 0 | 0 | 0 | |
| Substance Abuse | 0 | 0 | 0 | 0 | 0 | |
| Substance Dependence | 0 | 0 | 0 | 0 | 0 | |

**Progress Summary**

Overall Progress  Meets Expectations   ○ Requires Attention

**Competency Progress**

| | | |
|---|---|---|
| Patient Care | Meets Expectations | ○ Requires Attention |
| Medical Knowledge | Meets Expectations | ○ Requires Attention |
| Systems-Based Practice | Meets Expectations | ○ Requires Attention |
| Practice-Based Learning and Improvement | Meets Expectations | ○ Requires Attention |
| Professionalism | Meets Expectations | ○ Requires Attention |
| Interpersonal and Communication Skills | Meets Expectations | ○ Requires Attention |



**Comments**

 **Hobbs, Jacqueline A** on 4/21/2014 at 11:56 AM wrote:
Dr. Diekman is progressing as a PGY-1 resident and remains in good standing with the program. She has had documentation in July 2013 of all 4 required competencies to progress from direct to indirect supervision. These competencies remain intact. Faculty noted her positive attitute towards learning, her receptiveness to feedback, and her improvement over time with incorporation of feedback. She is able to establish good rapport, particularly with addiction patients. She is on track to progress to the PGY-2 level of training July 1, 2014.

 **Hobbs, Jacqueline A** on 4/21/2014 at 12:06 PM wrote:
Medical student evaluations (N=11) were in the very good to mostly excellent range. Students noted that Dr. Diekman made them feel like an integral part of the team. She took the time to teach, even when busy. She was noted to be a compassionate care provider.

 **Hobbs, Jacqueline A** on 4/21/2014 at 12:07 PM wrote:
Quality improvement goal is to submit 1 Patient Safety Report (PSR) per month.

 **Hobbs, Jacqueline A** on 4/21/2014 at 12:08 PM wrote:
No case logs have been documented. Please update ASAP

 **Hobbs, Jacqueline A** on 4/21/2014 at 12:10 PM wrote:
Strengths: good knowledge base for level, receptive to feedback, work with addiction patients, good teacher, good work ethic
Areas for improvement: administrative skills (paperwork, case logs, etc.); should work to improve PRITE scores (set a strict study schedule)

**Signatures**

Resident                 pending signature

UF/Diekman 000711

**Program Director**    ✐ Hobbs, Jacqueline A signed on 4/25/2014 at 2:12 PM

There are currently no files attached to this review.

UF/Diekman 000712

Case 1:19-cv-00227-AW-GRJ   Document 35-5   Filed 09/04/20   Page 93 of 113

### Psychiatry Clerkship :: Evaluations :: Resident Evaluation.

*Printing from this page is not supported. Use Reports instead.*

Subject: Sarah Diekman                         Total respondents: 11

## 1: Your overall rating of this resident:

| | |
|---|---|
| Poor | 0 (0%) |
| Fair | 0 (0%) |
| Good | 0 (0%) |
| Very Good | 1 (9.09%) |
| Excellent | 10 (90.91%) |

*Your Score* n: 11  RR: 8%  Mean: 4.91  Std. Dev.: 0.3  CI: (4.73, 5.09)

*Overall Responses* n: 421  RR: 7%  Mean: 4.72  Std. Dev.: 0.58  CI: (4.67, 4.78)

## 2: Provided direction and feedback effectively:

| | |
|---|---|
| Strongly Disagree | 0 (0%) |
| Disagree | 0 (0%) |
| Neutral | 0 (0%) |
| Agree | 1 (9.09%) |
| Strongly Agree | 10 (90.91%) |

*Your Score* n: 11  RR: 8%  Mean: 4.91  Std. Dev.: 0.3  CI: (4.73, 5.09)

*Overall Responses* n: 421  RR: 7%  Mean: 4.65  Std. Dev.: 0.67  CI: (4.59, 4.72)

## 3: Promoted your understanding of evaluating and managing patients:

| | |
|---|---|
| Strongly Disagree | 0 (0%) |
| Disagree | 0 (0%) |
| Neutral | 0 (0%) |
| Agree | 1 (9.09%) |
| Strongly Agree | 10 (90.91%) |

*Your Score* n: 11  RR: 8%  Mean: 4.91  Std. Dev.: 0.3  CI: (4.73, 5.09)



Case 1:19-cv-00227-AW-GRJ Document 35-5 Filed 09/04/20 Page 94 of 113

*Overall Responses* n: 421  RR: 7%  Mean: 4.72  Std. Dev.: 0.58  CI: (4.67, 4.78)

## 4: Demonstrated sensitivity to patients, family and members of the care team:

| | |
|---|---|
| Strongly Disagree | 0 (0%) |
| Disagree | 0 (0%) |
| Neutral | 0 (0%) |
| Agree | 0 (0%) |
| Strongly Agree | 11 (100%) |

*Your Score* n: 11  RR: 8%  Mean: 5  Std. Dev.: 0  CI:

*Overall Responses* n: 421  RR: 7%  Mean: 4.81  Std. Dev.: 0.46  CI: (4.77, 4.86)

## 5: Please comment on the following: a) specific strengths of this resident; b) specific weaknesses of this resident; c) suggestions for improvement. Please be thoughtful, professional and constructive in your feedback.

*comments below*

## COMMENTS:

## 5: Please comment on the following: a) specific strengths of this resident; b) specific weaknesses of this resident; c) suggestions for improvement. Please be thoughtful, professional and constructive in your feedback.

Dr. Diekman was a great resident. Even though she just started her internship year she still took the time to teach me and made sure I had a good experience. I learned the most about psychiatric diseases while being on her service.

I only had Dr. Diekman for one week but I was still able to see her quality. What I like about her was that she always asked me questions to keep me on my toes. She also showed appreciation for all of the work that I did for her, which made me feel like I was a valued member of the team. There is nothing that she needs to improve upon.

Dr. Diekman was an amazing resident to work with. She is a caring, genuine individual who really shows compassion for her patients and invests herself in

UF/Diekman 000714

Case 1:19-cv-00227-AW-GRJ   Document 35-5   Filed 09/04/20   Page 95 of 113

their recovery. She is also a great teacher. She would make time to make sure we were ready for upcoming exams, by discussing topics with us, letting us present and even allowing us to make presentations on relevant topics.

Involved students in patient care and took an interest in helping med students.

Good resident, helped facilitate our learning

She works well with students and teaches when she can.

Excellent resident. Does a great job teaching and really goes out of her way to be sure students are prepared and understand important concepts in psychiatry. She also provides a lot of helpful feedback and guidance.

Took great efforts to teach and provide opportunities for me to learn and improve my psychiatry skills while on call with her. I really enjoyed working with her and learning from her.

Dr. Diekman was a great instructor! She took a tremendous amount of time each day to sit down and explain to me different concepts. She clearly cares about her patients and students and it was a pleasure working with her. She was fantastic!

UF/Diekman 000715



## Semi-Annual Review

**Review Period:** 7/1/2014 - 12/31/2014        **Residency Period:** 7/1/2013 - 12/31/2014        Meeting Date: 4/8/2015 2:45P 2:55P

### SEMI ANNUAL 7-1-14 THROUGH 12-31-14



**Diekman, Sarah Jean**
PRG 2
PSY-Psychiatry General
sdiekman@ufl.edu

*Report Data was last captured on: 4/8/2015*

### Conference Attendance - Review Period                                        Review Period ⊙

% Attended = Present / (# Required - Excused)

| Status | Department | Category | # Conferences | # Required | Present | Tardy | Excused | % Required | % Attended |
|--------|-----------|----------|---------------|-----------|---------|-------|---------|-----------|-----------|
| Home Department | | | | | | | | | |
| PRG 2 | PSYCH-Psychiatry | ... | 1 | 0 | 0 | 0 | 0 | 70% | ... |
| PRG 2 | PSYCH-Psychiatry | All Residents | 19 | 15 | 9 | 0 | 0 | 70% | 60% |
| PRG 2 | PSYCH-Psychiatry | CLER | 1 | 1 | 1 | 0 | 0 | 70% | 100% |
| PRG 2 | PSYCH-Psychiatry | GEC | 4 | 0 | 0 | 0 | 0 | 70% | ... |
| PRG 2 | PSYCH-Psychiatry | Grand Rounds | 3 | 3 | 2 | 0 | 0 | 70% | 66% |
| PRG 2 | PSYCH-Psychiatry | Journal Club | 2 | 2 | 1 | 0 | 0 | 70% | 50% |
| PRG 2 | PSYCH-Psychiatry | PGY 2 Outpatient Clinic Didactics | 1 | 1 | 0 | 0 | 0 | 70% | 0% |
| PRG 2 | PSYCH-Psychiatry | PGY 2, 3 and 4 Didactics | 42 | 41 | 20 | 0 | 1 | 70% | 50% |
| PRG 2 | PSYCH-Psychiatry | PGY 2 Supervision | 42 | 41 | 42 | 0 | 0 | 70% | 102% |
| | | Totals: | 115 | 104 | 75 | 0 | 1 | | Avg: 72.82% |
| | | Grand Totals: | 115 | 104 | 75 | 0 | 1 | | Avg: 72.82% |

### Duty Hour Rule Violations                                        Review Period ⊙

| Rotation | Start Date | End Date | Hrs/Wk | 80 Hr | 24+ | Call | Short Break | Days Off | Night Float |
|----------|-----------|----------|--------|-------|-----|------|-------------|----------|-------------|
| SHANDS CONSULTS | 7/1/2014 | 7/31/2014 | 50.13 | 0 | 0 | 0 | 0 | 0 | 0 |
| NFEVA/VA CONSULTS | 8/1/2014 | 8/31/2014 | 57.81 | 0 | 0 | 0 | 0 | 0 | 0 |
| VA RED TEAM | 9/1/2014 | 9/30/2014 | 43.17 | 0 | 0 | 0 | 0 | 0 | 0 |
| VA YELLOW TEAM | 10/1/2014 | 10/31/2014 | 38.61 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPSY:PSY:VA EMERGENCY | 11/1/2014 | 11/30/2014 | 42.47 | 0 | 0 | 0 | 0 | 0 | 0 |

### Competency by Training Year                                        Residency ⊙

Results from Grade Scale: 0 to 5



UF/Diekman 000716



**Evaluation Comments - including outside departments**    Review Period

| Comment |
| --- |
| GENERAL |

Please add your overall comments below:

Sarah was pleasant to work with and polite. I am concerned about her clinical performance. Her documentation is poor and she frequently did not come to rounds prepared, even when there were very few patients she was responsible for. She needs to work on time management, knowledge of medications, treatment options and differential diagnoses. She seemed to have difficulty incorporating feedback into her performance, despite several conversations. Though, she did readily receive feedback.

Dr Diekmans has good fund of information,and an interest in patients. She has significant challenges with organizational work habits and interdisciplinary professional interactions. Her coping strategies in documentation need close supervision.

compassionate under trying circumstances, keen on learning,sharing and teaching,

Dr. Diekman demonstrates professionalism and commitment to ethical principles, and responsiveness to patient's culture, age, gender and disabilities. She conducts sensitive and safe psychiatric interviews, collects medical information, formulates appropriate differential diagnosis, and develops and implements individualized treatment plans. She appropriately interacts with multidisciplinary healthcare professionals to coordinate patient care, documents well in medical records, is knowledgeable, and enjoys teaching medical students. She could be more proactive in taking the role of leader, and improving in communicating and establishing stronger doctor- patient relationships. Of concern was her ability to follow some instructions; I often found myself reminding her to complete different tasks. She made some improvement after we discussed in midterm review.

strengths: very thoughtful in assessment/plan- can tell she takes the whole bio/psycho/social picture into account Continue to improve: -narrow down assessment to key components of treatment plan -work on plan portion of notes - ie, always write out what medication they are on and what diagnosis it is being prescribed for and if you're not sure why they are on a certain psychotropic this is a good thing to discuss with an attending -recommend going to Helping Hands Clinic for continuity of care for patients, -recommend finding a scheduled time to go through good psychiatric reference because setting that as a habit now will make it more achievable to continue learning once out of residency; -recommend reading about DSM-5 changes and how to apply them clinically (ie, which medications are better for which MDD specifiers, etc).

ICS1 Relationship development and conflict management with patients, families, colleagues, and members of the health care team

Relationship Development and Conflict Management with patients, families, colleagues. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:    0. Does not meet the criteria in Level 1. Level 1. Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the team. Recognizes communication conflicts in work relationships. Level 2. Develops a therapeutic relationship with patients in uncomplicated situations. Negotiates and manages simple patient/family-related conflicts. Actively participates in team-based care. Level 3. Develops therapeutic relationships in complicated situations. Sustains working relationships in the face of conflict. Facilitates and leads team-based activities in clinical situations. Level 4. Sustains therapeutic and working relationships during complex and challenging situations including transitions of care. Leads a team and manages conflict within the team. Level 5. Sustains relationships across systems of care with patients during long-term follow-up. Develops models/approaches to managing difficult communications.

UF/Diekman 000717

| | Comment |
|---|---|
| | Sarah did a good job with this and was able to work well on the team and in uncomplicated situations. |
| | There were more instances of misunderstandings between Dr Diekman and other treatment teams than with almost any other trainee in the past 2 years. She benefited from extra guidance on the limits of cut and paste documentation, timely responses to pages, and how to successfully ask clarifying questions of consulting teams. |

**PC1 Psychiatric Evaluation**

Psychiatric Evaluation: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation: 0. Does not meet the criteria in Level 1. Level 1. Obtains medical and psychiatric history and MSE. Obtains collateral screens for safety. Level 2. Acquires efficient, accurate, relevant history. Performs a targeted examination. Obtains information not readily offered by the patient. Level 3. Consistently obtains complete, accurate, and relevant history efficiently. Selects appropriate laboratory and diagnostic tests. Level 4. Routinely identifies subtle and unusual findings and accurately utilizes these finding in formuation of case. Level 5. Serves as a role model for gathering subtle and reliable information from the patient. Teaches and supervises trainees in clinical evaluation.

At times, Sarah struggled with getting a detailed history that was appropriate for her current PGY level

Usually met

**PC2 Psychiatric Formulation and Differential Diagnosis**

Psychiatric Formulation and Differential Diagnosis: Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx: 0. Does not meet the criteria in Level 1. Level 1. Accurately summarizes, reports, and presents information obtained from the evaluation. Develops a working diagnosis. Level 2. Identifies patterns and phenomenology from the patient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis. Level 3. Organizes formulation around comprehensive models of phenomenology that takes etiology into account. Level 4. Efficiently synthesizes all information into a concise but comprehensive formulation. Level 5. Serves as a role model of efficient and accurate formulation. Teaches formulation to advanced trainees.

Sarah often struggled to identify what was actually going on diagnostically with the patient. She would leave out key pieces of information that were readily available in the medical chart, such as other consultants notes, labs, radiologic findings. Her diagnoses were not always appropriate given the information available. As she is a PGY-2, I expected her to be able to formulate much of this in a better way.

Often met.

**PC3 Treatment Planning and Management**

Treatment Planning and Management. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management: 0. Does not meet the criteria in Level 1. Level 1. Identifies potential treatment options, and recognizes patients in crisis. Level 2. Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation. Level 3. Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases. Level 4. Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs. Level 5. Supervises treatment planning of trainees. Integrates multiple modalities and providers in a comprehensive treatment plan.

I frequently had to remind Sarah to document the reasons for treatment in her notes. Despite this, it was not always done.

Dr Diekman often gets distracted from her role as a consulting psychiatrist on this rotation and would expend potentially disruptive energy questioning the competence of the medical teams.

**PC5 Somatic Therapies**

Somatic Therapies. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies: 0. Does not meet the criteria in Level 1. Level 1. Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents. Reviews indications, dosing parameters, and side effects of medications. Level 2. Appropriately prescribes commonly used psychotropic agents. Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection. Level 3. Manages drug interactions when using multiple medications. Monitors relevant lab studies and incorporates results into treatment strategy. Level 4. Titrates dosages and manages side effects of multiple medications. Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms. Level 5. Integrates emerging studies of somatic treatments into their clinical practice. Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

She has a good knowledge of medications but has trouble handling the details of a patients medication profile and medication history.

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

Professionalism. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism: 0. Does not meet the criteria in Level 1. Level 1. Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families. Displays familiarity with some basic ethical principles. Level 2. Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity. Level 3. Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care. Level 4. Develops a mutually agreeable care plan in context of conflict. Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients. Level 5. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

Sarah was professional and demonstrated respect for others on the medical team as well as patients.

**General Comment**

All

-Sarah always fought until the end for her patients, and they showed their appreciation for that. Often times patients would ask to only see her after they initially met her
-Sarah never complained even when she saw the last patient or had seen one more patient than the other residents ·She would always try and teach students whenever she had time ·She always carried her load on Monday mornings and would see as many patients as possible prior to clinic, which was a HUGE help to our team

Dr. Diekman was a great resident to work with. She was also great with med students.

**Evaluation Comments by Competency - including outside departments**          Review Period ⊙

| | | Comment |
|---|---|---|
| | | SHANDS CONSULTS (07/01/2014 - 07/31/2014): |

UF/Diekman 000718

| Comment |
|---|
| Patient Care |
| At times, Sarah struggled with getting a detailed history that was appropriate for her current PGY level. |
| I frequently had to remind Sarah to document the reasons for treatment in her notes. Despite this, it was not always done. |
| Sarah often struggled to identify what was actually going on diagnostically with the patient. She would leave out key pieces of information that were readily available in the medical chart, such as other consultants notes, labs, radiologic findings. Her diagnoses were not always appropriate given the information available. As she is a PGY 2, I expected her to be able to formulate much of this in a better way. |
| Professionalism |
| Sarah was professional and demonstrated respect for others on the medical team as well as patients. |
| Interpersonal and Communication Skills |
| Sarah did a good job with this and was able to work well on the team and in uncomplicated situations. |
| NFEVA/VA CONSULTS (08/01/2014 - 08/31/2014) |
| Patient Care |
| Dr Diekman often gets distracted from her role as a consulting psychiatrist on this rotation and would expend potentially disruptive energy questioning the competence of the medical teams. |
| Often met. |
| She has a good knowledge of medications but has trouble handling the details of a patients medication profile and medication history. |
| Usually met |
| Interpersonal and Communication Skills |
| There were more instances of misunderstandings between Dr Diekman and other treatment teams than with almost any other trainee in the past 2 years. She benefited from extra guidance on the limits of cut and paste documentation, timely responses to pages, and how to successfully ask clarifying questions of consulting teams. |

## Test Scores                                                                                    Residency ⊙

| Test Type | Date Taken | Score | Passed | Percentile |
|---|---|---|---|---|
| Intern OSCE 1 | 6/25/2013 | 63.17% | | |
| PRITE PGY-1 NEURO % | | | | 27 |
| PRITE PGY 1 PSYCH % | | | | 47 |
| PRITE PGY-2 NEURO % | | | | 30 |
| PRITE PGY-2 PSYCH % | | | | 42 |
| USMLE Step 1 | | 197 | | |
| USMLE Step 2 CK | | 219 | | |
| USMLE Step 2 CS | | | | |
| USMLE Step 3 | 1/31/2014 | 212 | ⊙ | |

## Curriculum Confirmed                                                                           Review Period ⊙

| Rotation | Start Date | End Date | Reviewed Curriculum |
|---|---|---|---|
| SHANDS CONSULTS | 7/1/2014 | 7/31/2014 | ▦ |
| NFEVA/VA CONSULTS | 8/1/2014 | 8/31/2014 | ▦ |
| VA RED TEAM | 9/1/2014 | 9/30/2014 | ▦ |
| VA YELLOW TEAM | 10/1/2014 | 10/31/2014 | ▦ |
| DPSY:PSY:VA EMERGENCY | 11/1/2014 | 11/30/2014 | ▦ |

## Milestone Progress                                                                            Residency ⊙



PC 1 — 1.5
PC 2 — 1.5
PC 3 — 1.5
PC 4 — 1.0
PC 5
MK 1



**Competency Progress**

| | | |
|---|---|---|
| Patient Care | ○ Meets Expectations | **Requires Attention** |
| Medical Knowledge | ☑ Meets Expectations | ○ Requires Attention |
| Systems-Based Practice | ○ Meets Expectations | **Requires Attention** |
| Practice-Based Learning and Improvement | ☑ Meets Expectations | ○ Requires Attention |
| Professionalism | ☑ Meets Expectations | ○ Requires Attention |
| Interpersonal and Communication Skills | ○ Meets Expectations | **Requires Attention** |

**Comments**

Hobbs, Jacqueline A on 4/8/2015 at 2:33 PM wrote:
Dr. Diekman continues as a PGY-2 resident in good standing. She exhibits interest in and compassion for her patients which is very good. Her knowledge base is on par with her level of training. Her overall performance in patient care, systems-based practice, and interpersonal and communication skills is inconsistent. She at times demonstrates very good skills but at other times does not. Her presentations and medical record documentation require significant work and improvement overall. She needs to continue to reduce cut and paste errors (if cutting and pasting, there must be significant editing). There has also been variable response to feedback. Faculty note significant difficulty with following up on their instructions and communication issues with team members. Feedback on notes in the C/L and clinic have now been given. C/L notes improved some with feedback. We will continue to evaluate progress with

UF/Diekman 000720

clinic notes. It is strongly recommended that Sarah work with her attendings, clinic directors, and other residents to assist her when she has difficulties with policy and procedures. She must continue to ask for help when she does not understand some aspect of her duties.



**Hobbs, Jacqueline A** on 4/8/2015 at 2:35 PM wrote:
PRITE scores are similar to last year. Still below 50th percentile. I highly recommend reviewing old PRITE questions as well as reading systematically Kaplan and Sadock's Synopsis of Psychiatry, 11th ed. to help improve scores.



**Hobbs, Jacqueline A** on 4/8/2015 at 2:38 PM wrote:
Portfolio check:
Case logs=94 as of 4/6/15 which is significantly lower than expected target of greater than 800 by end of PGY-2 year. Given some extra leave this year, I expect at least 500, so please work consistently and diligently to increase your logs. Daily logging is highly recommended.

**Signatures**

**Subject**          pending signature... |

**Program Director**     Hobbs, Jacqueline A signed on 4/8/2015 at 2:54 PM

There are currently no files attached to this review.

UF/Diekman 000721

# Portfolio Addendum
Sarah Diekman, MD

**Additional Progress:**

1. Self Study Plan Assessment:

   Sarah finished Step 3 so she did a lot of studying for that. She tries to keep up with AJP major studies. She reads on the topic of addiction quite a bit. She needs to work more on DSM-5 criteria.

2. Portfolio Progress:

| Requirement | Initiated | Not Initiated | In Progress | Completed |
|---|---|---|---|---|
| Patient Logs | | X | | |
| List of 20 research articles utilized in patient care and a brief summary of each article | | X | | |
| List of 5 ethical dilemmas and how they were handled | | X | | |
| Description of your quality improvement plan and how this plan has improved your performance as a resident | X | | | |
| Summary of activities demonstrating patient advocacy | | X | | |
| 5 complete psychiatric evaluations including biopsychosocial formulations and treatment plans | | X | | |
| Summary of what has been learned during this academic year and perceived areas of strength and weakness | X | | | |
| Copy of one referral letter sent to another physician | | X | | |
| **Training Director Comments:** Dr. Diekman has initiated her portfolio. | | | | |

| Date | Evaluator | Pass/Fail | Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

UF/Diekman 000722

# Faculty Evaluation Report

## Sarah Diekman

Psychiatry Clerkship  BCC 7150  ()

| Resident Evaluation | Mean | Std. Dev. | (N) | Course Mean | Dept. Mean |
|---|---|---|---|---|---|
| Overall Summary | 4.3 | 0.7 | 13 | | N/A |

Components:

| | 1 | 2 | 3 | 4 | 5 | (N) |
|---|---|---|---|---|---|---|
| Your overall rating of this resident:* | 0 | 0 | 2 | 5 | 6 | (13) |
| Provided direction and feedback effectively:* | 0 | 0 | 1 | 7 | 5 | (13) |
| Promoted your understanding of evaluating and...* | 0 | 1 | 0 | 6 | 6 | (13) |
| Demonstrated sensitivity to patients, family and...* | 0 | 0 | 1 | 5 | 7 | (13) |

## Comments:

Please comment on the following: a) specific strengths of this resident; b) specific weaknesses of this resident; c) suggestions for improvement. Please be thoughtful, professional and constructive in your feedback.

*"Dr. Diekman is great to work with. She has a lot of energy and enjoys what she does. She is very knowledgeable about the up to date stats on certain mental health issues. I also appreciated being able to "own" my patient."*

*"Dr. Diekman's mood was very labile. She sometimes snaps at students. "*

*"Dr. Diekman was very welcoming from the start. She also gave me a lot of independence in trying to come up with a plan for out patients."*

*"Dr. Diekman is great! She was funny, caring, and always well-dressed.  She did not belittle the medical students, treating them as important members of the team.  She let students interview patients by themselves and then talked to them through the appropriate plan.  I like the fact that she gave us a sense of autonomy over our patients. Only thing I did not like what that she would interrrupt us during our presentations during rounds, which I though was sometimes rude. Otherwise, I liked her a lot."*

*"a. Dr. Diekman was very thoughtful and knew how to communicate/teach concepts well to students. She also gave us supplementary reading that allowed us to understand why psychiatry approaches certain disorders the way they do.   b. none! Her pattern of teaching is very unique and much appreciated.   c. none. "*

*"Takes time to teach, makes space for students to be involved, enjoys the humor intrinsic to medical practice but models empathetic concern for patients too. Enjoyed working on the team with Dr. Diekman.  "*

*"a. very knowledgeable"*

New Innovations

Semi-Annual Review

Review Period: 7/1/2015 - 9/30/2015          Residency Period: 7/1/2013 - 9/30/2015          Meeting Date: 10/22/2015 3:15P 4:00P

JULY 1, 2015-SEPTEMBER 30, 2015



**Diekman, Sarah Jean**
PRG 3
PSY-Psychiatry General
sdiekman@ufl.edu

Report Data v as last captured on 10/22/2015

**Resident Training Records**                                                                 Residency ⊙

| | Start Date | End Date | Program Year | Status | PGY |
|---|---|---|---|---|---|
| PSY-Psychiatry General - University Of Florida | | | | | |
| | 7/1/2013 | 6/30/2014 | 1st Year in Residency | PRG 1 | 1 |
| | 7/1/2014 | 7/31/2015 | 2nd Year in Residency | PRG 2 | 2 |
| | 8/1/2015 | 7/31/2016 | 3rd Year in Residency | PRG 3 | 3 |
| | 8/1/2016 | 7/31/2017 | 4th Year in Residency | PRG 4 | 4 |

**State Licenses**                                                                 Residency ⊙

| License Type | Description | State | Specialty | Number | Start Date | End Date | Expired |
|---|---|---|---|---|---|---|---|
| Training | Florida Training | Florida | | TRN18797 | | 6/30/2017 | |

**Test Scores**                                                                 Residency ⊙

| Test Type | Date Taken | Score | Passed | Percentile |
|---|---|---|---|---|
| Intern OSCE 1 | 6/25/2013 | 63.17% | | |
| PRITE PGY-1 NEURO % | | | | 27 |
| PRITE PGY-1 PSYCH % | | | | 47 |
| PRITE PGY-2 NEURO % | | | | 30 |
| PRITE PGY-2 PSYCH % | | | | 42 |
| USMLE Step 1 | | 197 | | |
| USMLE Step 2 CK | | 219 | | |
| USMLE Step 2 CS | | | | |
| USMLE Step 3 | 1/31/2014 | 212 | ⊙ | |

**Duty Hour Rule Violations**                                                                 Review Period ⊙

| Rotation | Start Date | End Date | Hrs/Wk | 80 Hr | 24+ | Call | Short Break | Days Off | Night Float |
|---|---|---|---|---|---|---|---|---|---|
| SHANDS CONSULTS | 7/1/2015 | 7/31/2015 | 46.97 | 0 | 0 | 0 | 0 | 0 | 0 |
| VA CONSULTS | 8/1/2015 | 8/31/2015 | 46.06 | 0 | 0 | 0 | 0 | 0 | 0 |
| VISTA EAST 2 | 9/1/2015 | 9/30/2015 | 53.67 | 0 | 0 | 0 | 0 | 0 | 0 |

**Conference Attendance**                                                                 Review Period ⊙

% Attended = Present / (# Required - Excused)

| | Status | Department | Category | # Conferences | # Required | Present | Tardy | Excused | % Required | % Attended |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Home Department | | | | | | | | |
| | PRG 2 | PSYCH-Psychiatry | All Residents | 4 | 4 | 2 | 0 | 0 | 70% | 50% |
| | PRG 2 | PSYCH-Psychiatry | PGY 2, 3 and 4 Didactics | 5 | 5 | 3 | 0 | 0 | 70% | 60% |
| | PRG 3 | PSYCH-Psychiatry | All Residents | 7 | 6 | 5 | 0 | 0 | 70% | 83% |
| | PRG 3 | PSYCH-Psychiatry | PGY 2, 3 and 4 Didactics | 10 | 10 | 7 | 0 | 1 | 70% | 77% |
| | PRG 3 | PSYCH-Psychiatry | PGY 3 AOPC Supervision/Process Group | 9 | 9 | 6 | 0 | 0 | 70% | 66% |
| | | | Totals: | 35 | 34 | 23 | 0 | 1 | | Avg: 69.70% |
| | | | Grand Totals: | 35 | 34 | 23 | 0 | 1 | | Avg: 69.70% |

**Curriculum Confirmed**                                                                 Review Period ⊙

| Rotation | Start Date | End Date | Reviewed Curriculum |
|---|---|---|---|
| SHANDS CONSULTS | 7/1/2015 | 7/31/2015 | 🔳 |
| VA CONSULTS | 8/1/2015 | 8/31/2015 | 🔳 |
| VISTA EAST 2 | 9/1/2015 | 9/30/2015 | N/A |

UF/Diekman 000724



**Milestone Progress**
Residency

| Rotation | Dates | Patient Care | Medical Knowledge | Systems-Based | Practice-Based | Professionalism | Interpersonal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Scale: 0 to 5 | | | | | | | |
| SHANDS CONSULTS | 07/01/2015 - 07/31/2015 | 0.88 | --- | --- | --- | 1.00 | 0.50 |
| VA CONSULTS | 08/01/2015 - 08/31/2015 | 0.50 | --- | --- | --- | 0.00 | 0.00 |
| VISTA EAST 2 | 09/01/2015 - 09/30/2015 | 1.75 | --- | --- | --- | 2.00 | 0.00 |

**Competency by Rotation**
Review Period

UF/Diekman 000725



**Competency by Training Year**

Residency

Results from Grade Scale: 0 to 5

Results from Grade Scale: 1 to 2

Results from Grade Scale: 1 to 4

Results from Grade Scale: 1 to 5

Results from Grade Scale: 3 to 9

**Evaluation Comments - All**

Review Period

| | Comment |
|---|---|
| | **GENERAL** |
| | **Please add your overall comments below.** |

Sarah is not functioning at the level of a pgy-3 resident. Her knowledge base is poor. She would not pre-round on her patients and was not prepared for morning rounds. She overly relied on medical students to pre-round on her patients as well as call collateral. Her notes were often late, leading to confusion from the primary team. As times she was receptive to feedback, but made minimal improvement from her rotation approximately 1 year ago.

Dr. Diekman seemed to struggle during this rotation and demonstrated difficulty with time management. We also received calls from other teams that our recommendations were not communicated. In addition, there were times here notes were not put in the chart in a timely fashion. In another instance, she wrote and signed a note, with recommendations that went into the chart and was signed prior to rounds. My recommendations were different than what she had already signed. This was surprising to me as it is an expectation that notes are not signed prior to rounds, as the plan could change. I also found that she got easily confused with straightforward information and directions. Her list is disorganized and she has trouble keeping up with what is happening on a consult service. In addition, her notes were poor in quality and contradictory. On a patient we diagnosed with cognitive disorder, she wrote that memory was normal. She also would write in the H and P tha tt the patient was disorganized in thought process and later in the MSE indicate that the patient was linear, logical. Frequently her Psych ROS and what was written in the MSE contradicted each other. I had a very difficult time trusting what was told to me in terms of her clinical interview as this did not always match what I saw in rounds. In addition, she sent PA students to see patients before rounds that she had not seen herself. I got the sense that she was using their history to write the notes rather than taking it herself. She had to be directed to actually go interview the patient herself. I feel that she has several critical deficiencies. She needs very close supervision: almost above the level of what I could provide. I felt that I had to constantly check to be sure that things that should be written in the chart were there and also had to be certain that she was not putting her own recommendations in, that I had not agreed with. This in combination with untimely notes made for a very difficult month.

I do not find Dr. Diekman will be able to develop to the point where she could safely independently practice medicine. Based on this most recent month's performance, I find I cannot provide the level of supervision she requires to provide safe patient care. She needs 1:1 constant direct supervision from an attending level provider. Given,

UF/Diekman 000726

| Comment |
| --- |

she is now over half-way through her training, this is deeply concerning. More worrisome is Dr. Diekman's pattern of blaming external sources for errors and mistakes. Her attitude is consistently not my fault. I have yet to see any evidence she views this as a serious problem needing immediate correction. Without a personal sense of responsibility to her patients, I do not see how she will be able to successfully complete a residency program. Dr. Diekman did not pass this rotation

I have sent numerous emails and discussed this resident at length with the residency training director and the chief residents. She is a lovely person, but there are issues with her ability to function at the level she is at. The largest issue is that she does not follow through on things that she asked to do. This then requires everyone else to check up behind her

**ICS1 Relationship development and conflict management**

Relationship Development and Conflict Management with patients, families, colleagues. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric relationship development and conflict management with patients, families, colleagues, and members of the health care team:  0. Does not meet the criteria in Level 1. Level 1. Cultivates positive relationships with patients, families, and team members. Collaborates as a member of the teams. Recognizes communication conflicts in work relationships. Level 2. Develops a therapeutic relationship with patients in uncomplicated situations.  Negotiates and manages simple patient/family-related conflicts.  Actively participates in team-based care. Level 3. Develops therapeutic relationships in complicated situations.  Sustains working relationships in the face of conflict.  Facilitates and leads team-based activities in clinical situations. Level 4. Sustains therapeutic and working relationships during complex and challenging situations including transitions of care.  Leads a team and manages conflict within the team. Level 5. Sustains relationships across systems of care with patients during long-term follow-up.  Develops models/approaches to managing difficult communications.

Struggled with this. We had phone calls from other teams who did not receive timely information

Very disruptive presence on team, affecting all members.

She does not instill confidence ain any of her treatment team members including nurses, social work and utilization review as well as the other physicians. She often was giving conflicting messages to families and they would give permission for medications and then immediately retract it when they would speak to nursing. The information on her sign out sheet was often not up to date and accurate. As an example, one patient who is being held for a state hospital bed continues to say that she may go home with her friend first.

**PC1 Psychiatric Evaluation**

Psychiatric Evaluation:  Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for a psychiatric evaluation: 0. Does not meet the criteria in Level 1. Level 1.  Obtains medical and psychiatric history and MSE.  Obtains collateral screens for safety. Level 2.  Acquires efficient, accurate, relevant history.  Performs a targeted examination.  Obtains information not readily offered by the patient. Level 3.  Consistently obtains complete, accurate, and relevant history efficiently.  Selects appropriate laboratory and diagnostic tests. Level 4.  Routinely identifies subtle and unusual findings and accurately utilizes these finding in formation of case. Level 5.  Serves as a role model for gathering subtle and reliable information from the patient.  Teaches and supervises trainees in clinical evaluation.

Adequate performance on 1-2 straightforward patients at a time. If more than 3 patients or faced with 1 complex patient, makes critical mistakes that limit psychiatric evaluation including mistakes on safety screens

**PC2 Psychiatric Formulation and Differential Diagnosis**

Psychiatric Formulation and Differential Diagnosis:  Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric formulation and DDx: 0.  Does not meet the criteria in Level 1. Level 1.  Accurately summarizes, reports, and presents information obtained from the evaluation.  Develops a working diagnosis. Level 2.  Identifies patterns and phenomenology from the patient's presentation to generate diagnostic hypotheses, including a basic differential diagnosis. Level 3.  Organizes formulation around comprehensive models of phenomenology that takes etiology into account. Level 4.  Efficiently synthesizes all information into a concise but comprehensive formulation. Level 5.  Serves as a role model of efficient and accurate formuation.  Teaches formulation to advanced trainees.

Critical knowledge gaps. Did not have adequate differential diagnoses. Information often missed in summaries

**PC3 Treatment Planning and Management**

Treatment Planning and Management. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric treatment planning and management: 0. Does not meet the criteria in Level 1. Level 1. Identifies potential treatment options, and recognizes patients in crisis. Level 2. Sets treatment goals in concert with patient and monitors treatment adherence and response. Links treatment with formulation. Level 3. Re-evaluates and revises treatment based on new information. Recognizes the need for consultation and supervision for complicated cases. Level 4. Devises an individualized treatment plan for complex presentations and appropriately modifies treatment to fit the patient needs. Level 5. Supervises treatment planning of trainees.  Integrates multiple modalities and providers in a comprehensive treatment plan.

Sarah really struggled with management of patients. See comments below

Operates well below training level

**PC5 Somatic Therapies**

Somatic Therapies. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric somatic therapies: 0. Does not meet the criteria in Level 1. Level 1. Assesses basic patient symptoms and has a beginning understanding of commonly used psychotropic agents.  Reviews indications, dosing parameters, and side effects of medications. Level 2. Appropriately prescribes commonly used psychotropic agents.  Incorporates basic knowledge of mechanisms of action and metabolism in treatment selection. Level 3. Manages drug interactions when using multiple medications.  Monitors relevant lab studies and incorporates results into treatment strategy. Level 4. Titrates dosages and manages side effects of multiple medications.  Appropriately incorporates second and third line agents as indicated for treatment resistant symptoms. Level 5. Integrates emerging studies of somatic treatments into their clinical practice.  Explains less common somatic treatment choices to patients in terms of hypothesized mechanisms of action.

Gaps in knowledge base. Close 1:1 supervision required to ensure patient safety

She has difficulty with demonstrating the application of her basic medical knowledge in clinical practice

**PROF1 Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

Professionalism. Please select the item that most appropriately describes the resident's current knowledge and set of clinical skills for psychiatric professionalism: 0. Does not meet the criteria in Level 1. Level 1. Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families.  Displays familiarity with some basic ethical principles. Level 2. Demonstrates capacity for self-reflection, curiosity about and openness to different beliefs and points of view, and respect for diversity.  Level 3. Elicits beliefs, values, and diverse practices of patients and their families and understands their potential impact on patient care. Level 4. Develops a mutually agreeable care plan in context of conflict.  Ability to discuss own cultural background and beliefs, and the ways in which these affect interactions with patients. Level 5. Serves as a role model and teacher of compassion, integrity respect for others, and sensitivity to diverse patient populations.

Does not take responsibility for own errors or professional development. Blames external sources for problems including colleagues

**Scholarly Activity**                                                                            Residency ⬤

| Activity | Total |
| --- | --- |
| Abstracts | 0 |
| Chapters | 0 |

UF/Diekman 000727

New Innovations

| Activity | Total |
|---|---|
| Grants | 0 |
| Individual Awards | 0 |
| Individual Awards 1 | 0 |
| Local/State Conference Presentations | 0 |
| Lynne's APA Mind Games | 0 |
| National Leadership/Committee Appointment | 0 |
| Peer-Review Publications | 0 |
| Peer-Review Publications | 0 |
| Poster Presentation | 0 |
| Presentations, National | 0 |
| Publications, Non-Peer Reviewed | 0 |
| Residents as Teachers Program | 0 |

## Procedures Logged

Residency ⬤

| Procedure Name | Independent Target | Review Total Passed | Review Total Not Passed | Residency Total Passed | Residency Total Not Passed | Independent |
|---|---|---|---|---|---|---|
| ADHD | 0 | 1 | 0 | 1 | 0 | |
| Adjustment Disorder | 0 | 1 | 0 | 11 | 0 | |
| Antisocial | 0 | 0 | 0 | 2 | 0 | |
| Anxiety Disorder NOS | 0 | 3 | 0 | 19 | 0 | |
| Attendance at 1 AA Meeting | 0 | 0 | 0 | 1 | 0 | |
| Autism or Other Pervasive Develop. Disorders | 0 | 0 | 0 | 0 | 0 | |
| Avoidant PD | 0 | 1 | 0 | 1 | 0 | |
| Behavioral Neurology | 0 | 0 | 0 | 0 | 0 | |
| Bipolar Disorders | 0 | 19 | 0 | 46 | 0 | |
| Borderline | 0 | 1 | 0 | 4 | 0 | |
| Clinical Neurophysiology | 0 | 0 | 0 | 0 | 0 | |
| Cognitive Disorders | 0 | 6 | 0 | 10 | 0 | |
| Conversion Disorder | 0 | 0 | 0 | 1 | 0 | |
| Critical Care and Emergency Neurology | 0 | 0 | 0 | 0 | 0 | |
| Delirium | 0 | 8 | 0 | 17 | 0 | |
| Dementia | 0 | 3 | 0 | 14 | 0 | |
| Dependent PD | 0 | 0 | 0 | 3 | 0 | |
| Depressive Disorders NOS | 0 | 5 | 0 | 41 | 0 | |
| Eating Disorder | 0 | 0 | 0 | 4 | 0 | |
| ECT Experience | 0 | 0 | 0 | 0 | 0 | |
| Epilepsy | 0 | 0 | 0 | 0 | 0 | |
| Factitious Disorder | 0 | 0 | 0 | 0 | 0 | |
| GAD | 0 | 9 | 0 | 39 | 0 | |
| Headache and Facial Pain | 0 | 0 | 0 | 0 | 0 | |
| Histrionic | 0 | 0 | 0 | 0 | 0 | |
| Identity Disorder | 0 | 0 | 0 | 1 | 0 | |
| Impulse Control Disorder | 0 | 0 | 0 | 1 | 0 | |
| Learning Disorder/Mental Retardation | 0 | 0 | 0 | 2 | 0 | |
| MDD | 0 | 4 | 0 | 24 | 0 | |
| Medicine - Cardiovascular | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Endocrine | 0 | 0 | 0 | 0 | 0 | |
| Medicine - GI | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Hematology/Oncology | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Infectious Diseases | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Miscellaneous | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Obstetrics/Gynecology | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Pulmonary | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Renal | 0 | 0 | 0 | 0 | 0 | |
| Medicine - Rheumatology and Skin | 0 | 0 | 0 | 0 | 0 | |
| Miscellaneous (includes Child Neurology, Geriatric Neurology, Neural Repair and Rehabilitation, Neuroendocrinology, Neuroepidemiology, Neurogenetics, Neuroimaging, Neuro-oncology, Neuro-ophthalmology/Neuro-otology, Women's Issues in Neurology) | 0 | 0 | 0 | 0 | 0 | |
| Mood Disorders NOS | 0 | 1 | 0 | 10 | 0 | |
| Movement Disorders | 0 | 0 | 0 | 0 | 0 | |
| Multiple Sclerosis | 0 | 0 | 0 | 0 | 0 | |

UF/Diekman 000728

| Procedure Name | Independent Target | Review Total Passed | Review Total Not Passed | Residency Total Passed | Residency Total Not Passed | Independent |
|---|---|---|---|---|---|---|
| Narcissistic | 0 | 0 | 0 | 0 | 0 | |
| Neuroinfectious Disease | 0 | 0 | 0 | 0 | 0 | |
| Neurology | 0 | 0 | 0 | 0 | 0 | |
| Neuromuscular | 0 | 0 | 0 | 0 | 0 | |
| Obsessive Compulsive Personality Disorder | 0 | 1 | 0 | 1 | 0 | |
| OCD | 0 | 3 | 0 | 17 | 0 | |
| Pain Disorder | 0 | 5 | 0 | 19 | 0 | |
| Paranoid Personality | 0 | 0 | 0 | 1 | 0 | |
| Personality Disorders NOS | 0 | 0 | 0 | 0 | 0 | |
| Psychotic Disorders NOS | 0 | 14 | 0 | 23 | 0 | |
| PTSD | 0 | 10 | 0 | 27 | 0 | |
| Schizoaffective Disorder | 0 | 15 | 0 | 21 | 0 | |
| Schizoid | 0 | 0 | 0 | 0 | 0 | |
| Schizophrenia | 0 | 26 | 0 | 36 | 0 | |
| Schizotypal | 0 | 0 | 0 | 0 | 0 | |
| Sexual & Gender Disorder | 0 | 0 | 0 | 0 | 0 | |
| Sleep Disorder | 0 | 1 | 0 | 3 | 0 | |
| Social | 0 | 4 | 0 | 13 | 0 | |
| Somatoform Disorders NOS | 0 | 1 | 0 | 2 | 0 | |
| Specific Phobia | 0 | 0 | 0 | 3 | 0 | |
| Stroke and Vascular Neurology | 0 | 0 | 0 | 0 | 0 | |
| Substance Abuse | 0 | 1 | 0 | 11 | 0 | |
| Substance Dependence | 0 | 3 | 0 | 15 | 0 | |



**Progress Summary**

Overall Progress    ○ Meets Expectations    ● Requires Attention

**Competency Progress**

Patient Care    ○ Meets Expectations    ● Requires Attention
Medical Knowledge    ○ Meets Expectations    ● Requires Attention
Systems-Based Practice    ● Meets Expectations    ○ Requires Attention
Practice-Based Learning and Improvement    ● Meets Expectations    ○ Requires Attention
Professionalism    ○ Meets Expectations    ● Requires Attention
Interpersonal and Communication Skills    ○ Meets Expectations    ● Requires Attention

**Comments**

**Hobbs, Jacqueline A** on 10/22/2015 at 11:47 AM wrote:
Dr. Diekman is currently on probation that began September 4, 2015. For more details, please refer to her probation letter. We continue to monitor her performance. The main issue at this point is consistency in her overall patient care. Documentation needs to be consistent. She is capable and has presented notes that are quite good and thorough, but these remain in contrast to others that are not. She needs to continue to find ways to ensure that she completes all patient care duties such as placing all orders. In addition, she needs to increase her ability to manage a higher case load in order to be prepared for the rigor of independent practice.

**Hobbs, Jacqueline A** on 10/22/2015 at 11:49 AM wrote:
Dr. Diekman should continue to review her probation letter and ensure strict adherence to the requirements in addition to cthe resident administrative tasks

**Signatures**

Subject            pending signature... |

Program Director    Hobbs, Jacqueline A signed on 10/22/2015 at 5:39 PM

There are currently no files attached to this review.

UF/Diekman 000729

# Portfolio Addendum
## Sarah Diekman, MD

**Additional Progress:**

1.  Self Study Plan Assessment:

> From self study plan in NI (7/23/15): "My self-study plan for the next 6 months will be very similar to the last 6 months since I have a very similar schedule. The work burden of these consult and acute care services can limit study time but I will and have tried to read and learn about each patient as I encounter them. This seems to have been a successful strategy since I have spent the largest portion of my time on consult services and received the highest score in the entire program of aprx 40 residents on the consult specific portion of the PRITE exam. The areas that I have scored the lowest on are outpatient and CBT/therapy rotations. I will try to study these topics while continuing to care for patients on the consults services which dominate my next year curriculum. I also will seek out book and you tubes videos on outpatient addictions treatment as this is the area that I wish to practice and will not be able to be exposed to during my training at UF. I will participate with vigor at the PRITE review sessions and continue to learn through my clinical experience. I would like to have Dr. Teitelbaum or Dr. Green as mentors. I had hope to work with them at the FRC or Vista West experience and make a plan then since addictions has been and continues to be the area that I solely wish to practice in. I plan to contact them after hours and continue to learn about their services via students and fellow residents who rotate with them and are willing to share their learning experience with me."

2.  Portfolio Progress:

| Requirement | Initiated | Not Initiated | In Progress | Completed |
|---|---|---|---|---|
| Patient Logs 453 as of 10/19/15 | | | X | |
| List of 20 research articles utilized in patient care and a brief summary of each article | | X | | |
| List of 5 ethical dilemmas and how they were handled | | X | | |
| Description of your quality improvement plan and how this plan has improved your performance as a resident | | | X | |
| Summary of activities demonstrating patient advocacy | | X | | |
| 5 complete psychiatric evaluations including biopsychosocial formulations and treatment plans | | X | | |
| Summary of what has been learned during this academic year and perceived areas of strength and weakness | | | X | |
| Copy of one referral letter sent to another physician | | X | | |

**Training Director Comments:** Dr. Diekman continues to make progress on her portfolio. She needs to catch up on her case logs. She should be between 800 and 1,200 at this time.

| Date | Evaluator | Pass/Fail | Comments |
|---|---|---|---|
| 10/23/14 | Bruijnzeel/Hobbs | Pass | VA inpatient |
| 8/18/15 | Turner | Pass | VA Consults |
| | | | |

UF/Diekman 000730

# Faculty Evaluation Report

## Sarah Diekman

Psychiatry Clerkship  MDC 7830  (2016)

| Resident Evaluation | Mean | Std. Dev. | (N) | Course Mean | Dept. Mean |
|---|---|---|---|---|---|
| Overall Summary | 4.4 | 0.8 | 17 | | N/A |

| Components: | 1 | 2 | 3 | 4 | 5 | (N) |
|---|---|---|---|---|---|---|
| Your overall rating of this resident:* | 0 | 0 | 3 | 4 | 10 | (17) |
| Provided direction and feedback effectively:* | 0 | 0 | 3 | 5 | 9 | (17) |
| Promoted your understanding of evaluating and...* | 0 | 0 | 3 | 2 | 12 | (17) |
| Demonstrated sensitivity to patients, family and...* | 0 | 0 | 3 | 4 | 10 | (17) |

## Comments:

Please comment on the following: a) specific strengths of this resident; b) specific weaknesses of this resident; c) suggestions for improvement. Please be thoughtful, professional and constructive in your feedback.

*"Excellent physician, very great to work with. I appreciated that she quizzed us, asked us a lot of questions, and help little learning sessions where we discussed different topics, such as DT."*

*"n/a"*

*"She specifically hosted a session for the medical students teaching us how to take a focused psychiatric history! We all greatly appreciated that because we were taught the entire checklist and not really how to focus in on certain things on the psych ROS. It honestly helped all of us out and we hope she continues to do that for the upcoming medical students even if it is day one. We felt way more comfortable performing interviews after that and wanted to thank her. "*

UF/Diekman 000731

**Diekman, Sarah**
7/1/15-9/30/15

**Checklists: Current.** *See below, A-Z Duff, was not completed in Journals, however checked off in Checklists as completed.*

Diekman, Sarah Jean Program : PSY-Psychiatry
General

| | | |
|---|---|---|
| FOR FINAL UPLOAD PURPOSES ONLY | PIP Module Assignment, Due March 2016 | 03/01/2016 |
| Module # 4 FOCUS Suicide Chart Review PIP | PIP Module Assignment, Due March 2016 | 03/01/2016 |
| Module #1 FOCUS MDD Chart Review PIP | PIP Module Assignment, Due March 2016 | 03/01/2016 |
| Module #2 FOCUS PTSD Chart Review PIP | PIP Module Assignment, Due March 2016 | 03/01/2016 |
| Module #3 FOCUS SCZ Chart Review PIP | PIP Module Assignment, Due March 2016 | 03/01/2016 |
| Self Study Plan Assessment | Self Study Assessment due Dec 31, 2015 | 12/31/2015 |
| Write one multiple choice question. | October 9 2015 Grand Rounds Question Mandatory | 10/23/2015 |

**Journals:**
**Past Due:**
A-Z Duff: checked off as completed in Checklists, however is not completed in Journals. Due 8/14/15
Verbal De-Escalation of the Agitated Patient.  Due: 9/3/15



**Dr. Duff Professionalism July 2015**
∨ *Mandatory: Please read Dr. Duffs Professionalism A-Z Primer*
*Respond to the question in NI, "My Journal"*

| # | Step Name | Status |
|---|---|---|
| ☑ 1 | Read Dr. Duff Professionalism Write Response Mandatory | COMPLETE |

Provided File

*Please read the attached article. After reading go to (Portfolio) My Journals in New Innovations, add a new journal entry and write and answer the following question: Which items from A-Z do you feel are your strengths and which are your areas for improvement? When you have completed your journal entry, press "Publish" then go back to Checklists "Dr. Duff Professionalism" and check the "completed" box*

# Faculty Evaluation Report

# Sarah Diekman

Psychiatry Clerkship  MDC 7830  (2016)

| Resident Evaluation | Mean | Std. Dev. | (N) | Course Mean | Dept. Mean |
|---|---|---|---|---|---|
| Overall Summary | 4.4 | 0.8 | 17 | | N/A |

Components:

| | 1 | 2 | 3 | 4 | 5 | (N) |
|---|---|---|---|---|---|---|
| Your overall rating of this resident:* | 0 | 0 | 3 | 4 | 10 | (17) |
| Provided direction and feedback effectively:* | 0 | 0 | 3 | 5 | 9 | (17) |
| Promoted your understanding of evaluating and...* | 0 | 0 | 3 | 2 | 12 | (17) |
| Demonstrated sensitivity to patients, family and...* | 0 | 0 | 3 | 4 | 10 | (17) |

## Comments:

Please comment on the following: a) specific strengths of this resident; b) specific weaknesses of this resident; c) suggestions for improvement. Please be thoughtful, professional and constructive in your feedback.

*"Excellent physician, very great to work with. I appreciated that she quizzed us, asked us a lot of questions, and help little learning sessions where we discussed different topics, such as DT."*

*"n/a"*

*"She specifically hosted a session for the medical students teaching us how to take a focused psychiatric history! We all greatly appreciated that because we were taught the entire checklist and not really how to focus in on certain things on the psych ROS. It honestly helped all of us out and we hope she continues to do that for the upcoming medical students even if it is day one. We felt way more comfortable performing interviews after that and wanted to thank her. "*

UF/Diekman 000733