# Exhibit 7



**UF | UNIVERSITY of FLORIDA**

**College of Medicine**
Department of Psychiatry
Residency Training

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945 Phone
(352) 594-1818 Fax

December 3, 2014

Regina Bussing, MD
Professor & Interim Chair
P O Box 100256
Gainesville, FL 32610

Dear Dr. Bussing:

I am writing this request to be granted Leave With Pay (LWP) beginning December 1, 2014 through December 31, 2014 due to a prevailing medical condition that has worsened to the extent that I cannot perform my duties as a resident. This condition was under control during my PGY-1, but exacerbated shortly after the start of my PGY-2. Despite closely following medical recommendations, I have not regained functionality while working clinical rotations. I have met with my Program Director, Dr. Jacqueline Hobbs, to discuss a leave plan that would least impact my health and training. I plan to take the month of December off and return in January if recovered for active duty.

At this time I have expended all of my accrued vacation and sick leave and will use one day of advanced sick leave through the end of November. I understand my residency training period will be extended by the number of days I am on this leave. If I am able to return on January 1, 2015 as planned, my residency will be extended by one month and three work days with an anticipated graduation date of July 31, 2017. If I am given clearance to return to work before 12-31-14, I will return to active duty status. A copy of the University of Florida Leave Policy is attached.

Sincerely,

Sarah Diekman, MD
PGY-2 Psychiatry Resident
Department of Psychiatry

*[signature]*

(Electronically signed – the original will follow by mail)

Attachment: 1



Exhibit 6
S. Diekman 6/17/2020

Diekman/UF 000671