Exhibit 8

December 2015



**Diekman, Sarah Jean**
PRG 3
sdiekman@ufl.edu
COMPLETED

| PC 1 | PC 2 | PC 3 | PC 4 | PC 5 | MK 1 | MK 2 | MK 3 | MK 4 |
|------|------|------|------|------|------|------|------|------|
| 1.5  | 1.5  | 1.5  | 1.5  | 2.0  | 1.5  | 2.0  | 1.5  | 1.5  |

| MK 5 | MK 6 | SBP 1 | SBP 2 | SBP 3 | SBP 4 | PBLI 1 | PBLI 2 | PBLI 3 |
|------|------|-------|-------|-------|-------|--------|--------|--------|
| 1.5  | 1.5  | 1.5   | 1.5   | 1.5   | 1.5   | 1.5    | 1.5    | 1.5    |

| PRO 1 | PRO 2 | ICS 1 | ICS 2 |
|-------|-------|-------|-------|
| 2.0   | 1.5   | 1.0   | 1.0   |

June 2015

## 2nd Year in Residency



**Diekman, Sarah Jean**
PRG 2
sdiekman@ufl.edu
COMPLETED

| PC 1 | PC 2 | PC 3 | PC 4 | PC 5 | MK 1 | MK 2 | MK 3 | MK 4 |
|------|------|------|------|------|------|------|------|------|
| 1.5  | 1.5  | 1.5  | 1.5  | 1.5  | 1.5  | 2.0  | 1.5  | 1.5  |

| MK 5 | MK 6 | SBP 1 | SBP 2 | SBP 3 | SBP 4 | PBLI 1 | PBLI 2 | PBLI 3 |
|------|------|-------|-------|-------|-------|--------|--------|--------|
| 1.5  | 1.0  | 1.0   | 1.0   | 1.5   | 1.0   | 1.0    | 1.5    | 1.5    |

| PRO 1 | PRO 2 | ICS 1 | ICS 2 |
|-------|-------|-------|-------|
| 2.0   | 1.0   | 1.0   | 1.0   |

December 2014



**Diekman, Sarah Jean**
PRG 2
sdiekman@ufl.edu
COMPLETED

| PC 1 | PC 2 | PC 3 | PC 4 | PC 5 | MK 1 | MK 2 | MK 3 | MK 4 |
|------|------|------|------|------|------|------|------|------|
| 1.5  | 1.5  | 1.5  | 1.0  | 1.0  | 1.5  | 1.5  | 1.5  | 1.5  |

| MK 5 | MK 6 | SBP 1 | SBP 2 | SBP 3 | SBP 4 | PBLI 1 | PBLI 2 | PBLI 3 |
|------|------|-------|-------|-------|-------|--------|--------|--------|
| 1.5  | 1.0  | Has not achieved Level 1 | Has not achieved Level 1 | 1.5 | 1.0 | 1.0 | 1.0 | 1.0 |

| PRO 1 | PRO 2 | ICS 1 | ICS 2 |
|-------|-------|-------|-------|
| 2.0   | 1.0   | Has not achieved Level 1 | Has not achieved Level 1 |



Exhibit

**7**

S. Diekman 6/17/2020

New Innovations Residency Management Suite - Reports

# PSY-Psychiatry General

## PC1. Psychiatric Evaluation
A: General interview skills B: Collateral information gathering and use C: Safety assessment D: Use of clinician's emotional response

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Obtains general medical and psychiatric history and completes a mental status examination | 2.1/A Acquires efficient, accurate, and relevant history customized to the patient's complaints | 3.1/A Consistently obtains complete, accurate, and relevant history | 4.1/A Routinely identifies subtle and unusual findings | 5.1/A Serves as a role model for gathering subtle and reliable information from the patient |
| | 1.2/B Obtains relevant collateral information from secondary sources | 2.2/A Performs a targeted examination, including neurological examination, relevant to the patient's complaints | 3.2/A Performs efficient interview and examination with flexibility appropriate to the clinical setting and workload demands | 4.2/B Follows clues to identify relevant historical findings in complex clinical situations and unfamiliar circumstances | 5.2/A, B Teaches and supervises other learners in clinical evaluation |
| | 1.3/C Screens for patient safety, including suicidal and homicidal ideation | 2.3/B Obtains information that is sensitive and not readily offered by the patient | 3.3/B Selects laboratory and diagnostic tests appropriate to the clinical presentation | 4.3/D Begins to use the clinician's emotional responses to the patient as a diagnostic tool | |
| | | 2.4/C Assesses patient safety, including suicidal and homicidal ideation | 3.4/B Uses hypothesis-driven information gathering techniques | | |
| | | 2.5/D Recognizes that the clinician's emotional responses have diagnostic value | | | |

UF/Diekman 001467

**PC2. Psychiatric Formulation and Differential Diagnosis**

A: Organizes and summarizes findings and generates differential diagnosis B: Identifies contributing factors an
contextual features and creates a formulation

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Organizes and accurately summarizes, reports, and presents to colleagues information obtained from the patient evaluation | 2.1/A Identifies patterns and recognizes phenomenology from the patient's presentation to generate a diagnostic hypotheses | 3.1/A Develops a full differential diagnosis while avoiding premature closure | 4.1/A Incorporates subtle, unusual, or conflicting findings into hypotheses and formulations | 5.1/B Serves as a role model of efficient and accurate formulation |
| | 1.2/A Develops a working diagnosis based on the patient evaluation | 2.2/A Develops a basic differential diagnosis for common syndromes and patient presentations | 3.2/B Organizes formulation around comprehensive models of phenomenology that take etiology into account | 4.2/B Efficiently synthesizes all information into a concise but comprehensive formulation | 5.2/B Teaches formulation to advanced learners |
| | | 2.3/B Describes patients' symptoms and problems, precipitating stressors or events, predisposing life events or stressors, perpetuating and protective factors, and prognosis | | | |

**PC3. Treatment Planning and Management**

A: Creates treatment plan B: Manages patient crises, recognizing need for supervision when indicated C: Monitors and revises treatment when indicated

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Identifies potential treatment options | 2.1/A Sets treatment goals in collaboration with the patient | 3.1/A Incorporates manual-based treatment1 when appropriate | 4.1/A Devises individualized treatment plan for complex presentations | 5.1/A Supervises treatment planning of other learners and multidisciplinary providers |
| | 1.2/B Recognizes patient in crisis or acute presentation | 2.2/A Incorporates a clinical practice guideline or treatment algorithm when available | 3.2/A Applies an understanding of psychiatric, neurologic, and medical co-morbidities to treatment selection | 4.2/A Integrates multiple modalities and providers in comprehensive approach | 5.2/A Integrates emerging neurobiological and genetic knowledge into treatment plan |
| | 1.3/C Recognizes patient readiness for treatment | 2.3/A Recognizes co-morbid conditions and side effects' impact on treatment | 3.3/A Links treatment to formulation | 4.3/C Appropriately modifies treatment techniques and flexibly applies practice guidelines to fit patient need | |
| | | 2.4/B Manages patient crises with supervision | 3.4/B Recognizes need for consultation and supervision for complicated or refractory cases | | |
| | | 2.5/C Monitors treatment adherence and response | 3.5/C Re-evaluates and revises treatment approach based on new information and or response to treatment | | |

UF/Diekman 001469

**PC4. Psychotherapy. Refers to 1) the practice and delivery of psychotherapies, including psychodynamic, cognitive-behavioral, and supportive therapies; 2) exposure to couples, family, and group therapies; and 3) integrating psychotherapy with psychopharmacology**

A: Empathy and process B: Boundaries C: The alliance and provision of psychotherapies D: Seeking and providing psychotherapy supervision

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Accurately identifies patient emotions, particularly sadness, anger, and fear | 2.1/A Identifies and reflects the core feeling and key issue for the patient during a session | 3.1/A Identifies and reflects the core feeling, key issue, and what the issue means to the patient | 4.1/A Links feelings, behavior, recurrent/central themes/schemas, and their meaning to the patient as they shift within and across sessions | 5.1/C Provides psychotherapies to patients with very complicated and/or refractory disorders/problems |
| | 1.2/B Maintains appropriate professional boundaries | 2.2/B Maintains appropriate professional boundaries in psychotherapeutic relationships while being responsive to the patient | 3.2/B Recognizes and avoids potential boundary violations | 4.2/B Anticipates and appropriately manages potential boundary crossings and avoids boundary violations | 5.2/C Personalizes treatment based on awareness of one's own skill sets, strengths, and limitations |
| | 1.3/C Demonstrates a professional interest and curiosity in a patient's story | 2.3/C Establishes and maintains a therapeutic alliance with patients with uncomplicated problems | 3.3/C Establishes and maintains a therapeutic alliance with, and provides psychotherapies (at least supportive, psychodynamic, and cognitive-behavioral) to, patients with uncomplicated problems | 4.3/C Provides different modalities of psychotherapy (including supportive therapy and at least one of psychodynamic or cognitive behavioral therapies) to patients with moderately complicated problems | 5.3/D Provides psychotherapy supervision to others |
| | | 2.4/C Utilizes elements of supportive therapy in treatment of patients | 3.4/C Manages the emotional content of, and feelings aroused during, sessions | 4.4/C Selects a psychotherapeutic modality and tailors the selected psychotherapy to the patient on the basis of an appropriate case formulation | |
| | | | 3.5/C Integrates the selected psychotherapy with other treatment modalities and other treatment providers | 4.5/C Successfully guides the patient through the different phases of psychotherapy, including termination | |
| | | | 3.6/D Balances autonomy with needs for consultation and supervision | 4.6/C, D Recognizes, seeks appropriate | |

UF/Diekman 001470

consultation about, and
manages treatment
impasses

## PC5. Somatic. Therapies Somatic therapies including psychopharmacology, electroconvulsive therapy (ECT), and emerging neuromodulation therapies

A: Using psychopharmacologic agents in treatment B: Education of patient about medications C: Monitoring o patient response to treatment and adjusting accordingly D: Other somatic treatments

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Lists commonly used psychopharmacologic agents and their indications to target specific psychiatric symptoms (e.g., depression, psychosis) | 2.1/A Appropriately prescribes1 commonly used psychopharmacologic agents | 3.1/A Manages pharmacokinetic and pharmacodynamic drug interactions when using multiple medications concurrently | 4.1/A Titrates dosage and manages side effects of multiple medications | 5.1/B Explains less common somatic treatment choices to patients/families in terms of proposed mechanisms of action |
| | 1.2/B Reviews with the patient/family general indications, dosing parameters, and common side effects for commonly prescribed psychopharmacologic agents | 2.2/B Incorporates basic knowledge of proposed mechanisms of action and metabolism of commonly prescribed psychopharmacologic agents in treatment selection, and explains rationale to patients/families | 3.2/C Monitors relevant lab studies throughout treatment, and incorporates emerging physical and laboratory findings into somatic treatment strategy | 4.2/C Appropriately selects evidence-based somatic treatment options (including second and third line agents and other somatic treatments2) for patients whose symptoms are partially responsive or not responsive to treatment | 5.2/C Integrates emerging studies of somatic treatments into clinical practice |
| | | 2.3/C Obtains basic physical exam and lab studies necessary to initiate treatment with commonly prescribed medications | 3.3/C Uses augmentation strategies, with supervision, when primary pharmacological interventions are only partially successful | | |
| | | 2.4/D Seeks consultation and supervision regarding potential referral for ECT | | | |

UF/Diekman 001471

**MK1. Development through the life cycle (including the impact of psychopathology on the trajectory of development and development on the expression of psychopathology)**

A: Knowledge of human development B: Knowledge of pathological and environmental influences on development C: Incorporation of developmental concepts in understanding

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Describes the basic stages of normal physical, social, and cognitive development through the life cycle | 2.1/A Describes neural development across the life cycle | 3.1/A Explains developmental tasks and transitions throughout the life cycle, utilizing multiple conceptual models | 4.1/B Describes the influence of acquisition and loss of specific capacities in the expression of psychopathology across the life cycle | 5.1/A Incorporates new neuroscientific knowledge into his or her understanding of development |
| | | 2.2/A Recognizes deviation from normal development, including arrests and regressions at a basic level | 3.2/B Describes the influence of psychosocial factors (gender, ethnic, cultural, economic), general medical, and neurological illness on personality development | 4.2/B Gives examples of gene-environment interaction influences on development and psychopathology | |
| | | 2.3/B Describes the effects of emotional and sexual abuse on the development of personality and psychiatric disorders in infancy, childhood, adolescence, and adulthood at a basic level | 3.3/C Utilizes appropriate conceptual models of development in case formulation | | |
| | | 2.4/C Utilizes developmental concepts in case formulation | | | |

**MK2. Psychopathology. Includes knowledge of diagnostic criteria, epidemiology, pathophysiology, course of illness, co-morbidities, and differential diagnosis of psychiatric disorders, including substance use disorders and presentation of psychiatric disorders across the life cycle and in diverse patient populations (e.g., different cultures, families, genders, sexual orientation, ethnicity, etc.)**

A: Knowledge to identify and treat psychiatric conditions B: Knowledge to assess risk and determine level of care C: Knowledge at the interface of psychiatry and the rest of medicine

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Identifies the major psychiatric diagnostic system (DSM) | 2.1/A Demonstrates sufficient knowledge to identify and treat common psychiatric conditions in adults in inpatient and emergency settings (e.g., depression, mania, acute psychosis) | 3.1/A Demonstrates sufficient knowledge to identify and treat most psychiatric conditions throughout the life cycle and in a variety of settings | 4.1/A Demonstrates sufficient knowledge to identify and treat atypical and complex psychiatric conditions throughout the life cycle and in a range of settings (inpatient, outpatient, emergency, consultation liaison) | 5.1/B Displays knowledge sufficient to teach assessment of risks and the appropriate level of care for patients who may represent a danger to self and/or others |
| | 1.2/B Lists major risk and protective factors for danger to self and others | | 3.2/B Displays knowledge of, and the ability to weigh, risk and protective factors for, danger to self and/or others across the life cycle, as well as the ability to determine the need for acute psychiatric hospitalization | 4.2/B Displays knowledge sufficient to determine the appropriate level of care for patients expressing, or who may represent, danger to self and/or others, across the life cycle and in a full range of treatment settings | 5.2/C Shows sufficient knowledge to identify and treat uncommon psychiatric conditions in patients with medical disorders |
| | 1.3/C Gives examples of interactions between medical and psychiatric symptoms and disorders | 2.2/B Demonstrates knowledge of, and ability to weigh risks and protective factors for, danger to self and/or others in emergency and inpatient settings | | | 5.3/C Demonstrates sufficient knowledge to detect and ensure appropriate treatment of uncommon medical conditions in patients with psychiatric disorders |
| | | 2.3/C Shows sufficient knowledge to perform an initial medical and neurological evaluation in psychiatric inpatients | 3.3/C Shows sufficient knowledge to identify and treat common psychiatric manifestations of medical illness (e.g., delirium, depression, steroid-induced syndromes) | 4.3/C Shows knowledge sufficient to identify and treat a wide range of psychiatric conditions in patients with medical disorders | |
| | | 2.4/C Demonstrates sufficient knowledge to identify common medical conditions (e.g., hypothyroidism, hyperlipidemia, diabetes) in psychiatric patients | 3.4/C Demonstrates sufficient knowledge to include relevant medical and neurological conditions in the differential diagnoses of psychiatric patients | 4.4/C Demonstrates sufficient knowledge to systematically screen for, evaluate, and diagnose common medical conditions in psychiatric patients, and to ensure appropriate further evaluation and treatment of these conditions in collaboration with other | |

UF/Diekman 001473

| | | | | medical providers | |
|---|---|---|---|---|---|

UF/Diekman 001474

**MK3. Clinical Neuroscience. Includes knowledge of neurology, neuropsychiatry, neurodiagnostic testing, and relevant neuroscience and their application in clinical settings**

A: Neurodiagnostic testing B: Neuropsychological testing C: Neuropsychiatric co-morbidity D: Neurobiology E: Applied neuroscience

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Knows commonly available neuroimaging and neurophysiologic diagnostic modalities and how to order them | 2.1/A Knows indications for structural neuroimaging (cranial computed tomography [CT] and magnetic resonance imaging [MRI]) and neurophysiological testing (electroencephalography [EEG], evoked potentials, sleep studies) | 3.1/A Recognizes the significance of abnormal findings in routine neurodiagnostic test reports in psychiatric patients | 4.1/A Explains the significance of routine neuroimaging, neurophysiological, and neuropsychological testing abnormalities to patients | 5.1/A Integrates recent neurodiagnostic research into understanding of psychopathology |
| | 1.2/B Knows how to order neuropsychological testing | | 3.2/B Knows indications for specific neuropsychological tests and understands meaning of common abnormal findings | 4.2/A Knows clinical indications and limitations of functional neuroimaging | 5.2/B Flexibly applies knowledge of neuropsychological findings to the differential diagnoses of complex patients |
| | | 2.2/B Describes common neuropsychological tests and their indications | 3.3/D Describes neurobiological and genetic hypotheses of common psychiatric disorders and their limitations | 4.3/C Describes psychiatric co-morbidities of less common neurologic disorders and less common neurologic co-morbidities of psychiatric disorders | 5.3/D Explains neurobiological hypotheses and genetic risks of less common psychiatric disorders to patients |
| | | 2.3/C Describes psychiatric disorders co-morbid with common neurologic disorders and neurological disorders frequently seen in psychiatric patients | | 4.4/D Explains neurobiological hypotheses and genetic risks of common psychiatric disorders to patients | 5.4/D Integrates knowledge of neurobiology into advocacy for psychiatric patient care and stigma reduction |
| | | 2.4/E Identifies the brain areas thought to be important in social and emotional behavior | | 4.5/E Demonstrates sufficient knowledge to incorporate leading neuroscientific hypotheses of emotions and social behaviors into case formulation | |

**MK4. Psychotherapy Refers to knowledge regarding: 1) individual psychotherapies, including but not limited to psychodynamic, cognitive-behavioral, and supportive therapies; 2) couples, family, and group therapies; and, 3) integrating psychotherapy and psychopharmacology**

A: Knowledge of psychotherapy: theories B: Knowledge of psychotherapy: practice C: Knowledge of psychotherapy: evidence base

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Identifies psycho-dynamic, cognitive-behavioral, and supportive therapies as major psychotherapeutic modalities | 2.1/A Describes the basic principles of each of the three core individual psychotherapy modalities | 3.1/A Describes differences among the three core individual therapies | 4.1/A Describes proposed mechanisms of therapeutic change | 5.1/A Incorporates new theoretical developments into knowledge base |
| | | 2.2/A Discusses common factors across psychotherapies | 3.2/A Describes the historical and conceptual development of psychotherapeutic paradigms | 4.2/C Discusses the evidence base for combining different psychotherapies and psychopharmacology | 5.2/A, B Demonstrates sufficient knowledge of psychotherapy to teach others effectively |
| | | 2.3/B Lists the basic indications, contraindications, benefits, and risks of supportive, psychodynamic and cognitive behavioral psychotherapies | 3.3/B Describes the basic techniques of the three core individual therapies | 4.3/C Critically appraises the evidence for efficacy of psychotherapies | |
| | | | 3.4/B Describes the basic principles, indications, contraindications, benefits, and risks of couples, group, and family therapies | | |
| | | | 3.5/C Summarizes the evidence base for each of the three core individual therapies | | |

**MK5. Somatic Therapies. Medical Knowledge of somatic therapies, including psychopharmacology, ECT, and emerging somatic therapies, such as transcranial magnetic stimulation (TMS) and vagnus nerve stimulation (VNS)**

A: Knowledge of indications, metabolism and mechanism of action for medications B: Knowledge of ECT and other emerging somatic treatments C: Knowledge of lab studies and measures in monitoring treatment

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Describes general indications and common side effects for commonly prescribed psychopharmacologic agents | 2.1/A Describes hypothesized mechanisms of action and metabolism for commonly prescribed psychopharmacologic agents | 3.1/A Demonstrates an understanding of pharmacokinetic and pharmacodynamic drug interactions | 4.1/A Describes the evidence supporting the use of multiple medications in certain treatment situations (e.g., polypharmacy and augmentation) | 5.1/A Integrates emerging studies of somatic treatments into knowledge base |
| | 1.2/B Describes indications for ECT | 2.2/A Describes indications for second- and third-line pharmacologic agents | 3.2/A Demonstrates an understanding of psychotropic selection based on current practice guidelines or treatment algorithms for common psychiatric disorders | 4.2/ C Integrates knowledge of the titration and side effect management of multiple medications, monitoring the appropriate lab studies, and how emerging physical and laboratory findings impact somatic treatments | 5.2/A Effectively teaches at a post-graduate level evidence-based or best somatic treatment practices |
| | | 2.3/A Describes less frequent but potentially serious/dangerous adverse effects for commonly prescribed psychopharmacological agents | 3.3/B Describes specific techniques in ECT | | |
| | | 2.4/A Describes expected time course of response for commonly prescribed classes of psychotropic agents | 3.4/B Lists emerging neuro-modulation therapies | | |
| | | 2.5/B Describes length and frequency of ECT treatments, as well as relative contraindications | | | |
| | | 2.6/C Describes the physical and lab studies necessary to initiate treatment with commonly prescribed medications | | | |

**MK6. Practice of Psychiatry**

A: Ethics  B: Regulatory compliance  C: Professional development and frameworks

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Lists common ethical issues in psychiatry | 2.1/A Lists and discusses sources of professional standards of ethical practice | 3.1/A Discusses conflict of interest and management | 4.1/B Describes the existence of state and regional variations regarding practice, involuntary treatment, health regulations, and psychiatric forensic evaluation | 5.1/B Describes international variations regarding practice, involuntary treatment, and health regulations |
| | 1.2/B Recognizes and describes institutional policies and procedures | 2.2/A Lists situations that mandate reporting or breach of confidentiality | 3.2/B Describes applicable regulations for billing and reimbursement | | 5.2/C Proposes advocacy activities, policy development, or scholarly contributions related to professional standards |
| | 1.3/C Lists ACGME Competencies | 2.3/C Describes how to keep current on regulatory and practice management issues | | 4.2/C Describes professional advocacy | |
| | | | | 4.3/C Describes how to seek out and integrate new information on the practice of psychiatry | |

UF/Diekman 001478

**SBP1. Patient Safety and the Health care Team**

A: Medical errors and improvement activities B: Communication and patient safety C: Regulatory and educational activities related to patient safety

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Differentiates among medical errors, near misses, and sentinel events | 2.1/A Describes the common system causes for errors | 3.1/A Describes systems and procedures that promote patient safety | 4.1/A Participates in formal analysis (e.g., root-cause analysis, failure mode effects analysis) of medical errors and sentinel events | 5.1/A Leads multidisciplinary teams (e.g., human factors engineers, social scientists) to address patient safety issues |
| | 1.2/B Recognizes failure in teamwork and communication as leading cause of preventable patient harm | 2.2/B Consistently uses structured communication tools to prevent adverse events (e.g., checklists, safe hand-off procedures, briefings) | | 4.2/C Develops content for and facilitates a patient safety presentation or conference focusing on systems-based errors in patient care (i.e., a morbidity and mortality [M&M] conference) | 5.2/A, C Provides consultation to organizations to improve personal and patient safety |
| | 1.3/C Follows institutional safety policies, including reporting of problematic behaviors and processes, errors, and near misses | 2.3/C Actively participates in conferences focusing on systems-based errors in patient care | | | |

UF/Diekman 001479

## SBP2. Resource Management (may include diagnostics, medications, level of care, other treatment providers, access to community assistance)

A: Costs of care and resource management

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Recognizes need for efficient and equitable use of resources | 2.1/A Recognizes disparities in health care at individual and community levels | 3.2/A Coordinates patient access to community and system resources | 4.1/A Practices cost-effective, high-value clinical care, using evidence-based tools and information technologies to support decision making | 5.1/A Designs measurement tools to monitor and provide feedback to providers/teams on resource consumption to facilitate improvement |
| | | 2.2/A Knows the relative cost of care (e.g., medication costs, diagnostic costs, level of care costs, procedure costs) | | 4.2/A Balances the best interests of the patient with the availability of resources | 5.2/A Advocates for improved access to and additional resources within systems of care |

UF/Diekman 001480

## SBP3. Community-Based Care

A: Community-based programs B: Self-help groups C: Prevention D: Recovery and rehabilitation

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Gives examples of community mental health systems of care | 2.1/A Coordinates care with community mental health agencies, including with case managers | 3.1/B Incorporates disorder-specific support and advocacy groups in clinical care | 4.1/B Routinely uses self-help groups, community resources, and social networks in treatment | 5.1/A Participates in the administration of community-based treatment programs |
| | 1.2/B Gives examples of self-help groups (Alcoholics Anonymous [AA], Narcotics Anonymous [NA]), other community resources (church, school) and social networks (e.g., family, friends, acquaintances) | 2.2/B Recognizes role and explains importance of self-help groups and community resource groups (e.g., disorder-specific support and advocacy groups) | 3.2/C Describes prevention measures: universal, selective and indicated | 4.2/C Employs prevention and risk reduction strategies in clinical care | 5.2/A Participates in creating new community-based programs |
| | | | 3.3/D Describes rehabilitation programs (vocational, brain injury, etc.) and the recovery model | 4.3/D Appropriately refers to rehabilitation and recovery programs | 5.3/D Practices effectively in a rehabilitation and/or recovery-based program |
| | | 2.3/C Describes individual and population risk factors for mental illness | | 4.4/D Uses principles of evidence-based practice and patient centered care in management of chronically ill patients | |

UF/Diekman 001481

**SBP4. Consultation to non-psychiatric medical providers and non-medical systems (e.g., military, schools, businesses, forensic )**

A: Distinguishes care provider roles related to consultation B: Provides care as a consultant and collaborator C: Specific consultative activities

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Describes the difference between consultant and primary treatment provider | 2.1/A Describes differences in providing consultation for the system or team versus the individual patient | 3.1/C Assists primary treatment care team in identifying unrecognized clinical care issues | 4.1/B Provides integrated care for psychiatric patients through collaboration with other physicians | 5.1/B Provides psychiatric consultations to larger systems |
| | | 2.2/B Provides consultation to other medical services | 3.2/C Identifies system issues in clinical care and provides recommendations | 4.2/C Manages complicated and challenging consultation requests | 5.2/B Leads a consultation team |
| | | 2.3/C Clarifies the consultation question | | | |
| | | 2.4/C Conducts and reports a basic decisional capacity evaluation | 3.3/C Discusses methods for integrating mental health and medical care in treatment planning | | |

UF/Diekman 001482

**PBLI1. Development and execution of lifelong learning through constant self-evaluation, including critical evaluation of research and clinical evidence**

A: Self-Assessment and self-Improvement B: Evidence in the clinical workflow

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Uses feedback from teachers, colleagues, and patients to assess own level of knowledge and expertise | 2.1/A Regularly seeks and incorporates feedback to improve performance | 3.1/A Demonstrates a balanced and accurate self-assessment of competence, using clinical outcomes to identify areas for continued improvement | 4.1/A Demonstrates improvement in clinical practice based on continual self-assessment and evidence-based information | 5.1/A, B Sustains practice of self-assessment and keeping up with relevant changes in medicine, and makes informed, evidence-based clinical decisions |
| | 1.2/A Recognizes limits of one's knowledge and skills and seeks supervision | 2.2/A Identifies self-directed learning goals and periodically reviews them with supervisory guidance | 3.2/B Selects an appropriate, evidence-based information tool1 to meet self-identified learning goals | 4.2/A Identifies and meets self-directed learning goals with little external guidance | 5.2/B Teaches others techniques to efficiently incorporate evidence gathering into clinical workflow |
| | 1.3/B Describes and ranks levels of clinical evidence | 2.3/B Formulates a searchable question from a clinical question | 3.3/B Critically appraises different types of research, including randomized controlled trials (RCTs), systematic reviews, meta-analyses, and practice guidelines | 4.3/A, B Demonstrates use of a system or process for keeping up with relevant changes in medicine | 5.3/B Independently teaches appraisal of clinical evidence |
| | | | | 4.4/B Independently searches for and discriminates evidence relevant to clinical practice problems | |

UF/Diekman 001483

## PBLI2. Formal practice-based quality improvement based on established and accepted methodologies

A: Specific quality improvement project B: Quality improvement didactic knowledge

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Recognizes potential gaps in quality of care and system-level inefficiencies | 2.1/A Narrows problems within own clinical service(s) to a specific and achievable aim for a quality improvement (QI) project | 3.1/A Involves appropriate stakeholders in design of a QI project | 4.1/A Substantially contributes to a supervised project to address specific quality deficit within own clinical service(s), and measures relevant outcomes | 5.1/A Independently proposes and leads projects to enhance patient care |
| | 1.2/B Discusses with supervisors possible quality gaps and problems with psychiatric care delivery | 2.2/B Outlines factors and causal chains contributing to quality gaps within own institution and practice | 3.2/B Lists common responses of teams and individuals to changes in clinical operations and describes strategies for managing same | 4.2/B Describes basic methods for implementation and evaluation of clinical QI projects | 5.2/A Uses advanced quality measurement and "dashboard" tools |
| | | | | | 5.3/B Describes core concepts of advanced QI methodologies and business processes |

## PBLI3. Teaching

A: Development as a teacher B: Observable teaching skills

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Recognizes role of physician as teacher | 2.1/A Assumes a role in the clinical teaching of early learners | 3.1/A Participates in activities designed to develop and improve teaching skills | 4.1/A Gives formal didactic presentation to groups (e.g., grand rounds, case conference, journal club) | 5.1/A Educates broader professional community and/or public (e.g., presents at regional or national meeting) |
| | | 2.2/B Communicates goals and objectives for instruction of early learners | 3.2/B Organizes content and methods for individual instruction for early learners | 4.2/B Effectively uses feedback on teaching to improve teaching methods and approaches | 5.2/B Organizes and develops curriculum materials |
| | | 2.3/B Evaluates and provides feedback to early learners | | | |

UF/Diekman 001484

**PROF1. Compassion, integrity, respect for others, sensitivity to diverse patient populations, adherence to ethical principles**

A: Compassion, reflection, sensitivity to diversity B: Ethics

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Demonstrates behaviors that convey caring, honesty, genuine interest, and respect for patients and their families | 2.1/A Demonstrates capacity for self-reflection, empathy, and curiosity about and openness to different beliefs and points of view, and respect for diversity | 3.1/A Elicits beliefs, values, and diverse practices of patients and their families, and understands their potential impact on patient care | 4.1/A Develops a mutually agreeable care plan in the context of conflicting physician and patient and/or family values and beliefs | 5.1/A Serves as a role model and teacher of compassion, integrity, respect for others, and sensitivity to diverse patient populations |
| | 1.2/A Recognizes that patient diversity affects patient care | | 3.2/A Routinely displays sensitivity to diversity in psychiatric evaluation and treatment | 4.2/A Discusses own cultural background and beliefs and the ways in which these affect interactions with patients | 5.2/B Leads resident case discussions regarding ethical issues |
| | 1.3/B Displays familiarity with some basic ethical principles (e.g., confidentiality, informed consent, professional boundaries) | 2.2/A Provides examples of the importance of attention to diversity in psychiatric evaluation and treatment | 3.3/B Recognizes ethical issues in practice and is able to discuss, analyze, and manage these in common clinical situations | | 5.3/B Adapts to evolving ethical standards (i.e. can manage conflicting ethical standards and values and can apply these to practice) |
| | | 2.3/B Recognizes ethical conflicts in practice and seeks supervision to manage them | | | 5.4/B Systematically analyzes and manages ethical issues in complicated and challenging clinical situations |

UF/Diekman 001485

## PROF2. Accountability to self, patients, colleagues, and the profession

A: Fatigue management and work balance B: Professional behavior and participation in professional communit
C: Ownership of patient care

| Has not achieved Level 1 | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| | 1.1/A Understands the need for sleep, and the impact of fatigue on work | 2.1/A Notifies team and enlists back-up when fatigued or ill, so as to ensure good patient care | 3.1/A Identifies and manages situations in which maintaining personal emotional, physical, and mental health is challenged, and seeks assistance when needed | 4.1/A Knows how to take steps to address impairment in self and in colleagues | 5.1/A Develops physician wellness programs or interventions |
| | 1.2/A Lists ways to manage fatigue, and seeks back-up as needed to ensure good patient care | 2.2/B Follows institutional policies for physician conduct | 3.2/A Recognizes the tension between the needs of personal/family life and professional responsibilities, and its effect on medical care | 4.2/A Prioritizes and balances conflicting interests of self, family, and others to optimize medical care and practice of profession | 5.2/B Develops organizational policies, programs, or curricula for physician professionalism |
| | 1.3/B Exhibits core professional behaviors | 2.3/C Accepts the role of the patient's physician and takes responsibility (under supervision) for ensuring that the patient receives the best possible care | 3.3/B Recognizes the importance of participating in one's professional community | 4.3/B Prepares for obtaining and maintaining board certification | 5.3/B Participates in the professional community (e.g., professional societies, patient advocacy groups, community service organizations) |
| | 1.4/B Displays openness to feedback | | | 4.4/C Displays increasing autonomy and leadership in taking responsibility for ensuring that patients receive the best possible care | 5.4/C Serves as a role model in demonstrating responsibility for ensuring that patients receive the best possible care |
| | 1.5/C Introduces self as patient's physician | | 3.4/C Is recognized by self, patient, patient's family, and medical staff members as the patient's primary psychiatric provider | | |