Exhibit 9

**Exhibit**

**8**

S. Diekman 6/17/2020

| Date | Issue |
|------|-------|
| 10/31/2013 | Hobbs/Ginory Reminder of Template, Chart Issues |
| 12/18/2013 | EPIC Incomplete notes |
| 5/22/2014 | Hobbs, Received reports of patient and note issues at VA |
| 5/28/2014 | Not responding to pages |
| 5/30/2014 | Welch, Difficulty on Rotation |
| 6/1/2014 | Hobbs, Eisner, Discussion of Poor Performance Admission |
| 7/8/2014 | Ginory, Poor Notes |
| 7/12/2014 | Fayad, Recap of Meeting to Discuss Consults Performance Issues |
| 7/27/2014 | Fayad, Some Improvement, Notes Remain Poor Quality |
| 8/16/2014 | Bruijnzeel, Complaint of Disorganized Presentations |
| 8/17/2014 | Hobbs, Plan For Helping Her Improve (post meeting) |
| 8/20/2014 | Preeti Jois, Poor Behavior in VA ED |
| 8/25/2014 | Eisner, Walked in at End of Lecture and Signed Attendance Form |
| 9/13/2014 | Did Not Show up for Dept Pd. Chair Summit or Notify Anyone |
| 9/15/2014 | Chang, No Progress Notes on 6 Patients, Medication Issues, Pt. Discharge Issues |
| 10/18/2014 | Bruijnzeel, Continued Disorganized Presentations |
| 10/20/2014 | Blakenship, Delinquent Open Clinic Charts |
| 10/24/2014 | Fayad, Horrible Discharge Summary |
| 11/10/2014 | Fernandes, Concerns About Resident Competence |
| 11/20/2014 | Ginory, Delinquent Encounters - Complete ASAP |
| 11/23/2014 | Hobbs, Report from ED for Not Responding to Consult Pages |
| 11/24/2014 | Hobbs, Medical Leave With Pay per GME |
| 3/9/2015 | Thornton, VA Integrity and Compliance, Inappropriate Copy Paste Notification |
| 3/12/2015 | Eisner, Problem With Signouts  Not Updated and Discharge Summaries Not Done |
| 3/16/2015 | Chang, Diekman Not Responding to Request for VA Corrective Action Meeting |
| 3/17/2015 | Christine Martin, Diekman Not Responding to Clinic Checkin Emails |
| 3/17/2015 | Thornton, VA Closure With Compliance Office |
| 3/20/2015 | Eisner, No Updated Signouts, Suggestions and Tips to Improve |
| 3/21/2015 | Hobbs, Struggling With Administrative Tasks, Delinquent GME Assignment |
| 3/26/2015 | Hobbs, No Cases Logged to Date, Major Deficiency |
| 3/27/2015 | Jeanne Barker (Shands) Received Fail on Core Quality & Other Diekman Safety Issues |
| 3/27/2015 | Carrie Krone (Vista), Issue With Diekman Medication Orders |
| 3/27/2015 | Anecel Cuartocruz (Shands), Issue With Baker Act Patient |
| 3/29/2015 | Hobbs, Request to Meet With Diekman to Discuss Recent Issues |
| 3/30/2015 | Hobbs, Apology to Jean Barker for Diekman Behavior |
| 3/30/2015 | Ginory, Multiple Clinic Issues; Delinquent Charts, Deficiency Notifications, Pt Scheduling, No Shows |
| 3/30/2015 | Hobbs, Contact EPIC Support to Catch up on Incomplete Med Records |
| 3/30/2015 | Eisner, Caseworker Indicates H & P Going to Peer Review for Diekman H & P |
| 3/30/2015 | Averbuch, Not Aware of Extent of Problem |
| 3/31/2015 | Notes From Meeting With Diekman to Discuss Issues |
| 4/2/2015 | Meeting With Osfield Regarding Proposed Accomodations |
| 4/1/2015 | Davidson, Notice to Diekman of Medication Mistake |
| 4/2/2015 | Hobbs, Switch Rotation to Comply With Accomodations Item Request |
| 4/4/2015 | Chang, Diekman Copied Entire HPI |
| 4/4/2015 | Bruijnzeel, Concerns Over Diekman Errors |
| 4/5/2015 | Hobbs, Meet With Diekman to Answer Questions About Clinic |

| | |
|---|---|
| 4/6/2015 | Hobbs, Notice to Diekman of Core Measure Chart for Review |
| 4/7/2015 | Calleja, Clinic Guidance Meeting With Diekman |
| 4/13/2015 | Holbert, Diekman Medication Error |
| 4/13/2015 | Hobbs, To Holbert - Did You Discuss and Provide Direct Feedback? |
| 4/14/2015 | Fernandes, Better Performance, but Patients Not Seen Until Later |
| 4/15/2015 | Calleja, Sketchy Clinic Notes |
| 4/15/2015 | Calleja, Clinic Meeting With Mathur, Davidson & Diekman to Improve Performance |
| 4/27/2015 | Davidson, Reviewed Note Showed Improvement |
| 4/28/2015 | Ginory, Guidance for Notes |
| 5/1/2015 | Meeting With Diekman Regarding Decision to Delay Outpatient Clinic Year |
| 4/29/2015 | Copy of Delay Clinic Letter |
| 5/1/2015 | Diekman CV and Hobbs Proposed Edits |
| 5/13/2015 | Davidson, Clinic Issue With Order |
| 5/14/2015 | Diekman, Invasive Surgery in June, Need Coverage |
| 5/28/2015 | Osfield Meeting Document |
| 6/1/2015 | Averbuch, Incident With Clinic Patient |
| 6/2/2015 | Hobbs Statement to Osfield About Clinic Delay |
| 6/10/2015 | Fernandes, Medication Order Error |
| 6/11/2015 | Hobbs, to Suryadevara "Can you Come Up with Template to Assist Diekman on Rotation?" |
| 6/15/2015 | Suryadevara, Rotation Performance Feedback |
| 6/16/2015 | Suryadevara, More Errors on Clinic Days |
| 6/18/2015 | Suryadevara, Performance Update |
| 6/22/2015 | Diekman, Concerns over Location of Temporary Consult Room |
| 6/22/2015 | Mathur, Clinic Issue on Medical Records Transfer |
| 6/25/2015 | Hobbs, Alternate Consult Room for Diekman |
| 6/26/2015 | Suryadevara, Improved Performance, Paying Closer Attention to Details |
| 6/29/2015 | Hobbs, Information for Consult Room in Shands |
| 6/30/2015 | Ginory, Issue With Delay in Seeing Clinic Patient |
| 6/30/2015 | Ettensohn, Issue of Dumping Patient? |
| 7/1/2015 | Expectations Document |
| 7/2/2015 | Phone Conference Document re: consult room |
| 7/2/2015 | Ginory, Accountability for Reporting on Time |
| 7/8/2015 | Suryadevara, Inconsistant Behavior on Rotation |
| 7/14/2015 | Ginory, Unprepared for Rounds |
| 7/15/2015 | Diekman, Health Issues |
| 7/15/2015 | Ginory, Update on Consult Workload |
| 7/17/2015 | Diekman Meeting Re. Health Issues Document |
| 7/17/2015 | Hobbs, Need to Communicate any Difficulties on Rotation |
| 7/20/2015 | Diekman, Plan for Medical Issues |
| 7/22/2015 | Ginory, Late Notes |
| 8/4/2015 | Davidson, Address Delinquent EPiC Messages |
| 8/6/2015 | Welch, Feedback Session and Concerns |
| 8/7/2015 | Welch, Documentation of Feedback |
| 8/9/2015 | Ettensohn (Chief Resident) & Bassi (Resident) Issues With Diekman's Behavior |
| 8/10/2015 | Ginory, Summary of Performance Issues on Rotation |
| 8/12/2015 | Welch, Feedback on VA Consults Performance to Date |
| 8/22/2015 | Turner, Feedback on VA Consults Performance to Date, Hobbs Input |

| | |
|---|---|
| 8/24/2015 | Welch, Input for Performance Letter |
| 8/24/2015 | Hobbs, Continued Performance Below Level of Training |
| 8/24/2015 | Turner, Feedback through 8/21 |
| 8/27/2015 | Hobbs, Serious Concerns over Falsely Documented VA Notes |
| 8/27/2015 | Diekman, Response to Falsely Documented Notes |
| 8/27/2015 | Hobbs, Performance on VA Service |
| 9/1/2015 | Hobbs, Signout Looks Exactly Like Dr. Qureshi's |
| 9/3/2015 | Probation Letter |
| 9/8/2015 | Hutton, Need Medication Indication on Discharge |
| 9/8/2015 | Hobbs, Need to Notify Attending and Document a Significant Patient Issue |
| 9/16/2015 | Werner, Issues With Diekman on Vista Rotation |
| 9/29/2015 | Holbert, Mis-Matches Between Patient Presentation and Actual Issue |
| 9/30/2015 | Ettensohn, Communication Problem at Vista |
| 9/30/2015 | Clark, Followup on Vista Communication Issue |
| 10/13/2015 | Holbert Update on Performance |
| 10/15/2015 | Diekman, Rotation Switch |
| 10/20/2015 | Holbert, Rotation Update |
| 10/23/2015 | Leal, Question of Patient Dumping? |
| 10/25/2015 | Hobbs, Increase Workload to Normal Workday |
| 10/28/2015 | Hobbs Response to Patient Boundary Issue, Question of Safety |
| 10/29/2015 | Suryadevara, Response to Previous Advice Regarding "Being on the Same Level" |
| 10/30/2015 | Diekman, Points With Legal Over Safety Issue |
| 11/4/2015 | Davidson, Advice on Clinic Notes |
| 11/17/2015 | Suryadevara, Did Not Staff Patients |
| 11/19/2015 | Hobbs, Followup With Osfied on Accomodation Request |
| 11/23/2015 | Yazdanpanah, Rotation Input |
| 11/27/2015 | Ward, Notes Did Not Make Sense |
| 12/3/2015 | Ginory, Timeline on Diekman Fall |
| 12/3/2015 | Hobbs, Diekman Did Not Sign Accomodations Form Provided on 11/24 |
| 12/3/2015 | Hobbs, Ginory Rotation Update |
| 12/6/2015 | Diekman, Not Cleared to Return To Work |
| 12/6/2015 | Hobbs, Patient Complaint |
| 12/9/2015 | Hobbs, Another Patient Complaint |
| 12/11/2015 | Ginory, Diekman Never Brought in Rollator |
| | |
| | |
| Misc | Hobbs Personal Notes  Log, 8/1/14, 10/17/14, 10/31/14, 11/24/14, 12/12/14, 12/18/14, 12/21/14 |
| Misc | Clinical Competency Committee Meeting Notes on Diekman |
| Misc | Weekly Probationary Period Meetings - Hobbs |
| 12/4/2015 | Termination Letter - Hobbs |

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, October 31, 2013 2:24 PM |
| **To:** | Fakih,Faraaz A |
| **Cc:** | Turner,Ana Thomas; Mccallister,Dorothy J |
| **Subject:** | RE: ED case and note |

Dr. Ginory called me and said that this has happened with Sarah (that Dr. G is aware of) 3 times. She has told her 3 times that she has used the wrong template. The team couldn't even see her note because it was behind the glass. They Baker Acted the patient because they could not see the note. Fortunately, the BA was invalid because they filled it out incorrectly. One question is did she even talk to the team?

Anyway, maybe time for you to have a sit down with her to go over things. If it continues, then I can f/u.

Thanks,

Dr. H

**From:** Hobbs,Jacqueline A
**Sent:** Thursday, October 31, 2013 1:49 PM
**To:** Fakih,Faraaz A
**Cc:** Turner,Ana Thomas
**Subject:** RE: ED case and note

Thanks.

**From:** Fakih,Faraaz A
**Sent:** Thursday, October 31, 2013 1:48 PM
**To:** Hobbs,Jacqueline A
**Cc:** Turner,Ana Thomas
**Subject:** Re: ED case and note

Yea Dr. ginory sent Sarah an email I think she used the vista h&p. not the consult template. I'm not sure why the mse is under assessment. I'll take a look.

Faraaz

On Oct 31, 2013, at 1:35 PM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

Hi, Sarah, I reviewed your note on Mr. Price (MRN: ).

A couple of things...the template has the MSE under Assessment. That is incorrect as the MSE should be under the exam. I also did not see any discussion of our rationale for what we are doing. I wrote the following in my addendum to update, but it's important for you to explain what we are doing:

"In addition, it was felt that the patient is complicated and has a h/o of chronic suicidality but that he is not an imminent danger to self as there was no intent or plan. It was felt that continued monitoring by the Psychiatry consult team was warranted to continue to evaluate for safety. Patient has a long h/o of medication intolerance/side effects so no changes were recommended

UF/Diekman 000141

at this time. Perhaps ECT or TMS would be next step? Would recommend increasing database with community provider."

I thought we discussed at least most of this, and I asked you to write it (I did add extra about ECT/TMS as well as increasing the database).

I know sometimes it's easy to get lost in the template, but you must justify your rationale. This is just as much for patient care as for medical-legal reasons.

Please review.

Chiefs, will you check the template for consults in terms of the assessment section and MSE? Thanks.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, FAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

<image001.png>

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000142

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, December 18, 2013 12:16 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Psychiatry Residents Incomplete Notes |
| **Attachments:** | 12162013 Psychiatry Residents Incomplete Notes.xlsx; ATT00001.htm; 06262013 Incomplete Notes In Basket Instructions.pdf; ATT00002.htm |
| | |
| **Sensitivity:** | Confidential |

Sarah, please complete this before the holidays.

Thanks,

Dr. H

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Gause, Tameika T." <gauset@shands.ufl.edu>
> **To:** "Mccallister,Dorothy J" <dorothym@UFL.EDU>, "Lemesh,Terry J" <tjlemesh@ufl.edu>, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>, "Averbuch,Robert N" <averbuch@UFL.EDU>
> **Cc:** "Straubing,Stephen" <straubing@ufl.edu>, "Diekman,Sarah" <sdiekman@ufl.edu>
> **Subject: Psychiatry Residents Incomplete Notes**
>
> The HIM department is requesting your cooperation with reducing the number of incomplete notes located within EPIC. Currently, the Psychiatry residents have 2 incomplete notes on the most recent incomplete notes report generated on 12/16/2013.
>
> Drs. Diekman and Straubing will be able to locate these deficiencies in their My Incomplete Notes folder.
>
> I have attached an excel spreadsheet showing the incomplete notes, along with PDF instructions on how to access and resolve these incomplete notes.
>
> I can be reached directly at 594-0872, if additional assistance is needed regarding this issue.
>
> Thanks in advance for your assistance.
>
>
> Tameika Gause
> HIM EMR Clinical Analyst
> Identity Merge Team
> Main Office Number: 352-733-0910
> My Direct Line: 352-594-0872

UF/Diekman 000143

**Mccallister, Dorothy J**

| | |
|---|---|
| **From:** | Hobbs, Jacqueline A |
| **Sent:** | Thursday, May 22, 2014 6:01 PM |
| **To:** | Thornton, Joseph Edward |
| **Cc:** | Mccallister, Dorothy J |
| **Subject:** | RE: Concerns |

Sorry, Joe, but was this feedback to the chiefs or to me, e-mail or via phone or in person? I looked through e-mails to see what I missed. I know that there was the issue with Syfert, and that was confused by her negative reports of him.

Below is the VA consult eval from 10/2013 on Diekman:

"Dr. Diekman is rated based on her level of training in the first half of her PG 1 year. She performed well during her rotation on the psychiatry consultation liaison service at the Veterans Hospital. She demonstrated professionalism and good work skills. She received very high reviews for her teaching for medical students. We were able to observe during the rotation her growth and improvement in her ability to collect and organize information. I look forward to working with Dr. Diekman again."

I will have Dorothy pull all of their evals tomorrow. I have not seen overly bad written evals on either.

I apologize if I missed something.

Jackie

**From:** Thornton, Joseph Edward
**Sent:** Thursday, May 22, 2014 5:44 PM
**To:** Hobbs, Jacqueline A
**Subject:** Re: Concerns

Frustrating to hear this at this point

We have shared these concerns early without support

I cannot start additional investigations  this week

The senior and chief residents paid for by VA   Need to step up

Joe

Sent from my iPhone

On May 22, 2014, at 5:40 PM, "Hobbs, Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Hi, I have been receiving significant feedback that a couple of interns are not performing well on night float/consults. The 2 interns in question are Dr. Sarah Diekman and Dr. Laura Rodriguez. I know each of you has also expressed some concern or the concern of other residents.
>
> Here are some specifics I heard recently:
>
> Dr. Diekman:
> Does not see patients in the ED or direct admits to the ward.

1

UF/Diekman 000144

Notes are incomplete. More importantly, major sections such as the HPI may be missing. Also, she is using some kind of scale for the psych review of systems that does not make sense or does not seem to be a valid scale...such as rating anhedonia as a 3 out of 10 (what does that mean?...there is no reference to a specific scale).

Residents feel they have to go back and do her work by having to re-interview to get information that should have been done by the admitting resident. They are concerned that the handoffs they do and will get from her are not going to be accurate.

Dr. Rodriguez:
Doesn't see patients directly admitted. Leaves admissions to do for day team. Doesn't seem to care about her work.

I woke up one morning after being the RD overnight to find that she had not staffed a single of 4 admissions to the VA with me. I gave her until 8 AM to call me, but she never did. She told the chiefs that she didn't have questions so she didn't call me. She was told to staff. I have been following this and asking each attending on call with her to tell me if she staffed with them or not.

One thing you can help me with, San and/or Dr. Thornton, is to pull some of their H&Ps to review. San, I realize this might be easier for you next month when you are over at the VA. Dr. Thornton, if you or your designee could assist with this, that would be great. I know everyone is busy, but I would like to have some data to work from.

I'm not sure how you specifically get a handle on each not seeing patients, but if you have a tracking mechanism, please let me know.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, FAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

<image001.png>

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to

UF/Diekman 000145

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, June 01, 2014 4:41 PM |
| **To:** | Eisner,Adrienne R |
| **Cc:** | Chang,San Kuo; Mccallister,Dorothy J |
| **Subject:** | Re: Staffing Child cases |

Yes, she did contact me and said she was sorry for what seems like poor performance. She said she is going through a lot personally, and that this is not the norm for her. I hope she can improve. It might not hurt for the 2 of you to meet with her in person to discuss issues such as how she is being perceived by faculty and residents and how can she be helped.

Don't approach it as I told you to do it but from your perspective as chiefs.

Don't mention that I told you she was having personal problems (and I can't divulge what anyway without her permission). She may open up to you.

I think approach it as she is not living up to expectations. Why is that, and how can we help her do so before it is too late?

Sent from Dr. H's iPhone.

On Jun 1, 2014, at 3:34 PM, "Eisner,Adrienne R" <eisner@ufl.edu> wrote:

> I like the "lead balloon."
> Only thing that bothered me was diekman.. She directly lied by saying her pager never was paged by having "0" pages. That is concerning to me.
>
>
> Adrienne Eisner, M.D.
> Chief Resident
> University Of Florida
> Department Of Psychiatry
>
> Ph# ▮▮▮▮▮▮▮▮
>
> Pager# 352-413-3300
>
> On Jun 1, 2014, at 8:00 AM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:
>
>> Hi, so we'll need to make sure as we usually do in orientation that we remind on-call residents that they must staff all child cases with the fellow.
>>
>> We had 2 interns (Diekman and Pierce) this week who did not staff. Never even crossed their mind.
>>
>> Part of this may just be voltage drop off, especially as interns get more confident as the year progresses. They think they can handle more things and don't need to bother an attending/fellow.

UF/Diekman 000146

We'll need to do more reminders this year, especially late in the year.

We need to re-visit our rule about this. We had said that residents who fail to comply get an extra call...can't remember if they get 1 warning or not (Dorothy, can you find that policy).

Anyway, I think they have been warned by Dr. Nguyen, and I think extra call right now would go over like a lead balloon, but we can discuss more.

Dr. H

UF/Diekman 000147

## Mccallister,Dorothy J

**From:**      Eisner,Adrienne R
**Sent:**      Sunday, June 01, 2014 5:18 PM
**To:**        Hobbs,Jacqueline A
**Cc:**        Mccallister,Dorothy J; Chang,San Kuo
**Subject:**   Text I just sent to Sarah.(I am waiting for a response)

Hey Sarah! Hope all is well! I am writing you to ask if you wanted to have lunch or dinner together one of these days? I wanted to help out in anyway that I can. I know things have been coming down hard on you lately and I want you to know that you are not alone and would love to try and help etc.

Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

Ph# ▉▉▉▉▉▉

Pager# 352-413-3300

1

UF/Diekman 000148

*f*

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, May 28, 2014 9:20 AM |
| **To:** | Ginory,Almari |
| **Cc:** | Fayad,Sarah M; Mccallister,Dorothy J |
| **Subject:** | RE: timely returning of pages |

Thank you! This is the kind of data we need. Can't just be hearsay.

Jackie

**From:** Ginory,Almari
**Sent:** Wednesday, May 28, 2014 9:17 AM
**To:** Diekman,Sarah
**Cc:** Hobbs,Jacqueline A; Fayad,Sarah M
**Subject:** timely returning of pages

Hey Sarah,
I've been noticing the below notes popping up referring to you not responding to the pager in a timely manner.  One note even has the pager number written.  Please be more cognizant of responding to these pages in a timely manner.

Suzanne Archer, NP 7:08 AM 5/22/2014
Page to Psych on call 413.1742. Pending return call.

Suzanne Archer, NP 9:06 AM 5/22/2014
Second page to Psych 413.1816 (coverage change at 0800). Call returned immediately.

<u>Different patient:</u>

Paged and called psych X 3 no return call no answer, have asked security to escort patient's family member out of the ED as patients family is becoming increasingly disruptive and threatening staff members as well as myself and Dr. Jones security at bedside now


Also over on the Shands side, we are still using DSM IV-TR.  I know this can be confusing since the VA has switched over to 5, but this is why our notes still have the 5 axial diagnosis.  Please don't alter the template.  I know you are the only intern who has not worked on Shands Consults and so may have some difficulty with some of this since you do not have the experience that the others have.  Hopefully on next year's schedule you will have at least a month with us!

As an aside, I will say your HPI on the ER patient you saw overnight was excellent.  All of the details were there which showed that the patient clearly met BA criteria (and probably some of the family members).

Thanks


Almari Ginory, DO
Assistant Professor
Department of Psychiatry
University of Florida

UF/Diekman 000149

**Mccallister,Dorothy J**

**From:**        Hobbs,Jacqueline A
**Sent:**        Saturday, July 12, 2014 7:43 PM
**To:**          Mccallister,Dorothy J
**Subject:**     Fwd: Meeting with Diekman

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Fayad,Sarah M" <fayad@ufl.edu>
> **Date:** July 11, 2014 at 11:04:16 AM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** "Ginory,Almari" <ginory@ufl.edu>
> **Subject: Meeting with Diekman**
>
> Hi,
>
> Just wanted to let you know that I met yesterday with Sarah to discuss her performance on
> consults.  Many of her notes have been indecipherable and difficult to read.  For instance, in one note,
> she stated the patient had a history of schizophrenia 910.  Not sure what 910 meant and she is not
> either.  There was also unusual wording throughout the note that did not make sense.  She told me she
> has dyslexia and is using a dictation software to help with this.  However, she has not been proofing her
> notes.  I asked that she proof the notes.  She stated at the end of the day she is too fatigued to see the
> errors.  She felt like she could take a break, go home and later review or come in early in the AM to
> review.  I asked that she have these reviewed before rounds.
>
> We also discussed her not knowing what was going on with her patients in rounds.  This has occurred
> twice now and each time I have had to excuse her from rounds to go tell me what is happening with her
> patients.  The issues she is missing are big issues, including what medications the patient is taking, why
> they are admitted, what is wrong with them, etc.  She stated she "just doesn't take the time to
> thoroughly review" if she is not the one who does the initial H and P.  I told her this has to change and
> that the patient is her patient and she needs to know what is going on and review the chart.  I explained
> to her that I would like to be able to say she is improving throughout the rotation, but as of now, I
> cannot say that.
>
> Her performance is very poor.  If it continues, I suggest we all meet if you think it is a good idea.
>
> Sarah M. Fayad, M.D.
> Assistant Professor
> Department of Psychiatry
> University of Florida
>
> CONFIDENTIALITY NOTIFICATION:  Please be advised!  This email message, including any attachments,
> has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and
> privileged information.  Any unauthorized review, use, disclosure or distribution of such information is
> prohibited and will be upheld under the discretion of Federal and State law.  If you have received this

UF/Diekman 000150

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Sunday, August 17, 2014 10:49 AM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Chang,San Kuo; Mccallister,Dorothy J |
| **Subject:** | Re: resident feedback |

Yes, true.:)

Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

Ph# ▆▆▆▆▆▆▆

Pager# 352-413-3300

On Aug 17, 2014, at 8:36 AM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Well, this may be one good thing.
>
> Dr. H
>
> ---
>
> **From:** Bruijnzeel,Dawn
> **Sent:** Saturday, August 16, 2014 10:25 PM
> **To:** Hobbs,Jacqueline A
> **Subject:** Re: resident feedback
>
> Notes looked ok. Nothing stellar but nothing glaringly wrong.
>
> Sent from my iPhone
>
> On Aug 16, 2014, at 1:24 PM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:
>
> > Thanks. I have sat down with her along with Almari and Sarah. We have given
> > her significant feedback and supervision.
> >
> > If you get a chance, please look at any notes she wrote as that has been a problem
> > as well. Let me know how those look.
> >
> > I appreciate this feedback in writing.
> >
> > I am trying to figure out the best plan for helping her improve.
> >
> > Jackie
> >
> > Sent from Dr. H's iPhone.

UF/Diekman 000151

On Aug 16, 2014, at 1:04 PM, "Bruijnzeel,Dawn" <dheron@UFL.EDU> wrote:

Hi, Jackie. I know that you're aware of this issue, but I thought I'd add my voice to the choir. Sarah Diekman is on nightfloat and she presented 2 veterans to me early this morning. Unfortunately, her presentations are still very disorganized, with a lot of vacant speech (I can't think of a better way to put it)..."Let's see...um...yeah....what else...." where it seems like she loses her train of thought and at the end of a full 4-5 minutes of presenting, I still have no clear clinical impression of the person she evaluated. She leaves out important information as well. I hope that she is receiving some close supervision and assistance with her organization and presentations. I also hope that she has a better clinical sense of what's going on with the patient than she is able to articulate. I haven't worked more closely with her yet, so I'm not sure.

Dawn

_____

**Dawn-Christi M. Bruijnzeel, MD**
Assistant Professor, Department of Psychiatry
University of Florida College of Medicine
Malcom Randall VA Medical Center
1601 SW Archer Rd.
Gainesville, FL 32608
Psychiatry, 116-A
(352) 376-1611 x 4381
fax: (352) 379-2627

UF/Diekman 000152

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, August 20, 2014 2:22 PM |
| **To:** | Thornton, Joe E.; Turner,Ana Thomas |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: Resident Compliment |

Let me know how it goes. This is not new. Ana, are you working with her on a regular basis? I would appreciate any input/help.

Thanks,

Jackie

**From:** Thornton, Joe E. [mailto:Joe.Thornton@va.gov]
**Sent:** Wednesday, August 20, 2014 2:19 PM
**To:** Turner,Ana Thomas; Hobbs,Jacqueline A
**Subject:** FW: Resident Compliment

The good and the bad.

I am going to ED right now to see Dr Preeti

Joe

**From:** Jois, Preeti
**Sent:** Wednesday, August 20, 2014 2:17 PM
**To:** Thornton, Joe E.
**Subject:** Resident Compliment

Dear Dr. Thornton:
I just wanted to give Kudos to Drs Witter and Ong who have really provided stellar service to the ED and our patients in the last month. They work quickly and efficiently and are always pleasant when paged on the phone.
They also have been very helpful in terms of completing all of the interfacility forms for transfer as needed.

I unfortunately also have some concerns about Dr. Diekman. Today I paged the service no less than 6 times over an hour. She finally arrived to the ED around 1320 and didn't say hello or apologize for not returning any calls. Then she was argumentative about a voluntary patient and wanted to know why the labs had not yet resulted. I was a bit shocked by her behavior as the other residents are perfectly amenable about seeing patients although labs are still pending. Her manner is definitely unique to the service as the Psychiatry Service is very prompt about patient care and taking the best care of our patients.

Thank you for reading this.
Preeti

Preeti Jois MD FACEP FAAEM
Emergency Medicine

UF/Diekman 000153

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Monday, August 25, 2014 1:18 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J; Chang,San Kuo; Lemesh,Terry J |
| **Subject:** | SD |

Hi Dr. Hobbs,

I just wanted to tell you that at the end of your lecture today, Sarah Diekman walked in when we all got
up from sitting and I saw her signing in for lecture. She actually looked at me and said hello and took a sheet and signed
it. Needless to say, I was speechless and didn't believe she was actually doing that. I called Dorothy and asked her to pull
out her attendance sheet and not count it.

Maybe you saw her walk in at the end, not sure ,but had to let you know.

Thanks,

Adrienne

Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

cell phone# ████████
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you
are not the intended recipient, please note that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this message in error, you should notify the
sender immediately by telephone or by return email and delete this message from your computer

UF/Diekman 000154

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, September 13, 2014 6:54 PM |
| **To:** | Mccallister,Dorothy J; Lemesh,Terry J |
| **Subject:** | Fwd: SD |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Eisner,Adrienne R" <eisner@ufl.edu>
> **Date:** September 13, 2014 at 6:50:27 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** "Chang,San Kuo" <skc1@ufl.edu>
> **Subject: SD**
>
> Hi Dr Hobbs ,
> Just wanted to give you small update. Chair summit was great first of all. Secondly yesterday I tried to get all the residents together to have dinner .. No big deal, they all had plans with friends from the area. So ended up going with the callejas for dinner which was great. The thing I wanted to bring up to you so you keep it on back of your mind for any future conferences even after we are gone... When I contacted everyone Diekman wrote me back and said she didn't even go to the conference because she couldn't find coverage for red team.?! Well, i am certain she just didn't want to go and just didn't look for coverage because she didn't notify San or myself about this, and when she wants something she will contact us repeatedly.. What bothered me is there were other people that wanted to go but couldn't because of the spots were taken.
> Just wanted you to be aware so is next time she rsvp'd to something maybe she should be last one on the list because she doesn't seem interested in anything.
> That's it from me,
> Thanks
> Adrienne
>
> Adrienne Eisner, M.D.
> Chief Resident
> University Of Florida
> Department Of Psychiatry
>
> Ph# ███████
>
> Pager# 352-413-3300

UF/Diekman 000155

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, September 15, 2014 9:23 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: SD feedback |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Chang,San Kuo" <skc1@ufl.edu>
> **Date:** September 15, 2014 at 9:17:46 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** UF Psychiatry Chief Resident <chiefresident@psychiatry.ufl.edu>
> **Subject: SD feedback**
>
> I will be talking to her personally, so no need for you to get involved yet. I was going to talk to her tomorrow morning, but she called in sick. I will be out for the ECT conference afterwards.
>
>
> I just wanted you all to be aware that Sarah Diekman was found to have not written progress notes on about 6 patients for one day. This was discovered by staff. I'm going to get the list from staff.
>
> She has also been telling staff she does not know how to do certain things, that she clearly knew how to do before (such as transferring meds for a discharge, which she did before on green team).
>
> She also places problematic medication orders, such as clonazepam 1mg tid and clonazepam 0.5mg bid, thinking that it totaled 2.5mg. She has been encouraged to ask for help, but does not ask for it.
>
> She placed a discharge order for a patient at 8AM, but did not have everything ready to go. She did not notify the pharmacist, who luckily arrives for work at 6AM and got a head start on the discharge.
>
>
> This is becoming more than incompetence. I'm starting to get the feel of negligence.
>
>
> San K. Chang, MD
> Chief Resident
> Housestaff Quality and Patient Safety Representative
> Department of Psychiatry

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000156

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, October 18, 2014 5:21 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Diekman |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Bruijnzeel,Dawn" <dheron@UFL.EDU>
> **Date:** October 18, 2014 at 4:54:34 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Subject: Diekman**
>
> Hi, Jackie. This email is becoming routine, but I wanted to let you know that I'm on call with Diekman and she continues to be disorganized and unable to present clinical information about a patient in a coherent manner. It's like talking to someone with expressive aphasia and trying to guess what they're talking about.
> Dawn
>
> Sent from my iPhone

1

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, October 20, 2014 4:20 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: 2 Open Charts over 30 days |

To Diekman's chart

**From:** Ginory,Almari
**Sent:** Monday, October 20, 2014 12:02 PM
**To:** Hobbs,Jacqueline A
**Subject:** FW: 2 Open Charts over 30 days

FYI. I will discuss with her but just so you are aware

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Blankenship,Brandon J
**Sent:** Monday, October 20, 2014 11:26 AM
**To:** Diekman,Sarah
**Cc:** Ginory,Almari
**Subject:** 2 Open Charts over 30 days

Hi Dr. Diekman,

Please partner with Dr. Ginory on closing the below charts.  They're in your Epic In Basket under My Open Charts with three others from 10/13.

███████ MRN ████ - Date of Service 7/28/14
███████ MRN ████ - Date of Service 8/25/14

Thank you,
B-

UF/Diekman 000158

## Mccallister,Dorothy J

**From:**      Hobbs,Jacqueline A
**Sent:**      Friday, October 24, 2014 7:40 PM
**To:**        Fayad,Sarah M
**Cc:**         Mccallister,Dorothy J
**Subject:**   Re: SD DC Summary

Did you talk to her about it?

Dawn Bruijnzeel and I did a CSA
with her yesterday.She did fine. Worst part
was presentation but overall she did
as expected for early PGY-2.

She obviously is capable of the work.

I plan to talk to her about the
discrepancies between her abilities
and her overall performance.

I would appreciate you also giving her
direct feedback. Let me know how it goes.

Thanks,

Jackie



Sent from Dr. H's iPhone.

On Oct 24, 2014, at 9:30 AM, "Fayad,Sarah M" <fayad@ufl.edu> wrote:

> Just got a DC summary to sign from Sarah Diekman from 7/2013. This is it. It is horrible.

| Author: | Diekman, Sarah Jean, MD | Service: | (none) | Author Type: | Resident | |
|---------|-------------------------|----------|--------|--------------|----------|--|
| Filed: | | 10/20/2014 2:14 PM | Note Time: | 10/20/2014 2:13 PM | Note Type: | Discharge Summaries |
| Cosign Required: | Yes | | | | | |

## Department of Psychiatry

UF/Diekman 000159

**Patient ID:**

██████████

MRN: ████████

Age: 54 y.o.

DOB: ██████████

**Admit date**: 7/2/2013

**Discharge date and time**: 7/7/2013 3:15 PM

**Admitting Physician**: Richard L Shriner, MD

**Admission Diagnoses:** DEPRESSION

**Consults:**

Consults

Procedures

- Inpatient consult to Family Practice
- IP consult to UF Family Practice

**Patient Instructions:**

**Discharge Medications**

Active Meds

|  | Sig |
| --- | --- |
| **buprenorphine 2 MG Subl** | 2 mg, Sublingual, 2 TIMES DAILY |
| Commonly known as: SUBUTEX | |
| **divalproex 250 MG ER tablet** | 250 mg, Oral, 2 TIMES DAILY |
| Commonly known as: DEPAKOTE ER | |
| **thiamine 100 MG tablet** | 100 mg, Oral, DAILY |
| Commonly known as: VITAMIN B-1 | |
| **venlafaxine 75 MG XR capsule** | 75 mg, Oral, 2 TIMES DAILY |
| Commonly known | |

2

as: EFFEXOR-XR

Stopped Meds

**clonazePAM 2 MG tablet**

Commonly known as: KlonoPIN

**gabapentin 400 MG capsule**

Commonly known as: NEURONTIN

**HYDROmorphone 8 MG tablet**

Commonly known as: DiLAUDID

**morphine sulfate ER 60 MG CR tablet**

Commonly known as: MS CONTIN

**NEURONTIN PO**

**oxyCODONE 30 MG immediate release tablet**

Commonly known as: ROXICODONE

No discharge procedures on file.

**Signed:**

Diekman, Sarah Jean

10/20/2014

2:13 PM

Sarah M. Fayad, M.D.

3

UF/Diekman 000161

Assistant Professor
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This email message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law.  If you have received this email message in error and are not an intended recipient, please contact the sender via reply email or phone and destroy all copies of the original message.  Pursuant to FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000162

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, November 10, 2014 12:10 AM |
| **To:** | Fernandes,Joel S; Eisner,Adrienne R; Chang,San Kuo |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: Concerns about a resident |

Hi, Joel, thanks for sending this documentation.

As you know, this is not the first I am hearing of much of this. You should know that I have had at least 3 sit-down discussions with Sarah (and other faculty) to go over some of these concerns. After these discussions, she did improve a little (as you noted) on some things. Dawn and I also did a clinical skills assessment with her. She passed (of course, this is a minimum standard sort of assessment). The chiefs have also talked with her and given direct feedback.

Also as you have noted, it is not easy to know exactly how to help her. I plan to discuss her performance with the Clinical Competency Committee next month to see if as a group we can come up with a better plan. Your notes will be helpful to provide to the committee.

Thanks,

Jackie

**From:** <Fernandes>, Joel Fernandes <joel1701@ufl.edu>
**Date:** Sunday, November 9, 2014 at 5:00 PM
**To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>, Adrienne Eisner <eisner@ufl.edu>, San Chang <skc1@ufl.edu>
**Subject:** Concerns about a resident

Dr. Hobbs and chiefs,

I wanted to bring up some concerns regarding the performance of Sarah Diekman based on my own observations over time. My main purpose is to state the concern for the record.

Some incidents I've seen:
-In August when she was on VA consults: Had areas with limited documentation. For instance, on one pt, under criteria for PTSD, the only symptom listed was "irritability"; this does not help me to understand what was or not asked (not to mention how nonspecific irritability is).
    In a bigger issue, a pt with SI and HI had made a comment "If I didn't come in, you'd see me on the news." There was no further explanation of what this meant and we were concerned given this pt's presentation if he implied he was going to harm himself, someone else or both.
-When on call in August, there was a pt who I was told was not taking his medications. I specifically asked if the pt meant his psychotropics, medical meds or both. She told me all (though I suspect this was not specified). The next day the pt's BP and glucose were running dangerously high because he was taking his medical meds, just not his psych meds.
-Most recently, while on VA ER, there have been 2 concerning incidents. One was documentation on progress notes. One note had almost nothing under subjective (the pt was intubated, but nothing was said about that in the subjective). The other note had no diagnoses listed under "assessment" and the plan was a generic "continue current meds." I added addenda to both notes to try to correct these.
    The other incident was not transferring meds on a pt. Some of these meds were antihypertensives when his BP was already running very high. I caught this incidentally just because I was skeletonizing notes for the next day and saw none of his meds were transferred. I did text her about this and she said she would be more careful.

UF/Diekman 000163

I don't have a specific idea or solution to this.  I did not bring this up sooner as I thought with time some of these issues would improve (and, in fairness, some have...e.g. her documentation has been a bit more complete).  However, similar concerns have been voiced by various attendings and errors have continued to this day, so I think it is worth bringing up.  While no harmful error has occurred that I know of from this, these missteps and oversights are the first step to a bad outcome.

Thank you for your time.  Please let me know if you have further questions regarding anything or need more specific information.

-Joel Fernandes

UF/Diekman 000164

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, November 20, 2014 4:50 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: clinic notes |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Ginory,Almari" <ginory@ufl.edu>
> **Date:** November 20, 2014 at 3:48:29 PM EST
> **To:** "Diekman,Sarah" <sdiekman@ufl.edu>
> **Cc:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Subject: clinic notes**
>
> Hi Sarah,
> I see on the schedule several open encounters from your clinic both last week and this week.  Please
> complete these ASAP.  By the latest they should be completed by tomorrow.  The encounters from last
> week are considered delinquent. Notes should be completed within 24 hours.
> Thanks
>
> Almari Ginory, DO
> Assistant Professor
> Chief, Psychiatry Consultation-Liaison Service
> Clinic Director, Adult Outpatient Clinic
> Department of Psychiatry
> University of Florida
>
> CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any
> attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain
> confidential and privileged information. The materials in this message are private and may contain
> Protected Healthcare Information or other information of a sensitive nature. If you are not the intended
> recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance
> on the contents of this information is strictly prohibited. If you have received this email in error, please
> immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or
> distribution of such information is prohibited and will  be upheld under the discretion of Federal and State
> law.  If you have received this e-mail message in error and are not an intended recipient, please contact
> the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS
> 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and
> confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000165

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, November 23, 2014 9:27 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Thornton,Joseph Edward; Mccallister,Dorothy J |
| **Subject:** | pass-on |

Sarah, there was a report from the VA ED that they had trouble getting in touch with you on Friday night around 7:30 PM. It was reported that when you did contact them, you asked them to call the NF back at 8 PM.

I understand that you may have been busy with another consult, but if finished or close to finished, you should go ahead and take the consult, especially if a safety issue.

If you absolutely cannot do the consult, you should take the information on the patient/consult and sign this out to the NF resident, as there can be a delay in care otherwise. In fact, this patient was not seen for 1.5 hours because of some VA phone issues preventing them from reaching the NF. If you had passed it directly to the NF by cell phone, this may not have happened.

You also need to document all calls in your signout. I did not see any signout of this call. Did you staff this with the attending? I did not see in your signout that you had staffed any cases with the attending.

Please use proper documentation and signout procedures.

The upcoming CLER visit should be a reminder to do our very best in terms of handoffs and documentation.

Thanks,

Dr. H

UF/Diekman 000166

**Mccallister, Dorothy J**

| | |
|---|---|
| **From:** | Hobbs, Jacqueline A |
| **Sent:** | Monday, November 24, 2014 3:51 PM |
| **To:** | Mccallister, Dorothy J |
| **Subject:** | SD |

Hi, I talked to Dr. Mahla about Sarah Diekman. He agreed that a medical leave with pay is appropriate. He said that Sally Harvin and Freddy Jones should be contacted to start the "disability clock". Right now the medical leave is scheduled effective immediately through Dec. 31 (first day back to work Jan. 1). Should this change, I will keep you informed.

Thanks,

Jackie

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, FAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818



UNIVERSITY OF FLORIDA HEALTH

CONFIDENTIALITY NOTIFICATION:   Please be advised!   This e-mail message, including any attachments, has been created explicitly for  the sole use  of the sender the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000167

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, March 09, 2015 8:07 PM |
| **To:** | Mccallister,Dorothy J |
| **Cc:** | Chang,San Kuo |
| **Subject:** | Fwd: Inappropriate Copy/Paste in the Medical Record - letter from Integrity and Compliance Office regarding specific resident |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Thornton, Joe E." <Joe.Thornton@va.gov>
> **Date:** March 9, 2015 at 7:00:22 PM EDT
> **To:** "jahobbs@ufl.edu" <jahobbs@ufl.edu>
> **Cc:** "Suryadevara, Uma" <Uma.Suryadevara@va.gov>, "Thornton, Joe E." <Joe.Thornton@va.gov>
> **Subject: Inappropriate Copy/Paste in the Medical Record - letter from Integrity and Compliance Office regarding specific resident**
>
> Dr Hobbs,
>
> I am in receipt of a letter from the Chief of Staff Office citing "Inappropriate Copy/Paste in the Medical Record."
>
> Dr Sarah Diekman is cited by the compliance office for two instances of copy and paste in two records on 2/15/2015 and 2/16/2015.
>
> She is cited for copying the assessment, psychiatric diagnosis, medical diagnosis and psychosocial problems from one patient's record and pasting into another.
>
> My office is instructed to -
> 1. Correct the medical record
>
> 2. Provide specific and documented training to Dr Diekman from the NFSG VHS and VHA policies.
>
> After the above is completed I am to make a verbal report to the Medical Records Office and a written report to the Compliance and Business Integrity Office.
>
> I just received this letter on Friday 3/6 for a due date today.. The original letter was 2/17/2015 so I am asking for a one week extension.
>
> Please consider a meeting with Dr Diekman, the Chief Resident and myself later this week for corrective action.
>
> Thank you.
>
> Joseph (Joe)  E. Thornton, M.D.
> Acting Chief, Psychiatry Service
> North Florida / South Georgia Veterans Health System
> Director, Psychiatry Consultation Liaison Services
> Malcom Randall VA Medical Center
> Adjunct Assistant Professor

UF/Diekman 000168

University of Florida College of Medicine

Person-Centered, Recovery Oriented, Evidence-Based, Integrated Team Health Care

UF/Diekman 000169

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Thursday, March 12, 2015 8:16 AM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Chang,San Kuo; Mccallister,Dorothy J |
| **Subject:** | Re: SD |

also, discharge summaries that they need done from discharges i believe from last week have not been done. social worker needs them to send to patients primary care providers.
Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

cell phone# █████████
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

**From:** Eisner,Adrienne R
**Sent:** Thursday, March 12, 2015 8:13 AM
**To:** Hobbs,Jacqueline A
**Cc:** Chang,San Kuo; Mccallister,Dorothy J
**Subject:** SD

just fyi.. im at the BSU this am, and the signout has not been updated. there were three patients that have been on census and not put on signout. none of the previous things I updated...for cognitive imparment have been continued/updated since last month on those patients. I know the signout is just a quick look and people should use EMR .. but this is just plain lazy and disinterest...
it has slowed me down significantly this am with going over patients... just an fyi
Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

cell phone# █████████
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

UF/Diekman 000170

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Chang,San Kuo |
| **Sent:** | Monday, March 16, 2015 5:23 PM |
| **To:** | Thornton, Joe E.; Hobbs,Jacqueline A |
| **Cc:** | Colton, Lisa M.; Mccallister,Dorothy J; Suryadevara, Uma |
| **Subject:** | Re: Meeting with Dr Diekman on Tuesday  30 minutes |

She has not responded and her phone seems to be off. It goes straight to voicemail.

I'll let you know if I get in touch with her.

San K. Chang, MD
Chief Resident
Housestaff Quality and Patient Safety Representative
Department of Psychiatry

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been
created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the
discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient,
please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS
766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to
discovery.  Please do NOT copy or release.

**From:** Thornton, Joe E. <Joe.Thornton@va.gov>
**Sent:** Monday, March 16, 2015 5:10 PM
**To:** Hobbs,Jacqueline A; Chang,San Kuo
**Cc:** Colton, Lisa M.; Mccallister,Dorothy J; Suryadevara, Uma
**Subject:** RE: Meeting with Dr Diekman on Tuesday 30 minutes

OK,  including Dr Suryadevara.
The afternoon will be better then
Here at the VA.
JT

**From:** Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
**Sent:** Monday, March 16, 2015 4:54 PM
**To:** Thornton, Joe E.; Chang,San Kuo
**Cc:** Colton, Lisa M.; Mccallister,Dorothy J
**Subject:** [EXTERNAL] RE: Meeting with Dr Diekman on Tuesday 30 minutes

Hi, I am at MOB tomorrow. San, will you please be present for this.

Dr. Thornton, it might not be a bad idea to have Dr. Suryadevara present as well.

Thanks,

Dr. H

**From:** Thornton, Joe E. [mailto:Joe.Thornton@va.gov]
**Sent:** Monday, March 16, 2015 4:51 PM
**To:** Chang,San Kuo
**Cc:** Hobbs,Jacqueline A; Colton, Lisa M.
**Subject:** Meeting with Dr Diekman on Tuesday 30 minutes

Dr Chang

Please have Dr Diekman set up a meeting with me for a corrective action on two medical records.

I am available much of the time tomorrow.   She can contact Ms Lisa Colton at 352-3576-1611, x 7610  or by email  lisa.colton@va.gov
To set a time for the meeting.  30 minutes should be sufficient.    You or other residency support  may accompany her if she likes.

Thanks

JT


Joseph (Joe)  E. Thornton, M.D.
Acting Chief, Psychiatry Service
North Florida / South Georgia Veterans Health System
Director, Psychiatry Consultation Liaison Services
Malcom Randall VA Medical Center
Adjunct Assistant Professor
University of Florida College of Medicine

Person-Centered, Recovery Oriented, Evidence-Based, Integrated Team Health Care

UF/Diekman 000172

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, March 17, 2015 10:56 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Patient |

To file.

**From:** Martin, Christine E. [mailto:willce@shands.ufl.edu]
**Sent:** Tuesday, March 17, 2015 10:37 AM
**To:** Ginory,Almari; Hobbs,Jacqueline A
**Subject:** FW: Patient

Can we remind Diekman to respond to the check in emails about late patients. ☺ I can also remind her as well.

**From:** Renicks, ThomasA A.
**Sent:** Tuesday, March 17, 2015 10:07 AM
**To:** Martin, Christine E.
**Cc:** Meadows, Maryann E.
**Subject:** FW: Patient

Here is the one of the patients that Dr Diekman didn't reply to my email and sat here waiting until Dawn and I left at 5:05.
She wishes for you to call her, please ☺

UF/Diekman 000173

**Expand**

## Appointment Information

| | | | |
|---|---|---|---|
| Name: | ▉▉▉▉▉▉ | MRN: | ▉▉▉▉ |
| Date: | 3/16/2015 | Status: | **Sch** |
| Time: | 3:00 PM | Length: | 30 |
| Visit Type: | **RETURN 30 [2859]** | Copay: | $0.00 |
| Provider: | **Diekman, Sarah Jean, MD** | Department: | **GP PSYCH SPRINGHILL** |
| Referral #: | | Referral Status: | |
| Referring Provider: | **MCELROY JR, ROSS A** | Patient Type: | |
| Enc Form Number: | 7188214 | Auto Confirm Status: | **CONFIRMED** |
| CSN | 10053156125 | | |
| Notes: | FED. pt called at 1:54 stating will be 30 min late and is aware she may have to rsch-tls | | |
| Check-out Notes: | | | |
| Disposition Notes: | | | |
| Diagnostic Followup: | | Order Instructions: | |
| Rescheduled: | 1/28/2015 10:41 AM | By: | **YAU, DAVID** |
| Confirmed: | 3/12/2015 1:00 AM | By: | **SHERLOCK, KELVIN** |
| Confirmed: | 3/13/2015 1:00 AM | By: | **SHERLOCK, KELVIN** |
| Change Notes: | 3/16/2015 1:55 PM | By: | **STRAWDER, TAWANNA L** |
| Checked In: | 3/16/2015 3:52 PM | By: | **RENICKS III, THOMAS A** |
| Can. ChkIn: | 3/17/2015 9:53 AM | By: | **NIEVES, RAYMOND A** |

## Patient Demographics for MAYNARD, TONITA [01699574]

| | | | |
|---|---|---|---|
| DOB: | ▉▉▉▉ | SSN: | ▉▉▉▉▉ |
| Age: | **60 yrs** | Sex: | **Female** |
| Home Phone: | ▉▉▉▉ | Work Phone: | |

### Selected Displays

☑ Ufp Es Appointment Information
☑ As Patient Demographics

UF/Diekman 000174

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, March 17, 2015 4:44 PM |
| **To:** | Thornton, Joe E. |
| **Cc:** | Chang,San Kuo; Suryadevara, Uma; Mccallister,Dorothy J |
| **Subject:** | RE: CLOSURE   with complianec office |

Thank you!

**From:** Thornton, Joe E. [mailto:Joe.Thornton@va.gov]
**Sent:** Tuesday, March 17, 2015 4:41 PM
**To:** Hobbs,Jacqueline A
**Cc:** Chang,San Kuo; Suryadevara, Uma
**Subject:** CLOSURE with complianec office

I met with Dr Diekman today along with Dr Suryadevara, and Dr Chang.  We provided  feedback and instruction to r Dr Diekman and she has made a correct note entry and placed a "wrong note"  on the incorrect entry.

I notified the  VA Compliance officer of the meeting, corrective action and closure on the matter.

JT


Joseph (Joe)  E. Thornton, M.D.
Acting Chief, Psychiatry Service
North Florida / South Georgia Veterans Health System
Director, Psychiatry Consultation Liaison Services
Malcom Randall VA Medical Center
Adjunct Assistant Professor
University of Florida College of Medicine

Person-Centered, Recovery Oriented, Evidence-Based, Integrated Team Health Care

UF/Diekman 000175

**Mccallister, Dorothy J**

| | |
|---|---|
| **From:** | Eisner, Adrienne R |
| **Sent:** | Friday, March 20, 2015 10:24 PM |
| **To:** | Hobbs, Jacqueline A |
| **Cc:** | Mccallister, Dorothy J; Chang, San Kuo |
| **Subject:** | Fw: BSU signouts |

fyi
Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

cell phone# ▉▉▉▉▉▉
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

**From:** Eisner, Adrienne R
**Sent:** Friday, March 20, 2015 10:22 PM
**To:** Diekman, Sarah
**Subject:** BSU signouts

Hi Sarah,

I hope all is well with you. I wanted to bring up with some suggestions about your signouts. Except for today's signouts, I don't see anything in them updated.. ie medications, current , or if titrating up or down... Also, the encephalopathy scales that are entered there to monitor patients in between ECT's. That is helpful for the next resident as well so they can track how the patient is doing even after you are on the next rotation.. because as we know, sometimes patients stay longer on BSU so that they can have at least 2 weeks of inpatient so they can receive the ECT treatments.
Also, I had noticed on several signouts that the census would state one number, and then the signout would not be updated to the point the new patients that were there were not added on the signout.  When I covered when you were out, I spent 45-60 minutes deleting, correcting and adding on the signout . Today's signout did have all 8 patients on there, which was great! but there was minimal information and for example, the psychiatric medications for patient ▉▉▉▉▉▉▉▉ , there are only two medications listed on the signout, but she is on several more.. It was listed Zoloft, and Seroquel, but no mention of Klonopin, Abilify, Gabapentin or Wellbutrin.  This is just an example of what I found this evening and wanted to point it out to you so that I can give you some tips to help out .
Please let me know if you have any questions or would like me to help you more, I would be very happy to do so. :)

Have A Good Weekend,

UF/Diekman 000176

**Adrienne**
Adrienne Eisner, M.D.
Chief Resident
University Of Florida
Department Of Psychiatry

cell phone# ▮▮▮▮▮▮
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

UF/Diekman 000177

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, March 21, 2015 11:48 AM |
| **To:** | Diekman,Sarah |
| **Cc:** | Lemesh,Terry J; Mccallister,Dorothy J |
| **Subject:** | Please complete by Monday, March 23 |

Sarah, please see below copy of a message from New Innovations. You have received numerous reminders from New Innovations as well as from Terry. This needs to get done ASAP. You seem to be struggling with administrative tasks. Can you please tell me what is preventing you from completing this and other items in a timely fashion?

I highly suggest that you use your 2-3 PM time period on Wednesday didactic afternoons to complete these tasks. I want you to check in with Terry Lemesh this Wednesday (and every Wednesday until you are caught up) to discuss where you are with your checklist and any questions you have. Terry will keep me informed about your progress.

Thanks,

Dr. H

**Message From:** New Innovations
**Subject:** E-mail on behalf of Dr. Mahla-Please Complete Quality Training Module
**Reply Address:** (none)
Dear Sarah,

This notice is being sent on behalf of Dr. Michael Mahla.

You have been assigned a checklist through New Innovations to complete the training module titled "Use of Nursing Communication by Housestaff". Instructions and link to the training are provided in the checklist. Please complete the training.

The GME office will mark that you have completed the activity in New Innovations. We will update New Innovations every Wednesday.

If you are having difficulty accessing the training please contact Sony Kuruppacherry (kurupsj@ufl.edu).

Thank you,

Michael E. Mahla, M.D.

UF/Diekman 000178

**Mccallister, Dorothy J**

| | |
|---|---|
| **From:** | Hobbs, Jacqueline A |
| **Sent:** | Thursday, March 26, 2015 6:29 PM |
| **To:** | Diekman, Sarah |
| **Cc:** | Mccallister, Dorothy J; Lemesh, Terry J |
| **Subject:** | case logs |

Sarah, upon review of your New Innovations case logs, it appears that you have not logged ANY cases to date. Even with your time off, you should have logged over 500 cases by now.

Please attend to this immediately. This is a major deficiency in your file.

Thanks,

Dr. H

1

UF/Diekman 000179

## Mccallister,Dorothy J

**From:**      Eisner,Adrienne R
**Sent:**      Friday, March 27, 2015 4:47 PM
**To:**        Hobbs,Jacqueline A
**Cc:**        Mccallister,Dorothy J; Chang,San Kuo
**Subject:**   Fwd: Discharge Summary


Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

Ph# █████████

Pager# 352-413-3300

Begin forwarded message:

> **From:** "Barker,Gloria J." <BARKEG@shands.ufl.edu>
> **Date:** March 27, 2015 at 4:28:23 PM EDT
> **To:** "Eisner,Adrienne R" <eisner@ufl.edu>
> **Subject: Discharge Summary**
>
> I am exasperated.  I just received a "fail" on one of our core quality indicators because a patient was discharged on March 10th and the Discharge Summary was written on March 16, 2015 at 10:18 a.m.  Cindy did not see it until the next day and we are now deficient.  Can we please get the Discharge Summaries completed in two days?
>
> Also, I have been auditing for the suicide assessment audit and one of the indicators is  that suicide precaution is ordered by a physician.  They were never ordered.  Maybe Dr. Solomon should do it, I don't know but I never have had this problem in the year I have been here.
>
> Thanks,
> Jeanne

UF/Diekman 000180

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Friday, March 27, 2015 4:58 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J; Chang,San Kuo |
| **Subject:** | SD |

Hi,
I spoke to Jeanne Barker, at the BSU after the email I just received and forwarded to you all. She was upset about this past month and said she has never seen a resident do so poorly. She said most recent mistake Diekman did was she ordered 3 million units of vitamin D three times a day!! also she said things she says are done are not done ie orders, nurses are complaining about her and are not happy with her. She said that discharge summaries, they have never been late on until Diekman came on service.
I asked her to get examples from the nurses of things she has done and document them and email them to me and I will pass it along.
She said she will talk to the nurses. I just texted Diekman and said to her that I am reminding her that discharge summaries should be done within 2 days of discharge, preferably same day.
I will keep you posted if I hear anything else.

Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

cell phone# ▮▮▮▮▮▮▮
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

UF/Diekman 000181

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Friday, March 27, 2015 9:19 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Chang,San Kuo; Mccallister,Dorothy J |
| **Subject:** | Fwd: FYI- Orders |

Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

Ph# ▮▮▮▮▮▮▮

Pager# 352-413-3300

Begin forwarded message:

> **From:** "Krone,Carrie L." <kronec@shands.ufl.edu>
> **Date:** March 27, 2015 at 8:54:59 PM EDT
> **To:** "Eisner,Adrienne R" <eisner@ufl.edu>
> **Cc:** "Barker,Gloria J." <BARKEG@shands.ufl.edu>
> **Subject: FYI- Orders**
>
> Dr. Eisner-
> I am writing to you in regard to several orders written last evening on a patient who came to us from
> Vista. She was admitted to room 5249. There was an order writtin for 2,000,000 units of Vit D 3 times a
> day. (see the flagged note from pharmacy). I mentioned it to the ward call MDs 3/26, saying the
> pharmacist had not and would not approved it. I passed it on in nursing report, and I left a written
> "sticky note" to the doctors for today. The order was still there this evening. When I told our resident
> Dr. Diekman about it right before she was leaving, she indicated that Dr. Solomon had written the order,
> and she discontinued it. (It appeared that she had written the order)- I informed her that the patient
> had been on 1,000- units at Vista. Now the patient isn't on any Vit. D because she didn't order any.
> I also let her know that the patient has been taking Gabapentin 300mg and not 600mg as ordered. If I
> understood her correctly, she thought it had been changed to 300mg. That was only for last night as I
> called the ward call regarding the dose since the patient was going to have ECT, and she had omly been
> on 300mg @Vista. Now I don't see any ordered for the patient for this evening.
> Carrie Krone, RN
> Unit 52

UF/Diekman 000182

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Eisner,Adrienne R |
| **Sent:** | Friday, March 27, 2015 9:28 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Chang,San Kuo; Mccallister,Dorothy J |
| **Subject:** | Fwd: Dr. Deikman |

Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

Ph# ██████████

Pager# 352-413-3300

Begin forwarded message:

> **From:** "Cuartocruz,Anecel D." <cuarta@shands.ufl.edu>
> **Date:** March 27, 2015 at 9:27:28 PM EDT
> **To:** "Eisner,Adrienne R" <eisner@ufl.edu>
> **Cc:** "Barker,Gloria J." <BARKEG@shands.ufl.edu>
> **Subject: Dr. Deikman**
>
> Good evening Dr. Eisner.
>
> Sorry to bother you. I would like to report to you about Dr. Deikman. I have an admission today that is Baker acted. At first Dr. Solomon wants the patient's proxy to be the mother of the patient but after Dr. Solomon talked to the patient, he told me to change the proxy to the grandmother. After talking to the patient I informed Dr. Deikman that the proxy is changed to the grandmother. Dr. Deikman insist that Dr. Solomon told her that it is still the mother of the patient that will be the proxy. Our charge nurse Carrie was also in the nurse's station and she told me and Dr. Deikman that Dr. Solomon did said that the proxy will be the grandmother before he left for the day. Dr. Deikman got upset and told us that she spent 1 1/2 hours doing this admission and talking to the mother of the patient. I even tried to talk to her about getting another consent for the psychotropic meds and this time with the grandmother who is present in the unit. Dr. Deikman at first does not want to do another consent and that she already did the consent with the mother of the patient but she finally did after I insisted.
>
> Anecel

UF/Diekman 000183

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, March 29, 2015 9:22 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J; Lemesh,Terry J |
| **Subject:** | next 2 days |

Sarah, it is getting late, and I will not be able to talk by phone tonight.

I will explain things more when I can talk to you in person on Tuesday.

There have been several issues on BSU this past month. I do not want you to report to BSU tomorrow or Tuesday. I instead want you to report to the MOB at 8 AM. Terry will give you reports on where you stand with your admin duties such as case logs and checklists. I need you to work on these Monday and Tuesday (you will still attend your clinic Monday afternoon). I want you to work out of an office/computer at the MOB. Terry will help you find an open office/room. You should try to complete as much of these as possible. You need a minimum of 500 case logs (you should have >800 by the end of PGY-2 year). It looks like you have all of your Grand Rounds questions to write as well. Please review these archived lectures on the dept website and write your questions.

Dr. H

UF/Diekman 000184

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, March 30, 2015 1:21 PM |
| **To:** | Barker,Gloria J. |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: F/U |

Good to know that there haven't been others. Just let me know if anything else comes up.


-----Original Message-----
From: Barker, Gloria J. [mailto:BARKEG@shands.ufl.edu]
Sent: Monday, March 30, 2015 11:24 AM
To: Hobbs,Jacqueline A
Subject: RE: F/U

Thank you.  I have been here over a year and this is the first problem ever that I am aware of.
Jeanne

-----Original Message-----
From: Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
Sent: Friday, March 27, 2015 7:13 PM
To: Barker, Gloria J.
Cc: Eisner, Adrienne R; Mccallister, Dorothy J
Subject: F/U

Jeanne, I am so sorry my resident gave you grief this month. It is inexcusable. I will be meeting with her Wed next week to discuss this and other issues.

I just want you to know that as the Residency Training Director and PDQ, if you have any such resident issues now or in the future, please let me know immediately. It is a privilege to work on BSU in my opinion, and I won't put up with nonsense.

Dr. H

Sent from Dr. H's iPhone.

1

UF/Diekman 000185

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, March 30, 2015 1:33 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: SD clinic notes |

For SD file. This needs to be a performance file.

**From:** Ginory,Almari
**Sent:** Monday, March 30, 2015 11:41 AM
**To:** Hobbs,Jacqueline A
**Subject:** SD clinic notes

So I was in Diekman's inbox.
There are notes from 11/10/2014 that she sent to Averbuch instead of Holbert which she never re-routed.  I just did.  But this is what she types in the **patient record**

Diekman, Sarah Jean, MD at 11/22/2014 7:08 PM

| Author Type: | Resident | Status: | Signed |
|---|---|---|---|

Sensitive Note

I am not sure how to change the co signer at this point. I have been trying for the last 1/2 hr. I will call some people tomorrow to help me. Sorry about that

Electronically signed by Diekman, Sarah Jean, MD at 11/22/2014 7:08 PM

She also has about 10 deficiency notifications regarding several charts which are over 21 days overdue, most recent was 5/26/2014.  She may have been deleting, so I will be keeping a closer eye on this.

As far as her notes, it seems she primarily staffs with Averbuch, so I would double check with him, but there seems to be some pretty bad ones.
She consistently uses the new template eval form for follow ups which leads me to think she is just copying forward from the new intake eval.

One of her HPI is as follows (this is from a pt on 2/9/15 MRN 02191425)

HISTORY OF PRESENT ILNESS:

23 yo w OCD, GAD, eating disorder here today for supportive therapy

That's it!!!
Another one

23 yo w OCD, GAD, eating disorder here today for CBT adressing automatic negative thoughts

1                                                    UF/Diekman 000186

These are definitely not compliant

Plus the mental status is the same for all of these notes. As is the plan.

That same pt had the same exact notes (copy and pasted including spelling errors) on 2/2 (note not written until 2/16) and 1/26 (note written 1/27)

She has also had numerous no-shows, so for several weeks had no patients.
For the month of march it is as follows:
3/2- 3 no-shows- no patients seen
3/9- 3 no-shows- no patients seen
3/16- 1 NS, 2 seen
3/30- 2 NS, 1 seen

It seems that what she is doing is seeing patients for new evaluations and then scheduling them weekly for therapy and these patients are not coming consistently for therapy. She has 2 such patients scheduled like that for today. I will wait and see if they come for their appointment. If they do not I will have the clinic staff confirm these future appointments directly with the patients and cancel if needed. If this continues to be the case, I may have to confirm with each patient individually if they indeed want to do weekly therapy prior to her being able to schedule them.

The no-show % I have is through February. I will have to wait and see the March numbers but the class NS rate is 18%, she is at 24%, 2nd highest behind Rodriguez at 26% (I will have to start looking into her numbers). She also has a very low total number of pt visits at 43, compared to Tait who works with her on Mondays who is at 85.

This is what I have for now. I will continue to look and I will see what happens this afternoon and let you know if I find anything further.

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, March 30, 2015 2:06 PM |
| **To:** | Mccallister,Dorothy J |
| **Cc:** | Lemesh,Terry J |
| **Subject:** | FW: epic |

**From:** Diekman,Sarah
**Sent:** Monday, March 30, 2015 2:05 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: epic

I have not tried that number.  Thank you

**From:** Hobbs,Jacqueline A
**Sent:** Monday, March 30, 2015 2:03 PM
**To:** Diekman,Sarah; Lemesh,Terry J; Mccallister,Dorothy J
**Subject:** RE: epic

Did you try her cell?

Kim Hutton, CHTS-TS
Information Systems Specialist
Office: 352-627-0069
Cell/Text: ▇▇▇▇▇▇
Fax: 352-627-4331
huttkd@shands.ufl.edu

**From:** Diekman,Sarah
**Sent:** Monday, March 30, 2015 2:02 PM
**To:** Hobbs,Jacqueline A; Lemesh,Terry J; Mccallister,Dorothy J
**Subject:** Fw: epic

I am at a stand still on this issue as I have not been able to reach Kim via phone or email yet.  Are there any updated adresses or numbers that might be more helpful or somone else whom I can contact?  The most current list I have is from 3/3 and from what I can tell the items are all complete.  So I am working on new innovations for now

**From:** Diekman,Sarah
**Sent:** Monday, March 30, 2015 10:29 AM
**To:** Hutton,Kimberly D.
**Subject:** epic

Kim,

UF/Diekman 000188

I am catching up on my epic work.  Can I please get a up to date list of incomplete items?

Sarah

UF/Diekman 000189

**Mccallister, Dorothy J**

| | |
|---|---|
| **From:** | Eisner, Adrienne R |
| **Sent:** | Monday, March 30, 2015 2:25 PM |
| **To:** | Hobbs, Jacqueline A |
| **Cc:** | Mccallister, Dorothy J; Chang, San Kuo |
| **Subject:** | SD again, sorry |

Hi Dr. Hobbs,
just heard another thing about Diekman. Case worker just told me that one of her H&P's is going to peer review because she didnt indicate any previous psych medications, who her psychiatrist was, what has been tried to justify ECT treatments. So case worker said, patient may very well now be stuck with a bill if they cant justify treatment. She said all of Diekmans H&P's are the same way, but other patients who are coming either from AOPC or Vista she can see records for previous medications. where as this patient is from Alabama and no records are here. Patient btw, is very able to converse and give that information .. So it is clear Diekman was again trying to get out of work and just do the most minimal.

Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

cell phone# ███████
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

UF/Diekman 000190

## Mccallister,Dorothy J

**From:**       Eisner,Adrienne R
**Sent:**       Monday, March 30, 2015 2:36 PM
**To:**         Hobbs,Jacqueline A
**Cc:**         Mccallister,Dorothy J; Chang,San Kuo
**Subject:**    Fw: not enough information on H&P and you put yourself as the attending

fyi
Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

cell phone# ▮▮▮▮▮▮
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you
are not the intended recipient, please note that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this message in error, you should notify the
sender immediately by telephone or by return email and delete this message from your computer

**From:** Eisner,Adrienne R
**Sent:** Monday, March 30, 2015 2:35 PM
**To:** Diekman,Sarah
**Cc:** Chang,San Kuo
**Subject:** not enough information on H&P and you put yourself as the attending

Hi Sarah,

the H&P's need to have previous medications tried, past psych history more detailed.. ie last psychiatrist,
when they saw him, what other things have been tried..
When these notes get reviewed for insurance, if patient especially this one is not in the system (she is the one
from Alabama), there is no hx in your note stating medications were tried etc. Insurance may not pay for the
patient now and they may get stuck with the bill. The case worker has got to work on it now to try and get it
corrected. Also, in the line that states The patient was discussed with the attending.. You put Dr. Diekman
instead of the attending most likely Solomon, you staffed this with.

Paitents name is ▮▮▮▮▮▮▮▮▮
MRN: ▮▮▮▮▮▮

Adrienne Eisner, M.D.
University Of Florida
Department Of Psychiatry

cell phone# ▮▮▮▮▮▮
pager# 352-413-3300

This communication may contain information that is legally protected from unauthorized disclosure. If you
are not the intended recipient, please note that any dissemination, distribution or copying of this

UF/Diekman 000191

communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Averbuch,Robert N |
| **Sent:** | Monday, March 30, 2015 2:36 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: SD clinic notes |

Thx.  This is ugly.
I was aware of much of this- the use of New note/heading on returns, misdirecting notes to me staffed by Holbett, but didn't pick up on the blatant copy/paste and inadequate HPIs, etc, so Thx for the heads up before we meet Wif her.  I've been curb siding Holbett today to get a better sense of the concerns from peeps who have worked wif her more regularly (like on an inpt month).
Lemme know what time tomorrow

Sent from my email

On Mar 30, 2015, at 1:34 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:

> Please read all, but be especially aware of the highlighted area below.
>
> **From:** Ginory,Almari
> **Sent:** Monday, March 30, 2015 11:41 AM
> **To:** Hobbs,Jacqueline A
> **Subject:** SD clinic notes
>
> So I was in Diekman's inbox.
> There are notes from 11/10/2014 that she sent to Averbuch instead of Holbert which she never re-routed.  I just did.  But this is what she types in the **patient record**
>
> Diekman, Sarah Jean, MD at 11/22/2014 7:08 PM
>
> Author Type:                 Resident              Status:          Signed
>
> Sensitive Note
>
> I am not sure how to change the co signer at this point. I have been trying for the last 1/2 hr. I will call some people tomorrow to help me. Sorry about that
>
> Electronically signed by Diekman, Sarah Jean, MD at 11/22/2014 7:08 PM

She also has about 10 deficiency notifications regarding several charts which are over 21 days overdue, most recent was 5/26/2014.  She may have been deleting, so I will be keeping a closer eye on this.

                                    UF/Diekman 000193

As far as her notes, it seems she primarily staffs with Averbuch, so I would double check with him, but there seems to be some pretty bad ones.

She consistently uses the new template eval form for follow ups which leads me to think she is just copying forward from the new intake eval.

One of her HPI is as follows (this is from a pt on 2/9/15 MRN ███████ )

HISTORY OF PRESENT ILNESS:

23 yo w OCD, GAD, eating disorder here today for supportive therapy

That's it!!!

Another one

23 yo w OCD, GAD, eating disorder here today for CBT adressing automatic negative thoughts

These are definitely not compliant

Plus the mental status is the same for all of these notes. As is the plan.

That same pt had the same exact notes (copy and pasted including spelling errors) on 2/2 (note not written until 2/16) and 1/26 (note written 1/27)

She has also had numerous no-shows, so for several weeks had no patients.
For the month of march it is as follows:
3/2- 3 no-shows- no patients seen
3/9- 3 no-shows- no patients seen
3/16- 1 NS, 2 seen
3/30- 2 NS, 1 seen

It seems that what she is doing is seeing patients for new evaluations and then scheduling them weekly for therapy and these patients are not coming consistently for therapy.  She has 2 such patients scheduled like that for today.  I will wait and see if they come for their appointment. If they do not I will have the clinic staff confirm these future appointments directly with the patients and cancel if needed.  If this continues to be the case, I may have to confirm with each patient individually if they indeed want to do weekly therapy prior to her being able to schedule them.

The no-show % I have is through February.  I will have to wait and see the March numbers but the class NS rate is 18%, she is at 24%, 2nd highest behind Rodriguez at 26% (I will have to start looking into her numbers). She also has a very low total number of pt visits at 43, compared to Tait who works with her on Mondays who is at 85.

This is what I have for now.  I will continue to look and I will see what happens this afternoon and let you know if I find anything further.

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain

UF/Diekman 000194

Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000195

**3-31-15 Meeting With Sarah Diekman, MD**

Attendance: Dr. Sarah Diekman, PGY-2; Drs. Jacqueline Hobbs, Program Director; Dr. Robert Averbuch, Associate Program Director; Dr. San Chang, Chief Resident; Dr. Adrienne Eisner, Chief Resident; Ms. Dorothy McCallister, Program Coordinator

The Chief Residents were present for the first portion of the meeting to discuss specific clinical issues/scenarios. The Chiefs were then excused so that the faculty could discuss Dr. Diekman's academic performance/progress to date. Ms. McCallister recorded notes throughout.

Continuing performance difficulties for Dr. Diekman have been noted this year, but a recent number of complaints including the nursing manager/staff have occurred over the last few weeks. A member of the nursing staff stated that she had not encountered such a serious issue with any other resident in her year of working on service. Due to the escalating incidents, Dr. Sarah Diekman was asked to attend a meeting today.

- Vista Medication Error Incident – Dr. Diekman claims Nursing/other resident was responsible for inputting incorrect medication information; she stated she can provide date and time documentation. Dr. Hobbs instructed Dr. Diekman to complete patient safety reports for ANY future medication errors which would not only provide details of the error, but give awareness to help avoid possible recurrences. Dr. Diekman stated she was not familiar with how to complete these, but would learn.

- BSU - Number of Late Discharge Summaries:  Dr. Diekman assumes responsibility for late summaries; but was not aware of seriousness (egs. negative quality indicators, impact on patient care) and will try to do better.  The group discussed ways to self-improve:
  Check EPIC In-Basket regualarly
  Use Asterisk (wild-card) in signature line to avoid accidental signing
  The Chief also brought to her Dr. Diekman's attention that she recently admitted a patient on the BSU but did not provide critical background documentation in the chart (past medications), necessitating the faculty member having to do an extensive peer review in order for patient to qualify for insurance payment of admission.

Dr. Diekman stated she believes she made the wrong decision to choose Psychiatry.  She indicated she feels she is not cut out for this type and amount of work.

- Vista/BSU Failure to Order "Suicide Precautions":  The BSU nurse manager brought to the program's attention that Dr. Diekman had not been ordering suicide precautions on any patients admitted to the unit this past month. She said this had never been an issue in previous audits and with previous residents. Dr. Diekman indicated that she believed she had been instructed to not order "Suicide Precautions" for Vista patients.  She could not recall who gave her these instructions or when they were given, but admitted to not stating them on any of the charts for about 3 months. She was advised to list suicide precautions for all future admissions. Concern about the possibility of failure to remove precautions prior to discharge could be a contributing factor for some not listing this on charts; however, it is in the best interest of patients to take these precautions.

- Clinic:  Evidence of direct cut and paste charting was produced by Dr. Almari Ginory, the Outpatient Clinic Director. In fact, an example of word-for-word copy/paste of an entire intake H&P was provided to Dr. Diekman. The encounters were about 2 weeks apart, and there was not a single change in the note. Dr. Diekman admitted to copy/paste of charts, but explained she did this for lack of knowledge about how to complete chart documentation on therapy patients. Dr. Hobbs indicated this severity of negligence could severely negatively impact patient care as well as billing and compliance. She stressed that this can never happen again.  Dr. Diekman admitted to having training sessions on Epic for clinic, but she had struggled to apply the information. Dr. Diekman was instructed to seek guidance from the Outpatient Clinic Chief or Chief Residents whose purpose is to assist residents in the Outpatient Clinic and clinic chart documentation. Dr. Ginory also noted that many charts documented very little or contained incomplete information. She provided examples of charts where this occurred. Dr. Diekman stated several times how she felt overwhelmed in the clinic having experienced difficulty in learning the clinic system. She said she had problems navigating prescriptions, changing co-signers, charting and especially feels the burden on Mondays when the days are busiest, but feels more confident recently and is starting to "get it". However, she also indicated she felt more positive and confident last year over this year. Dr. Diekman asked about charting templates she could use to assist her in this process.

  PGY-3 residents normally complete a 12-month full-time Outpatient Clinic Rotation.  Because patient responsibility is so much greater in the clinic year and there is less direct supervision, the Clinical Competency Committee had voiced concern about possible patient safety issues with having Dr. Diekman start clinic this year. With her difficulties in performance, they suggested she continue in hospital rotations and gain experience and improve performance. Dr. Diekman became visibly distressed over the possibility of postponing her clinic rotation. She stated she could not improve until she was able to perform clinic tasks repetitively.  She did not seem to grasp that the decision was based on concern over patient care.

- VA Yellow – Complaints regarding little involvement on the rotation service.  Dr. Diekman denied this claim.  She countered that she felt there was not enough direction from the attending. Dr. Hobbs reminded Dr. Diekman that she should tell her Chiefs and Program Directors if she is not getting sufficient supervision.

- VA Call – The VA Consult Service received a letter from the Chief of Staff Office citing "Inappropriate Copy/Paste in the Medical Record" by Dr. Diekman for two instances of copy and paste. Our office was informed 3/9/15. She was cited for copying the assessment, psychiatric diagnosis, medical diagnosis and psychosocial problems from one patient's record and pasting into another patient's record.  She was instructed to report to the VA where she must correct the medical record and be provided specific and documented training on VA policies. This was recently completed (3/17/15).

- Psychiatry Administrative Issues – Dr. Diekman has not entered a single patient log since the start of her residency. Residents are expected to have a minimum of 400 entries annually. While other residents are at various levels of completion, Dr. Diekman has not made a single entry. She is the only resident who as not logged any cases. She made it known to Dr. Hobbs and administrative staff that she did not know how to log her cases into New Innovations. She was given explicit instructions yesterday. She has begun to log her cases. She has been delinquent in

almost all administrative assignments. This includes New Innovations Checklist items that dated back to at least September 2014.

- Evaluations – Statements on Rotation Evaluations indicate Dr. Diekman to be performing below the expected level of training.

On advice of the Clinical Competency Committee, Program and Associate Program Directors, Dr. Diekman was told she will be placed in a Special Observation Status. She will continue as a resident in good standing, but will be given extra supervision and have more available assistance to help her improve. She must turn in all assignments and seek help whenever needed. She must work to improve chart documentation and complete them in a timely fashion. She will be able to use FMLA or any sick leave she needs and the program will work to ensure she has time for her physician appointments and medical needs.

Dr. Diekman states she feels unable to work under a microscope and thinks she is being set up to fail. She does not want to work on inpatient or consult units during the current year. She does not believe the chiefs are available to help her, but that they are trying to look for ways to find fault with her work. She wishes she had been given this opportunity for help last year, but is not sure she wants it now. Drs. Hobbs and Averbuch relayed that the observation status is not punitive in nature, but meant to give her support and help to improve her deficiencies. Other residents in this situation have benefited from the more structured environment and showed great improvement rather than a trajectory toward probation.

Dr. Diekman said she does not want to report to Consults tomorrow and states undue stress has been caused by her reassignment from the VA ER Service (the switch was made due to lessor supervision on the VA ER service). She does not seem to understand that the reassignment was directly related to patient care concerns. She said that she has exerted so much energy in trying to get assistance to find "disabled parking" at UF and in the Employee Relations Office that it has greatly impacted her ability to work. She also stated that she did not feel she could get a favorable letter of recommendation from the program needed to find other employment (she noted at a couple of points in the discussion that she was contemplating quitting the program).

She appeared very distressed, very anxious and said she needed to take time off from service tomorrow. She plans to contact the residency office tomorrow afternoon regarding her decision on whether she can continue in the program under increased supervision.

UF/Diekman 000198

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Davidson, Deepak M |
| **Sent:** | Wednesday, April 01, 2015 9:41 PM |
| **To:** | Hobbs,Jacqueline A; Mccallister,Dorothy J; Eisner,Adrienne R |
| **Subject:** | Fw: Patient from BSU |

I am forwarding an email I sent to Sarah Diekman today.

Thanks,

**Deepak M. Davidson, MD**
*University of Florida*
*Department of Psychiatry*

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Davidson, Deepak M
**Sent:** Wednesday, April 1, 2015 9:38 PM
**To:** Diekman,Sarah
**Subject:** Patient from BSU

Hi Sarah,

I saw a patient today that you discharged from the BSU on 3/23/15, ▇▇▇▇▇▇▇, MRN: ▇▇▇▇▇▇▇

I wanted to bring to your attention that according to your discharge summary you discharged her on 2 prescriptions for Lamictal. It caused some confusion and extra time in figuring out what dosage the patient was actually taking and what she was told to take after discharge. The Summary is supposed to help the resident in clinic with the hospital course and plan per the treatment team.

I have copied your hospital course here:
--BEGIN--
This patient is a 54 y.o. female who was admitted to unit 52 involuntarily with assault safety precautions and routine observation. On admission pt was agitated. Please see H&P for further information about the patient's initial presentation. Home medications was started and titrated to agitation. Relevant labs include: cbc. Pt tolerated all medication changes and showed good improvement. Pt began attending groups and interacted well with others in the ward milieu. Collateral information was obtained from mother. Pt began showing improved insight into condition and assult precautions were discontinued and the patient was monitored without incident. Pt reached maximum therapeutic in-patient benefit and the decision was made for discharge.
--END--

UF/Diekman 000199

This summary is very vague and does not help the resident know exactly what was titrated. The resident in clinic does not have the time to go through daily progress notes to figure out the medications and the hospital course.

Had this patient taken the two prescriptions of Lamictal, she would have been at a higher risk for Stevens-Johnson syndrome.

In your future summaries, please make sure to summarize the hospital course by explaining what you as the resident and the attending did for the patient. If you titrated medications, list them and document the dosage changes. Also you need to make sure the summary is clear as far as what medications are to be taken after discharge.

Thanks,


**Deepak M. Davidson, MD**
*University of Florida*
*Department of Psychiatry*


CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000200

## Mccallister, Dorothy J

| | |
|---|---|
| **From:** | Hobbs, Jacqueline A |
| **Sent:** | Thursday, April 02, 2015 4:44 PM |
| **To:** | Osfield, Ken; Diekman, Sarah |
| **Cc:** | Mccallister, Dorothy J |
| **Subject:** | rotation |

Hi, we were able to make the switch of the rotation back to the original VA ER. In fact, the other resident will remain on the same service with you, Sarah. You'll be dividing the work evenly between the two of you. We were able to do this because the Shands service already has 2 persons to cover. However, the other resident may at times get pulled to Shands if the workload gets too much or there is lack of coverage. In that case, you'll need to cover VA ER for a little while alone. The chief will call you to discuss the changes further.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

UF/Diekman 000201

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, April 04, 2015 4:50 PM |
| **To:** | Chang,San Kuo |
| **Cc:** | UF Psychiatry Chief Resident; Mccallister,Dorothy J |
| **Subject:** | Re: Patient with copied HPI |

I do care to hear about it. Was this Shands or VA?

Can you print out your note and hers so that I can look at it and add to her file?

Thanks,

Dr. H

**From:** <Chang>, San Chang <skc1@ufl.edu>
**Date:** Friday, April 3, 2015 at 12:05 PM
**To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>
**Cc:** UF Psychiatry Chief Resident <chiefresident@psychiatry.ufl.edu>
**Subject:** Patient with copied HPI

Sarah Diekman copied my entire HPI and pasted it on an H&P, as well as past med, social history, without giving any credit (such as "part of note was copied and addended"). She did add an "interim" progress of 2 sentences at the bottom. She did change plan and MSE.
Is this something you care to hear about? Or is it not significant enough.
MRN: ▓▓▓▓▓▓

San K. Chang, MD
Chief Resident
Housestaff Quality and Patient Safety Representative
Department of Psychiatry

San K. Chang, MD
Chief Resident
Housestaff Quality and Patient Safety Representative
Department of Psychiatry

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, April 04, 2015 6:39 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Bruijnzeel,Dawn" <dheron@UFL.EDU>
> **Date:** April 4, 2015 at 6:22:39 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
>
> Hi, Jackie. Just to let you know, so far my experience of being on call with Dr. Diekmann is not significantly different than it was 6 or 8 months ago, or whenever it was that I last emailed you about her. I still struggle to understand her presentations at all. Today, I gave her the feedback that I actually had absolutely no idea what she was talking about and that she had to start over from the beginning with a full, organized presentation. She was able to do so, albeit VERY slowly, and actually present in a way that I could comprehend her. If I hadn't seen her do that clinical skills exam 6 months ago, I would still have my doubts as to whether she is really interviewing the patients at all. And when I ask her questions about the veteran's medications (which she should already know if she's calling me), she still responds as if she's clueless and it takes her many minutes to look it up in CPRS and obtain the info (which should take a few seconds by this time in her training) ....and then she still mixes up the info when she tells me. Ex: last night she told me the veteran is on 200mg of Latuda. I said "what, are you sure? It can't be Latuda".... and her response was "no, that's what it says....no wait...uuhhh, no it's lamotrigine, yeah lamotrigine. Yes, 200mg would be a lot of Latuda!". I completely understand that everyone on the planet makes mistakes sometimes, but this is just an example of one of many such errors. She continues to be markedly disorganized and it's reflected in her presentation and the way she gathers information. Based on this, it's worrisome being on call with her because I am trusting her clinic decision making.  I'm not sure how we can help her, but she requires continued close mentorship.
>
> Dawn

**Dawn-Christi M. Bruijnzeel, MD**
Assistant Professor, Department of Psychiatry
University of Florida College of Medicine

UF/Diekman 000203

Malcom Randall VA Medical Center
1601 SW Archer Rd.
Gainesville, FL 32608
Psychiatry, 116-A
(352) 376-1611 x 4381
fax: (352) 379-2627

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, April 05, 2015 8:25 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Meeting about clinic |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Ginory,Almari" <ginory@ufl.edu>
> **Date:** April 5, 2015 at 8:20:34 PM EDT
> **To:** "Diekman,Sarah" <sdiekman@ufl.edu>
> **Cc:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>, "Calleja,Joseph Chou" <calleja@ufl.edu>
> **Subject: Meeting about clinic**
>
> Hi Sarah
> It was brought to my attention that you had some questions regarding clinic including note types, scheduling, ect.
>
> I would like to meet with you tomorrow to go over some of these things and answer whatever questions/concerns you may have.
>
> I would like for you to meet with me at noon in my office at MOB to go over clinic policies and answer your questions. Then at 12;30 you will meet with Joe to go over notes types, orders, and any other EPIC/computer questions and any questions you prefer to review with a fellow resident.
>
> Please let me know if you have any questions and confirm that you can meet us at those times.
>
> Thanks
>
> Sent from my iPhone

UF/Diekman 000205

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, April 06, 2015 1:51 PM |
| **To:** | Solomon,Louis William |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | FW: Core Measure chart for review |

Hi, Lou, I believe this was a d/c summary that Sarah Diekman was supposed to complete (she did but was late), correct?

She went out on leave 3/12-3/13. The d/c summary would have been due 3/12 (within 48 hours of d/c). If nothing else, it would have been best if she had at least notified you that she had the pending d/c summary, but I do not believe that she realized how crucial the timing is for compliance. We have discussed this with her in a recent meeting.

Jackie

**From:** Traylor, Leslie M. [mailto:TRAYLL@shands.ufl.edu]
**Sent:** Monday, April 06, 2015 12:39 PM
**To:** Solomon,Louis William
**Cc:** Hobbs,Jacqueline A; Russin,Millie M.; McCullers,Alicia E.
**Subject:** Core Measure chart for review

Dear Dr. Solomon,

The Centers for Medicare & Medicaid Services (CMS) and the Joint Commission have aligned with respect to performance measures for patient care. Compliance with these evidence-based Core Measures is expected for all accredited hospitals. Performance on these measures is publicly reported and used to judge the quality and safety of our care.

When a Core Measure chart does not meet the required standard Dr. Flynn has requested that we share the reason why with the attending physician. A review of medical records for a Core Measures patient reveals the following indicator was not met:

| Core Measure HBIPS-7 | **Post discharge continuing care plan transmitted to next level of care provider upon discharge** |
|---|---|
| | **Rule:** Documentation of continuing care plan should be transmitted to the next level of care provider by the **fifth post-discharge day.** Documentation in the medical record of a continuing care plan which includes: |
| | 1. The principal discharge diagnosis. |
| | 2. The reason for hospitalization. |
| | 3. The discharge medications, dosage and indication for use or that no medications were ordered at discharge. |
| | 4. Next level of care recommendations. |
| | **Reason for fail:** The medical record contained a continuing care plan which included all four categories but was not transmitted to the next level of care provider by the fifth post-discharge day.   The discharge summary was not available for the MSW to fax to the next level of care provider at discharge.  The next level of care provider was an outside provider without access to Epic.  The discharge summary was completed on 3/16/2015. |

UF/Diekman 000206

| Case info | MRN#: ████████ | **Admit Date:** 2/13/2015 | **Discharge Date:** 3/10/2015 |

Please contact me if you have any questions or feel that these findings may be in error. Thank you for your assistance.

**This document is privileged and/or confidential pursuant to the Patient Safety Act of 2005 and/or F.S. sections 395.0193, 395.0197, 766.101, or 766.1016.  Do not disclose without approval of Quality Department and/or Legal Services.**

*Leslie Traylor, MSN, RN, CNOR*
Quality Data Abstractor
Sebastian Ferrero Office of Clinical Quality and Patient Safety
University of Florida Health
PO BOX 100343
Gainesville, Florida 32610-0343



                                    UF/Diekman 000207

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, April 06, 2015 5:54 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J; Solomon,Louis William |
| **Subject:** | FW: Core Measure chart for review |

Hi, Sarah, I received permission to forward the below information to you. This was about the late d/c summary that you wrote for the patient leading to a delay in getting the information to the next provider. I know we discussed this, but I want you to see the impact it has on our core measure and ultimately patient safety. If your d/c summary does not come in 48 hours as required, then it may not get to the next provider in the required 5 days. Please read the below carefully and let me know if you do not understand any part of it.

I understand that you told me that you were not aware of the ultimate impact this could have. Hopefully now you see why.

In the future, I would suggest that you keep up with your d/c summaries (within 48 hours), but if you see for some reason that you are not going to make that deadline that you contact your attending (and possibly the nurse manager) so that he/she is aware.

Thanks,

Dr. H

**From:** Traylor, Leslie M. [mailto:TRAYLL@shands.ufl.edu]
**Sent:** Monday, April 06, 2015 12:39 PM
**To:** Solomon,Louis William
**Cc:** Hobbs,Jacqueline A; Russin,Millie M.; McCullers,Alicia E.
**Subject:** Core Measure chart for review

Dear Dr. Solomon,

The Centers for Medicare & Medicaid Services (CMS) and the Joint Commission have aligned with respect to performance measures for patient care. Compliance with these evidence-based Core Measures is expected for all accredited hospitals. Performance on these measures is publicly reported and used to judge the quality and safety of our care.

When a Core Measure chart does not meet the required standard Dr. Flynn has requested that we share the reason why with the attending physician. A review of medical records for a Core Measures patient reveals the following indicator was not met:

| Core Measure HBIPS-7 | **Post discharge continuing care plan transmitted to next level of care provider upon discharge** |
|---|---|
| | **Rule:** Documentation of continuing care plan should be transmitted to the next level of care provider by the **fifth post-discharge day.** Documentation in the medical record of a continuing care plan which includes:<br>1. The principal discharge diagnosis.<br>2. The reason for hospitalization.<br>3. The discharge medications, dosage and indication for use or that no medications were |

UF/Diekman 000208

|  | ordered at discharge.<br>4. Next level of care recommendations.<br><br>**Reason for fail:** The medical record contained a continuing care plan which included all four categories but was not transmitted to the next level of care provider by the fifth post-discharge day. The discharge summary was not available for the MSW to fax to the next level of care provider at discharge. The next level of care provider was an outside provider without access to Epic. The discharge summary was completed on 3/16/2015. |
|---|---|
| Case info | **MRN#:** ▮▮▮▮▮▮    **Admit Date:** 2/13/2015   **Discharge Date:** 3/10/2015 |

Please contact me if you have any questions or feel that these findings may be in error. Thank you for your assistance.

**This document is privileged and/or confidential pursuant to the Patient Safety Act of 2005 and/or F.S. sections 395.0193, 395.0197, 766.101, or 766.1016.  Do not disclose without approval of Quality Department and/or Legal Services.**

*Leslie Traylor, MSN, RN, CNOR*
Quality Data Abstractor
Sebastian Ferrero Office of Clinical Quality and Patient Safety
University of Florida Health
PO BOX 100343
Gainesville, Florida 32610-0343



**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, April 07, 2015 5:56 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Meeting with Sarah about Clinic notes |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Calleja,Joseph Chou" <calleja@ufl.edu>
> **Date:** April 7, 2015 at 12:30:46 AM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>, "Ginory,Almari" <ginory@ufl.edu>
> **Subject: Meeting with Sarah about Clinic notes**
>
> My meeting lasted about an hour. As Dr Ginory mentioned, I was able to hear the last 10 minutes of her meeting with Dr. Ginory when Dr. Ginory spoke about getting additional time for particularly difficult patients. I added that this usually happened only about 2-3 times at most a month and that I seldom if ever used it.
>
> In our meeting I first went over making sure to log into Adult Spring Hill opposed to Vista East or BSU.  We then went over the note types. She didn't realize there was a different note for follow-ups from HPs. I told her you could not just copy through HP, but had to instead use  follow- up template. I showed her how things in her HP could be transferred into follow up note. We also discussed importance of keeping notes concise but at the same time including important treatment information like past medications, SA, and past hospitalizations.
>
> We then went over CPT codes and I gave her 3 different versions of CPT " cheat sheet" guidelines that have been used over the last three years that I have been in clinic. She seemed to understand what elements needed to be included to meet threshold levels for each code. We talked about that breaking up diagnoses and talking about each separately made it easier to organize and easier for compliance to verify.
>
> We spoke about how therapy notes basically used the same template as a follow up note except for a few things like codes, documenting themes of discussions instead of revealing details, and making sure if therapy only was done that the note made this clear ie meds were not discussed and case discussed but not seen by attending if that is what happened. I then gave her four sample sheets Dr. Merlot gave us to help us get the idea how we should word our therapy cases.
>
> I then spoke about some general rule of thumbs about scheduling patients 2-4 weeks for a new medication and gradually increasing time between appointments when patients get stabilized.  I also spoke briefly about biopsychosocial formulation and gave her some sample examples of what can be included in each category.
>
> We went through some her notes and then compared them to random notes of clinic residents. We discussed in detail which CPT codes needed to be placed if med management vs therapy vs

UF/Diekman 000210

med management add on therapy. We also discussed importance of documenting starting and stopping times and including total times spent and therapy times.

When pulling up her notes I found a closed encounter with no note. Billing sheet was scanned. She talked about " place holders" and closing notes so that she could come back and finish them. She asked me if she could go back and finish closed encounters. I told her I would talk to Dr Ginory and Dr Hobbs first.

I then invited her to call me at anytime if she had any questions and told her I would take a look at her notes more closely to help her improve and that we could meet Wednesday's during Didactic time if she needed further assistance.

Sent from my iPad

UF/Diekman 000211

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, April 13, 2015 4:11 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Dr. Diekman |

For SD performance file.

**From:** Holbert,Richard C,II
**Sent:** Monday, April 13, 2015 4:09 PM
**To:** Hobbs,Jacqueline A
**Cc:** Holbert,Richard C,II
**Subject:** Dr. Diekman

Dr. Hobbs,

I am writing concerned about Dr. Diekman.  She just staffed a return patient with me in which she did not know the dose of medication she was prescribing and told me a different dose.  The medicine was Neurontin.  She told me 300 mg tid and the dose was 400 mg tid and the patient had to inform her.  The patient had RLS and was on Mirapex.  She told me a neurologist was prescribing it and not us.  I told the patient to follow with his neurologist to get the Mirapex.  After the visit his wife came up to clinic to ask for the Mirapex.  Dr. Diekman again told me it was being prescribed by the neurologist.  I told the wife I would check to see if Dr. Diekman had written the prescription and as I was talking to the wife Dr. Diekman informed me that she had written the prescription.  I am concerned about being provided inaccurate information.  Dr. Holbert

UF/Diekman 000212

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, April 13, 2015 4:16 PM |
| **To:** | Holbert,Richard C,II |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: Dr. Diekman |

Thank you, Rich, for informing me and for providing written documentation. Did you discuss the need to provide accurate information directly with Dr. Diekman? If you did, then I would expect her to do better with future staffing. If you find that not to be the case, then please write me again with future examples or tell me that she is doing better, either way.

If you have not discussed it with her and provided direct feedback, I would highly recommend that you do so. Real-time feedback and documentation are critical.

I am trying to re-set expectations with her and then follow up. If she cannot do better after receiving feedback, then there will be consequences.

Thanks,

Jackie

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

UF/Diekman 000213

**From:** Holbert,Richard C,II
**Sent:** Monday, April 13, 2015 4:09 PM
**To:** Hobbs,Jacqueline A
**Cc:** Holbert,Richard C,II
**Subject:** Dr. Diekman

Dr. Hobbs,

I am writing concerned about Dr. Diekman.  She just staffed a return patient with me in which she did not know the dose of medication she was prescribing and told me a different dose.  The medicine was Neurontin.  She told me 300 mg tid and the dose was 400 mg tid and the patient had to inform her.  The patient had RLS and was on Mirapex.  She told me a neurologist was prescribing it and not us.  I told the patient to follow with his neurologist to get the Mirapex.  After the visit his wife came up to clinic to ask for the Mirapex.  Dr. Diekman again told me it was being prescribed by the neurologist.  I told the wife I would check to see if Dr. Diekman had written the prescription and as I was talking to the wife Dr. Diekman informed me that she had written the prescription.  I am concerned about being provided inaccurate information.  Dr. Holbert

UF/Diekman 000214

## Mccallister, Dorothy J

| | |
|---|---|
| **From:** | Fernandes, Joel S |
| **Sent:** | Tuesday, April 14, 2015 4:17 PM |
| **To:** | Hobbs, Jacqueline A |
| **Cc:** | Mccallister, Dorothy J |
| **Subject:** | RE: Staffing |

Sure thing.  Sorry for the late reply.

I did not have many major issues with Sarah this weekend.  Though, that being said (and off the record), I generally gave her limited leeway given her history (e.g. I many checked the charts thoroughly before she presented) to ensure patients were safe.  I checked in with Ana and Stephen on Monday to check if they had any issues that I may have missed, though they did not catch anything major thus far.

Some observations I did make:
-Her notes were more thorough and I did not see copy/paste errors.
-Presentations were still somewhat disorganized, though, as I said, I generally tried to lead her more in presenting of information.
-There was one patient who had his meds restarted at full doses even though he was off Effexor for a few days....no major harm from this.
-She did see all follow ups, though I was a bit concerned that they were not all seen until later in the afternoon.  As I said, notes and orders were fine on these patients.  I was just a bit taken back because it was not a particularly busy call day and usually we like to have the follow ups seen early (in case the day gets busy as it is wont to do).

That's what immediately comes to mind.  Please let me know if you have other questions and I'll let you know if I think of anything else.

From: Hobbs, Jacqueline A
Sent: Monday, April 13, 2015 11:26 AM
To: Fernandes, Joel S
Cc: Mccallister, Dorothy J
Subject: Staffing

Hi, Joel, just checking in to see how Sarah Diekman did with staffing/notes/signouts over the weekend. I would appreciate any objective written feedback.

Thanks,

Jackie

Sent from Dr. H's iPhone.

UF/Diekman 000215

## Mccallister, Dorothy J

| | |
|---|---|
| **From:** | Hobbs, Jacqueline A |
| **Sent:** | Wednesday, April 15, 2015 10:58 AM |
| **To:** | Calleja, Joseph Chou; Ginory, Almari |
| **Cc:** | Mccallister, Dorothy J |
| **Subject:** | RE: clinic notes |

Thanks, Joe. Please do meet with her and document that discussion as well.

That litany of endorsed/denied sx is something I don't like at all. Not sure what Dr. Ginory thinks. I would hate to think that this might get copied and pasted in future notes without good editing. My advice would be to get rid of it.

Dr. H

**From:** Calleja, Joseph Chou
**Sent:** Wednesday, April 15, 2015 10:54 AM
**To:** Hobbs, Jacqueline A; Ginory, Almari
**Cc:** Mccallister, Dorothy J
**Subject:** Re: clinic notes

Dr. Hobbs,

Her follow-up note was a bit disorganized. Start and stop times not included. Had some good information as to why patient came in and how we could help him. She then followed this with a litany of  symptoms denied and endorsed of depression, mania, and anxiety. The medication section needs to be cleaned up. It's confusing what medications the patient is on and who is prescribing them and why. There is also a missing note 2/23 on this patient by her. Also indications for medications are missing on some medications.

The new HP had more than the average amount of spelling errors.

I will try to find her today and go over notes.

Last week I sent her the following note on 4/6/15 but we weren't able to meet. I can try to talk to her today.

"Looks like you were able to use the right follow-up templates for your notes today. Notes look better also and more importantly more useful. If we have time tomorrow we can go over more closely the two notes you wrote today.
You might want to make more concise identifying Information and history. Including too much information sometimes can be too overwhelming. On the other hand, in the interval history you might want to include a little more context regarding all the symptoms she is endorsing.
Also for medications make sure to document what the medication is targeting. Some attendings will like you to also document in plan what you are considering doing in the future. But this is not necessary all the time. Examples:
Zyprexa 5 mg qhs for depression augmentation and sleeping difficulties.
Effexor ER 75 mg qam to target depression and anxiety.
Will further titrate if depresssion and anxiety persist.
Like we were talking about today, if you are prescribing a new medication you need to go over side effects

UF/Diekman 000216

with patient and get consent.

To document that you did this, you can write something like

Risks, benefits, and alternatives discussed with patient and patient orally consents to treatment. "

*Joseph Calleja, M.D.*
Outpatient Clinic Chief Resident
University Of Florida
Department Of Psychiatry
*cell phone:* █████████
*pager:* (352) 413-4633

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Hobbs,Jacqueline A
**Sent:** Wednesday, April 15, 2015 9:27 AM
**To:** Ginory,Almari; Calleja,Joseph Chou
**Cc:** Mccallister,Dorothy J
**Subject:** clinic notes

How have SD clinic notes been?

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

UF/Diekman 000217

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Ginory,Almari |
| **Sent:** | Wednesday, April 15, 2015 8:26 PM |
| **To:** | Calleja,Joseph Chou |
| **Cc:** | Hobbs,Jacqueline A; Mccallister,Dorothy J; Mathur,Anu; Davidson, Deepak M |
| **Subject:** | Re: clinic notes |
| **Attachments:** | image002.jpg |

Thank you all very much for meeting with her and the wonderful documentation of the meeting. It looks like you discussed many things with her. She may have implemented some changes from the previous meeting and still has more to go. We should look over her notes on Monday again to see if she implements those changes. Thanks again.

Sent from my iPhone

On Apr 15, 2015, at 7:53 PM, Calleja,Joseph Chou <calleja@ufl.edu> wrote:

Dr. Hobbs,


I met with Dr. Diekman today at 5 PM in my office with Dr Mathur and Dr. Davidson. (I intended meeting to last 15 minutes so I could attend GEC meeting but it lasted 45 minutes) I informed her that I had them there as they would be clinic chiefs in 2 weeks or so and would be monitoring her notes and all the residents notes starting May. She was communicated understanding and was receptive of the idea and meeting.


We went over her two notes from yesterday and compared them to other residents notes that covered for her two times. We discussed that she needed to be using follow-up template and that she should avoid copying and pasting. I told her certain sections of her HP could be included in her follow-up notes like social history. I gently told her I knew things were copied and pasted and she was not using follow-up template because she did not have "Diagnosis" heading but instead had "differential diagnosis" (this is heading for on intial template HP). Also plan was numbered instead of bulleted. This is not so important for clincal care but served as evidence that a lot of cutting and pasting was going on. I discussed how we talked about this last time that there are two clinic template notes: HP and then follow-ups. She defended using original HP template plan with that "this patient was very complicated". I said it might be a lot of work next time but she needed to use follow-up template next time she sees patient and then from there she could copy forward and make changes to the note where necessary.


We discussed making sure time started and finished were documented.

UF/Diekman 000218

We discussed how she may need to clean up information in Identifying Info and Hx and to include diagnosis and perhaps other important information like SA, inpatient hosp, and previous meds tried. I also spoke about the importance of keeping it brief and to the point. She defended this by saying this patient was really complicated and had called in several times and was non-compliant with medications. Later I brought up the point that in her note she stated patient was compliant with his medications. She said she overlooked that.

I also again reminded her that indications for medications should be included with medications and that "continue Prozac 60" was really unacceptable. Not only was indication missing, but also dose and frequency. I also mentioned that it was very difficult to tell what medications the patient was actually taking as old medications were intertwined with current medications. She defended this by stating that she bolded medications the patient was on. I then told her Effexor was bolded and the patient was not taking it. She did not have an answer for that. She then said " I do this for myself so I know what medications the patient had tried." I told I undersand this and that it was best probably to separate previously tried medications at the bottom and label them that with a subheading or as I told her before place above in identifying info and hx section. I told her i did not understand "Continue to D/C." She said it meant medication was stopped. I asked her if Ativan was stopped and she did not know. I also discussed that we do not normally prescribe mirapex. She said Dr. Holbert told her to prescribe it. She said neurology started the medication. I told her if neurology started they should be prescribing it.

Below is her medication section:

**His pharmacy has not been correctly handling phone prescriptions or e prescriptions- hand scripts have been given for Gabapentin, Mirapex and Prozac on 4/13/15**

Continue to D/C Ativan 2 mg BID to 1 mg tid (equivatent dose, Klonipin would be first choice but it flags with an anaphylaxis crossreactivity warning and he has never had it before) Pt informed(continues to have intrusive thoughts and cognitive distortions and anxiety)

Continue to dc -Seroquel 300 mg ( previously- Self tapered from Seroquel 500 to 100 mg qhs- for sleep and bpd, sleep will continue at 100mg)

Continue to D/C depakote 500 mg bid- for bpd, change to night time dose

Continue to Dc latuda 40 mg daily for bpd

Discontinue **effexor 150** am for risk of serotonin syndrome (PAtient has been imformed that discontinuing off this medication is very important due to serotonin syndrome)

**Continue Prozac 60**

**Continue Risperidone 0.5 am, 1.5 pm**

UF/Diekman 000219

## Increase Gabapentin from 300mg tid to 300mg am, 300mg at noon and 600 mg at night

Continues as reccomended by neurology-Mirapex 0.125 x2 for restless leg ( he was prescribed 2 tabs but took 3 and it worked better for him)- for changes in restless leg medications he needs to see neurology. This dose will be refilled but not adjusted in this clinic

Discussed above issues including differential diagnosis, work-up and treatment options with the patient. Informed patient about risks & benefits of chosen therapy.

Routine recommendations and cautions given to patient.

I also discussed with her that she should know what medications the patient is on when staffing and if that if she did not know say so. It is ok to say " I don't know."

We also discussed actual including pertinent lab values and dates and not just have

"4. LABS: depakote level, bmp"

We then briefly went over her NEW HP. I advised her to re-read note before as there was a lot of spelling errors. I also pointed out that she did psych review of systems twice. In paragraph form and then again in drop down menu. She told us that she was told to do this in consults. When we told her it was redundant she then told us she just needs to be told it was redundant and now she understands.

Throughout meeting which took about 45 minutes, Dr. Mathur and Dr. Davidson reiterated the points I made and gave her additional examples of how to organize and structure her notes. We pulled up one of Dr. Mathur's note and discussed how she verified meds that patient was taking and any changes since last visit. She pointed out how she documented changes including stressors and how certain target symptoms had improved or worsened.

The future chiefs were very supportive and understanding of her difficulties and encouraged her to call or contact them if she had any question.

Dr. Diekman seemed receptive to our feedback  and appreciative of our time.

*Joseph Calleja, M.D.*

UF/Diekman 000220

Outpatient Clinic Chief Resident
University Of Florida
Department Of Psychiatry
*cell phone*: ███████████
*pager*: (352) 413-4633

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Hobbs,Jacqueline A
**Sent:** Wednesday, April 15, 2015 10:58 AM
**To:** Calleja,Joseph Chou; Ginory,Almari
**Cc:** Mccallister,Dorothy J
**Subject:** RE: clinic notes

Thanks, Joe. Please do meet with her and document that discussion as well.

That litany of endorsed/denied sx is something I don't like at all. Not sure what Dr. Ginory thinks. I would hate to think that this might get copied and pasted in future notes without good editing. My advice would be to get rid of it.

Dr. H

**From:** Calleja,Joseph Chou
**Sent:** Wednesday, April 15, 2015 10:54 AM
**To:** Hobbs,Jacqueline A; Ginory,Almari
**Cc:** Mccallister,Dorothy J
**Subject:** Re: clinic notes

Dr. Hobbs,

Her follow-up note was a bit disorganized. Start and stop times not included. Had some good information as to why patient came in and how we could help him. She then followed this with a litany of  symptoms denied and endorsed of depression, mania, and anxiety. The

UF/Diekman 000221

medication section needs to be cleaned up. It's confusing what medications the patient is on and who is prescribing them and why. There is also a missing note 2/23 on this patient by her. Also indications for medications are missing on some medications.

The new HP had more than the average amount of spelling errors.

I will try to find her today and go over notes.

Last week I sent her the following note on 4/6/15 but we weren't able to meet. I can try to talk to her today.

"Looks like you were able to use the right follow-up templates for your notes today. Notes look better also and more importantly more useful. If we have time tomorrow we can go over more closely the two notes you wrote today.
You might want to make more concise identifying Information and history. Including too much information sometimes can be too overwhelming. On the other hand, in the interval history you might want to include a little more context regarding all the symptoms she is endorsing.
Also for medications make sure to document what the medication is targeting. Some attendings will like you to also to document in plan what you are considering doing in the future. But this is not necessary all the time.
Examples:
Zyprexa 5 mg qhs for depression augmentation and sleeping difficulties.
Effexor ER 75 mg qam to target depression and anxiety.
Will further titrate if depresssion and anxiety persist.
Like we were talking about today, if you are prescribing a new medication you need to go over side effects with patient and get consent.
To document that you did this, you can write something like
Risks, benefits, and alternatives discussed with patient and patient orally consents to treatment. "

*Joseph Calleja, M.D.*

Outpatient Clinic Chief Resident

University Of Florida

Department Of Psychiatry

UF/Diekman 000222

*cell phone:* ▮▮▮▮▮▮▮

*pager:* (352) 413-4633

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

---

**From:** Hobbs,Jacqueline A
**Sent:** Wednesday, April 15, 2015 9:27 AM
**To:** Ginory,Almari; Calleja,Joseph Chou
**Cc:** Mccallister,Dorothy J
**Subject:** clinic notes

How have SD clinic notes been?

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA

Assistant Professor and Vice Chair for Education

Director, Residency Training Program

Department of Psychiatry

University of Florida College of Medicine

Office: 352-594-1864

Fax: 352-594-1818

UF/Diekman 000223

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Ginory,Almari |
| **Sent:** | Tuesday, April 28, 2015 12:55 PM |
| **To:** | Calleja,Joseph Chou; Davidson, Deepak M |
| **Cc:** | Hobbs,Jacqueline A; Mccallister,Dorothy J; Mathur,Anu; Eisner,Adrienne R; Chang,San Kuo; Brown,Jordan Daniel; Ettensohn,Marc |
| **Subject:** | RE: clinic notes |

Doing the elements individually like that does meet compliance standards that is why I implemented it on consults. It ensures proper documentation, so I actually prefer for her to do it this way while she get the hangs of it. As an aside, the billing department prefers it this way so they can easily see the elements for billing. Hopefully once she gets the hang of it, it will be faster for her to complete the notes, or she may be able to start putting it into her Interval history with more ease. She hasn't completed the notes from yesterday, so I will keep an eye out for that.

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Calleja,Joseph Chou
**Sent:** Monday, April 27, 2015 11:28 PM
**To:** Davidson, Deepak M
**Cc:** Hobbs,Jacqueline A; Mccallister,Dorothy J; Ginory,Almari; Mathur,Anu; Eisner,Adrienne R; Chang,San Kuo; Brown,Jordan Daniel; Ettensohn,Marc
**Subject:** Re: clinic notes

Like Deepak said, it probably hits elements for compliance as each area is filled out like an application form. It just might be tedious to read and time consuming to do. But if it works, I have no problems with it. More importantly though is getting notes done. Last week she had one note. This week three and none done yet. Granted she may be waiting for go ahead to do notes this way. My concern is if she becomes too detail oriented she may be only able to do a couple notes a day, not the 13 to 14 most residents full time residents work up to a day. At least this is a start and she is asking for feedback which is a good sign.

Sent from my iPad

On Apr 27, 2015, at 10:37 PM, Davidson, Deepak M <deepakdavidson@ufl.edu> wrote:

UF/Diekman 000224

Hello all,

Below you will see the email that Sarah sent to me and Anu. I stopped by her office today . She wanted me to look over her note from a patient she saw today.

I reviewed the note with her. It was an improvement from previous notes. She has the interval history in a list format like the Shands consult note.

The template looked similar to this :

In regards to ...

Quality:

Severity:

Duration:

Timing:

Associated signs and symptoms:

Modifying factors:

She had it filled out for each diagnosis that the patient presented with.  She stated she prefers the note this way. I believe that it meets compliance and I advised her that she need to make sure to make appropriate changes for each visit.  I did not have time to review the Assessment and Plan as I had a patient waiting but I told her that I would be available later to go over the note or any other notes she may have.

Thanks,

**Deepak M. Davidson, MD**
*University of Florida*
*Department of Psychiatry*

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and

UF/Diekman 000225

privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Diekman,Sarah
**Sent:** Monday, April 27, 2015 2:45 PM
**To:** Mathur,Anu; Davidson, Deepak M
**Subject:** clinic notes

Hello Clinic Chiefs,

Would one or both of you look at my notes from today and last week (there was only one pt that showed up) and see if there is anything that is not compliant or that I am doing that is not a good use of time.

Thank you for your time,

Sarah

                                          UF/Diekman 000226

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, April 30, 2015 4:47 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Ginory,Almari; Mccallister,Dorothy J |
| **Subject:** | meeting |

Hi, Sarah, Drs. Ginory and I would like to meet with you tomorrow and discuss your progress as well as plans for the coming year. Sorry for the late notice, but how about 1:30 PM tomorrow at my Shands office. I know you are starting Neuro tomorrow. If you need me to talk to your resident/attending, please let me know.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

1

UF/Diekman 000227



**College of Medicine**
Department of Psychiatry
Residency Training

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945 Phone

April 29, 2015

Sarah Diekman, MD,
PGY-3 Psychiatry Resident
University of Florida College of Medicine

Dear Dr. Diekman:

This letter serves to document more clearly the plans for your PG-3 and -4 years. Given that there were some significant deficiencies in your performance particularly in your medical record keeping (e.g. significant copy/paste, incorrect note template usage) and unusually low patient volumes in your half-day clinic, the Clinical Competency Committee and clinic directors concluded that while you may continue your progression to the PGY-3 level starting July 1, 2015, you are not ready to progress to the full-time continuous outpatient experience. The full-time continuous outpatient experience carries with it a significantly higher case load as well as a significantly higher level of independence and patient care responsibility. Instead, to best suit your level of progress, you will be assigned to inpatient and consult-liaison rotations that provide a continued higher level of oversight and supervision. During the PG-3 year, you will also be assigned to rotations that will allow you to complete any requirements such as forensics and child and adolescent psychiatry. In addition, you will continue your half-day continuity clinic throughout the year. It is anticipated that by the following year, you will be able to progress to the continuous outpatient experience. Here is a summary:

    July 1, 2015-June 30, 2016 (PGY-3): Inpatient, C/L, Subspecialty requirements in monthly rotations; half-day continuity clinic

    July 1, 2016-June 30, 2017 (PGY-4): Continuous outpatient experience (MOB)

Sarah, we want to fully recognize that, with increased supervision and oversight, you have been responsive to feedback and have made some improvements over the last month. Examples include better use and discrimination of clinic note templates, improved quality/content/compliance of notes, and appropriate requests for help. Things to continue to improve on are your ability to handle a larger case load more efficiently, managing your clinic patient load to meet the expectations set by the clinic director, improving time management, enhancing your efficiency with all patient care duties including timeliness of notes (e.g. clinic notes completed no later than end of next business day), and becoming more self-directed as a resident clinician. Please continue to look to your chief residents and faculty supervisors to assist you when you have any questions or concerns.

*The Foundation for The Gator Nation*
An Equal Opportunity Institution

We continue to be fully invested in your progress and look forward to a successful year ahead.

Sincerely,


Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor
Vice Chair for Education
Director, Residency Training Program
University of Florida College of Medicine


Acknowledged:


_____
Sarah Diekman, MD

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Friday, May 01, 2015 11:03 AM |
| **To:** | Diekman,Sarah |
| **Cc:** | Lemesh,Terry J; Mccallister,Dorothy J |
| **Subject:** | CV edits |
| **Attachments:** | Diekman CV Hobbs edits 050115.doc |

Sarah, thank you for turning in your CV. Looks like it could use some increased upkeep. I have made edits that will hopefully help get you on the right track. You just need to accept the track changes then edit where there are dates missing, etc.

Please revise and re-send to us by next Friday, May 8.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

UF/Diekman 000230

**Sarah J. Diekman**

█████████

sdiekman@ufl.edu

Education

  Purdue University West Lafayette, Indiana:  Bachelor of Arts
          Honors Diploma
          Major: Psychology
          Minor: Biology
  Purdue University Indianapolis, Indiana : Masters of Science
          Major: Biology
  Indiana University School of Medicine : Doctorate of Medicine
          Graduated 5/2013
  University of Florida: General Psychiatry Residency
          Current, graduation expected 8/2017

Clinical Experience:
  Clinical work began in 2013 at a variety of hospitals, including: Malcolm Randall
  VA Medical Center, Shands University Hospital and Shands at Vista Hospital

  Skills demonstrated: basic knowledge of disease processes (psychiatric, physical,
  physiologic and psychosocial), communication skills that will facilitate the
  clinical interaction with patients and their families and ensure complete accurate
  data, performance of a complete age appropriate history and physical examination
  on children of all ages,  clinical problem-solving skills, develop and describe
  strategies for health promotion, maintain attitudes and professional behaviors
  appropriate for clinical practice.

UF/Diekman 000231

**Sarah J. Diekman, MD**



sdiekman@ufl.edu

**EDUCATION**

University of Florida College of Medicine
Department of Psychiatry
General Psychiatry Residency
Currently PGY-2
Expected graduation: 8/2017

Indiana University School of Medicine
MD, awarded May 2013

Purdue University (Indianapolis, IN)
MS, awarded (DATE)
Major: Biology

Purdue University
BA, awarded  (DATE)
Honors Diploma
Major: Psychology
Minor: Biology

**CERTIFICATION/LICENSURE**

State of Florida, Training License#

**HONORS AND AWARDS**

**TEACHING**

<u>**Training**</u>:

Residents as Teacher training, October  2013

<u>**Medical student teaching**</u>:

List/describe teaching you have done

UF/Diekman 000232

**SERVICE/ADVOCACY:**

List any activities such as NAMI walk, Helping Hands, etc. you may have participated in.

**PROFESSIONAL MEMBERSHIPS:**

American Psychiatric Association, Resident-Fellow Member, July 2013-present

Florida Psychiatric Society, Resident-Fellow Member, July 2013-present

**MEETINGS ATTENDED:**

**PUBLICATIONS:**

**PRESENTATIONS:**

**<u>Quality Improvement Team Projects:</u>**

Huey E, Seck N, Diekman S, Brown J, Holbert R. 2015. To retrospectively determine if long acting antipsychotics decrease readmission rates over a 2 year period. University of Florida College of Medicine Department of Psychiatry, 5th Annual QI Day, April 24, 2015. Presentation awarded 3rd place.

Diekman S, Brown J, Gurnani T, Fakih F, Ginory A. 2014. Improving patient care in the inpatient setting by facilitating interdepartmental coordination of care via increased communication and education. University of Florida College of Medicine Department of Psychiatry, 4th Annual QI Day, April 24, 2014.

*Revised 5/01/15*

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Davidson, Deepak M |
| **Sent:** | Wednesday, May 13, 2015 11:26 PM |
| **To:** | Hobbs,Jacqueline A; Mccallister,Dorothy J; Ginory,Almari; Mathur,Anu |
| **Subject:** | Clinic issue from 5/11/15 |

Hello all,

i wanted to let you all know that Dr. Diekman texted Dr. Mathur and me around 3 PM on Monday afternoon asking for assistance with a clinic matter. Dr. Mathur was over at the child clinic for the afternoon and I was in the AOPC clinic. I was able to visit her office after finishing with my patients around 5 PM.

Dr. Diekman wanted help with ordering weekly CBCs for a patient that was being started on Clozaril. i showed her how to place the order and also showed her that she had been in the wrong context in Epic. I showed her how to change contexts and advised her that she needed to make sure she was in the right one depending on where she was at the time.

I walked her through as she placed the order and showed her where the results would show if done at a shands lab and advised her to follow up with the patient if done at an outside lab.


thanks,

**Deepak M. Davidson, MD**
*University of Florida*
*Department of Psychiatry*


CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000234

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Diekman,Sarah |
| **Sent:** | Thursday, May 14, 2015 9:45 AM |
| **To:** | Tait,Laura; Hobbs,Jacqueline A; Mccallister,Dorothy J; Brown,Jordan Daniel; Ginory,Almari; Ettensohn,Marc; Turner,Ana Thomas; Welch,Stephen; Martin,Christine E.; Diekman,Sarah |
| **Subject:** | surgery in June |
| **Attachments:** | UF Leave Application (r7-11).pdf; UF Leave Application (r7-11).pdf |

Unfortunately, I have to have an invasive surgery on June 6.  I have doctors letters and can provide any documentation at your request

Dates : 6/4-6/10
Rotation on: VA consults
Clinic: 6/8/2015
Clinic Calls: Dr. Tait will be covering my calls
Call: Working on coverage , one ward call is during this time period

I will be able to be reached at the end of this time at my phone ███████ or email.  However the first few post op involve a lot of pain and nausea so I will likely not be able to attend to any work issues.


Thanks,
Sarah

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS766.1016, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000235

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, May 26, 2015 9:39 AM |
| **To:** | Dixon,Lisa R |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | FW: Concerns |

Please see string below. I apologize that another resident's issues are mixed in, but those have resolved nicely. We can black those out when we send you the final file.

Jackie

**From:** Welch, Stephen J P. [mailto:Stephen.Welch@va.gov]
**Sent:** Friday, May 30, 2014 5:20 PM
**To:** Hobbs,Jacqueline A
**Subject:** RE: Concerns

Jackie,

It has taken me a while to write back between the clinical demands this week and trying to put some time and thought into my response.

For Dr. Rodriguez, I don't have any specific examples. Part of that may be due to not having worked directly with her for a little while. Thinking back, what I remember is her notes lacking detail compared to where they should be given her level of training (intern during the second six months). I would say it is a fixable problem for her, but definitely needing attention during the PGY2 year. I've occasionally gotten the impression she is just going through the motions of being a resident, but I can't point to a specific thing that made me feel that way.

For Dr. Diekman, I do have some examples.

Last month, I ended up speaking with Dr. Syfert when I was on RD call. He expressed concerns that she was not seeing patients. I discussed this with Joe, who followed up with Drs. Syfert and Diekman. My understanding was there is a personality conflict there, which may have influenced the report I got. Joe may be able to provide more information if you haven't heard about this already.

More recently, I was RD last week. Dr. Diekman called me on a Shand's patient to say she was not going to see him as he was sleeping. I told her to see the patient as requested by the primary team; the story behind the consult request didn't make sense. Later on, I got a call that he was not sleeping but rather intubated. This was about 3 in the morning, and Dr. Diekman's presentation left me rather confused on the clinical picture. As a result, I told her not to do anything and called Almari about it in the morning. We both came to the same conclusion; she had likely not seen the patient the first time. I understand nervous first month mistaking intubation for sleeping, but this is rather deep in the intern year for that.

UF/Diekman 000236

Her oral presentations and notes are superficial and severely lacking. They consistently miss key clinical information. I have consistently gotten the picture on RD the last 2x times that she doesn't really understand what is going on with the patient. I was able to find an example from the last 2 weeks (this case was not staffed with me):

From the ED provider note:
```
** year old.
CC: I AM A DANGER TO MYSELF AND TO OTHERS.

History:
**yom who presents with c/o having homicidal thoughts "I could
just take some guns and drive right across people's yard. I'm
broke.  I've got to do something.  Maybe I could make a living
that way."  Pt also reports having suicidal thoughts.  Pt reports
having a restraining order keeping him away from his wife and
child.  "I have no where to live other than on the streets
according to the courts."  Pt denies specific plans for HI or SI.
```

From Dr. Diekman's H+P on that patient:

```
** yo m w remote psych hx of etoh ud Presented to ED wanting admission to the
hospital. He states that he is increasingly depressed over the last several
weeks. He is stressed by recent legal charges which are being brought against
him by his wife for domestic violence. This is his first legal problem. He has
been increasing the amount he has been drinking. He is no longer able to return
to his home. Due to a no contact order by the court. He is unsure if him and his
wife will be getting a divorce. She is no longer wanting to press charges
against him but the state still wants to charge him with domestic violence. He
states on the night in question he was drunk and shouting things that her from
outside the house so the neighbors called the cops. He states that he never hurt
her although he admits to becoming black out drunk. He endorses increasing
symptoms of anxiety stating that he worries more than the average person. He
endorses muscle tension and problems sleeping. He denies symptoms of OCD. Denies
history of panic attack. Endorses history of nightmares of dramatic event but
the has not had these symptoms recently. Denies periods of increased energy with
decreased need for sleep with feelings of grandiosity and flight of ideas.
Denies SI or HI but states that he worries his temper and labile emotional state
is putting himself and others in danger. He has no plans or desire to hurt
himself or others. Denies auditory or visual hallucinations. He is currently
homeless.  Sleeping in streets
```

She also has difficulty with details. A few examples from the last 2 weeks:
        -Made me a cosigner on notes one night instead of RD VA attending Dr. Yazdanpanah
        -Has not been doing encounters correctly this month
        -Does not complete admission orders. This is something I personally saw on two patients from blue team. Orders to admit to the unit where there, but outpatient medications were not transferred to inpatient. I have also seen that she does not complete the VA admission order set for things like admit labs or smoking cessation consults on multiple other patients.

Most of my examples do boil down to personal observation. I don't have any harder data. Outside of direct follow-up with patients/staff the next day, I'm not sure of a good way one could tell whether or not folks were seeing patients.

If it would be helpful, I can very easily run reports in Vista of all notes written in the VA by any resident for any time period. This may assist Dr. Chang with the reviews mentioned below.

UF/Diekman 000237

Hopefully, this email was helpful.

Have a great weekend!

-Stephen

Stephen Welch, M.D.
Psychiatrist, Consult Liaison Service
Gainesville VA Medical Center
Adjunct Clinical Assistant Professor
UFCOM Department of Psychiatry
Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

**From:** Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
**Sent:** Saturday, May 24, 2014 10:55 PM
**To:** Welch, Stephen J P.; Thornton,Joseph Edward; Chang,San Kuo
**Cc:** Eisner,Adrienne R; Mccallister,Dorothy J
**Subject:** [EXTERNAL] RE: Concerns

Hi, Stephen, I talked to Ana yesterday. She said that you had spoken to her on a few occasions this past year re: Dr. Diekman's and Dr. Rodriguez's performances. I was wondering if you have any data/examples that can help such as poor notes or not seeing patients (again not sure how that is captured, but if you have specific examples, that would help).

Thanks,

Jackie

**From:** Hobbs,Jacqueline A
**Sent:** Thursday, May 22, 2014 5:40 PM
**To:** Thornton,Joseph Edward; Chang,San Kuo
**Cc:** Eisner,Adrienne R; Mccallister,Dorothy J
**Subject:** Concerns

Hi, I have been receiving significant feedback that a couple of interns are not performing well on night float/consults. The 2 interns in question are Dr. Sarah Diekman and Dr. Laura Rodriguez. I know each of you has also expressed some concern or the concern of other residents.

Here are some specifics I heard recently:

Dr. Diekman:
Does not see patients in the ED or direct admits to the ward.

Notes are incomplete. More importantly, major sections such as the HPI may be missing. Also, she is using some kind of scale for the psych review of systems that does not make sense or does not seem to be a valid scale...such as rating anhedonia as a 3 out of 10 (what does that mean?...there is no reference to a specific scale).

UF/Diekman 000238

Residents feel they have to go back and do her work by having to re-interview to get information that should have been done by the admitting resident. They are concerned that the handoffs they do and will get from her are not going to be accurate.

Dr. Rodriguez:
Doesn't see patients directly admitted. Leaves admissions to do for day team. Doesn't seem to care about her work.

I woke up one morning after being the RD overnight to find that she had not staffed a single of 4 admissions to the VA with me. I gave her until 8 AM to call me, but she never did. She told the chiefs that she didn't have questions so she didn't call me. She was told to staff. I have been following this and asking each attending on call with her to tell me if she staffed with them or not.

One thing you can help me with, San and/or Dr. Thornton, is to pull some of their H&Ps to review. San, I realize this might be easier for you next month when you are over at the VA. Dr. Thornton, if you or your designee could assist with this, that would be great. I know everyone is busy, but I would like to have some data to work from.

I'm not sure how you specifically get a handle on each not seeing patients, but if you have a tracking mechanism, please let me know.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, FAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818


UNIVERSITY OF FLORIDA HEALTH

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000239



**College of Medicine**
Department of Psychiatry
Residency Training

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945
(352) 594-1818 Fax

May 28, 2015

I met with Dr. Ken Osfield from the ADA office today. Dr. Robert Averbuch, Associate Program Director, joined us. Dr. Osfield said that Dr. Diekman had filed a complaint with his office. A major issue is that our program's Clinical Competency Committee (CCC) has determined that Dr. Diekman should not advance to the full-time outpatient experience because a much higher level of resident responsibility and independence is required and that with her academic/clinical performance issues, it is felt that patient safety is at risk. We are not hindering her from progressing in the residency in general as she will progress to the PGY-3 level; however, her clinical curriculum trajectory will be altered to rearrange her full-time outpatient clinic experience to the PG-4 year instead of the PG-3 year. She will in essence spend more time on inpatient, consult, and other selective rotations that would usually be done in the PG-4 year. These rotations give us the ability to have a higher level of supervision for her than the outpatient clinic year. She will still be doing one half-day of outpatient clinic during the PG-3 year to continue to build her clinic experience. By giving her more time to develop her skills and receive a higher level of supervision, it is hoped that she will be fully prepared for the full-time outpatient clinic experience in her PG-4 year.

Other issues centered on interactions via e-mail with our previous chief residents. Their intentions were meant to be helpful, but were likely misunderstood by residents and could have been more polished in delivery. There was also an issue with an allegation that one of the chief residents was talking about Dr. Diekman's medical condition with other residents and may have said some uncomplimentary things about her. I cannot say this did or did not happen as I was not present. We will ensure that training is given to our new chiefs to assist them so that such things do not occur going forward (see below).

There was also an issue with an e-mail that I sent to Dr. Diekman stating that she would not be allowed to go to a conference to present a poster. I had noted that she had been on a significant amount of leave as the reason for her not getting to go to the conference. What I did not write and convey was that due to her poor academic performance and clinical progress, it was felt that she needed to remain in the clinical setting to work to improve her performance rather than attending a conference. I did also state that there would be future opportunities to attend a conference (once her performance improves).

Dr. Osfield suggested that we have a session with our program's leadership. I am very supportive of doing so. I have sent him a potential date for this.

*The Foundation for The Gator Nation*
An Equal Opportunity Institution

UF/Diekman 000240

I asked Dr. Osfield to communicate to Dr. Diekman that I am aware that she is not communicating with me directly and that I would hope that we can meet and discuss things and move forward. He said he would suggest to her that she meet with me and Dr. Averbuch.

Jacqueline A. Hobbs, MD, PhD, DFAPA
Vice Chair for Education
Director, Residency Training Program

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, June 03, 2015 7:06 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Patient Incident |
| **Attachments:** | Dear Jackie.docx |

**From:** Averbuch,Robert N
**Sent:** Wednesday, June 03, 2015 6:53 PM
**To:** Hobbs,Jacqueline A
**Cc:** Averbuch,Robert N
**Subject:** Patient Incident

See attached

UF/Diekman 000242

Dear Jackie,

I'm writing to document a patient encounter I had in the outpatient clinic in supervision/staffing a case with Dr. Diekman on Monday, June 1st. Sarah had a "transfer" patient on her schedule that had, admittedly been followed by a number of different residents in the clinic over the years, but was relatively "well-known" to many others in that sense, as he had been admitted numerous times to our inpatient services and been receiving ECT currently under the direction of Dr. Solomon. Sarah had appropriately tried to initially staff the case with Dr. Solomon, given his level of familiarity with this patient. Unfortunately, he was not available initially, as he was with his own patient in clinic. Sarah staffed with me, and presented the case, appropriately, as a fairly complicated, difficult one and described the patient as recently D/Ced from Vista after a BA52 for recurrent SI, last seen by Dr. Vaka in clinic for what seemed a one time follow up, and on multiple medications with very poor compliance. Sarah had a limited understanding of why the medications were being prescribed and for what, but this was understandable given the complexity of the case and the fact that it was her initial visit with the patient. My concern was how the patient's mental status was presented and a poor representation of the level of acuity of the case. The patient was described to me as a confused and cognitively impaired to the point that he was unable to take care of himself at home. He had been non-compliant with 2 key psychotropic medications over the past 2 weeks and this was a concern given the recent admission. He was described as being suicidal, though without a clear plan. An incident was even described where the patient had refused to open his door to concerned family because of paranoid ideations. The patient was described as having 10s of 100's of prior admissions with multiple suicide attempts, and the most recent admission under a BA52. Given the level of cognitive impairment described, neglect of care via noncompliance with meds, refusal of assistance from supportive family, and recurrent SI, we decided to pursue BA52 proceedings as Sarah had offered voluntary inpatient and pt adamantly refused. The decision was partly out of caution as the patient was an elopement risk and we wanted a security presence for that reason.

When I went to see the patient, his presentation was in considerable contrast to what I had expected. He had a clear sensorium, was fully conversive, cognitively intact, and did not appear at all confused. He was able to describe, in some detail to me, a series of upcoming appointments he had, with appropriate dates, and made it to this visit on his own without difficulty. As Dr. Diekman had appropriately described, the patient was actively undergoing ECT and this had contributed to recent forgetfulness with his medications. However, he did not appear to have any other impairments in his ability to care for self and was able to calmly reason thru and strategize with me ways to improve his compliance.

The patient also did not appear to be in any acute distress and clearly denied any acute active SI, noting that he had "always" been suicidal and this had not changed, nor had his depression worsened. Finally, he noted that he was not, in fact, BA52ed for the last hospitalization, but rather chose to admit himself and had demonstrated an ability to acutely seek a higher level of care appropriately. Finally, he had been on the phone with his brother who was clearly a strong and viable support system

for him.  Patient also offered up Dr. Solomon as collateral evidence of his relative "stability" given the chronicity of his case and symptoms.

When Dr. Solomon became available again, I curbsided him on the case.  He was very familiar with the patient from ECT and was able to immediately provide clear reassurance that the patient was no acute risk and was confident that he did not require admission.  He further noted that the patient was scheduled for another ECT session 2 days later and hence had close follow up.

In conclusion, based on my interview with the patient and the collateral from Dr. Solomon, we did not end up following thru with the BA.

This was a very difficult case overall and, granted it was an initial visit.  My concerns lie in the presentation of the MSE and overall conception of the case as being far more acute than it was, along with some mis-information presented about some of the facts of the case- ex, the most recent admission being for a BA52, etc.  This was not an example of any egregious errors or concerns, but overall it felt like the clinical presentation/signs and symptoms/and overall of acuity of the case were not properly represented to me.  Too much emphasis was placed on the overwhelming nature of the patient's history of care/transitions from different providers, and assumptions based on past behaviors, etc.  Again, given the complexity of this case and the inherent difficulty of receiving some Txfers in clinic, I cannot fault Dr. Diekman for feeling a little overwhelmed.  I would encourage in the future, more emphasis on, and a more thorough  present state exam and current assessment for acuity and psychiatric symptomology- ie, care not to assume to much based on the past pattern of care.

Dr. Averbuch

**From:** Osfield, Ken
**Sent:** Tuesday, June 02, 2015 8:24 AM
**To:** Hobbs,Jacqueline A
**Subject:** RE: ADA ed session

Dr. Hobbs
Don't forget to send me a statement as to why she will be splitting her time between PGY3 and PGY4 instead of full-time PGY3.

I am writing my response to Sarah and don't want to make a misstatement.

Ken

Kenneth Osfield, EdD
ADA Office
University of Florida
PO Box 115055
352-392-1591 (New Number)
711 TTY
352-392-3647 FAX
osfield@ufl.edu

**From:** Hobbs,Jacqueline A
**Sent:** Thursday, May 28, 2015 6:12 PM
**To:** Osfield, Ken
**Cc:** Mccallister,Dorothy J
**Subject:** ADA ed session

Hi, Dr. Osfield, thank you for meeting with Dr. Averbuch and me today regarding an ADA issue. As we discussed, I would be pleased to have an ADA educational session with my program's leadership (both faculty and chief residents).

I think that July 7th from 12-2 PM would work very well for us as we have a standing Chief meeting during that time. Will that work for you? I hope it is okay to schedule that far out, but my chiefs will have more flexible schedules in July than they do currently.

Jackie

*Jacqueline A. Hobbs, MD, PhD*
Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

UF/Diekman 000245

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, June 02, 2015 9:22 AM |
| **To:** | Osfield, Ken |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: ADA ed session |

Hi, here is a statement as requested:

At our March 18, 2015 Clinical Competency Committee meeting, it was determined by the faculty that due to significant clinical performance deficiencies and errors, both inpatient and outpatient, that Dr. Sarah Diekman will not progress to the full-time outpatient clinic experience this coming academic year. It was felt that the full-time outpatient experience requires a much higher level of responsibility and independence for patient care than what Sarah is ready for and that she would benefit from further rotations on inpatient and consult-liaison psychiatry as well as the higher level of supervision afforded by these rotations (attending oversight, nursing, etc.). In addition, Sarah will rotate on other required rotations such as forensic and child psychiatry to further broaden her experience and knowledge base. She will continue to have a half-day per week outpatient clinic to sharpen her skills to better prepare her for the full-time outpatient experience that she will pursue in in her final year in the program (PGY-4). Sarah will still progress July 1, 2015 to the PGY-3 level. She will simply have a delay in the full-time outpatient clinic experience. She remains in good standing with the program.

In person discussion with Sarah of the above occurred on March 31, 2015 and May 1, 2015. A written description was also provided on May 1, 2015.

Please let me know if I can provide any further information. Again, I am happy to discuss this further with Sarah along with our Associate Program Director, Dr. Averbuch.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

UF/Diekman 000246

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, June 11, 2015 10:10 AM |
| **To:** | Suryadevara,Uma |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | presenting |

Hi, Uma, as we discussed at the CCC, a major issue with Sarah D's performance is her inability to present cases properly (orally/over the phone). I was wondering if I could partner with you to come up with a template for her and see if you can introduce it and practice with her this month. What do you think? Do you have something pre-made. I have something that I can modify, but if you have something at hand, let me know.

Jackie

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818





UF/Diekman 000247

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, June 15, 2015 10:04 PM |
| **To:** | Suryadevara,Uma |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: Sarah Diekman |

Uma, this is very helpful. Thanks!

I hope she keeps up a good trend.

Jackie

Sent from Dr. H's iPhone.

On Jun 15, 2015, at 9:54 PM, Suryadevara,Uma <suryadevara@ufl.edu> wrote:

Dear Jackie,


Just a quick update on her performance so far. She started the rotation on 1st, was out from the 4th to the 10th for surgery. The first day, she had clinic and hence didn't complete half of the patient notes. Provided feedback the next day that she has to come in early or later after clinic if she is unable to complete work on time. The next day she came earlier, completed all the notes.


There were few mistakes and few places where parts of the note were copied and pasted. Asked her to put in quotes that this part is copied and she started doing that. Since she came back from surgery, she has been doing better in terms of updating the notes, the plan for each patient. On Friday I gave her feedback that she is doing better but still has room for improvement. I explained to her that I will continue providing feedback everyday as the day goes on. (Because I work in the same room as the resident works in, so its a continuous feedback)


Today she missed seeing the recommendations from a pain clinic consult and when asked said 'they asked us not to give opiates'. After I told her, that's not normal, they usually give more recommendations, she didn't double check. I opened the consult note to see that there were a lot of recommendations. But if I didn't check immediately in a few minutes, I don't know...maybe she would have checked later esp because I asked. But she apologized because she missed a major note on the recommendations. Asked her to be careful in the future.


Today she did request for some help learning mood stabilizers and also antipsychotics. Will work on it sometime this week.  Overall, an improvement, shows more affect when feedback is

UF/Diekman 000248

given and is making an effort to do better. It seems like when I am not with her, patient interactions are not as pleasant, will keep an eye on it. (Today I was covering yellow team and she saw the patients by herself).

That was the last 6 days that she worked with me so far.

Uma

UF/Diekman 000249

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Fernandes,Joel S |
| **Sent:** | Wednesday, June 10, 2015 11:25 PM |
| **To:** | Hobbs,Jacqueline A; Brown,Jordan Daniel; Ettensohn,Marc |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: Staffing |

Dr. Hobbs,

I wanted to follow up on another observation on a patient that was transferred to my team when Sarah Diekman was covering consults. This person had his Zoloft stopped and not restarted when orders were placed to transfer him from Medicine to psych. I confirmed with Dr Turner that this Zoloft was not supposed to be stopped.

I just wanted to document this order error. While Sarah has generally done better, I felt it important to make sure this was mentioned for future improvements. This was a pretty minor issue (the patient suffered no harm without his SSRI for a day), but could have been worse if a more critical med. Again, I just felt I was worth mention.

-Joel Fernandes, MD

---

From: Fernandes,Joel S
Sent: Tuesday, April 14, 2015 4:16 PM
To: Hobbs,Jacqueline A
Cc: Mccallister,Dorothy J
Subject: RE: Staffing

Sure thing.  Sorry for the late reply.

I did not have many major issues with Sarah this weekend.  Though, that being said (and off the record), I generally gave her limited leeway given her history (e.g. I many checked the charts thoroughly before she presented) to ensure patients were safe.  I checked in with Ana and Stephen on Monday to check if they had any issues that I may have missed, though they did not catch anything major thus far.

Some observations I did make:
-Her notes were more thorough and I did not see copy/paste errors.
-Presentations were still somewhat disorganized, though, as I said, I generally tried to lead her more in presenting of information.
-There was one patient who had his meds restarted at full doses even though he was off Effexor for a few days....no major harm from this.
-She did see all follow ups, though I was a bit concerned that they were not all seen until later in the afternoon.  As I said, notes and orders were fine on these patients.  I was just a bit taken back because it was not a particularly busy call day and usually we like to have the follow ups seen early (in case the day gets busy as it is wont to do).

That's what immediately comes to mind.  Please let me know if you have other questions and I'll let you know if I think of anything else.

---

From: Hobbs,Jacqueline A
Sent: Monday, April 13, 2015 11:26 AM
To: Fernandes,Joel S
Cc: Mccallister,Dorothy J

UF/Diekman 000250

Subject: Staffing

Hi, Joel, just checking in to see how Sarah Diekman did with staffing/notes/signouts over the weekend. I would appreciate any objective written feedback.

Thanks,

Jackie

Sent from Dr. H's iPhone.

UF/Diekman 000251

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, June 16, 2015 12:02 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: f/u for previous email. |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Suryadevara,Uma" <suryadevara@ufl.edu>
> **Date:** June 16, 2015 at 11:57:02 AM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** "Thornton,Joseph Edward" <joethornton@ufl.edu>
> **Subject: Re: f/u for previous email.**
>
> On the days of clinic, Diekman seems to have a tougher time.
>
> Today I was going over yesterdays notes with her and in some notes, she copy pasted and added 'this is copied from Dr. Chang's note' who is not even familiar with patient and there were no notes from him. She must have put that in the template and forgot to remove it. Some of the plan was incomplete. She apologized and said, 'this is what happens on clinic days'. Reminded her again to come early or come back after clinic if needed for which she said she was on call until midnight on sunday. She asked me for a brand new template which I emailed to her immediately.
>
> She put in a bunch of psychology consults without putting anything in the reason for referral. When asked, says she was planning on calling them and letting them know about the reason.  Later I noticed that she put in a medicine consult yesterday and didn't call them about it. Provided feedback. She forgot to put in discharge orders and a medication order yesterday. So far today, its been negative feedback but she is trying to improve. Will keep you updated.
>
> It feels so weird trying to write all these things down but I know this is in her best interest. :)

UF/Diekman 000252

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, June 18, 2015 2:22 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Diekman |

Noted, thanks!

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Suryadevara,Uma" <suryadevara@ufl.edu>
> **Date:** June 18, 2015 at 2:17:55 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** "Thornton,Joseph Edward" <joethornton@ufl.edu>
> **Subject: Re: Diekman**
>
> Dear Jackie,
>
>
>    Update from the last 2 days.
>
> Yesterday, the notes were ok. But the discharge summary had some problems. For example in the reason for hospitalization, she added: 'starting a new psychotropic and adjustment in psychotropic medicatios within last 48 hrs'. This is something that we use for rationale for continued hospitalization in daily progress note. (This guy came for alcohol detox.) On the positive side, she did a good thing by ordering orthostatics on a person who felt dizzy and requesting a medicine consult. The patient was transferred to medical floor and was taken care of.
>
> Today, I didnt look at her notes yet. But we had to cancel a discharge because I didnt double check the medications in her notes. (The medications are autopopulated). Person came in for opiate detox. She told the entire team that the opiates were stopped and that she was surprised how he didnt go through any detox. I believed her, didnt double check. The opiates were never stopped. Like I mentioned i didnt double check medications, just read through the note section carefully. :( No one else double checked either and today found out, he is still getting opiates and we cancelled discharge.
>
> I did point all these to her. Gave her positive feedback when she ordered orthostatics and pointed out the dc summary and today's was way too obvious.
>
> Thats it for today I guess and I hope. :(
>
>
> Uma

UF/Diekman 000253

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, June 22, 2015 3:02 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: July consult room construction |

**From:** Diekman,Sarah
**Sent:** Monday, June 22, 2015 2:47 PM
**To:** Hobbs,Jacqueline A; Brown,Jordan Daniel; Ettensohn,Marc; Osfield, Ken
**Subject:** July consult room construction

Administration,

It was brought up at the all resident meeting last week that the Shands consult room is under construction and an alternative room in the BI is now being used. I am concerned about the increased amount of heat exposure and increased walking distance this will create. Heat exposure is the main reason that I qualify for a handicap parking placard and July is one of the hottest months. In fact I was on Shands consults during July of last year, at which time there started to be a problem with my parking spot and I did have to walk in the heat. Due to the high physical burden this rotation while being exposed daily to a major stressor/trigger for my illness, it began the start of a decline in my health which did not resolve for at least 6 months. The parking situation has been resolved, thanks to Dr. Osfield, but I worry that the consult room being in a distant building from the patients will affect either my health or my performance on this rotation. I hear that there is a way to remain within the climate controlled environment and reach the Shands hospital from the BI. No one has been able to tell me specifically what that route is or how long it is. I have heard that the route is long and complicated, hence the reason no one knows it. I am concerned that if the length of the climate controlled route is very long and complicated it will affect my ability to keep up with the large patient volume of this rotation. I am also concerned about rounding with the team. We usually walk from the consult room to the rest of the hospital as a team. I will need to meet the at the location (but it may be a problem depending on the time difference). I would like to make the attendings aware ahead of time of this issue so it can be as low impact as possible.

How long will the consult room be under construction?
Is there a route to the hospital to avoid the outside route to the hospital?
        What is that specific route?
        How much distance/time does this route add to the walk to the hospital

What attending on which day of the week?

Thank you for your time,
Sarah

UF/Diekman 000254

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Mathur,Anu |
| **Sent:** | Monday, June 22, 2015 4:09 PM |
| **To:** | Ginory,Almari; Hobbs,Jacqueline A; Davidson, Deepak M; Mccallister,Dorothy J |
| **Subject:** | Clinic issue 6/22/15 |

Hello all,

Dr. Diekman texted Deepak and me around 3:30PM this afternoon asking for assistance on a clinic matter. As I had time in between child patients, I called her.

She had a question about how to proceed with getting medical records sent to another facility. Discussed with her that in order to have any records or patient information sent somewhere, the patient needs to fill out and sign a right to release form and have that updated in their chart. Explained where the media tab is where she can look for this upload. Also, advised her that messages regarding records may be forwarded to Avis Lithfield and gave her instructions on how to do this over the phone. Also, told her where Avis's office is at MOB and advised her to go see Avis herself and ask for her assistance with having a RTR form filled out by pt and to send documents accordingly.

Thanks,

Anu Mathur, MD
University of Florida
Department of Psychiatry

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000255

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Diekman,Sarah |
| **Sent:** | Thursday, June 25, 2015 3:47 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Brown,Jordan Daniel; Ettensohn,Marc; Osfield, Ken; Mccallister,Dorothy J; Bussing,Regina; Ginory,Almari |
| **Subject:** | Re: July consult room construction |

Sounds good. So is that where we are going to start off the morning On July 1?

On Jun 25, 2015, at 2:00 PM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Sarah, after discussions with Dr. Ginory and GME, the consult team will be meeting in 5121 in Shands for rounds. There are currently 2 computers in that room. We are looking into options to have more computers in there for the whole team; however, you will have preference for using one of the already existing computers so that you do not have to go to the BI to write notes, check patient charts, etc.
>
> Dr. Ginory will be in touch with the whole team re: logistics of rounds, etc., but I hope this will help.
>
> Thanks,
>
> Dr. H
>
> *Jacqueline A. Hobbs, MD, PhD*
> Jacqueline A. Hobbs, MD, PhD, DFAPA
> Assistant Professor and Vice Chair for Education
> Director, Residency Training Program
> Department of Psychiatry
> University of Florida College of Medicine
> Office: 352-594-1864
> Fax: 352-594-1818
>
> <image001.png><image004.jpg>
>
> CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

                                                      UF/Diekman 000256

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Friday, June 26, 2015 10:11 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Updates? |

-----Original Message-----
From: Suryadevara,Uma
Sent: Friday, June 26, 2015 10:04 AM
To: Hobbs,Jacqueline A
Subject: Re: Updates?

Last week:
The notes have improved, she is paying attention to some details. She is completing her notes the same day.
Most of the time, almost 80% of the time, I round with the resident if they come in early between 7.15 and 7.30. But recently, when I have too many admissions or discharges, I asked her to round by herself. Also most days she shows up between 8.15 and 8.30 and I don't always wait because I have other things to do or complete.
She is doing a decent job of getting information and completing tasks that I ask her to. But the next step is to own the patient and not wait for me to tell things like 'get collateral on folks' or 'change this medication'. It seems like she has some knowledge but, she doesn't apply it as she should. She gets distracted by minor details. For example, focusing more on pyridoxine def in patients using keppra causing mood symptoms but forgets to look at the bigger picture that patients baseline didn't change since on keppra. She believed that a patient is anxious because he is on wellbutrin though he was looking depressed and had psychomotor retardation, he didn't complain of anxiety either. Her plan was correct; to stop wellbutrin and increase other antidepressant but her rationale was off. When I explained, she told me how she couldn't tell the difference between normal aging and psychomotor retardation (which is ok because there are some residents who don't get it until they have more experience).
Otherwise nothing major so far. Interactions with patients: have been giving her feedback in real time.

From: Hobbs,Jacqueline A
Sent: Thursday, June 25, 2015 11:43 AM
To: Suryadevara,Uma
Subject: Updates?

Any new updates on SD?

Sent from Dr. H's iPhone.

UF/Diekman 000257

## Mccallister,Dorothy J

**From:** Hobbs,Jacqueline A
**Sent:** Monday, June 29, 2015 6:46 PM
**To:** Mccallister,Dorothy J
**Subject:** FW: July consult room construction

**From:** Diekman,Sarah
**Sent:** Monday, June 29, 2015 3:19 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: July consult room construction

Thank you.  That all sounds great.  I got your text but I was seeing a new patient.  Thank you

**From:** Hobbs,Jacqueline A
**Sent:** Monday, June 29, 2015 2:32 PM
**To:** Diekman,Sarah
**Cc:** Brown,Jordan Daniel; Ettensohn,Marc; Osfield, Ken; Mccallister,Dorothy J; Ginory,Almari
**Subject:** RE: July consult room construction

Hi, Sarah, I just texted you the code for the consult room on the 5th floor of the hospital. As we just discussed by phone, you will be able to use a computer in that room for your clinical work. Dr. Ginory will be in touch with the team about where to meet for rounds (likely the 5th floor consult room).

As we also discussed, Dr. Bussing would like the team to meet at some point in the day over at the BI whenever possible. Dr. Ginory can show the team how to access the BI via the bridge to remain in the AC. This will likely be later in the day/afternoon.

Please let Dr. Ginory, me, or the chiefs know if you have further questions.

Thanks,

Dr. H

**From:** Diekman,Sarah
**Sent:** Thursday, June 25, 2015 3:47 PM
**To:** Hobbs,Jacqueline A
**Cc:** Brown,Jordan Daniel; Ettensohn,Marc; Osfield, Ken; Mccallister,Dorothy J; Bussing,Regina; Ginory,Almari
**Subject:** Re: July consult room construction

Sounds good. So is that where we are going to start off the morning On July 1?

On Jun 25, 2015, at 2:00 PM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

UF/Diekman 000258

Sarah, after discussions with Dr. Ginory and GME, the consult team will be meeting in 5121 in Shands for rounds. There are currently 2 computers in that room. We are looking into options to have more computers in there for the whole team; however, you will have preference for using one of the already existing computers so that you do not have to go to the BI to write notes, check patient charts, etc.

Dr. Ginory will be in touch with the whole team re: logistics of rounds, etc., but I hope this will help.

Thanks,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

<image001.png><image004.jpg>

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000259

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, June 30, 2015 11:40 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: On the road |

**From:** Hobbs,Jacqueline A
**Sent:** Tuesday, June 30, 2015 11:39 AM
**To:** Ginory,Almari
**Subject:** RE: On the road

Keep me posted.

**From:** Ginory,Almari
**Sent:** Tuesday, June 30, 2015 10:22 AM
**To:** Hobbs,Jacqueline A
**Subject:** FW: On the road

FYi

She texted me about a telephone encounter at 1:51, I called at 1:52.  We spoke for 5 minutes.  Basically the patient was Melinda's and now transferred to Pinard.  She was started on Wellbutrin and had some chest pain.  We discussed and the decision was made to stop the Wellbutrin and should pt continue to have symptoms she should go to the ER. I will speak with her and see what the delay was.

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information.  The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Diekman,Sarah
**Sent:** Monday, June 29, 2015 3:22 PM
**To:** Martin,Christine E.; Noegel,Rebecca L.
**Cc:** Ginory,Almari
**Subject:** Re: On the road

UF/Diekman 000260

Sorry I made the fatal mistake of returning a call for Dr. Pinard whom is on nightfloat, from a Borderline pt before her appointment. I could not get off the phone. If I had known this patient I would have waited. There are just so many phone calls waiting with all the transition going on.

Sarah

**From:** Martin, Christine E. <willce@shands.ufl.edu>
**Sent:** Monday, June 29, 2015 2:22 PM
**To:** Noegel,Rebecca L.
**Cc:** Diekman,Sarah; Ginory,Almari
**Subject:** RE: On the road

Diekman is here has she not grabbed them yet?

Dr. Diekman- Can you please get this patient from the waiting room?

Thanks,
Elise

-----Original Message-----
From: Noegel, Rebecca L.
Sent: Monday, June 29, 2015 2:21 PM
To: Martin, Christine E.
Subject: RE: On the road

Help!!!! Soooo, Dr. Diekmans 2:00 has been up here 5 times already wanting to know what's taking so long, and after explaining to her that Dr. Diekman is running a few minutes behind she is asking if she can see someone else?

Thanks, Becky :)

-----Original Message-----
From: Martin, Christine E.
Sent: Monday, June 29, 2015 1:01 PM
To: Meadows, Maryann E.; Noegel, Rebecca L.
Subject: FW: On the road

-----Original Message-----
From: Diekman,Sarah [mailto:sdiekman@ufl.edu]
Sent: Monday, June 29, 2015 1:01 PM
To: Martin, Christine E.
Subject: On the road

I am driving across town. I am 10 minutes late if my patients there waiting for me. I apologize

UF/Diekman 000261

## Mccallister,Dorothy J

**From:** Hobbs,Jacqueline A
**Sent:** Tuesday, June 30, 2015 11:39 AM
**To:** Mccallister,Dorothy J
**Subject:** FW: On the road


**From:** Ginory,Almari
**Sent:** Tuesday, June 30, 2015 10:22 AM
**To:** Hobbs,Jacqueline A
**Subject:** FW: On the road

FYI

She texted me about a telephone encounter at 1:51, I called at 1:52. We spoke for 5 minutes. Basically the patient was Melinda's and now transferred to Pinard. She was started on Wellbutrin and had some chest pain. We discussed and the decision was made to stop the Wellbutrin and should pt continue to have symptoms she should go to the ER. I will speak with her and see what the delay was.

Almari Ginory, DO
Assistant Professor
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Diekman,Sarah
**Sent:** Monday, June 29, 2015 3:22 PM
**To:** Martin,Christine E.; Noegel,Rebecca L.
**Cc:** Ginory,Almari
**Subject:** Re: On the road

Sorry I made the fatal mistake of returning a call for Dr. Pinard whom is on nightfloat, from a Borderline pt before her appointment. I could not get off the phone. If I had known this patient I would have waited. There are just so many phone calls waiting with all the transition going on.

Sarah

UF/Diekman 000262

**From:** Martin, Christine E. <willce@shands.ufl.edu>
**Sent:** Monday, June 29, 2015 2:22 PM
**To:** Noegel,Rebecca L.
**Cc:** Diekman,Sarah; Ginory,Almari
**Subject:** RE: On the road

Diekman is here has she not grabbed them yet?

Dr. Diekman- Can you please get this patient from the waiting room?

Thanks,
Elise

-----Original Message-----
From: Noegel, Rebecca L.
Sent: Monday, June 29, 2015 2:21 PM
To: Martin, Christine E.
Subject: RE: On the road

Help!!!! Soooo, Dr. Diekmans 2:00 has been up here 5 times already wanting to know what's taking so long, and after explaining to her that Dr. Diekman is running a few minutes behind she is asking if she can see someone else?

Thanks, Becky :)

-----Original Message-----
From: Martin, Christine E.
Sent: Monday, June 29, 2015 1:01 PM
To: Meadows, Maryann E.; Noegel, Rebecca L.
Subject: FW: On the road

-----Original Message-----
From: Diekman,Sarah [mailto:sdiekman@ufl.edu]
Sent: Monday, June 29, 2015 1:01 PM
To: Martin, Christine E.
Subject: On the road

I am driving across town. I am 10 minutes late if my patients there waiting for me. I apologize

UF/Diekman 000263

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, June 30, 2015 3:54 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Concerns regarding Dr. Diekman |

**From:** Ettensohn,Marc
**Sent:** Tuesday, June 30, 2015 3:48 PM
**To:** Hobbs,Jacqueline A; Brown,Jordan Daniel
**Subject:** Concerns regarding Dr. Diekman

Hi Dr. Hobbs,

Dr. Diekman asked if she could sign out a direct admit to short call given the upcoming meeting with Dr. Dixon at 5pm today. She stated the pt was coming "right before 4:30" pm when she sent me a text at 3:10pm. About 10-15 minutes after this text before 3:30PM we called the nursing station and verified that in fact the pt was already here. Dr. Diekman was called back and asked to see the pt; she agreed to see and stated that she didn't know the pt was already here. If Dr. Diekman had signed this pt out to short call, the pt would have been unnecessarily waiting to be seen for at least an hour and a half. Regardless of whether this situation is a question of dishonesty, Dr. Diekman may need to be more proactive in her pt care. Thank you.

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000264

7/1/2015

Expectations

Follow all attending instructions.

Improve and optimize presentation skills.

Accurately present patients to attendings when staffing.

Accurately document patient encounters. Ensure that there is sufficient information to support diagnoses, treatments, and continued care.

Use proper templates.

Avoid excessive copy/paste. Edit any copy/paste appropriately to reflect current encounter and to prevent medical errors.

Improve patient care efficiency including completing notes in a timely fashion. This may require coming in earlier to ensure that the work can be completed efficiently.

Ask for help when needed. Other residents and administrative chiefs are the first line for day-to-day questions on inpatient and consult services. Fellows can assist on specialty rotations such as Child and Forensics. Attendings are always available. Outpatient chiefs are available for questions in clinic as well as attendings and clinic staff. The clinic director is available as well. For more overarching issues, the Associate Training Directors and the Program Director are available. Our residency and education coordinators can also be quite helpful.

UF/Diekman 000265



**UF UNIVERSITY *of* FLORIDA**

**College of Medicine**
Department of Psychiatry
Residency Training

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945
(352) 594-1818 Fax

July 2, 2015

I spoke with Sarah Diekman by phone on Monday, June 29, 2015, regarding her her concerns re: "consult room construction". I followed up with an e-mail with the details I discussed with her:

"Hi, Sarah, I just texted you the code for the consult room on the 5th floor of the hospital. As we just discussed by phone, you will be able to use a computer in that room for your clinical work. Dr. Ginory will be in touch with the team about where to meet for rounds (likely the 5th floor consult room).

As we also discussed, Dr. Bussing would like the team to meet at some point in the day over at the BI whenever possible. Dr. Ginory can show the team how to access the BI via the bridge to remain in the AC. This will likely be later in the day/afternoon.

Please let Dr. Ginory, me, or the chiefs know if you have further questions.

Thanks,

Dr. H"

Her response:

"Thank you. That all sounds great. I got your text but I was seeing a new patient. Thank you"

One other thing that she told me was that she has the most trouble in the mornings before 10:30 AM. She said that after that, she does much better physically.

*Jacqueline A. Hobbs*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Vice Chair for Education
Director, Residency Training Program

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, July 02, 2015 2:21 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: July 2, 2015 |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Ginory,Almari" <ginory@ufl.edu>
> **Date:** July 2, 2015 at 2:15:25 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Subject: July 2, 2015**
>
> Hi Dr. Hobbs,
> I wanted to make you aware of something that happened today.  As you know, Sarah Diekman is in the 5121 office in the mornings to decrease the amount she has to walk.  However it appears as this morning she was missing for some time.  Dan Pietras went by the room around 9/9:15am and she was not in there.  She had no follow ups to see so she was not rounding.  Then Anu was trying to call her and get a hold of her and she was not responding.  We did not hear from her until about 10.  She said she was pumping gas in her car and she was on her way.  She showed up to the 9th floor for round around 10:30am.
> I spoke with her individually about this at around noon.  She said that she came in the morning and since there were no patients to be seen, she left to pump gas in her car because she was on short call that night and would be leaving the hospital late.  I discussed with her that this is something that could have been done prior to coming in to the hospital.  If she was running late, she should have told the senior resident.  I told her that she needs to tell the senior resident and me when she is not here.  She is expected to be here in the hospital.
> I have no way of knowing if she was here before 9am or the exact time she was out. This afternoon, she is over at the BI writing notes with the rest of the team.
> Thanks
>
> Almari Ginory, DO
> Assistant Professor
> Chief, Psychiatry Consultation-Liaison Service
> Clinic Director, Adult Outpatient Clinic
> Department of Psychiatry
> University of Florida

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State

UF/Diekman 000267

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Suryadevara,Uma |
| **Sent:** | Wednesday, July 08, 2015 9:37 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: Diekman |

Alrighty, last email from the previous month.

There were few days when she did very well which alternated with periods where she forgot to complete things. She comes in later most of the days which I am ok with but tries to complete everything on time which led to some mistakes. One day she forgot to enter discharge instructions for a patient who was leaving. I provided her feedback about it. She missed some medication changes initially but later on during this rotation she was going back and checking what she entered in the note. The last day however, she stayed back until real late completed all notes, prepped patients for discharge for the next resident and completed the discharge summaries.

Bottom line from the rotation, she does an excellent job some times but that alternates with days when she makes some errors. And its not predictable. I provided her positive feedback except for her last days work when she did well because I didn't see her later. And when she made mistakes, I pointed them out.

I don't know how helpful these emails are. I feel like its all over the place but I was just trying to provide accurate report. :)

And by the way in the new innovations, I didn't get hers on my list of evals to complete.

Uma

UF/Diekman 000268

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, July 14, 2015 6:03 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Diekman |

-----Original Message-----
From: Fayad,Sarah M
Sent: Tuesday, July 14, 2015 5:52 PM
To: Hobbs,Jacqueline A
Cc: Ginory,Almari
Subject: Diekman

Hi,

Just some concerns about Diekman.

Today, she was still unprepared for rounds. Sent the PA student to see a patient (when she had time to see her as well) but never saw her personally. I had to send her over with the student to gather information. She gets easily confused with straightforward information and directions. For instance, we ran the list- her list is very disorganized and she has trouble keeping up with what is happening.

Also, she signed a whole note without staffing with me! And the recs I discussed in rounds were not in there. She said "Oh, I signed that before rounds." No one does that or should do that. Because I may change the plan- and did!

I will continue to give feedback but still have concerns.

Thanks!

Sent from my iPhone

UF/Diekman 000269

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, July 15, 2015 7:27 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: health issues |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Diekman,Sarah" <sdiekman@ufl.edu>
> **Date:** July 15, 2015 at 7:24:53 AM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>, "Osfield, Ken" <kosfield@ehs.ufl.edu>,
> "Ginory,Almari" <ginory@ufl.edu>
> **Subject: health issues**
>
> Administrators,
>
>
> The concerns that I brought up to you earlier this summer has now come to fruition. Yesterday,
> triggered my chronic medical condition because I was not able to take my medications at the
> correct times because I did not know where, when or how we were going to round. I need to
> make a plan for my medications a few hours in advance. I can change the times but I need to eat
> with them, and I need to know when to do that. Yesterday, both the rounds spanned different
> time frames than what I had planned for and it affected me physically immediately. I did not get
> home until 7pm which would be fine if I was not feeling so ill. I tried to recover but still
> remained symptomatic and struggled to concentrate and finish my work. I have 2 notes that I
> was not able to complete last night. I was too sick to keep working after 10:30. I am planning
> on going into work today but despite my emergency treatment plan established with my doctor, I
> do not feel optimal today. I continue to feel symptomatic and fear this is the beginning of the
> spiral that will lead to a decompensation in my health that will cause me to loss functioning.
>
>
> Sarah

UF/Diekman 000270

## Mccallister,Dorothy J

**From:** Hobbs,Jacqueline A
**Sent:** Wednesday, July 15, 2015 9:59 AM
**To:** Mccallister,Dorothy J
**Subject:** FW: health issues

**From:** Ginory,Almari
**Sent:** Wednesday, July 15, 2015 9:52 AM
**To:** Hobbs,Jacqueline A; Osfield, Ken
**Subject:** RE: health issues

Hello all,

The attending on consults yesterday was Dr. Fayad.  This was the first time this month that Dr. Fayad rounded with the team due to a recent medical illness resulting in surgery and has some of her own physical limitations.  In the morning, Dr. Fayad rounded with the other 2 residents without Sarah, so she did not have to make the long walk to the South Tower.  She kept in text communication with Sarah to update her.  She met with Sarah at 12:10p to round on her patients which consisted of 1 follow up (the note which she had already signed before rounds) and 1 new patient.  They met on the 5th floor of the North Tower which is where the office that Sarah has been using is located.  They were done seeing these patients by 12:45p.

Then they broke for lunch.  Dr. Fayad actually saw Sarah eating lunch at around 1:30p.  There were 3 new patients to be seen for the afternoon, which they already knew about from the morning.  Dr. Fayad had a doctor's appointment since she had just had surgery.  She texted throughout with Sarah to update her on times and where to meet.  They met a little bit before 4:00pm at the Brain Institute, which is where Sarah was stationed with the students.  Of note, she had 5 students there helping her.

When they met, another call for a consult came in which Dr. Fayad to this morning since there were already 3 new patients in the afternoon for Sarah.  When they were doing table rounds, Dr. Fayad asked Sarah if she had already seen the new patients.  She stated she had seen the 2 in the north tower but not the one in the south tower.  She is supposed to have seen all of the patients prior to rounds.  She had just sent the students to see the patients and there was information that the students had not obtained.  Dr. Fayad then told her to go to the South Tower with the student to complete the evaluation and she would round on the North Tower Patients with the students without Sarah.  Once Dr. Fayad was done with the new patients she texted Sarah that she was on her way and meet her on the South Tower, which is where she still was.  They then rounded on that 1 patient and were back at the BI by 5:30pm.

So for the whole day yesterday, Sarah saw 1 follow up and 4 news, and as per her email was unable to complete 2 of these notes, so she did 3 notes.

I know Sarah mentioned that rounds were run differently yesterday compared to what she is used to.  On the days that I round we meet at 9:30 and round on all the patients together and we usually finish between 11:30 to 12:30pm.  So actually in this case, Sarah spent less time rounding and walking around.  In part this is because she had previously mentioned that her symptoms are worse early in the morning, so there was some accommodations made and when she rounds with me I sometimes don't have her walk to the South Tower for the same reason.   In the afternoon we start rounds between 2:30 and 3:00 depending on the number of patients there are to round on.  So rounds started later, but Dr. Fayad was in frequent communications as to the start time.   We both keep constant text/phone call communication with any necessary updates.

UF/Diekman 000271

When I spoke with Dr. Fayad, she said that Sarah never made any mention of note feeling well or needing a break. We always tell them if they need a break to let us know. And we always make sure there is a place for her to sit if needed. She also had several large gaps of time where she was not rounding with the attending (from 8 to noon, and from 12:45 to 4:00pm).

As you can see we have made several accommodations to help Sarah including: limiting her travel to the south tower, limiting her travel to the BI, providing her with office space on the 5th floor of the main hospital to limit travel, if she does need to walk trying to do it more in the afternoon as she has stated her symptoms are worse in the morning, encouraging her use of the elevators/chairs when needed, providing her with students to help her with patient evaluations and being in frequent communication as to location and status of rounds. Please let me know if there are any further questions or information needed or how else we can best help Sarah.

Almari Ginory, DO
Assistant Professor
Associate Program Director, Psychiatry Residency
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes, this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Diekman,Sarah
**Sent:** Wednesday, July 15, 2015 7:25 AM
**To:** Hobbs,Jacqueline A; Osfield, Ken; Ginory,Almari
**Subject:** health issues

Administrators,

The concerns that I brought up to you earlier this summer has now come to fruition. Yesterday, triggered my chronic medical condition because I was not able to take my medications at the correct times because I did not know where, when or how we were going to round. I need to make a plan for my medications a few hours in advance. I can change the times but I need to eat with them, and I need to know when to do that. Yesterday, both the rounds spanned different time frames than what I had planned for and it affected me physically immediately. I did not get home until 7pm which would be fine if I was not feeling so ill. I tried to recover but still remained symptomatic and struggled to concentrate and finish my work. I have 2 notes that I was not able to complete last night. I was too sick to keep working after 10:30. I am planning on going into work today but despite my emergency treatment plan established with my doctor, I do not feel optimal today. I continue to feel symptomatic and fear this is the beginning of the spiral that will lead to a decompensation in my health that will cause me to loss functioning.

Sarah

UF/Diekman 000272



**College of Medicine**
Department of Psychiatry
Residency Training

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945
(352) 594-1818 Fax

July 17, 2015

Dr. Sarah Diekman asked to meet with Dr. Marc Ettensohn (chief resident) and me today after our 12-1 PM didactic session. Our meeting lasted until approximately 1:40 PM.

She wanted to follow up on the e-mail she had sent me earlier in the week (7/15/15):

"Administrators,

The concerns that I brought up to you earlier this summer has now come to fruition. Yesterday, triggered my chronic medical condition because I was not able to take my medications at the correct times because I did not know where, when or how we were going to round. I need to make a plan for my medications a few hours in advance. I can change the times but I need to eat with them, and I need to know when to do that. Yesterday, both the rounds spanned different time frames than what I had planned for and it affected me physically immediately. I did not get home until 7pm which would be fine if I was not feeling so ill. I tried to recover but still remained symptomatic and struggled to concentrate and finish my work. I have 2 notes that I was not able to complete last night. I was too sick to keep working after 10:30. I am planning on going into work today but despite my emergency treatment plan established with my doctor, I do not feel optimal today. I continue to feel symptomatic and fear this is the beginning of the spiral that will lead to a decompensation in my health that will cause me to loss functioning.

Sarah"

I began by asking her how she was doing, and she said she was doing well today. She expressed concerns about needing to take her medications at certain times of the day in order to prevent decompensation due to her chronic medical condition. I said twice during our meeting that she should consult Dr. Osfield in the ADA office as it appears that she is requiring further accommodations beyond those already agreed upon. Dr. Osfield is currently out of the office until July 27, 2015. She agreed that she could talk to him then. Until that time, I suggested that she discuss any issues/concerns with her immediate/direct supervisors on her rotation.

She said a few times that it would be best if she could take her medications 12-12:30 PM and 4-4:30 PM (she has to eat with her medications according to her). I noted at our noon conference today that she took her medications while there and did have her lunch with her.

I did discuss with her that the nature of our work is that it is not always predictable, and that it was difficult to guarantee such exactness but that with good communication with supervisors, we could likely get her somewhere in the ballpark of those times.

She seemed visibly and said verbally that she felt reassured by our meeting, that it was helpful, and that she felt comfortable talking with Drs. Ettensohn and me. We highly encouraged her to seek the chiefs and the program directors out with questions/concerns.

I am concerned that she may be looking for ways to limit her workday to end by 4:30 PM. I did discuss with her during the meeting that she needs to let supervisors know when she is taking breaks. I would expect her to return to service after her breaks and to complete her work.

I did talk with Candi Kish in HR about the meeting. She said that she will look into her FMLA to get further guidance. In addition, she said that ADA will have to assist in defining any accommodations for our consideration.

Jacqueline A. Hobbs

Jacqueline A. Hobbs, MD, PhD, DFAPA
Vice Chair for Education
Director, Residency Training Program

UF/Diekman 000274

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Friday, July 17, 2015 3:44 PM |
| **To:** | Diekman,Sarah; Osfield, Ken; Ginory,Almari |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: health issues |

Hi, Sarah, I am glad that we could talk in person today along with Dr. Ettensohn (chief resident). I am glad that you are feeling better now. Dr. Ginory has kept me up to date on things on the rotation to date.

As we discussed today, it is very important that you communicate early and clearly with your direct supervisors (senior resident and/or attending) about any difficulties, issues, or concerns you are having on your rotation. If you are unable to complete patient care, it is imperative that you alert your senior or attending ASAP so that they can guide you or assist you. It is always best to ensure that patient care issues are taken care of day of service as much as possible.

In terms of your concerns about your condition, as we discussed, it would be best to discuss this further with Dr. Osfield upon his return later this month. In the meantime, please communicate early and often with your senior/attending so they can work with you.

Also, the chiefs and your program directors are available to discuss any questions/concerns you may have.

Thanks, and I appreciate your active participation and enthusiasm during our PRITE review session today.

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818





UF/Diekman 000275

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Diekman,Sarah |
| **Sent:** | Monday, July 20, 2015 2:10 PM |
| **To:** | Hobbs,Jacqueline A; Osfield, Ken; Ginory,Almari |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: health issues |

Dr. Hobbs,

Thank you for the time and consideration you gave to orchestrate a plan regarding the medication issues I have in the context of the residency work environment.  I have confidence the plan and appreciate your help.  As you mentioned, I will contact Dr. Osfield about putting these into writing and then get it back to you.  I can see how this would add clarification to the dynamic setting of consult teams.

Thank you,
Sarah

---

**From:** Hobbs,Jacqueline A
**Sent:** Friday, July 17, 2015 3:43 PM
**To:** Diekman,Sarah; Osfield, Ken; Ginory,Almari
**Cc:** Mccallister,Dorothy J
**Subject:** RE: health issues

Hi, Sarah, I am glad that we could talk in person today along with Dr. Ettensohn (chief resident). I am glad that you are feeling better now. Dr. Ginory has kept me up to date on things on the rotation to date.

As we discussed today, it is very important that you communicate early and clearly with your direct supervisors (senior resident and/or attending) about any difficulties, issues, or concerns you are having on your rotation. If you are unable to complete patient care, it is imperative that you alert your senior or attending ASAP so that they can guide you or assist you. It is always best to ensure that patient care issues are taken care of day of service as much as possible.

In terms of your concerns about your condition, as we discussed, it would be best to discuss this further with Dr. Osfield upon his return later this month. In the meantime, please communicate early and often with your senior/attending so they can work with you.

Also, the chiefs and your program directors are available to discuss any questions/concerns you may have.

Thanks, and I appreciate your active participation and enthusiasm during our PRITE review session today.

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945

UF/Diekman 000276

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, July 22, 2015 2:11 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: F/u |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Ginory,Almari" <ginory@ufl.edu>
> **Date:** July 22, 2015 at 2:07:32 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Subject:** Re: F/u

Notes were all written from 2100-0006. So they were all done yesterday, although late. She says when we were done with rounds she called teams and then went home to write the notes. She says that she spoke directly with this pt team and discussed our recommendations. The resident that she spoke said he would relay that information to cross cover. (I have no way to corroborate this). I made sure to reiterate the importance of clear communication with teams especially when there is a delay in notes.

We were done with am rounds at noon. For the morning she had 1 FU and 2 news. We did not meet again until 2:30 for 3 news of which she had only seen 1 ( the patient in question) and we were done with rounds at 4pm.

She said her phone had died which is why she missed the phone calls.

She also admitted the sign out was confusing as it was written and she will be more careful about that. We assessed the patient for safety not AMA since she was not trying to leave AMA when we saw her.

In terms of patient load, this was a medium busy day. Not busy enough to warrant such late notes especially at the level of a 3rd year.

I am thinking of telling the residents to write a brief 2 line not with our recommendations and full note to follow. This should not take more than 2 minutes and will prevent future confusion. For example: Pt BA by psychiatry. 1:1 sitter. Full note to follow. (I already do this for some pt but will be more consistent.)

I did not get to discuss this last part with her because the rest of the team arrived.

Sent from my iPhone

On Jul 22, 2015, at 7:42 AM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:

1

UF/Diekman 000277

Once you talk to SD and get confirmation of what happened, please email the details. I am curious when her note was written.

Sent from Dr. H's iPhone.

UF/Diekman 000278

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, August 04, 2015 10:40 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Epic Messages |

**From:** <Ginory>, Almari <ginory@ufl.edu>
**Date:** Tuesday, August 4, 2015 at 10:28 AM
**To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>
**Subject:** FW: Epic Messages

Almari Ginory, DO
Assistant Professor
Associate Program Director, Psychiatry Residency
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Davidson, Deepak M
**Sent:** Tuesday, August 04, 2015 10:23 AM
**To:** Diekman,Sarah
**Cc:** Ginory,Almari
**Subject:** Epic Messages

Sarah,

Please address your Epic messages. You have a phone call and RX requests from 7/31 that have not been addressed. For one of them the pt has called again today.

Please remember to check Epic daily to address messages.

Please let me know if there are any problems.

UF/Diekman 000279

Thanks,

**Deepak M. Davidson, MD**
Chief Resident
*University of Florida*
*Department of Psychiatry*

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000280

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, August 06, 2015 7:45 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: resident issue - feedback today |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Welch, Stephen" <welch@ufl.edu>
> **Date:** August 6, 2015 at 6:12:02 PM EDT
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Cc:** "Tandon,Rajiv" <tandon@ufl.edu>, "Turner,Ana Thomas" <aturner@ufl.edu>
> **Subject: resident issue - feedback today**
>
> Hi Jackie,
>
>
> Ana and I spoke with Dr. Diekman today together. The verbal feedback session was approximately 10-12 minutes.
>
>
> Topics we addressed:
>
>    -We do not find she is working at a PGY-3 level and would like to discuss concerns and here what she needs to be successful
>
>    -Consistency is a large issue; she can do well at clinical issues but has not been able to consistently perform where needed. Issues vary from patient to patient
>
>        Consistency in following directions from attendings is especially vital. Specific example: On 8-4-15, I instructed her to write orders on patient A, see patient B, and then call me in 40-50 minutes to touch base. I repeated my instructions 3 times and she indicated understanding on the phone. This was not done
>
>    -Timeliness of documentation. Must be done on same day of service. Specific example: On 8-4-15, she saw a patient with Dr. Turner in the ED whom went home. A placeholder note was entered in CPRS indicating full H+P to follow. Her H+P was not completed until 8-6-15. 2 days later is not acceptable.
>
>    -Time management briefly discussed

UF/Diekman 000281

Dr. Diekman was given opportunity to express her concerns. She reported being interrupted (new consults, pages, students, etc) while writing notes was difficult.

To the specific examples, she said the reason she did not follow my instructions while I was the sole attending on service was poor communication between myself and Dr. Turner. She said Dr. Turner had told her to see another patient earlier in the day. I would note that Dr. Turner and I did discuss the case load and my plans before she left for the day and was aware of what I was doing with juggling patient load (we did not bring this up during the feedback session as I decided it did not need to be an argument).

To the timeliness of documentation, she replied her notes would be perfect if she did not see any patients. She then stated the workload was "not fair" as Dr. Ettensohn has not seen "any" new patients this week. [I don't see how this prevents completing notes on the day of service for a patient DC'ed from ED. I would also note Dr. Ettensohn has seen a number of new patients this week.]

She requested permission to call teams with recs, write placeholder notes, and write full notes at the end of the day after all consults have been seen.

Vista review run 6:00pm 8-6-15. (all notes 8-1-15 to now)

Diekman: 31 notes authored; 8 H+P

Ettensohn: 23 notes authored; 3 H+P

Bassi: 28 notes authored; 6 H+P

Turner did 2x new evals, I did 1x new eval, Suryadevara did 1x new eval during this time period

As senior resident on service, chief, and gone 3x half days this week (2x clinic and 1x lecture); I would expected more of Dr. Ettensohn's work load to be administrative in nature.

Dr. Turner and I will send the full weekly review tomorrow.

UF/Diekman 000282

Has Dr. Diekman been given accommodations? We have given her the same workload as we would any other resident (capped at 4 follow-up's a day; new evals managed as appropriate). Tuesday, which was extremely busy, resulted in attendings doing 4x new evals with 2x passed to short call. Are there accommodations we are unaware of?

Dr. Diekman has requested all feedback in written form. I will forward the email separately. I have always understood mid rotation feedback to be given verbally and end of rotation evaluations to be through New Innovations. Is there another procedure we should be aware of?

Thank you. Happy to discuss further on phone, but I know you're currently on leave.

-Stephen

Stephen Welch, M.D.

Acting Director, Psychiatry Consultation Liaison Services

Psychiatry Coordinator for Patient Safety and Quality Improvement

Malcom Randall VA Medical Center

North Florida/South Georgia Veterans Health System

Adjunct Clinical Assistant Professor

Department of Psychiatry

University of Florida College of Medicine

Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000283

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Friday, August 07, 2015 5:21 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: Documentation of feed back |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Welch, Stephen" <welch@ufl.edu>
> **Date:** August 7, 2015 at 4:50:37 PM EDT
> **To:** "Diekman,Sarah" <sdiekman@ufl.edu>, "Turner,Ana Thomas" <aturner@ufl.edu>
> **Cc:** "Owens,Cristin L" <hartcr@ufl.edu>, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>, "Tandon,Rajiv" <tandon@ufl.edu>
> **Subject: Re: Documentation of feed back**
>
> 8-6-15 Feedback Summary
>
>
> Issue: Consistency
>
> Improvement recommendation: Use templates as provided; follow instructions from attending covering service
>
>
> Issue: Timeliness
>
> Improvement recommendation: Notes must be completed on the day of service
>
>
> Issue: Time Management
>
> Improvement recommendation: Arrive on time; request assistance for clinical needs management from attending covering service as needed
>
>
> If note entry must be delayed due to clinical demands/surge status:
>
> Brief placeholder note summarizing clinical presentation, diagnosis, recommendations, documentation of communication to primary team should be placed.

UF/Diekman 000284

Full note due by end of day.

Adjustments to this based on clinical need (i.e. H+P completion for transfer to Vines process to begin may take precedence)

Dr. Turner to add her summary separately if needed.

-SW

Stephen Welch, M.D.

Acting Director, Psychiatry Consultation Liaison Services

Psychiatry Coordinator for Patient Safety and Quality Improvement

Malcom Randall VA Medical Center

North Florida/South Georgia Veterans Health System

Adjunct Clinical Assistant Professor

Department of Psychiatry

University of Florida College of Medicine

Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

---

**From:** Diekman,Sarah
**Sent:** Thursday, August 6, 2015 5:12 PM
**To:** Welch, Stephen; Turner,Ana Thomas
**Cc:** Owens,Cristin L
**Subject:** Documentation of feed back

Consult Attendings,

I have been advised to gain documentation of feedback sessions.  For convenience can record any future feedback but I require some notice to prepare.  As for the description you gave of

UF/Diekman 000285

this weeks events and my participation in them, I would appreciate a written form including the objective measure that were stated such as numbers and times.

I look forward to responding to your feedback and learning from your experience,

Thank you

Sarah

UF/Diekman 000286

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Ettensohn,Marc |
| **Sent:** | Sunday, August 09, 2015 8:55 PM |
| **To:** | Hobbs,Jacqueline A; Brown,Jordan Daniel; Mccallister,Dorothy J; Ginory,Almari; Welch, Stephen; Turner,Ana Thomas |
| **Subject:** | Feedback regarding SD |

Hi Dr. Hobbs,

Dr. Bassi has been frustrated regarding Dr. Diekman's behavior and so I encouraged him to send me an email (attached per below) so that we could provide appropriate feedback given he does not feel comfortable discussing these issues with her as a new resident in our program. Given this feedback I would also like to add in some of my own observations and thoughts which I feel are significant. Besides her notes which I have not looked at and Dr. Bassi's subjective observations and feelings, I have to say as the Senior on the VA Consult Service, the other things he mentions are accurate. Additionally, She has been consistently late in the morning. Three days out of last week she came in about 15min late, one day she came in 30 minutes late, and on Friday Aug 7, she came in 45 minutes late. There has not been a day that she has come in on time. When she called me, she asked me to have the medical student see one of her patients. Her reliance on medical students is overwhelming and often times I am having to correct inaccuracies at the table rounds.
Such inaccuracies could have easily been picked up by brief chart review or simply interviewing the pt as she is required to do every morning on all of her follow ups. I do not feel that excessive f/u pts should be an issue esp as we are each capped at seeing 4 follow ups per day. In fact, Dr. Bassi has been consistently carrying more follow ups on avg per day than she, primarily because she is not there in the morning on time and these pts need to be divided in a timely manner so that we can round, chart review and be prepared to present for table rounds. When I provided her with feedback regarding her tardiness, she stated she "didn't know it was a rule to come at 8am". Our program's policies and guidelines make it clear that we are to be at work by 8am. In fact it is not uncommon for residents to show up for VA consults at 7 or 730am each day.

I have frequently received criticisms from Dr. Diekman when I distribute pts to her. On Aug 7, when Dr. Bassi and I left the conference room (where prite review was being held) she was seen talking casually with other residents.. When she came back to the consult rm around 130pm or about 30 minutes late, she became very upset when I gave her a 3rd new patient; she proceeded to ask if Dr. Bassi or I had taken our third patients. When I told her Dr. Bassi had already taken 3 and I had taken 2, she became upset that I did not take the new pt rather than her. She became dismissive and walked out of the consult room and demanded I text her the patient information; she should know fully well that we cannot text such pt identified info using our phone. Nevertheless, at the end of that day, we had each taken 3 new pts, even while my duties as Senior Resident do not necessitate equal pt load (although I try). I have talked with both Drs. Turner and Welch who stated they agree with the way pts have been distributed. Later that day when I confronted her regarding her arguing  when I distribute patients to her, she became very upset when mentioning my giving her a new pt at 11am on Aug 3rd, on her clinic day which starts at 1pm. When I gave her this pt I  had also mentioned that she could simply see the pt and make an abbreviated note with recommendations to the consulting team and then complete a full H&P the next morning.

Not only does her labile behavior cause disruptions on the consult team, but what is extremely concerning is her lack of being able to handle a normal pt load with a 3 person consult team, when usually the consult service has only 2 residents. Keep in mind that she is not even functioning as a Senior Resident when most

UF/Diekman 000287

PGY3s should be able to handle a senior position as our PGY2s routinely do. Needless to say, I feel the team is more secure with Dr. Bassi holding the pager while I am out for clinic given her previous attempts to dismiss and argue with medicine attendings and IM residents when they consult psychiatry.

On August 4th. of the 14 new pts that came in, Dr. Bassi and I saw all 2 that came in before 12pm and then he and I went to didactics and clinic respectively. Apparently 12 more consults came in; after talking with Drs. Turner and Dr. Welch, Dr. Uma saw one, the consult attendings saw 4 of these patients and she passed 2 patients to short call as per her sign out. Whether or not she only had to see 5 patients this afternoon, she made no mention of passing one of these 5 new pts to herself the next morning. I had no idea this pt was new and Dr. Diekman only told me this was a new pt until I asked her what was going on with the pt. This program has made it pretty clear that if you pass to yourself at minimum you must let the consult attendings know for approval and sign this out via email. After talking with Drs. Turner and Welch neither of these 2 things were done.

I am also concerned about her interactions with medical students while working in the consult room. She does very little talking/teaching about psychiatry when she talks to medical students but often times the medical knowledge she disseminates is lacking in accuracy.It makes me feel embarrassed and uncomfortable to have a third year resident tell medical students that VA medicine attendings do not do hypotension work-ups correctly when in fact our specialty is psychiatry and we have no business
defaming IM residents/attendings who work at the VA.

Thanks for reviewing this feedback and please read Dr. Bassi's email below.


Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

From: Bruce Bassi <​███████████>
Sent: Sunday, August 9, 2015 5:46 PM
To: Ettensohn,Marc
Subject: CL

Hey Marc,

I just wanted to bring into your attention a couple concerns I had with the way things are going on the C&L service. I believe that every layer of the team is important in an academic setting, and when one member of that team isn't contributing positively, I just think it's worth bringing it up to someone else.

UF/Diekman 000288

First of all, I just want to preface this by saying that when I got signout from Sarah Diekman on our orientation day June 30th, I got the perception that she was more interested in leaving to go to clinic than helping me acclimate to the unit. It was a Tuesday, so understandably, she had to go to clinic in the afternoon, but it just seemed very strange that she just had her headphones in while I sat there next to her she just continued typing notes. If I interrupted her, she gave me a very short answer. Furthermore, when there was any issue that came up with the nurses, I noticed she did not handle them very gracefully in terms of her body language. Seeing her so flustered made me initially worried that if a senior resident couldn't handle the workload, how would I? I come to find out that it was not as bad as I thought. This gives me pause that the is ready to handle the responsibilities of a senior resident.

Secondly, I just wanted to point out some of her latest work which I noticed: an H&P on a patient who came in on Friday 8/7. The note doesn't look complete, yet she signed it. The CPRS note title is wrong; it is not a progress note. The visit type was chosen incorrectly. There are over 10 typos and frequent misspellings, including delirium spelled "dilirum" twice, some incomplete sentences like she forgot about them. There is absolutely no assessment of the patient and her plan is just to hold all medications. I don't know why she would skimp on effectively the most important part of the note; essentially the whole reason that team consulted us. On things like consults, I think we should be held to a higher standard since our colleagues from other departments read these notes and base their impressions of us off them. If we want to be the best and brightest residency program at UF we have to act like it and not heedlessly write consult notes just to check off a box.

Lastly, and this might be considered a matter of style, but I think that she detracts among the camaraderie and spirit among the team. I get the impression that the medical students feel she is using them to complete her work. Every day last week, she came into work late (past the scheduled hour we start taking pages: 8 AM) and tries to have the medical students make up for her unpreparedness. I think they notice this, and they base their impressions of our residency as a whole off her, which is unfortunate.

I don't think that anything has to be done in response to this email, but all I wanted was to bring it to your and Jordans attention.

See ya!

UF/Diekman 000289

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Ginory,Almari |
| **Sent:** | Monday, August 10, 2015 11:50 AM |
| **To:** | Hobbs,Jacqueline A; Mccallister,Dorothy J |
| **Cc:** | UF Psychiatry Chief Resident |
| **Subject:** | SD July Feedback |

Hi Dr. Hobbs,

I wanted to provide you with some feedback regarding Sarah Diekman's performance this past month during her rotation on UF Consults.

1. Work Ethic- Sarah consistently presented to rounds un-prepared.  She would have the students pre-round on her patients and she would not actually see them.  Both Dr. Fayad and myself told her that she needed to see her patients on her own, but this did not alter the behavior.  In addition, she did not know the prns or other medications that the patient was taking, indicating that she had not even done a chart review.  She would blame in on the "new epic layout" however there were no noticeable changes to the medication list in Epic.  The more likely response was that she had not reviewed the charts.  Since she was in a different office from the residents, we have no way of knowing what time she arrived but based on her lack of preparedness for rounds, it is possible that she was not arriving at 8am.  On one occasion she arrived to rounds over an hour late at 10:30 because she was "pumping gas."  In addition, She was often disruptive during rounds, having non-relevant discussions with students and other residents (childhood stories, etc) which deterred from teaching and delayed rounds.

2. Notes- Sarah made some improvement in her notes based on our prior extensive discussion on her last rotation which included less copy and pasting.  However she continued to have limited interval histories (in some occasion they were left uncompleted mid-sentence), spelling and grammar errors, and limited plans. Her plans would often be "no changes" not describing what medications the patient should be on or the indications or why medications were not started. On occasion, she would not follow through with the plan we had discussed on rounds, such as increasing or decreasing meds when that was not my recommendation.  Starting Remeron in a patient with no prior benefit to remeron that I had recommended trazodone.  In addition, she was often very late with her notes and on one occasion left a couple for the next day without notifying the attending.  I made very sure that she was not overburdened on afternoons that she was alone, at most she would have 3 new patient notes for the afternoon, which should be tolerable for a 3rd year resident.  Her notes would not portray an accurate representation of the patients.  If a patient was altered or confused, she would write in her MSE "unable to assess due to mutism," which is an inaccurate statement as pt was talking, but they were confused and disoriented.

3. Phone calls- she would often not contact the consulting teams to provide recommendations as evidenced by the after-hours call to the short call person looking for our recommendations and teams mentioning to me during rounds that they had not heard what our recommendations were.  This would cause confusion and a delay in care.  Also, she would always have the students obtain collateral information for her from family members. The students would present this collateral information on

UF/Diekman 000290

rounds and she would not incorporate into her notes.   On days there were no students, she would not make the phone calls and this would often result in a delay in care.

4.  Knowledge base- this is probably the most concerning, especially because of the fact that she is a 3rd year resident.  Sarah's psychiatric knowledge is lacking and definitely not at the level of a 3rd year. I would more often than not, disagree with her treatment plans. Here are some of the most extreme examples:

    a.  Patient in her mid 20's with panic attacks only ever treated with Remeron.  Sarah stated that since the patient had failed an SNRI she wanted to try a low dose antipsychotic such as Seroquel.  When asked about what SNRI was tried, she stated Remeron.  She did not know that Remeron was not a SNRI or its mechanism of action.  When I asked her that there was something else she could try, she stated that is why she wanted to go off label with Seroquel.  She did not consider the SSRIs which are first line.
    b.  Patient in her early 20's with an extensive substance history going back to her teens.  Both patient and mother admitted to this long history of substance use with no periods of sobriety.  Sarah diagnosed her with Bipolar Disorder.  When I went over the substance history with her again, she agreed that pt "mood swings" were likely due to her cocaine use.  Pt complained of poor sleep, to which Sarah recommended PRN Depakote.  I discussed how that was not first line, especially in this patient at high risk of pregnancy (prostituting herself for drugs) but she thought that it would help with her Bipolar- which I already had already said the patient did not meet criteria.
    c.  Patient in his late 50's diagnosed with cancer, we were consulted over the weekend for treatment of depression associated with his diagnosis of cancer and prolonged hospital stay.  He was started on an antidepressant.  When she presented the patient on Monday, she stated that she thought the patient was misdiagnosed and that his symptoms were due to a hypoactive delirium.  I had reviewed the chart and saw no signs of waxing and waning of cognition or attention or disorientation.  When I asked her why she thought that, she stated it was because his affect was constricted and he had psychomotor retardation. She agreed there was no disorientation or other symptoms of delirium.  I explained that these symptoms she was describing were consistent with a diagnosis of depression not delirium.
    d.  There were cases where she recommended use of benzodiazepines in pts with delirium. In one patient she was worried about Alcohol withdrawal, although the patient had been in the hospital almost 3 weeks with no tremor, and normal vital signs.

She was open to feedback and would make temporary changes but she required frequent reminders. I often had to remind myself that Sarah was a 3rd year resident.  Again, the most concerning was her knowledge base which concerns me for her future patient care.
Please let me know if you have any questions.

Almari Ginory, DO
Assistant Professor
University of Florida
Department of Psychiatry
Pager: (352) 413-1419
Email: ginory@ufl.edu

**NOTE:** This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this

UF/Diekman 000291

communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000292

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, August 12, 2015 1:34 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | Fwd: resident performance summary |

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Welch, Stephen J P." <Stephen.Welch@va.gov>
> **Date:** August 12, 2015 at 1:32:52 PM EDT
> **To:** "Hobbs,Jacqueline A (jahobbs@UFL.EDU)" <jahobbs@ufl.edu>
> **Cc:** "Thornton, Joe E." <Joe.Thornton@va.gov>, "Tandon, Rajiv" <Rajiv.Tandon@va.gov>, "Turner, Ana T." <Ana.Turner@va.gov>
> **Subject: resident performance summary**

Jackie,

First summary follows. I have removed patient identifiers. I have them in a copy encrypted in my VA email if they need to be referenced later. Drs. Thornton, Tandon, and Turner also have copies.

Let me know if you have any questions.

-Stephen

Diekman, S. Performance notes for August 2015

General: Week of 8/3/15 relying too much on information from medical student interviews without verifying herself.

Continuing: Almost all medical ROS's documented are "no's." This is in severely sick, medically complex patients in the hospital on many medications. Veracity of a 14 system ROS being no across the board is suspect.

Dr. Diekman's performance and medical knowledge are concerning with patient care in mind. When asked how she is doing, she perceives herself as on course in her training. Her perception versus the reality of where she is in her training is very concerning.

UF/Diekman 000293

The level of direct attending supervision to prevent negative outcomes/serious patient safety issues is excessive. An intern last month required less direct supervision.

## Monday August 3rd

Didn't see 2x patients before team rounds

## XXXX
Presentation was terrible. Missing core clinical issue of delirium (not depression/SI) despite extensive attending note detailing the case from previous week

## XXXX
CSRA for 8-3-15 consult not completed until 8-4
Did not review VistaWeb; plenty of time, missed understanding of psychiatry medication adjustment timelines; Valium in respiratory compromised patient

## XXXX
Unaware of psychiatry medications at morning presentation

## Tuesday August 4th

Time management
At 2:30pm had seen 2x news and 1x follow-up with no notes done

Did not follow instructions to write orders on **XXXX**, see **XXXX**, call Welch with updates after repeated instruction and confirmation of understanding

Documentation
## XXXX
CSRA on patient marked high risk:
Has the patient presented with suicidal ideation, threats, or self-harm within the past 30 days?
Yes
Specify:
Nothing in specify
No MMSE on this patient

## XXXX
Follow-up note on a patient not completed/signed until AM of August 5th
Still inadequate VistaWeb review; missed TBI history
Did not know Acute Stress disorder vs chronic PTSD in presentation
Got OSH records incorrect; Did not know accurately timeline of recent Valium changes as did not review OSH records scanned in CPRS imaging as requested
Did not have an adequate understanding of what was going on with patient; 1 follow-up patient to present at rounds

UF/Diekman 000294

## XXXX
Placeholder H+P at 1832; as of 8-5 3:00 no full H+P

## Wednesday August 5th

2x verbal feedbacks to complete H+P on **XXXX** required before completed (not done until 8/6/15 AM)

## Thursday August 6th

Feedback given; email summary sent
---BEGIN---
8-6-15 Feedback Summary

Issue: Consistency
Improvement recommendation: Use templates as provided; follow instructions from attending covering service

Issue: Timeliness
Improvement recommendation: Notes must be completed on the day of service

Issue: Time Management
Improvement recommendation: Arrive on time; request assistance for clinical needs management from attending covering service as needed

If note entry must be delayed due to clinical demands/surge status:
Brief placeholder note summarizing clinical presentation, diagnosis, recommendations, documentation of communication to primary team should be placed.
Full note due by end of day.
Adjustments to this based on clinical need (i.e. H+P completion for transfer to Vines process to begin may take precedence)
---END---

Required medical knowledge expected in psychiatry PGY-3 lacking; does not understand proxy vs guardian and other capacity to consent issues (**XXXX** had current capacity; presentation done as if a medical proxy was required before treatment could be given)

## XXXX
Renal issues core medical problem; not aware of renal recommendations at morning rounds

## Friday August 7th

Late to morning rounds; no explanation given

                    UF/Diekman 000295

**XXXX**
Psychology requested us to see him earlier than planned; verbal and written (note left by Turner on team list) "**Shorter asked we see him Fri, starting to look delirious again 8/6" – Did not know what psychology's concerns were; response "I didn't read their note."

**XXXX**
Daily progress note for today not signed until late PM of 8/11/15
Pt was DC'ed 8/9/15

**XXXX**
H+P inappropriately entered as a daily progress note

**Monday August 10th**

Late to morning rounds

**XXXX**
Note inappropriately signed with many blank sections including missing mental status exam.

**Tuesday August 11th**

Medical knowledge – In presenting **XXXX** described the psychomotor retardation of depression and then identified it as catatonia

**XXXX**
Progress note instead of consult H+P
When asked about this, stated she has "changed my defaults"

**XXXX** – When asked about reason for 8/7/15 note deficiency: "I didn't sign it."

**XXXX** – When asked about missing MSE from 8/10/15 "I didn't do it."

Stephen Welch, M.D.
Psychiatrist, Consultation Liaison Services
Psychiatry Coordinator for Patient Safety and Quality Improvement
Malcom Randall VA Medical Center
North Florida/South Georgia Veterans Health System
Adjunct Clinical Assistant Professor
Department of Psychiatry
University of Florida College of Medicine
Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

                    UF/Diekman 000296

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Saturday, August 22, 2015 11:18 AM |
| **To:** | Turner,Ana Thomas |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: resident performance summary |

Also, thanks so much for doing a CSA with her. I think faculty would be surprised what she is actually capable of. Dawn and I did one with her last year, and she passed as well. Weakest part was the presentation but still passable. We were both actually shocked by the disconnect between the CSA and her daily work. I think knowing about the CSA has caused me to press on and hope for improvement, but it just isn't happening.

I agree that she just can't handle usual clinical work with its load and many distractions.

Again, many thanks!

Jackie

Sent from Dr. H's iPhone.

> On Aug 22, 2015, at 9:56 AM, Turner,Ana Thomas <aturner@ufl.edu> wrote:
>
> I do have more specifics locked up in the VA (sorry was planning on sending Monday), but from memory:
>
> -Tuesday I completed a CSA with Sarah and she was "satisfactory" for
> the majority of components, above satisfactory for some, I provided her a written copy of all of the feedback for the CSA i.e. specific things to improve; what I feel the issue, then, is threefold: in documentation afterward (verbal presentation was satisfactory, but note had details lacking), when a patient is "complex" (this particular patient was "mild-moderage" complexity; specific examples of difficulties complex cases from the week are at the VA, sorry!), and when the workload is moderate to heavy.
>
> -A specific example of moderate to heavy workload from the week is Tuesday afternoon we had 4 new patients come in before 3:30 (2 news in the morning were handled by other team members), a typical PGY3 would be able to handle 4 news in one afternoon, but Sarah asked at 3:30 if we could pass to short call because she felt she would not be able to see the patients/complete the work timely enough for some of their acute issues (i.e., safety concerns). So I completed one of the news and she completed 3 (not reported in sign out, but many residents fail to report this). I felt it was not an "accommodation" because I would do the same to prevent passing for any resident, but feel this is not a PGY-3 level of patient management.
>
> -One major issue was on a patient that we were tapering Ativan, recs were given to decrease Wed, then on Thur not only was she not aware the medicine team had not followed our recs, but she repeated the same recs in her note yet put the incorrect order in when transferring the patient (i.e., recs in her note from Wed and Thur said decrease Ativan to 0.5mg qAM, Thur it was still BID when on medicine floor then when she put in orders she kept it BID)- this could have impaired the patient's ECT the next AM had I not caught it.
>
> -The other consistent problem off the top of my head is again using the correct template (repeated mistakes the same as previous weeks, details on Monday), and fully completing the template (repeated same mistakes as previous weeks).
>
>

                                                  UF/Diekman 000297

> 
> Ana Turner, MD
> Psychiatrist, Consult Liaison Service
> North Florida/South Georgia Veterans Health System Adjunct Clinical
> Assistant Professor University of Florida College of Medicine Dept of
> Psychiatry
> 
> CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient and may contain confidential and privileged information that is exempt from public disclosure.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you received this message in error please contact the sender (by phone or reply electronic mail) and then destroy all copies of the original message.
> 
> _____
> From: Hobbs,Jacqueline A
> Sent: Saturday, August 22, 2015 8:40 AM
> To: Welch, Stephen J P.
> Cc: Turner,Ana Thomas; Mccallister,Dorothy J
> Subject: Re: resident performance summary
> 
> Hi, any updates? I am writing up a letter this weekend summarizing the last 3 months of performance for review by Drs. Bussing and GME.
> 
> If you have any more info you would like to share, I would appreciate it.
> 
> Thanks,
> 
> Jackie
> 
> From: <Welch>, Stephen Welch
> <Stephen.Welch@va.gov<mailto:Stephen.Welch@va.gov>>
> Date: Wednesday, August 12, 2015 at 1:32 PM
> To: "Hobbs,Jacqueline A" <jahobbs@ufl.edu<mailto:jahobbs@ufl.edu>>
> Cc: Joe Thornton <joe.thornton@va.gov<mailto:joe.thornton@va.gov>>,
> Rajiv Tandon <Rajiv.Tandon@va.gov<mailto:Rajiv.Tandon@va.gov>>, Ana
> Turner <Ana.Turner@va.gov<mailto:Ana.Turner@va.gov>>
> Subject: resident performance summary
> 
> Jackie,
> 
> First summary follows. I have removed patient identifiers. I have them in a copy encrypted in my VA email if they need to be referenced later. Drs. Thornton, Tandon, and Turner also have copies.
> 
> Let me know if you have any questions.
> 
> -Stephen
> 
> 
> 
> 
> 
> Diekman, S. Performance notes for August 2015
> 

UF/Diekman 000298

> General: Week of 8/3/15 relying too much on information from medical student interviews without verifying herself.
>
> Continuing: Almost all medical ROS's documented are "no's." This is in severely sick, medically complex patients in the hospital on many medications. Veracity of a 14 system ROS being no across the board is suspect.
> Dr. Diekman's performance and medical knowledge are concerning with patient care in mind. When asked how she is doing, she perceives herself as on course in her training. Her perception versus the reality of where she is in her training is very concerning.
>
> The level of direct attending supervision to prevent negative outcomes/serious patient safety issues is excessive. An intern last month required less direct supervision.
>
> Monday August 3rd
>
> Didn't see 2x patients before team rounds
>
> XXXX
> Presentation was terrible. Missing core clinical issue of delirium
> (not depression/SI) despite extensive attending note detailing the
> case from previous week
>
> XXXX
> CSRA for 8-3-15 consult not completed until 8-4 Did not review
> VistaWeb; plenty of time, missed understanding of psychiatry
> medication adjustment timelines; Valium in respiratory compromised
> patient
>
> XXXX
> Unaware of psychiatry medications at morning presentation
>
> Tuesday August 4th
>
> Time management
> At 2:30pm had seen 2x news and 1x follow-up with no notes done
>
> Did not follow instructions to write orders on XXXX, see XXXX, call
> Welch with updates after repeated instruction and confirmation of
> understanding
>
> Documentation
> XXXX
> CSRA on patient marked high risk:
> Has the patient presented with suicidal ideation, threats, or
> self-harm within the past 30 days?
> Yes
> Specify:
> Nothing in specify
> No MMSE on this patient
>
> XXXX
> Follow-up note on a patient not completed/signed until AM of August
> 5th Still inadequate VistaWeb review; missed TBI history Did not know
> Acute Stress disorder vs chronic PTSD in presentation Got OSH records

3

UF/Diekman 000299

> incorrect; Did not know accurately timeline of recent Valium changes
> as did not review OSH records scanned in CPRS imaging as requested Did
> not have an adequate understanding of what was going on with patient;
> 1 follow-up patient to present at rounds
>
> XXXX
> Placeholder H+P at 1832; as of 8-5 3:00 no full H+P
>
> Wednesday August 5th
>
> 2x verbal feedbacks to complete H+P on XXXX required before completed
> (not done until 8/6/15 AM)
>
> Thursday August 6th
>
> Feedback given; email summary sent
> ---BEGIN---
> 8-6-15 Feedback Summary
>
> Issue: Consistency
> Improvement recommendation: Use templates as provided; follow
> instructions from attending covering service
>
> Issue: Timeliness
> Improvement recommendation: Notes must be completed on the day of
> service
>
> Issue: Time Management
> Improvement recommendation: Arrive on time; request assistance for
> clinical needs management from attending covering service as needed
>
> If note entry must be delayed due to clinical demands/surge status:
> Brief placeholder note summarizing clinical presentation, diagnosis, recommendations, documentation of
communication to primary team should be placed.
> Full note due by end of day.
> Adjustments to this based on clinical need (i.e. H+P completion for
> transfer to Vines process to begin may take precedence)
> ---END---
>
> Required medical knowledge expected in psychiatry PGY-3 lacking; does
> not understand proxy vs guardian and other capacity to consent issues
> (XXXX had current capacity; presentation done as if a medical proxy
> was required before treatment could be given)
>
> XXXX
> Renal issues core medical problem; not aware of renal recommendations
> at morning rounds
>
> Friday August 7th
>
> Late to morning rounds; no explanation given
>

UF/Diekman 000300

> XXXX
> Psychology requested us to see him earlier than planned; verbal and written (note left by Turner on team list)
> "**Shorter asked we see him Fri, starting to look delirious again 8/6" – Did not know what psychology's concerns were; response "I didn't read their note."
>
> XXXX
> Daily progress note for today not signed until late PM of 8/11/15 Pt
> was DC'ed 8/9/15
>
> XXXX
> H+P inappropriately entered as a daily progress note
>
> Monday August 10th
>
> Late to morning rounds
>
> XXXX
> Note inappropriately signed with many blank sections including missing mental status exam.
>
> Tuesday August 11th
>
> Medical knowledge – In presenting XXXX described the psychomotor
> retardation of depression and then identified it as catatonia
>
> XXXX
> Progress note instead of consult H+P
> When asked about this, stated she has "changed my defaults"
>
> XXXX – When asked about reason for 8/7/15 note deficiency: "I didn't sign it."
>
> XXXX – When asked about missing MSE from 8/10/15 "I didn't do it."
>
>
> Stephen Welch, M.D.
> Psychiatrist, Consultation Liaison Services Psychiatry Coordinator for
> Patient Safety and Quality Improvement Malcom Randall VA Medical
> Center North Florida/South Georgia Veterans Health System Adjunct
> Clinical Assistant Professor Department of Psychiatry University of
> Florida College of Medicine
> Pager: 352-413-0887
>
> NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000301

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Welch, Stephen J P. <Stephen.Welch@va.gov> |
| **Sent:** | Monday, August 24, 2015 8:34 AM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Turner,Ana Thomas; Mccallister,Dorothy J |
| **Subject:** | RE: resident performance summary |

I was on vacation last week, so Ana had all the patient care issues.

I would only add, Dr. Diekman requires a higher level of supervision in her PGY-3 year for me to feel patient care is minimally adequate than some PGY-1's have needed after only 1 month on the CL service. Given she has had 2 years of training and still requires this intensive level of supervision, I do not see how she will successfully and safety practice medicine independently. She can do an adequate job with 1 or 2 patients. More than that, her mistakes put patient safety at risk.

-Stephen

Stephen Welch, M.D.
Psychiatrist, Consultation Liaison Services
Psychiatry Coordinator for Patient Safety and Quality Improvement
Malcom Randall VA Medical Center
North Florida/South Georgia Veterans Health System
Adjunct Clinical Assistant Professor
Department of Psychiatry
University of Florida College of Medicine
Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

> **From:** Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
> **Sent:** Saturday, August 22, 2015 8:41 AM
> **To:** Welch, Stephen J P.
> **Cc:** Turner,Ana Thomas; Mccallister,Dorothy J
> **Subject:** [EXTERNAL] Re: resident performance summary
>
> Hi, any updates? I am writing up a letter this weekend summarizing the last 3 months of performance for review by Drs. Bussing and GME.
>
> If you have any more info you would like to share, I would appreciate it.
>
> Thanks,
>
> Jackie
>
> **From:** <Welch>, Stephen Welch <Stephen.Welch@va.gov>
> **Date:** Wednesday, August 12, 2015 at 1:32 PM
> **To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>

UF/Diekman 000302

**Cc:** Joe Thornton <joe.thornton@va.gov>, Rajiv Tandon <Rajiv.Tandon@va.gov>, Ana Turner
<Ana.Turner@va.gov>
**Subject:** resident performance summary

Jackie,

First summary follows. I have removed patient identifiers. I have them in a copy
encrypted in my VA email if they need to be referenced later. Drs. Thornton,
Tandon, and Turner also have copies.

Let me know if you have any questions.

-Stephen

Diekman, S. Performance notes for August 2015

General: Week of 8/3/15 relying too much on information from medical student
interviews without verifying herself.

Continuing: Almost all medical ROS's documented are "no's." This is in severely
sick, medically complex patients in the hospital on many medications. Veracity of a
14 system ROS being no across the board is suspect.

Dr. Diekman's performance and medical knowledge are concerning with patient
care in mind. When asked how she is doing, she perceives herself as on course in
her training. Her perception versus the reality of where she is in her training is
very concerning.

The level of direct attending supervision to prevent negative outcomes/serious
patient safety issues is excessive. An intern last month required less direct
supervision.

## Monday August 3rd

Didn't see 2x patients before team rounds

## XXXX
Presentation was terrible. Missing core clinical issue of delirium (not
depression/SI) despite extensive attending note detailing the case from previous
week

## XXXX
CSRA for 8-3-15 consult not completed until 8-4
Did not review VistaWeb; plenty of time, missed understanding of psychiatry
medication adjustment timelines; Valium in respiratory compromised patient

        UF/Diekman 000303

**XXXX**
Unaware of psychiatry medications at morning presentation

## Tuesday August 4th

Time management
At 2:30pm had seen 2x news and 1x follow-up with no notes done

Did not follow instructions to write orders on **XXXX**, see **XXXX**, call Welch with updates after repeated instruction and confirmation of understanding

Documentation
**XXXX**
CSRA on patient marked high risk:
Has the patient presented with suicidal ideation, threats, or self-harm within the past 30 days?
Yes
Specify:
Nothing in specify
No MMSE on this patient

## XXXX

Follow-up note on a patient not completed/signed until AM of August 5th
Still inadequate VistaWeb review; missed TBI history
Did not know Acute Stress disorder vs chronic PTSD in presentation
Got OSH records incorrect; Did not know accurately timeline of recent Valium changes as did not review OSH records scanned in CPRS imaging as requested
Did not have an adequate understanding of what was going on with patient; 1 follow-up patient to present at rounds

## XXXX
Placeholder H+P at 1832; as of 8-5 3:00 no full H+P

## Wednesday August 5th

2x verbal feedbacks to complete H+P on **XXXX** required before completed (not done until 8/6/15 AM)

## Thursday August 6th

Feedback given; email summary sent
---BEGIN---
8-6-15 Feedback Summary

Issue: Consistency
Improvement recommendation: Use templates as provided; follow instructions from attending covering service

Issue: Timeliness

Improvement recommendation: Notes must be completed on the day of service

Issue: Time Management
Improvement recommendation: Arrive on time; request assistance for clinical needs management from attending covering service as needed

If note entry must be delayed due to clinical demands/surge status:
Brief placeholder note summarizing clinical presentation, diagnosis, recommendations, documentation of communication to primary team should be placed.
Full note due by end of day.
Adjustments to this based on clinical need (i.e. H+P completion for transfer to Vines process to begin may take precedence)
---END---

Required medical knowledge expected in psychiatry PGY-3 lacking; does not understand proxy vs guardian and other capacity to consent issues (**XXXX** had current capacity; presentation done as if a medical proxy was required before treatment could be given)

## **XXXX**
Renal issues core medical problem; not aware of renal recommendations at morning rounds

## **Friday August 7th**

Late to morning rounds; no explanation given

## **XXXX**
Psychology requested us to see him earlier than planned; verbal and written (note left by Turner on team list) "**Shorter asked we see him Fri, starting to look delirious again 8/6" – Did not know what psychology's concerns were; response "I didn't read their note."

## **XXXX**
Daily progress note for today not signed until late PM of 8/11/15
Pt was DC'ed 8/9/15

## **XXXX**
H+P inappropriately entered as a daily progress note

## **Monday August 10th**

Late to morning rounds

## **XXXX**
Note inappropriately signed with many blank sections including missing mental status exam.

## Tuesday August 11th

Medical knowledge – In presenting **XXXX** described the psychomotor retardation of depression and then identified it as catatonia

## XXXX
Progress note instead of consult H+P
When asked about this, stated she has "changed my defaults"

**XXXX** – When asked about reason for 8/7/15 note deficiency: "I didn't sign it."

**XXXX** – When asked about missing MSE from 8/10/15 "I didn't do it."

Stephen Welch, M.D.
Psychiatrist, Consultation Liaison Services
Psychiatry Coordinator for Patient Safety and Quality Improvement
Malcom Randall VA Medical Center
North Florida/South Georgia Veterans Health System
Adjunct Clinical Assistant Professor
Department of Psychiatry
University of Florida College of Medicine
Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000306

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, August 24, 2015 3:29 PM |
| **To:** | Holbert,Richard C,II |
| **Cc:** | Ginory,Almari; Averbuch,Robert N; Mccallister,Dorothy J |
| **Subject:** | RE: review draft |

So that is more than ample time to deal with a new patient. She has had over 1 year's experience with clinic, so she should be able to do this, even if somewhat complicated.

It drives home the point that she is not performing at the required level of training.

Thanks for giving her verbal feedback on her lack of proper chart review. She has to hear that over and over from faculty. She does not prepare properly for patient care. She could have reviewed the chart yesterday if she knows this is a problem for her.

She will be hearing it directly from me soon in a more formal manner, but until then, you must give her feedback verbally, then follow up in an e-mail with a copy to Ginory, Averbuch, and me.

Thanks,

Jackie

-----Original Message-----
From: Holbert,Richard C,II
Sent: Monday, August 24, 2015 3:23 PM
To: Hobbs,Jacqueline A
Cc: Ginory,Almari; Averbuch,Robert N
Subject: Re: review draft

Yes

Sent from my iPhone

> On Aug 24, 2015, at 3:14 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:
>
> Was this a 90-minute new appt?
>
> -----Original Message-----
> From: Holbert,Richard C,II
> Sent: Monday, August 24, 2015 2:57 PM
> To: Ginory,Almari
> Cc: Averbuch,Robert N; Hobbs,Jacqueline A
> Subject: Re: review draft
>
> The issue here was she could not or did not review that admission. She told us the medications on the discharge summary and progress notes were different. They were not.
>
> Sent from my iPhone

UF/Diekman 000307

>

>> On Aug 24, 2015, at 2:35 PM, Ginory,Almari <ginory@ufl.edu> wrote:

>>

>> I'm not sure how one could pre-screen a new patient? Even a basic depression screen can become very complicated. If we expect her to be able to go to clinic next year she will need to learn to handle some complicated patients. I also wonder how many of the patients are truly more complicated than others versus other factors.

>>

>> Sent from my iPhone

>>

>>> On Aug 24, 2015, at 2:18 PM, Averbuch,Robert N <averbuch@UFL.EDU> wrote:

>>>

>>> Re clinic, do we have any ability to more careful with the cases we assign to her? Just seems like she's randomly getting some very complicated cases- ex, today she had a complicated Vista f/u with meds very unclear- Holbert able to figure it out from his recollection/reviewing EPIC. Without his input/personal knowledge of the case, would have been a real challenge.

>>>

>>> Sent from my email

>>>

>>>> On Aug 23, 2015, at 12:58 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:

>>>>

>>>> Hi, here is a first draft of the letter for SD. Please review and provide edits. This will have to go through Bussing, GME, and legal, I'm sure before we can give it to her, so the sooner we edit and move through the process the better...What I'm trying to say is Hurry!...:) At least as soon as you can.

>>>>

>>>> I want to have this in place so that we are looking at a Dec or Mar final decision. You'll see in the letter.

>>>>

>>>> Thanks,

>>>>

>>>> Jackie

>>>> <Performance letter draft 082315.doc>

UF/Diekman 000308

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Monday, August 24, 2015 9:39 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: resident performance summary |

**From:** <Turner>, Ana Turner <Ana.Turner@va.gov>
**Date:** Monday, August 24, 2015 at 3:43 PM
**To:** Stephen Welch <Stephen.Welch@va.gov>, "Hobbs,Jacqueline A" <jahobbs@ufl.edu>
**Cc:** Joe Thornton <joe.thornton@va.gov>, Rajiv Tandon <Rajiv.Tandon@va.gov>
**Subject:** RE: resident performance summary

Here is feedback on SD for last week. The pattern I've noticed is issues arise when the workload increases. Not sure if this is due to difficulties with multitasking or distraction.

Monday Aug 17- saw 3 follow ups, no issues

Tue Aug 18- saw 1 follow up, 3 news; completed CSA- she was "satisfactory" for the majority of components, above satisfactory for some, I provided her a written copy of all of the feedback for the CSA i.e. specific things to improve; Issue with new patients: had 4 new patients come in before 3:30 (2 news in the morning were handled by other team members), a typical PGY3 would be able to handle 4 news in one afternoon, but Sarah asked at 3:30 if we could pass to short call because she felt she would not be able to see the patients/complete the work timely enough for some of their acute issues (i.e., safety concerns). So I completed one of the news and she completed 3 (not reported in sign out, but many residents fail to report this). I felt it was not an "accommodation" because I would do the same to prevent passing for any resident, but feel this is not a PGY-3 level of patient management.

Wed Aug 19- saw 4 follow ups, no issues

Thur Aug 20- saw 3 follow ups and 2 news;
-issue with a follow up that on Wed we advised to decrease Ativan to 0.5mg qAM Wed, then on Thur not only was she not aware the medicine team had not followed our recs, but she put the incorrect order in when transferring the patient (i.e., recs in her note from Wed and Thur said decrease Ativan to 0.5mg qAM, Thur it was still BID when on medicine floor then when she put in orders she kept it BID)- this could have impaired the patient's ECT the next AM had I not caught it
- issue with new- used "progress note" title instead of "consult h&p", which had been discussed in previous feedback sessions; she corrected this on her own without my prompting

Fri Aug 21- saw 3 follow ups and 1 new; used "admit h&p" note title instead of "consult h&p" which has been discussed in previous feedback sessions; **Dr. Tandon** staffed the follow ups, please let Dr. Hobbs know if you have any specific feedback on those.

Ana Turner, MD
Psychiatrist, Consult Liaison Service
North Florida/South Georgia Veterans Health System
Adjunct Clinical Assistant Professor
University of Florida College of Medicine Dept of Psychiatry

UF/Diekman 000309

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient and may contain confidential and privileged information that is exempt from public disclosure.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you received this message in error please contact the sender (by phone or reply electronic mail) and then destroy all copies of the original message.

**From:** Welch, Stephen J P.
**Sent:** Wednesday, August 12, 2015 1:33 PM
**To:** Hobbs,Jacqueline A (jahobbs@UFL.EDU)
**Cc:** Thornton, Joe E.; Tandon, Rajiv; Turner, Ana T.
**Subject:** resident performance summary

Jackie,

First summary follows. I have removed patient identifiers. I have them in a copy encrypted in my VA email if they need to be referenced later. Drs. Thornton, Tandon, and Turner also have copies.

Let me know if you have any questions.

-Stephen

Diekman, S. Performance notes for August 2015

General: Week of 8/3/15 relying too much on information from medical student interviews without verifying herself.

Continuing: Almost all medical ROS's documented are "no's." This is in severely sick, medically complex patients in the hospital on many medications. Veracity of a 14 system ROS being no across the board is suspect.

Dr. Diekman's performance and medical knowledge are concerning with patient care in mind. When asked how she is doing, she perceives herself as on course in her training. Her perception versus the reality of where she is in her training is very concerning.

The level of direct attending supervision to prevent negative outcomes/serious patient safety issues is excessive. An intern last month required less direct supervision.

## Monday August 3rd

Didn't see 2x patients before team rounds

## XXXX

Presentation was terrible. Missing core clinical issue of delirium (not depression/SI) despite extensive attending note detailing the case from previous week

UF/Diekman 000310

**XXXX**
CSRA for 8-3-15 consult not completed until 8-4
Did not review VistaWeb; plenty of time, missed understanding of psychiatry medication adjustment timelines; Valium in respiratory compromised patient

**XXXX**
Unaware of psychiatry medications at morning presentation

**Tuesday August 4th**

Time management
At 2:30pm had seen 2x news and 1x follow-up with no notes done

Did not follow instructions to write orders on **XXXX**, see **XXXX**, call Welch with updates after repeated instruction and confirmation of understanding

Documentation
**XXXX**
CSRA on patient marked high risk:
Has the patient presented with suicidal ideation, threats, or self-harm
within the past 30 days?
Yes
Specify:
Nothing in specify
No MMSE on this patient

**XXXX**
Follow-up note on a patient not completed/signed until AM of August 5th
Still inadequate VistaWeb review; missed TBI history
Did not know Acute Stress disorder vs chronic PTSD in presentation
Got OSH records incorrect; Did not know accurately timeline of recent Valium changes as did not review OSH records scanned in CPRS imaging as requested
Did not have an adequate understanding of what was going on with patient; 1 follow-up patient to present at rounds

**XXXX**
Placeholder H+P at 1832; as of 8-5 3:00 no full H+P

**Wednesday August 5th**

2x verbal feedbacks to complete H+P on **XXXX** required before completed (not done until 8/6/15 AM)

**Thursday August 6th**

Feedback given; email summary sent
---BEGIN---
8-6-15 Feedback Summary

Issue: Consistency

UF/Diekman 000311

Improvement recommendation: Use templates as provided; follow instructions from attending covering service

Issue: Timeliness
Improvement recommendation: Notes must be completed on the day of service

Issue: Time Management
Improvement recommendation: Arrive on time; request assistance for clinical needs management from attending covering service as needed

If note entry must be delayed due to clinical demands/surge status:
Brief placeholder note summarizing clinical presentation, diagnosis, recommendations, documentation of communication to primary team should be placed.
Full note due by end of day.
Adjustments to this based on clinical need (i.e. H+P completion for transfer to Vines process to begin may take precedence)
---END---

Required medical knowledge expected in psychiatry PGY-3 lacking; does not understand proxy vs guardian and other capacity to consent issues (**XXXX** had current capacity; presentation done as if a medical proxy was required before treatment could be given)

## XXXX
Renal issues core medical problem; not aware of renal recommendations at morning rounds

## Friday August 7th

Late to morning rounds; no explanation given

## XXXX
Psychology requested us to see him earlier than planned; verbal and written (note left by Turner on team list) "**Shorter asked we see him Fri, starting to look delirious again 8/6" – Did not know what psychology's concerns were; response "I didn't read their note."

## XXXX
Daily progress note for today not signed until late PM of 8/11/15
Pt was DC'ed 8/9/15

## XXXX
H+P inappropriately entered as a daily progress note

## Monday August 10th

Late to morning rounds

## XXXX

UF/Diekman 000312

Note inappropriately signed with many blank sections including missing mental status exam.

## Tuesday August 11th

Medical knowledge – In presenting **XXXX** described the psychomotor retardation of depression and then identified it as catatonia

## XXXX
Progress note instead of consult H+P
When asked about this, stated she has "changed my defaults"

**XXXX** – When asked about reason for 8/7/15 note deficiency: "I didn't sign it."

**XXXX** – When asked about missing MSE from 8/10/15 "I didn't do it."

Stephen Welch, M.D.
Psychiatrist, Consultation Liaison Services
Psychiatry Coordinator for Patient Safety and Quality Improvement
Malcom Randall VA Medical Center
North Florida/South Georgia Veterans Health System
Adjunct Clinical Assistant Professor
Department of Psychiatry
University of Florida College of Medicine
Pager: 352-413-0887

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000313

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, August 27, 2015 11:44 AM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | meeting today |

Hi, Sarah, thank you for meeting with Drs. Tandon, Welch, Turner, and me today.

Just to summarize, Dr. Tandon expressed serious concerns about your documentation as it pertained to communication with the team. You admitted that you falsely documented in your notes, for at least the last 2 days, that you conveyed the Psychiatry C/L team's recommendations to the primary team when in fact you did not. As a result of this, the primary team felt that they could not provide the best care for the patient, and the C/L attendings do not feel that they can trust your clinical work. Dr. Tandon asked that you not participate in clinical care on the C/L team for the remainder of the month. He said that he wants you to think about the seriousness of these errors.

Sarah, I understand that this was a difficult meeting and situation. As Dr. Tandon said to you, he is available to you to discuss further and answer any questions you may have. In addition, please do not hesitate to reach out to me or the GME office as needed. Again, as Dr. Tandon relayed, we want to assist you in any way we can.

Sincerely,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818





UF/Diekman 000314

## Mccallister,Dorothy J

**From:**          Hobbs,Jacqueline A
**Sent:**          Thursday, August 27, 2015 12:45 PM
**To:**          Mccallister,Dorothy J
**Subject:**       FW: meeting today

**From:** Diekman,Sarah
**Sent:** Thursday, August 27, 2015 12:40 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: meeting today

Dr. Hobbs,

In the short term I want to clarify that I did not stated that I falsely documented. I stated that since the complaint was filled from the medicine team about the Monday night issues , I deferred to out communication as a team, ie the attendings speaking to the other team. I made a mistake in my documentation by not replacing the word I with the word "we" as a team, attending to attending communicated.

The use of the worlds false documentation implies that I intentionally and knowingly misrepresented what I knew to be the truth. I have admited to error by not replacing the "I" of me as an individual with " we" as the consult team communicated with the primary team.

Additionally I would like the record to show that this error occurred as the fall out of the Ethics complaint being against Dr. Welch personally by the primary team. My error occurred after the complaint was filled, not leading up to it. It occurred as I deferred to the attending to attending communication.  The attendings representing the consult team is what I should have represented in the notes following the complaint. This is what I affirmed in the meeting and this is what I want to clarify for the record.

Sarah

On Aug 27, 2015, at 11:44 AM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Hi, Sarah, thank you for meeting with Drs. Tandon, Welch, Turner, and me today.
>
> Just to summarize, Dr. Tandon expressed serious concerns about your documentation as it pertained to communication with the team. You admitted that you falsely documented in your notes, for at least the last 2 days, that you conveyed the Psychiatry C/L team's recommendations to the primary team when in fact you did not. As a result of this, the primary team felt that they could not provide the best care for the patient, and the C/L attendings do not feel that they can trust your clinical work. Dr. Tandon asked that you not participate in clinical care on the C/L team for the remainder of the month. He said that he wants you to think about the seriousness of these errors.
>
> Sarah, I understand that this was a difficult meeting and situation. As Dr. Tandon said to you, he is available to you to discuss further and answer any questions you may have. In addition, please do not hesitate to reach out to me or the GME office as needed. Again, as Dr. Tandon relayed, we want to assist you in any way we can.

UF/Diekman 000315

Sincerely,

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818
<image001.png>
<image002.png>
<image005.png>
CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

UF/Diekman 000316

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, August 27, 2015 5:29 PM |
| **To:** | Turner,Ana Thomas; Welch, Stephen; Tandon,Rajiv |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | FW: meeting today |

FYI

**From:** Hobbs,Jacqueline A
**Sent:** Thursday, August 27, 2015 4:43 PM
**To:** Diekman,Sarah
**Subject:** RE: meeting today

Sarah,

This communication is in regards to the meeting we had with you today about your performance on the VA Consult service.  It is important that you understand the opportunities for improvement and the expectations going forward.  Please let me recap what concerns were discussed today in regards to your work performance: You documented in the medical record that you had discussed the Psychiatry C/L team's treatment recommendations with the primary team when you had not (at least for the last 2 days), and you did not convey otherwise to your supervisors that you had not communicated with the primary team or that you were having any particular difficulty doing so. Your actions led to the primary team being uncertain about how to best treat this patient as well as a lack of trust in your clinical care.

Because of the above concerns, you were removed from the VA consult service through the end of the month (approximately 2.5 service days).  Going forward, the expectations are that you will 1) communicate clearly, both in verbal and written form, all treatment recommendations agreed upon by the attending(s) to the primary team, 2) document accurately (avoid copy/paste) in the medical record that you provided this communication, and 3) immediately alert and clearly communicate to your attendings if you do not communicate with the primary team or if you are having difficulties with proper communication with the primary team. You should not assume that others are communicating with the primary team when you are the resident assigned to follow a patient.

I am not aware of any ethics complaints against Dr. Welch. The conversation with you today and the removal from the service had to do with your above actions and were not related to an ethics complaint.

I would like to discuss what "fall out" you are referring to. Please give me a call or come by my office to further discuss.

Dr. H

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

UF/Diekman 000317







CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Diekman,Sarah
**Sent:** Thursday, August 27, 2015 12:40 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: meeting today

UF/Diekman 000318

Dr. Hobbs,

In the short term I want to clarify that I did not stated that I falsely documented. I stated that since the complaint was filled from the medicine team about the Monday night issues , I deferred to out communication as a team, ie the attendings speaking to the other team. I made a mistake in my documentation by not replacing the word I with the word "we" as a team, attending to attending communicated.

The use of the worlds false documentation implies that I intentionally and knowingly misrepresented what I knew to be the truth. I have admited to error by not replacing the "I" of me as an individual with " we" as the consult team communicated with the primary team.

Additionally I would like the record to show that this error occurred as the fall out of the Ethics complaint being against Dr. Welch personally by the primary team. My error occurred after the complaint was filled, not leading up to it. It occurred as I deferred to the attending to attending communication.  The attendings representing the consult team is what I should have represented in the notes following the complaint. This is what I affirmed in the meeting and this is what I want to clarify for the record.

Sarah

On Aug 27, 2015, at 11:44 AM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Hi, Sarah, thank you for meeting with Drs. Tandon, Welch, Turner, and me today.
>
> Just to summarize, Dr. Tandon expressed serious concerns about your documentation as it pertained to communication with the team. You admitted that you falsely documented in your notes, for at least the last 2 days, that you conveyed the Psychiatry C/L team's recommendations to the primary team when in fact you did not. As a result of this, the primary team felt that they could not provide the best care for the patient, and the C/L attendings do not feel that they can trust your clinical work. Dr. Tandon asked that you not participate in clinical care on the C/L team for the remainder of the month. He said that he wants you to think about the seriousness of these errors.
>
> Sarah, I understand that this was a difficult meeting and situation. As Dr. Tandon said to you, he is available to you to discuss further and answer any questions you may have. In addition, please do not hesitate to reach out to me or the GME office as needed. Again, as Dr. Tandon relayed, we want to assist you in any way we can.
>
> Sincerely,
>
> Dr. H
>
> *Jacqueline A. Hobbs, MD, PhD*
> Jacqueline A. Hobbs, MD, PhD, DFAPA
> Assistant Professor and Vice Chair for Education
> Director, Residency Training Program
> Department of Psychiatry
> University of Florida College of Medicine
> Office: 352-294-4945
> Fax: 352-594-1818
> <image001.png>
> <image002.png>
> <image005.png>

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

                                                  UF/Diekman 000320

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, September 01, 2015 6:17 PM |
| **To:** | Ginory,Almari; Averbuch,Robert N |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | FW: VISTA North and Vista East holbert Signout attached 09/01 |

The date of the file was changed.

**From:** Diekman,Sarah
**Sent:** Tuesday, September 01, 2015 6:16 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: VISTA North and Vista East holbert Signout attached 09/01

Thank you, let me make sure the correct copy was saved/attached.  I am still here so it will be easy to check out

**From:** Hobbs,Jacqueline A
**Sent:** Tuesday, September 1, 2015 6:10 PM
**To:** Diekman,Sarah
**Subject:** RE: VISTA North and Vista East holbert Signout attached 09/01

Sarah, your signout for today looks exactly the same as Ahmed's from yesterday. I highlighted and commented on some things that obviously should have been changed. I am not sure about the meds, i.e. if anything changed. I also attached Ahmed's signout from yesterday.

Please update and re-send.

Thanks,

Dr. H

**From:** Diekman,Sarah
**Sent:** Tuesday, September 01, 2015 5:58 PM
**To:** Bolis,Sarah; Korah,Tessy; Holbert,Richard C,II; Werner,Tonia L; Clark,Natasha; Khurshid,Khurshid; Hobbs,Jacqueline A; Brown,Jordan Daniel; Soto,Yarelis; UF Psychiatry Chief Resident; Matassini,Joseph D
**Subject:** Re: VISTA North and Vista East holbert Signout attached 09/01

Vista East Werner:
new:0
d/c:0
signout attached

Vista East Holbert:

news: 0
d/c: 0
Signout attached

UF/Diekman 000321

---------------------------------------------

VN Khurshid

News: 2 news
1. ████████████, 47 yo female presenting under BA from Shands hospital for suspected overdose via alcohol and ambien.
2. ███████, 18 yo sophomore in college with long hx of anxiety and depression. No previous hx of hospitalizations. Recent increase in prozac with increasing SI, presented vol.
D/cs: 2
Signout Attached


---------------------------------------------

VISTA north Korah
News: 2
1. ████████████, 51 yo female presenting under a BA from shand ED for acute symptoms of mania, paranoia and delusions. Pt was diagnosed with pyelonephritis and UTI in ED, currently taking keflex for treatment.
2. ████████████s, 55 yo female presenting vol for worsening psychosis, and BZD withdrawal. Started on ATivan 1mg TID plus TID Prn taper for symptoms of withdrawal
Tx: 1 transfer  to west
Signout attached
Sarah Bolis, MD
University Of Florida
Department Of Psychiatry
Cell: ████████████
Sbolis@ufl.edu

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000322



College of Medicine
Department of Psychiatry
Residency Training Program

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945
(352) 594-1818 (fax)

September 3, 2015

Sarah Diekman, MD
PGY-3 Psychiatry Resident
PO Box 100256

Re: Your performance in the residency training program

This letter will serve as documentation of our conversation regarding your performance and the milestones and areas of difficulty, your placement on probation, and the specific goals you will need to achieve to remain in the program, as well as the expected timeline for improvement.

On June 3, 2015, the Clinical Competency Committee (CCC) met and discussed increasing concerns about your academic performance. CCC members in attendance were Drs. Robert Averbuch, Jody Brown, Jacqueline Hobbs, Lisa Merlo Greene, Mariam Rahmani, Rajiv Tandon, Joseph Thornton, and Uma Suryadevara. Specific concerns received from multiple faculty members were reviewed. Since that CCC meeting, I have received additional feedback corroborating and extending these concerns. The Adult Division Faculty met August 21, 2015, where the concerns were again raised. Issues raised came from multiple sources and involve all areas of patient care including inpatient, consult, and outpatient.

Several faculty have had documented conversations with you on several occasions about your performance and provided coaching on ways to improve. Examples are noted below.

The key areas of concern raised over the last 3 months (June-August) are your inability to handle a patient care workload appropriate for your level of experience; poor time management; lack of timeliness, completeness, and accuracy of medical records; medical knowledge below the expected level for your level of experience; and an overall inconsistency in clinical care.

Specific performance deficiencies are outlined below by core competency and milestones (per ACGME):

Patient Care/Professionalism:
- Not following direct instruction: Multiple attendings have noted that you frequently do not follow their instructions even after multiple repetitions, both verbally and in writing, and

*The Foundation for The Gator Nation*
An Equal Opportunity Institution

UF/Diekman 000323

regardless of complexity. You were coached on this verbally on 8/6/15 and in writing on 8/7/15.

- Errors in medical orders: There are frequent errors in your entered orders, including, but not limited to, a failure to resume/restart medications upon patient transfer, failure to order consults as discussed with the attending, failure to provide complete information for consult requests, failure to enter discharge instructions for patients, and ordering an incorrect medication regimen. You were coached on this verbally by your attending in June.

- Failing to take ownership of patients/patient care (Milestone PROF2.2.3/C deficiency): Because of these deficiencies, your work requires constant monitoring and oversight far more than would be expected with your experience level. Additionally, the following specific deficiencies have been noted:
  - You are often inadequately prepared for rounds. Regardless of the number of patients you are following, you frequently do not know patient history, interval history, psychiatric medications/changes in medications, or information provided by other consultants while on rounds. You were coached on this verbally by your attending in June and on 8/24/15.
  - You rely heavily on medical or PA students to round on patients and relay information back to you, and, at times, it has been apparent that you have not checked their work. It is against College of Medicine policy for you to use the work of medical students without personally seeing the patients, and, even then, there is a limit to the information the students can provide for the actual medical record. In addition, it has been observed that when students collected collateral information, you frequently did not incorporate the information into the note. Conversely, in cases where there was no student available, you did not obtain the information yourself. This has resulted in incomplete and risky psychiatric care. (Milestone PC1.1.2/B deficiency) You were coached on this verbally by your attending in July.

- Inadequate management of moderate to heavy workloads (Milestone PC1.3.2/A deficiency): It has been noted that you are unable to handle the patient care workload as would be expected for your level of experience.

Interpersonal and Communication Skills/Professionalism/Patient Care:

- Lack of timeliness of medical records (Milestone ICS2.1.1/A, PROF2.1.3/B deficiencies). On several occasions, you have not completed your notes in a timely fashion or as required by the service, and, sometimes, your notes were as much as 2 days late. Additionally, at times you admitted your delay only when prompted. You were coached on this in writing on 7/17/15 and 8/7/15 and verbally on 8/6/15.

- Poor note quality (Milestone ICS2.1.1/A, PC2.1.1/A deficiencies): Your interval histories are often limited and fail to convey important information. Sentences are often incomplete and have many spelling/grammar errors. Your plans of care are limited, often documenting little more than "no changes" and not describing the medications, indications, or medical rationale as is standard in medical notes. You frequently fail to document treatment plans even after discussion and approval by the attending. Your mental status examinations are frequently inaccurate or even missing (Milestone PC1.1.1/A, PC1.2.1/A deficiencies).

UF/Diekman 000324

- Improper note template use: You have used the improper template on multiple occasions (e.g., H&P documented as follow up), despite being given corrective feedback multiple times.

Medical knowledge/patient care:
- Faculty express concerns about your medical knowledge, which is significantly lower than would be expected based on your level of experience. Attendings disagree with your diagnoses and treatment plans at a more frequent rate than would be expected for someone at your level of experience. (Milestone PC2.1.2/A, PC2.2.1/A, PC3.1.1/A, PC5.1.1/A, PC5.2.1/A, MK2.2.1/A, MK5.1.1/A deficiencies)
  - (Poor treatment choice) Patient with panic attacks who had only been treated with Remeron. You suggested using Seroquel. First line treatment is an SSRI.
  - (Incorrect diagnosis) Patient with "mood swings" in the context of a long history of substance abuse and no periods of sobriety. You suggested bipolar when the most likely cause of mood symptoms was substance use disorder. Then, you suggested Depakote for her bipolar diagnosis even when the attending told you the working diagnosis was not bipolar.
  - (Incorrect diagnosis) Patient with cancer and prolonged hospitalization, consulted for treatment of depression. You recommended a diagnosis should be delirium. You stated that the main symptoms were affect constriction and psychomotor retardation. There was no evidence of disorientation or waxing/waning of attention.
  - (Poor treatment choice) You recommended benzodiazepine for a patient with delirium (due to possible alcohol withdrawal) even though the patient had been in the hospital for 3 weeks with normal vital signs and no other signs of withdrawal.

Professionalism:
- Poor time management (Milestone PROF2.1.3/B deficiency): You are often late to rounds and/or arrive ill-prepared, failing to allow yourself sufficient time to pre-round. Also, there have been occasions when it was difficult to reach you when you should have been in the hospital. You were coached on this verbally by attendings in June, July, and on 8/6/15 and in writing on 8/7/15.
- Professionalism with students and patients (Milestone PROF2.1.3/B deficiency): A medical student commented in his/her evaluation of you that "Dr. Diekman's mood was very labile. She sometimes snaps at students." There have been instances when it has been noted, and even pointed out to you, that you were disrespectful to patients (Milestone PROF1.1/A deficiency). You were coached on this verbally by your attending in June.
- Being distracting on rounds (Milestone PROF2.1.3/B deficiency): It was noted on Shands and VA Consults rounds that you were often having side conversations with students and other residents discussing non-patient-related issues leading to disruptions in teaching and unnecessarily delaying rounds.

Our expectation is that you will be able to complete satisfactory clinical work and advance in your training. You have performed well during formal clinical skills assessments; however, your performance on your rotations does not demonstrate that you are capable of handling a typical clinical caseload or complex patients, as would be expected for someone of your level of experience. Therefore, you are being placed on probation, effective **September 4, 2015**, for an initial probationary period of 3 months during which time you will have the opportunity to address the deficiencies noted above. The Clinical Competency Committee has developed a program of improvement for you, as outlined below, which should be followed during this probationary period. You must meet the outlined goals in order to continue your training. You will be reassessed in 3 months' time. Failure to meet the goals may result in non-renewal.

The following are the committee's specific expectations and recommendations for this period of probation:

Develop an individualized learning plan (ILP):
- Address each of the milestones (PROF1.1/A, PROF2.1.3/B, PROF2.2.3/C, PC1.1.1/A, PC1.1.2/B, PC1.2.1/A, PC1.3.2/A, PC2.1.1/A, PC2.1.2/A, PC2.2.1/A, PC3.1.1/A, PC5.1.1/A, PC5.2.1/A, ICS2.1.1/A, MK2.2.1/A, MK5.1.1/A) in need of improvement. Do this after reviewing the specific language of the milestones, assessing your current level of functioning, specifying the next "steps" to be achieved in each milestone over the course of your probation, and outlining specific actions to achieve those milestone goals. This learning plan must be developed in collaboration with Dr. Hobbs and an associate program director(s) and submitted in final form to us, in writing, by **September 18, 2015**.
- Review the expectations that were reviewed with all residents and that all residents signed at the beginning of this academic year. You will be held to these standards, unless superseded by this document.

Patient care:
- Follow all attending/senior resident/chief instructions/recommendations and document all appropriate information in a timely manner as appropriate to the rotation and task. If there is any doubt about what a suitable turnaround time would be, then you must clarify with the appropriate supervisor. Tardiness in your work due to misunderstandings of expectations is not acceptable; it is up to you to seek clarification. Any delays in your work must be immediately cleared with the faculty member.
- Arrive with enough time to prepare for rounds. The expectation is that you will have adequately reviewed your patients' charts and can answer attending questions on rounds.
- During this 3-month period, you will not work with medical/PA students.
- Delineate a pre-rounding checklist. This checklist should be submitted to Dr. Hobbs for review and comment by **September 8, 2015.**
- You will carry/complete an equivalent workload expected for a PGY-3 resident: up to 12 patients per day.

Interpersonal and communication skills:

- Complete all notes on the day of service. Discharge summaries are due within 48 hours or on the day of discharge if the patient is transferring to a skilled nursing facility. Faculty will be checking your notes periodically and will provide feedback regarding the quality of your notes and areas for improvement.
- There will be random review of your notes done by the program directors to ensure quality and improvement.
- Review at least 1 note per week on Wednesday afternoon directly with Dr. Hobbs or her designee. It will be your responsibility to print the note and give it to Dr. Hobbs or her designee. Over the course of a one-month rotation, you should provide at least 1 H&P, 1 subsequent/progress note (if applicable to service), 1 discharge summary (if applicable to service), and 1 discharge instruction (if applicable to service) for review. In addition, you will review at least 1 clinic note per week with Dr. Ginory. All notes should be hand signed as reviewed and turned into Dr. Hobbs. Absolutely no "cutting and pasting" will be tolerated.

Medical knowledge:
- Maintain a score no lower than the 30th percentile on both sections (Psychiatry and Neurology) of the PRITE.
- By **November 30, 2015**, complete a guided reading, as assigned by Dr. Hobbs. This reading will consist of several assignments from the 11th edition of Kaplan and Sadock *Synopsis of Psychiatry*. If you do not have this book, please purchase it with your book allowance. Tracking of your progress will be via New Innovations Checklist assignment.

Professionalism
- Reporting instructions:
  - Sept: Vista East—Arrive to work by 6:30 AM; leave no earlier than 5 PM.
  - Oct:  Visit East—Arrive to work by 6:30 AM; leave no earlier than 5 PM.
  - Nov: VA ER—Arrive to work by 8 AM and leave no earlier than 8 PM.
  - Send an e-mail to Dr. Hobbs (with copy to Dorothy McCallister) when you arrive in the hospital and when you depart from the hospital.
  - Check in/out with your attending or senior team member each day.
  - If you leave early or come late, you will communicate your absences via email and take the appropriate vacation, or sick leave.
- Maintain a professional demeanor and attitude with all faculty, peers, staff, and students. Minimize distractions and side conversations during clinical and teaching rounds. Faculty, peer, and 360 degree evaluations will be monitored for lapses.
- Maintain respect for all patients. Patient complaints as well as faculty and 360 degree evaluations will be monitored for lapses.

In addition to the above, you will meet with Dr. Hobbs (and an associate program director) weekly. You will be responsible for scheduling these meetings (contact Dr. Hobbs) and should have dates for the next 3 months confirmed no later than **September 8, 2015**. During these meetings, we will review and assess your ongoing professional performance and your overall progress. These meetings will assist you in meeting the expectations of your probation, assist in developing your skills in self-assessment and facilitate the successful completion of

probation and progression to graduation from residency. Progress in the above competency areas will be measured by verbal and written feedback received by Dr. Hobbs from program faculty, chiefs, other peers, and staff.

At the next regularly scheduled meeting of the CCC in December 2015, the committee will evaluate your progress. One of three actions will follow from that meeting:

- With significant improvement in your performance, you will be returned to good standing in the program and the probationary period will end.
- With some improvement in your performance, but not to where you should be for a PGY-3 resident, the probationary period may be continued for another 3 months (January-March).
  - If your probationary period is continued for an additional 3 months, you must regain good standing by the regular meeting of the committee in March. Failure to do so will result in dismissal from the training program here at the University of Florida.
- If, during the probationary period, you fail to improve your performance or your performance worsens, you will be dismissed from the Psychiatry training program here at the University of Florida.

As with any adverse action, you have the right to appeal this decision of the Clinical Competency Committee and the Program Director. I am enclosing a copy of the appropriate procedure (Grievance procedure) to appeal this decision. Briefly, your first appeal is to the Department Interim Chair (Dr. Bussing). If the decision is upheld, the next appeal would be to Dr. Lisa Dixon, our Associate Dean for Graduate Medical Education. If she upholds the decision, it will be final.

Sincerely,

Jacqueline A. Hobbs, MD, PhD, DFAPA
Vice Chair for Education
Residency Program Director

I have received a copy of this memorandum and understand its contents.  My signature does not mean that I concur with its contents. I have also received a copy of the University of Florida College of Medicine Grievance Procedures that I may use to appeal this probation.

Sarah Diekman, MD
Resident in Psychiatry

**SUBJECT:**           **Procedure for Grievance, Suspension, Nonrenewal or Dismissal**

**INTENT:**           Each training program is responsible for the conduct of that training program and for the policy on defining satisfactory performance of the resident as a student.  The sponsoring institution wishes to ensure that the application of such policies are not arbitrarily illegal, unjust or create unnecessary hardship.  Therefore, a policy and procedure for addressing resident dissatisfaction is established.

**POLICY STATEMENT:**    Context of the institutional and program requirements.  Each program must develop fair and consistent standards for the residents.  If a resident feels that a decision by the program violates standards of fairness then the resident is afforded a process whereby individuals outside the program may review such decisions.

**DESCRIPTION:**    The position of the resident presents the dual aspect of a student in graduate training while participating in the delivery of patient care. For purposes of this policy, the term "resident" applies residents, fellows, and adjunct clinical post-doctoral associates in training programs recognized and approved by the Graduate Medical Education Committee at the University of Florida College of Medicine.  These training programs may be either ACGME Accredited Programs or non-accredited programs formally approved by the GMEC.

The University of Florida College of Medicine is committed to the maintenance of a supportive educational environment in which residents are given the opportunity to learn and grow.  Inappropriate behavior in any form in this professional setting is not permissible.  A resident's continuation in the training program is dependent upon satisfactory performance as a student, including the maintenance of satisfactory professional standards in the care of patients and interactions with others on the health care team.  The resident's academic evaluation will include assessment of behavioral components, including conduct that reflects poorly on professional standards, ethics, and collegiality. Disqualification of a resident as a student or as a member of the health care team from patient care duties disqualifies the resident from further continuation in the program.

**Grievances:** A grievance is defined as dissatisfaction when a resident believes that any decision, act or condition affecting his or her program of study is arbitrary, illegal, unjust or creates

UF/Diekman 000329

unnecessary hardship. Such grievance may concern, but is not limited to, the following: academic progress, mistreatment by any University employee or student, wrongful assessment of fees, records and registration errors, discipline (other than nonrenewal or dismissal) and discrimination because of race, national origin, gender, marital status, religion, age or disability, subject to the exception that complaints of sexual harassment will be handled in accordance with the specific published policies of the University of Florida College of Medicine.

Prior to invoking the grievance procedures described herein, the resident is strongly encouraged to discuss his or her grievance with the person(s) alleged to have caused the grievance. The discussion should be held as soon as the resident becomes aware of the act or condition that is the basis for the grievance. In addition, or alternatively, the resident may wish to present his or her grievance in writing to the person(s) alleged to have caused the grievance. In either situation, the person(s) alleged to have caused the grievance may respond orally or in writing to the resident.

If a resident decides against discussing the grievance with the person(s) alleged to have caused such, or if the resident is not satisfied with the response, he or she may present the grievance to the Chair. If, after discussion, the grievances cannot be resolved, the resident may contact the Associate Dean of Graduate Medical Education (ADGME). The ADGME will meet with the resident and will review the grievance. The decision of the ADGME will be communicated in writing to the resident and constitute the final action of the University.

**Suspension:** The Chief of Staff of a participating and/or affiliated hospital where the resident is assigned, the Dean, the President of the Hospital, the Chair, the Division Chief or Program Director may at any time suspend a resident from patient care responsibilities. The resident will be informed of the reasons for the suspension and will be given an opportunity to provide information in response.

The resident suspended from patient care may be assigned to other duties as determined and approved by the Chair. The resident will either be reinstated (with or without the imposition of academic probation or other conditions) or dismissal proceedings will commence by the University against the resident within thirty (30) days of the date of suspension.

Any suspension and reassignment of the resident to other duties

may continue until final conclusion of the decision-making or appeal process.  The resident will be afforded due process and may appeal to the ADGME for resolution, as set forth below.

**Nonrenewal :** In the event that the Program Director decides not to renew a resident's appointment, the resident will be provided written notice which will include a statement specifying the reason(s) for nonrenewal.  This should be done at least 4 months prior to the end of the resident's current agreement.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed nonrenewal decision. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that nonrenewal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Dismissal:** In the event the Program Director of a training program concludes a resident should be dismissed prior to completion of the program, the Program Director will inform the Chair in writing of this decision and the reason(s) for the decision. The resident will be notified and provided a copy of the letter of proposed dismissal; and, upon request, will be provided   previous evaluations, complaints, counseling, letters and other documents that relate to the decision to dismiss the resident.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed dismissal. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that dismissal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Appeal:** If the resident appeals a decision for suspension, nonrenewal or dismissal, this appeal must be made in writing to the ADGME within 10 working days from the resident's receipt of the decision of the person suspending the resident or the Chair.  Failure to file such an appeal within 10 working days will render the decision

of the person suspending the resident or the Chair the final agency action of the University.

The ADGME will conduct a review of the action and may review documents or any other information relevant to the decision. The resident will be notified of the date of the meeting with the ADGME; it should occur within 15 working days of the ADGME's receipt of the appeal. The ADGME may conduct an investigation and uphold, modify or reverse the recommendation for suspension, nonrenewal or dismissal. The ADGME will notify the resident in writing of the ADGME's decision. If the decision is to uphold a suspension, the decision of the ADGME is the final agency action of the University. If the decision is to uphold the nonrenewal or dismissal, the resident may file within 10 working days a written appeal to the Dean of the College of Medicine. Failure to file such an appeal within 10 working days will render the decision of the ADGME the final action of the University.

The Dean will inform the ADGME of the appeal. The ADGME will provide the Dean a copy of the decision and accompanying documents and any other material submitted by the resident or considered in the appeal process. The Dean will use his or her best efforts to render a decision within 15 working days, but failure to do so is not grounds for reversal of the decision under appeal. The Dean will notify in writing the Chair, the ADGME, the Program Director and resident of the decision. The decision of the Dean will be the final agency action of the University. The resident will be informed of the steps necessary for the resident to further challenge the action of the University.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 000332

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, September 08, 2015 9:44 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Medication indication on discharge |

**From:** Hobbs,Jacqueline A
**Sent:** Tuesday, September 08, 2015 9:44 AM
**To:** Diekman,Sarah
**Cc:** Brown,Jordan Daniel; Holbert,Richard C,II
**Subject:** RE: Medication indication on discharge

Hi, Sarah, please let me know what your plan is for improving on this metric.

Thanks,

Dr. H

**From:** Hutton, Kimberly D. [mailto:HUTTKD@shands.ufl.edu]
**Sent:** Tuesday, September 08, 2015 9:43 AM
**To:** Diekman,Sarah
**Cc:** Brown,Jordan Daniel; Hobbs,Jacqueline A; Holbert,Richard C,II; Stahl,Gail L.; Starling,Lee; Hazellief,Donna M.
**Subject:** Medication indication on discharge

Dr. Diekman,

In auditing discharge instructions we found that your patient did not have diagnosis/indication on 1 of his continued medications (Tamsulosin).  See the attached copy of the completed discharge instructions.

Inpatient Psychiatric facilities have specific core measure requirements pertaining to the continuing care plan (discharge instructions). One of those requirements is that you **must** associate a relevant diagnosis/indication with every medication the patient is discharged on.  This includes continued home medications and over the counter meds.

Please contact me if you need addition training.

Thank you,


Kim Hutton, CHTS-TS
Information Systems Specialist
Office: 352-627-0353
Cell/Text: ▮▮▮▮▮▮
Fax: 352-627-4331
huttkd@shands.ufl.edu

Call the service desk for physician immediate patient care issues:  **352-265-0526** .
Call **265-EPIC** anytime to reach a on call coordinator.
**You can review Epic Documentation on the EPIC EMR web site.**

UF/Diekman 000333

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, September 08, 2015 9:23 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Werner,Tonia L; Mccallister,Dorothy J |
| **Subject:** | reporting |

Sarah, just to follow up on our phone conversation today, whenever there is a significant patient issue like the one we discussed, you should not only document in the record but also alert your attending (Dr. Werner), the medical director (Dr. Holbert), or other supervisory official such as a nursing supervisor or the hospital risk manager (Gail Stahl). It is state requirement to report such cases and begin immediate investigations. If you don't "report up" quickly, there can be a major delay. You should also initiate a patient safety report. The fastest way to do this is to call the Patient Safety Hotline at 352-538-2635. If you forget the number, just call the hospital operator and ask for the Patient Safety Hotline. You can also submit a report via the online system:

Go to the UF Health Bridge Services tab (https://bridge.ufhealth.org/employee-services/). On the right you will see an orange button for "Submit a Safety Report". Be sure to select "Patient Complaint" in a case like this one.

As we discussed, the risk manager recommended that you do an updated interview with the patient today and addend your note to gather further information on this case. Thank you for doing that. I know that you were concerned that in the addendum you would be "altering" your original note, but if you are careful to add only to the bottom of the note and clearly label it as "addendum", it is fine. Again, your addendum is time stamped, and your original note will still be in the record. I can show you more about that when we meet.

Dr. H

UF/Diekman 000334

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, September 16, 2015 3:01 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Resident |

**From:** Werner,Tonia L
**Sent:** Wednesday, September 16, 2015 2:29 PM
**To:** Hobbs,Jacqueline A
**Cc:** Bussing,Regina; Brown,Jordan Daniel; Holbert,Richard C,II
**Subject:** Resident

Jackie

I have asked Dr. Diekman to call and sign out with me on a daily basis prior to leaving. She did not call yesterday. She called today at 2:00pm staying that she was signing out because she had lecture. As we ran the list, it became apparent that the only thing she had done since we finished rounding at 9AM this morning was to leave a message for one patient's family and update her sign out sheet (which still contains errors).  She attempted at times to present information the social worker had garnered as information she had obtained. It was only when she was questioned as to why she did not write a note about speaking to the FACT team that she acknowledged that she had not.

When I questioned her with regards to what she had been doing for the past 4 hours she stated that she was getting ready for a meeting with Dr. Bussing this afternoon. When I asked what it was that she had to prepare for this meeting that took up so much of her time, she stated it was confidential and that she would relay to Dr. Bussing that I had a concern.

I am again expressing my concern that having her on the unit with an attending who will be new to the inpatient service starting on Monday is not an advisable plan. He will be focused on his responsibilities and not able to provide enough supervision to know what she should be doing or is doing.  I believe this is placing the patients and the new attending at risk.

Toni

Tonia L. Werner, MD
Vice Chair and Associate Professor, Department of Psychiatry
Chief, Division of Forensic Psychiatry
Director, UF Forensic Institute
University of Florida, College of Medicine

UF/Diekman 000335

## Mccallister,Dorothy J

**From:**       Hobbs,Jacqueline A
**Sent:**       Tuesday, September 29, 2015 3:34 PM
**To:**         Mccallister,Dorothy J
**Subject:**    For SD file

Dr. Holbert gave me an update on his observations/evaluation of Sarah Diekman's performance. He said that he thought that she did a reasonable job in clinic yesterday afternoon (he staffed about 4 out of 5 patients with her). He said some of her treatment plans were fine. Some were a little off but not too far. He said that the biggest problem is that he finds that there are <u>often</u> mis-matches between what Sarah presents about the patient in staffing and what he finds when he goes in to see the patient. He recognizes that this can happen occasionally with residents, but it happens much more frequently with her.

He described how she does not see the gestalt or big picture of the patient or what is going on with patients in the grand scheme of the unit. He feels she only sees a limited aspect of the patient.

He will start working with her directly on the unit on Thursday. He said he will work with her on the gestalt issue. He expressed concerns that she may have to handle 12 patients which she has not had to do this past month. He also rounds very early (at 6:30 AM), so she may have to come earlier. He said that if all is going well, he will let her go home earlier in the afternoon if needed to rest.

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Department of Psychiatry
University of Florida College of Medicine
Office: 352-594-1864
Fax: 352-594-1818

UF/Diekman 000336

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Ettensohn,Marc |
| **Sent:** | Wednesday, September 30, 2015 12:11 AM |
| **To:** | Hobbs,Jacqueline A; Brown,Jordan Daniel; Mccallister,Dorothy J |
| **Subject:** | Fw: Reminder: Day Coverage s/o to Nursing |
| **Attachments:** | List of All Vista North and East Residents Rotating 2015.16.docx |

Hi Dr. Hobbs,
Although the communication problem discussed in the email below may have been partly an issue, today I received notification from the Vista NF Resident that Dr. Diekman was paged multiple times by nursing to see 2 new pts on North (while covering for North) and she was even notified by the other East Resident (who was leaving for short call) of the 2 new patients waiting to be seen on North. These 2 patients were never seen by day shift and NF had to see them. Tonight, I spoke directly to the nurse who paged Dr Diekman and this nurse even received a return call from Dr. Diekman. This nurse is willing to send me a report of what happened by this time tomorrow. I wanted to promptly notify you of what happened and provide appropriate documentation given this ultimately affects patient care.

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Ettensohn,Marc
**Sent:** Wednesday, September 30, 2015 12:01 AM
**To:** Diekman,Sarah; Soto,Yarelis; Pietras,Daniel; Khalil,Wagdy A; Nainaparampil,Jaison; Matassini,Joseph D; Hu,Sai; Flanagan,Brett; Downes,Eric C; Chen,Fei; Burns,Kathleen R; Brown,Sheldon J; Watnick,Jerett Y; Chandarana,Maanasi; Bassi,Bruce; Bolis,Sarah; Clark,Natasha; Davis,Jennifer A; Guzman-Quinones,Yarelis; Hoxha,Avjola; Huey,Elyse; Leal,Camilo; Qureshi,Ahmed J
**Subject:** Reminder: Day Coverage s/o to Nursing

Hi All,

If you are on a ward service at the VA or Vista, great job on writing on the white boards when you need coverage eg when you go to didactics and need another team's resident(s) to cover you. However please try to include at minimum the covering resident's name rather than just a team. An appropriate example would be "Dr. Jordan Brown covering for [Vista Attending's Name] or [VA Color] Team Oct 6th from 2pm-5pm" as opposed to "[Vista North/East] or [VA Color] resident(s) covering"). I have sent out a list to the Vista nurses with everyone's pagers and will take one into the VA tomorrow so you do not have to find the covering residents' pager numbers and nursing does not have to excessively search online, but please at minimum include the resident's name.

UF/Diekman 000337

I think that this should help with communication a bit more. Thanks much!

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Ettensohn,Marc
**Sent:** Tuesday, September 29, 2015 11:30 PM
**To:** SULLIVAN,Josie J.; Hedley,Patricia E.
**Subject:** List of All Residents Rotating 2015-16

Hi Josie and Patricia,

Thank you for posting this in a place accessible to all shifts so that a resident name can quickly be associated with a pager number (rather than going online). It would be greatly appreciated if you can tell the oncoming charge nurses where this document can be found.

Thanks again and have a good night.

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000338

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, September 30, 2015 11:00 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Reminder: Day Coverage s/o to Nursing |

**From:** Ettensohn,Marc
**Sent:** Wednesday, September 30, 2015 10:52 AM
**To:** Hobbs,Jacqueline A
**Subject:** Fw: Reminder: Day Coverage s/o to Nursing

fyi
Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Clark,Natasha
**Sent:** Wednesday, September 30, 2015 8:20 AM
**To:** Ettensohn,Marc
**Cc:** Brown,Jordan Daniel
**Subject:** Re: Reminder: Day Coverage s/o to Nursing

Just an fyi about yesterday, the nurses knew who to call because when I got called for the first pt, the nurse on North addressed me by name when she called. Also, when I got paged around 4pm, I told the nurse to page Dr. Diekman. She actually asked if I knew her pager number, but told her I didn't, but she replied that she would just call over to east and get it. I can't say for sure what happend, but I think it was more of the resident being unavailable and/or ignoring pages or information given to her by nursing staff as opposed to the nurses having difficulty with knowing who to call. I also told her there were 2 new patients who I saw on the list before I left, and specifically told her they were not pt's seen overnight by Dr. Bolis, so she should have been anticipating a call or something.

Natasha

**From:** Ettensohn,Marc
**Sent:** Wednesday, September 30, 2015 12:01 AM
**To:** Diekman,Sarah; Soto,Yarelis; Pietras,Daniel; Khalil,Wagdy A; Nainaparampil,Jaison; Matassini,Joseph D; Hu,Sai; Flanagan,Brett; Downes,Eric C; Chen,Fei; Burns,Kathleen R; Brown,Sheldon J; Watnick,Jerett Y; Chandarana,Maanasi; Bassi,Bruce; Bolis,Sarah; Clark,Natasha; Davis,Jennifer A; Guzman-Quinones,Yarelis; Hoxha,Avjola; Huey,Elyse;

UF/Diekman 000339

Leal,Camilo; Qureshi,Ahmed J
**Subject:** Reminder: Day Coverage s/o to Nursing

Hi All,

If you are on a ward service at the VA or Vista, great job on writing on the white boards when you need coverage eg when you go to didactics and need another team's resident(s) to cover you. However please try to include at minimum the covering resident's name rather than just a team. An appropriate example would be "Dr. Jordan Brown covering for [Vista Attending's Name] or [VA Color] Team Oct 6th from 2pm-5pm" as opposed to "[Vista North/East] or [VA Color] resident(s) covering"). I have sent out a list to the Vista nurses with everyone's pagers and will take one into the VA tomorrow so you do not have to find the covering residents' pager numbers and nursing does not have to excessively search online, but please at minimum include the resident's name.

I think that this should help with communication a bit more. Thanks much!

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

**From:** Ettensohn,Marc
**Sent:** Tuesday, September 29, 2015 11:30 PM
**To:** SULLIVAN,Josie J.; Hedley,Patricia E.
**Subject:** List of All Residents Rotating 2015-16

Hi Josie and Patricia,

Thank you for posting this in a place accessible to all shifts so that a resident name can quickly be associated with a pager number (rather than going online). It would be greatly appreciated if you can tell the oncoming charge nurses where this document can be found.

Thanks again and have a good night.

Regards,
Marc Ettensohn, M.D.
University of Florida Dept of Psychiatry
Chief Resident

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS

UF/Diekman 000340

766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000341

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, October 13, 2015 10:13 PM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | notes on SD |

Hi, please file in Sarah Diekman's folder:

Dr. Holbert provided an update on Sarah Diekman's performance today. He noted that she is slow to accept feedback. He gave the example of when he suggested that she sit in the nurses' station with him to do her work and simultaneously observe her patients in the milieu. After a little time, it became apparent that a couple of the patients on the unit were hyper focused on Sarah and kept coming to the glass and becoming more agitated. This is not uncommon with psychotic patients. Dr. Holbert told Sarah that it would be best if she left the station and go to the resident room to work. She did not go, and proceeded to keep making eye contact with the patients (even frank staring), even smiling at them. The patients became more agitated and hyper focused. Dr. Holbert repeated that she should leave the station, but she did not. Then, the nurses became concerned and also asked her to leave. She again did not leave. Finally, the social worker told her to leave and even ushered her out of the station.

Dr. Holbert stated that Sarah is very inflexible in her thinking. He said that when she learns something new about a medication, she becomes hyper focused on that medication and wants to prescribe it for "everything". He said that she had recently learned from an attending to use Tegretol for schizophrenia (likely for schizoaffective disorder), but now she wants to prescribe it for everyone with schizophrenia.

He also noted that last week, during PRITE, she had 8 patients to see when she returned to the unit. He asked her to get to know all 8 patients for the afternoon. She only saw 6 of the 8 patients. She had no good excuse for not seeing all of her patients. This is not acceptable.

Drs. Holbert, Averbuch, and I all discussed that there continue to be multiple errors in her notes.

UF/Diekman 000342

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Diekman,Sarah |
| **Sent:** | Thursday, October 15, 2015 3:04 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Ettensohn,Marc; Brown,Jordan Daniel; Mccallister,Dorothy J |
| **Subject:** | Re: schedule change |

Dr. Hobbs,

Yes, I affirm that I agreed to the switch.  We spoke about any medical appointment conflicts and I affirmed to you that it would not be problematic to changes these 2 rotations at this time.  I do believe I have one doctor appointment and travel plans based on the last schedule but the change will be minimal especially considering that MHCIM is a rotation that does not require coverage for vacation. I appreciate your care and consideration in regards to sensitive issues regarding the VA consult team.  I will now have to put in vacation requests for the change, which I will get to you tomorrow. We discussed this and I told you I was 100% in agreement.  I will also check to see what appointment I may have in nov and send it to you ASAP. I am confident that the amount of appoints is limited and I am not even sure I have any. Thank you again for care regarding this.

Sincerely,
Sarah

On Oct 15, 2015, at 1:34 PM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Hi, Sarah, as per our phone conversation, we will change your November rotation to MHICM instead of VA ED.
>
> Please acknowledge by reply e-mail that you agree to the switch. Also, please keep us apprised of any sick leave required for scheduled appointments.
>
> Thanks,
>
> Dr. H
>
> *Jacqueline A. Hobbs, MD, PhD*
> Jacqueline A. Hobbs, MD, PhD, DFAPA
> Assistant Professor and Vice Chair for Education
> Director, Residency Training Program
> Department of Psychiatry
> University of Florida College of Medicine
> Office: 352-294-4945
> Fax: 352-594-1818
> <image001.png>
> <image002.png>
> <image005.png>
> CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please

1                                                          UF/Diekman 000343

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Tuesday, October 20, 2015 10:39 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: Sick |

I spoke with Drs. Holbert and Averbuch. Sarah Diekman had 4 clinic patients in the afternoon yesterday, with 2 of them double booked at 4:30 PM which may have been stressful.

Dr. Holbert said that Dr. Diekman's performance is still inconsistent on the unit. She has some good days. She misses putting in some orders from time to time. He also says that she is not fully aware of all that is going on with patients on the unit, particularly in terms of safety. He said that she cannot judge whether a patient is becoming more agitated or not. He says that he has her round with him and works to maintain a safe environment for her.

Consistency with her patient care is a major issue.

I also asked if Sarah ever asks him to take breaks when she is not feeling well or is overwhelmed. He said she has never asked him. He said that he himself has told her to take breaks as needed.

Dr. H


-----Original Message-----
From: Holbert,Richard C,II
Sent: Tuesday, October 20, 2015 4:02 AM
To: Hobbs,Jacqueline A
Subject: Re: Sick

Yep

Sent from my iPhone

> On Oct 19, 2015, at 9:39 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:
>
> Can we chat tomorrow sometime over at MOB, preferably late morning if
> you are there?
>
> Jackie
>
>
>> On 10/19/15, 9:07 PM, "Diekman,Sarah" <sdiekman@ufl.edu> wrote:
>>
>> I am sick again tonight with my chronic issues, to the point that I
>> cannot care for patients tomorrow
>>
>> Sarah
>

UF/Diekman 000344

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Ettensohn,Marc |
| **Sent:** | Friday, October 23, 2015 5:45 PM |
| **To:** | Hobbs,Jacqueline A; Brown,Jordan Daniel; Mccallister,Dorothy J |
| **Subject:** | SD |

Fyi

*Sent from my Verizon Wireless 4G LTE DROID*
---------- Forwarded message ----------
From: "Leal,Camilo" <camiloleal@ufl.edu>
Date: Oct 23, 2015 5:39 PM
Subject:
To: UF Psychiatry Chief Resident <chiefresident@psychiatry.ufl.edu>
Cc:


so, earlier in the week, sarah asked me to do some discharge paperwork for her because she had clinic and had to leave in the afternoon and beverly did not have it completed yet. I told her no problem. I received a call from beverly saying that she had completed the work, and to let sarah know, so when i went to where she usually stays ( the night float room ), it was evident that she was sleeping in there (shoes off, epic timed out on the screen, hair messy, door locked). I told her that beverly was done with her part and that she could do the paperwork. She stated she did not have time (it was 11:30) and pleaded with me to do it for her.


Today a patient was admitted to Dr Holberts team and arrived on the unit at 4:00. She called me and asked me to take the patient "because she still had a lot of work to do". I accepted. She walked out of the hospital shortly after 5 and I was still doing the admit.


ive talked to both of you guys about this, but I am officially putting on email so it can be documented


Camilo Leal MD PGY-2
Department of Psychiatry
(404) 512 7321 phone


CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000345

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, October 25, 2015 10:20 AM |
| **To:** | Holbert,Richard C,II |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: SD |

Hi, Rich, for this last week of her rotation, will you push her a little with her work load...I.e. Increase the expectations for her to place orders for all patients, see all the patients, etc? We need to do this to see what she is capable of. She should not be passing on her work to others at this stage.

Jackie

**From:** "Holbert,Richard C,II" <rholbert@UFL.EDU>
**Date:** Friday, October 23, 2015 at 6:29 PM
**To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>
**Subject:** Re: SD

She did not have a lot to do today. 1 discharge. The transfer was canceled. I think I put all orders in except on 1-2 patients and I talked to Family Medicine about the consults so she would not need to do it. She saw 3 admits yesterday afternoon and was held up because Korah would not or did not staff them with her. She had to call me to staff them. She was on time today

Sent from my iPhone

On Oct 23, 2015, at 5:49 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:

> FYI
>
> **From:** "Ettensohn,Marc" <ettensohn@ufl.edu>
> **Date:** Friday, October 23, 2015 at 5:45 PM
> **To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>, Jordan Brown <jordanbrown@ufl.edu>, Dorothy McCallister <dorothym@UFL.EDU>
> **Subject:** SD
>
> Fyi
>
> *Sent from my Verizon Wireless 4G LTE DROID*
> ---------- Forwarded message ----------
> From: "Leal,Camilo" <camiloleal@ufl.edu>
> Date: Oct 23, 2015 5:39 PM
> Subject:
> To: UF Psychiatry Chief Resident <chiefresident@psychiatry.ufl.edu>
> Cc:
>
> so, earlier in the week, sarah asked me to do some discharge paperwork for her because she had clinic and had to leave in the afternoon and beverly did not have it completed yet. I told her no problem. I received a call from beverly saying that she had completed the work, and to let sarah know, so when i went to where she usually stays ( the night float room ), it was

UF/Diekman 000346

evident that she was sleeping in there (shoes off, epic timed out on the screen, hair messy, door locked). I told her that beverly was done with her part and that she could do the paperwork. She stated she did not have time (it was 11:30) and pleaded with me to do it for her.

Today a patient was admitted to Dr Holberts team and arrived on the unit at 4:00. She called me and asked me to take the patient "because she still had a lot of work to do". I accepted. She walked out of the hospital shortly after 5 and I was still doing the admit.

ive talked to both of you guys about this, but I am officially putting on email so it can be documented

Camilo Leal MD PGY-2
Department of Psychiatry
(404) 512 7321 phone

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

UF/Diekman 000347

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, October 28, 2015 10:35 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: Safety issue |

Hi, Sarah, I just wanted to summarize our phone conversation earlier this evening in which we discussed the potential options for how best to handle this situation:

1. In order for you to feel safe at least in the short-term, you should stay with someone with whom you feel safe.
2. As you mentioned, you are planning to invest in a home security system.
3. I have forwarded your e-mail to Gail Stahl, risk manager for UF Psychiatric Hospital, for further advice on procedure.
4. You are encouraged to call Shands legal (attorney on call after hours) as needed to discuss options. As we discussed, your safety is of utmost importance, yet we must balance this with patient confidentiality. Legal advice in this case is very important.
5. Call 911 if you feel in danger.
6. Call/contact me with any questions/concerns.

Thanks,

Dr. H

From: Diekman,Sarah
Sent: Wednesday, October 28, 2015 4:07 PM
To: Hobbs,Jacqueline A
Subject: Safety issue

Dr. Hobbs,
   Today a patient whom was being discharged handed me a letter on my way out of Vista.  In reading the letter and asking my colleagues what I should do, during process group, the group felt there was a danger to me from this patient and thought I should seek a safety plan from you. I will show you the letter, but the concern centers around the patient saying I am his "soulmate" and the person the "lord put on the earth to complete "him, etc. this patient is an ex police officer whom still has friends on the force and would easily be able to find out where I live. I have had issues with patients and boundaries before but I have struggled to find the balance between patient Doctor alliance and patient Doctor boundaries. I have been trying to follow the advice of Dr. Suryadevara from June to not speak to patients in a manner that will creat barriers between them and the doctor.  I was worried because the patient she corrected me on establishing the patient Doctor boundaries had a stalking history, but she stated that we should always be empathetic and make the patient feel we are on the same level. I also have been trying to respond to he feedback of my probation letter to make sure all patients feel that I am polite and approachable. I am not worried that I may have over corrected as this patient is clearly thinking it is appropriate to approach me sexually. I did not want to be perceived as rude or making the patient feel that disrespectful because I state that the Doctor patient relationship is different than other relationships, which Dr. Suryadevara corrected me on in June.  I had hoped that I was improving my skills in patient hospitality has improved because I was getting a lot of feedback from patients that I was a very friendly and available Doctor but now I feel afraid that this patient does not know when to stop. His letter clearly stated that he is expecting a romantic relationship now that he is being discharged.  I live alone and the though that he can find my address is terrifying to me.  The patients spouse stated that she secured his knives and firearms while he was in the hospital but I am worried he will find more.  I don't have the means to protect myself against something like . I am worried that I need

UF/Diekman 000348

to be. What is the next step in a situation like this? The PRItE answer I believe is to consult colleagues and they think I am in danger and need to seek an action plan from you....

Thank you for your help
Sarah

UF/Diekman 000349

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Suryadevara,Uma |
| **Sent:** | Thursday, October 29, 2015 6:13 AM |
| **To:** | Hobbs,Jacqueline A; Ginory,Almari; Averbuch,Robert N |
| **Cc:** | Holbert,Richard C,II; Mccallister,Dorothy J |
| **Subject:** | Re: Safety issue |

Last night, I went back into the patient list and the details of feedback I gave to her (as well as emails to Jackie). I believe I already talked to Jackie about this incident.

Patient had a personality disorder (not a stalker from what I remember), he yelled at her and was very upset (I didn't round with her that day, their conversation was related to meds). I talked to the patient later that afternoon, he calmed down and said he 'would give her another chance'. The next morning during rounds, the patient apologized to her. Her response to the patient was 'I am the doctor, you are the patient. you are doing your job and I am doing mine'. After this, my feedback was, 'that would not be taken well by many patients. They might find that demeaning'.

That is probably where 'being on the same level' is coming from. I don't think the current situation has anything to do with my previous feedback.

From: Hobbs,Jacqueline A
Sent: Wednesday, October 28, 2015 4:21 PM
To: Ginory,Almari; Averbuch,Robert N; Suryadevara,Uma
Cc: Holbert,Richard C,II; Mccallister,Dorothy J
Subject: FW: Safety issue

Hi, please take a look at this, and let me know your thoughts/advice.

Jackie

-----Original Message-----
From: Diekman,Sarah
Sent: Wednesday, October 28, 2015 4:08 PM
To: Hobbs,Jacqueline A
Subject: Safety issue

Dr. Hobbs,

Today a patient whom was being discharged handed me a letter on my way out of Vista.  In reading the letter and asking my colleagues what I should do, during process group, the group felt there was a danger to me from this patient and thought I should seek a safety plan from you.  I will show you the letter, but the concern centers around the patient saying I am his "soulmate" and the person the "lord put on the earth to complete "him, etc. this patient is an ex police officer whom still has friends on the force and would easily be able to find out where I live. I have had issues with patients and boundaries before but I have struggled to find the balance between patient Doctor alliance and patient Doctor boundaries. I have been trying to follow the advice of Dr. Suryadevara from June to not speak to patients in a manner that will creat barriers between them and the doctor. I was worried because the patient she corrected me on establishing the patient Doctor boundaries had a stalking history, but she stated that we should always be empathetic and make the patient feel we are on the same level. I also have been trying to respond to he feedback of my probation letter to make sure all patients feel that I am polite and approachable. I am not worried that I may have over corrected as this patient is clearly thinking it is appropriate to approach me sexually. I did not want to be perceived as rude or making the patient feel that disrespectful because I state that the Doctor patient relationship is different than other

UF/Diekman 000350

relationships, which Dr. Suryadevara corrected me on in June.  I had hoped that I was improving my skills in patient hospitality has improved because I was getting a lot of feedback from patients that I was a very friendly and available Doctor but now I feel afraid that this patient does not know when to stop. His letter clearly stated that he is expecting a romantic relationship now that he is being discharged.  I live alone and the though that he can find my address is terrifying to me.  The patients spouse stated that she secured his knives and firearms while he was in the hospital but I am worried he will find more.  I don't have the means to protect myself against something like . I am worried that I need to be. What is the next step in a situation like this? The PRItE answer I believe is to consult colleagues and they think I am in danger and need to seek an action plan from you....

Thank you for your help
Sarah

UF/Diekman 000351

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Friday, October 30, 2015 2:26 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: patient safety issue |

Perfect, thanks.

Dr. H

**From:** Diekman,Sarah
**Sent:** Friday, October 30, 2015 2:26 PM
**To:** Hobbs,Jacqueline A
**Subject:** Re: patient safety issue

I did. It is in the patients chart labeled and will be scanned with the other documents. That is what the nurses told me to do

On Oct 30, 2015, at 2:17 PM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:

> Hi, I think these sound reasonable. UF Psychiatric Risk Manager didn't have a lot to add as there were no specific policies.
>
> I can forward these recs to those who should know such as UF Psychiatric Medical Director, Clinic Managers/Supervisors, etc.
>
> Sarah, have you submitted the letter for scanning?
>
> Thanks,
>
> Dr. H
>
> **From:** Diekman,Sarah
> **Sent:** Friday, October 30, 2015 1:44 PM
> **To:** icazab@shands; Hobbs,Jacqueline A
> **Subject:** patient safety issue
>
> Dr. Hobbs,
>
> Here are the points I went over with Shands Legal Consults:
>
> 1. The letter should be scanned and entered into the chart as part of the patients personal record
>
> 2. If the patient is Baker Acted or consulted on, another professional, preferably a male should assume his care

                                    UF/Diekman 000352

3.  If the patient calls the clinic another provider should be designated to field these calls.

4. I should notify the police of any threats or inappropriate contact, as the issue of safety supercides doctor patient confidentiality


THank you both for your help and consideration in this matter.  I believe we are still waiting to here what recommendations the Vista Risk manager has as well.

Sarah

2

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Davidson, Deepak M |
| **Sent:** | Wednesday, November 04, 2015 11:01 PM |
| **To:** | Mathur,Anu; Hobbs,Jacqueline A; Ginory,Almari; Suryadevara,Uma |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Re: Notes |

Hello all,

Anu and I met with Sarah yesterday to address her email about notes. We advised her that it was not possible to start clinic notes prior to the patient visit. She was asked if she knew how to review the chart and she stated she was aware of the chart review tab. She claimed her difficulty was in "organizing my thoughts for presenting to the attending". She was given the option of organizing her thoughts in a word document if that helped her better present the case. She was advised to delete to document after as it will contain PHI.
I also went over the ROS form that new patients fill out.  I explained that she must have the patient fill it out and that if it is not filled out prior to the appointment she can have the patient fill it out while she is out of the room staffing. I advised her to go over it with the patient and then document any "yes answers and a brief comment addressing the symptom. We will be reviewing her notes to make sure that she has been addressing the ROS.


Thanks,

Deepak M. Davidson, MD
Chief Resident
University of Florida
Department of Psychiatry


CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, and FS 766.1016, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.


From: Diekman,Sarah
Sent: Monday, November 2, 2015 3:48 PM
To: Mathur,Anu; Davidson, Deepak M
Cc: Hobbs,Jacqueline A
Subject: Notes

Chiefs,
Is there a way to start the clinic notes I ahead of time? I know we are supposed to steer clear of clicking on patients on out our schedule before we know they are checked in but what happens if we do?  I think it would really help me organize my thoughts to do most of the work on the note head of time before And present then afterwords. Because of my dyslexia my brain does not like to organize things in a way that makes sense to other people and it's really annoying/

UF/Diekman 000354

confusing to attendings.  After I have the note written out it's much easier for people to understand what I am saying . I appreciate any advice you guys have.

Sarah

UF/Diekman 000355

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Suryadevara,Uma |
| **Sent:** | Tuesday, November 17, 2015 8:47 AM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: [EXTERNAL] FW: 11/17 |

She never called me, paged me or emailed me for anything. I have both my pager and cell phone with me constantly. I will find out more details from the team.

**From:** Hobbs,Jacqueline A
**Sent:** 11/17/2015 8:30 AM
**To:** Suryadevara,Uma
**Cc:** Mccallister,Dorothy J
**Subject:** FW: [EXTERNAL] FW: 11/17

Any insight?

-----Original Message-----
From: Yazdanpanah, Mehdi [mailto:Mehdi.Yazdanpanah@va.gov]
Sent: Tuesday, November 17, 2015 8:25 AM
To: Hobbs,Jacqueline A; Yazdanpanah,Mehdi
Cc: Mccallister,Dorothy J
Subject: Re: [EXTERNAL] FW: 11/17

I was out sick yesterday and will be today.  Yesterday he texted me she would be running late due to being ill, then I had the impression she was at work, from another text.  I asked Uma to cover for me and Sarah knew that as well.
I'll check with the staff at MHICM.

Mehdi

----- Original Message -----
From: Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
Sent: Tuesday, November 17, 2015 08:14 AM
To: Yazdanpanah,Mehdi <mehdiyaz@UFL.EDU>
Cc: Mccallister,Dorothy J <dorothym@UFL.EDU>
Subject: [EXTERNAL] FW: 11/17

Was she out yesterday? What about today?

Jackie

-----Original Message-----
From: Diekman,Sarah
Sent: Tuesday, November 17, 2015 8:01 AM
To: Hobbs,Jacqueline A; Mccallister,Dorothy J
Subject: 11/17

Sorry I forgot to send this earlier and yesterday. Me and the rest of MHICM have a cold . Dr Yaz was even out sick yesterday. Starting to feel better today and realized I did not send this yesterday

1

UF/Diekman 000356

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, November 19, 2015 3:46 PM |
| **To:** | Osfield, Ken |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | f/u from yesterday's meeting |

Dear Ken:

I am following up on some of the items discussed yesterday at the meeting with Sarah Diekman regarding her latest request for accommodations:

"1) Priority: Modified on site hourly work schedule-(8-5). With delineated coverage plan, if patient needs exceed this or if acute symptoms occur . This provides time for mandatory AM/PM physical therapy. Exercise regimen, functional daily routine. Trigger symptoms: 1,2,3,4,5,6,7,8."

After discussions with GME, Housestaff our contracted to work per ACGME duty hour rules. http://www.acgme.org/acgmeweb/portals/0/pdfs/dh_definitions.pdf. They have the additional burden of their specialties board requirements. Reduction in a work schedule is an unreasonable accommodation. It puts undue hardship on the program and the institution. It also fundamentally alters the learning experience for the housestaff and their peers.

"6) Environmental climate control- No duties to be performed in temperatures at or above 77°F or with attire that results in heat retention. Any activities planned or unplanned that require exposure to temperatures at or above this temp for greater than 5 min will require 30 min duty free (with assigned coverage for duties) for personal cooling program. Target symptoms 1,2,3,4,5,6,7,8"

There were some questions about whether the gowns used in rooms where contact precaution are in force are "breathable". They are not as this would not allow for proper infection control. I also talked with Dr. Ginory, the consult director, and she said that about 50% of patients, in her estimation, on their service are on some sort of contact precautions. Therefore, "gowning and gloving" is an essential function of the resident to perform patient care duties.

I hope this is helpful. Please let me know if you have any further questions.

Thanks,

Jackie

*Jacqueline A. Hobbs, MD, PhD*
Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Diplomate, American Board of Psychiatry and Neurology
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818

1

UF/Diekman 000357

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Yazdanpanah, Mehdi <Mehdi.Yazdanpanah@va.gov> |
| **Sent:** | Monday, November 23, 2015 2:54 PM |
| **To:** | Yazdanpanah, Mehdi; Hobbs,Jacqueline A; Yazdanpanah,Mehdi |
| **Cc:** | Suryadevara, Uma; Mccallister,Dorothy J |
| **Subject:** | RE: [EXTERNAL] update |

In regards to improving Dr. Diekman's organization I suggest she develop a way to remind her of important tasks to follow up on  eg. keep a list of notes, labs and issues to follow up on **and** the time frame for completion.


Mehdi Yazdanpanah, M.D.
Medical Director Mental Health Intensive Case Management Program
NF/SG VHS
Medical Record Committee Chair NF/SG VHS
Clozapine Coordinator NF/SG VHS
Adjunct Assistant Professor Psychiatry at UF

CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.


**From:** Yazdanpanah, Mehdi [mailto:Mehdi.Yazdanpanah@va.gov]
**Sent:** Monday, November 23, 2015 11:01 AM
**To:** 'jahobbs@ufl.edu'; 'mehdiyaz@ufl.edu'
**Cc:** Suryadevara, Uma; 'dorothym@UFL.EDU'
**Subject:** Re: [EXTERNAL] update

Dr. Diekman has been professional in her interactions with the MHICM team and veterans. She has been timely in her attendance to clinic. She responds to feedback by addressing the subject directly and making appropriate changes. For example, I asked her to be more detailed in her assessment and plan, in order to share her good thinking about the patients and the excellent historical data she had collected. She immediately followed up with my request.

I also have discussed organizing her work day to focus on getting documentation into the chart. She tells me she agrees this an ongoing focus with her and she takes steps to minimize distractions. I agree this is an ongoing goal for her to document immediately after visits, when possible, or within 24hrs.

1

UF/Diekman 000358

She is open minded and critical in her diagnostic skills and has a good grasp on the subject matter. She has an excellent perspective on how psychosocial, cultural and societal elements impact patient health and the treatment plan; and she advocates for and develops appropriate treatment plans.

We have had discussions about the MHICM veterans and how medical issues impact the lives and presentations of the SMI population. She decided to present to the MHICM team about medical causes of psychiatric presentations. Dr. Diekman gave a very balanced and effective presentation after morning report. She received appreciation and positive feedback from the MHICM team comprised of social workers, peer specialists, nurses and psychiatrist. I encouraged her to continue to develop this area of interest.


Mehdi Yazdanpanah, MD

**From:** Hobbs,Jacqueline A [mailto:jahobbs@UFL.EDU]
**Sent:** Sunday, November 22, 2015 11:23 AM
**To:** Yazdanpanah,Mehdi <mehdiyaz@UFL.EDU>
**Cc:** Suryadevara, Uma; Mccallister,Dorothy J <dorothym@UFL.EDU>
**Subject:** [EXTERNAL] update

Hi, Mehdi, will you provide me with some written feedback on Sarah by no later than the end of day Monday? I will need some input for our CCC meeting on Tuesday at noon.

Please comment on overall attendance, interpersonal communication with you and the team, patient care and doctor-patient relationship, overall professionalism, medical knowledge, response to feedback, and anything else you can think of.

Thanks,

Jackie



Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Diplomate, American Board of Psychiatry and Neurology
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818



UF/Diekman 000359

## Mccallister,Dorothy J

**From:**       Hobbs,Jacqueline A
**Sent:**       Friday, November 27, 2015 8:33 AM
**To:**         Mccallister,Dorothy J
**Subject:**    Fwd: SD

Sent from Dr. H's iPhone.

Begin forwarded message:

> **From:** "Ward,Herbert E,JR" <hward@UFL.EDU>
> **Date:** November 27, 2015 at 4:47:17 AM CST
> **To:** "Hobbs,Jacqueline A" <jahobbs@UFL.EDU>
> **Subject: SD**
>
> I just made a half dozen or so grammatical/editorial/just didn't make sense changes in one of Sarah's
> new patient evaluations.  It was obvious that she did not proof read it before sending it to me.  Changes
> were easy but this evaluation will probably go to Evelyn Jones, M.D. as a consultation.
> Herb
>
> Herbert E. Ward, M.D.
> Associate Professor and Vice Chair
> Department of Psychiatry
> University of Florida
>
> 4037 NW 86th Terrace
> Gainesville, Florida 32606
>
> Tel: 352-265-7041
> Fax: 352-265-7053
> hward@ufl.edu
>
> CONFIDENTIALITY NOTIFICATION: Please be advised, this email message, including any attachments, has been
> created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged
> information. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be
> upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not
> an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original
> message.

.

1

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Ginory,Almari |
| **Sent:** | Thursday, December 03, 2015 7:34 PM |
| **To:** | Hobbs,Jacqueline A |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | Timeline of today's events |

December 3,2015

I had an urgent ortho appointment this morning due to my knee collapsing so I first texted Sarah at 9:08 am to see how busy the service was and to let her know about my doctors appointment. We had 1 follow up (hers) and 1 new (Bruce). She had not texted me before that so I don't know when she arrived.

I arrived and texted her at 9:50. She had some questions about the notes and the census so she came to my office first to review notes. The rest of the team came at around 10:00. We did sit down rounds from 10:00-10:30.

We did walking rounds on the 2 patients from 10:30 to about 11:00. We used elevators.

At 11:00 they went to the resident room to do notes. She next contacted me at 11:50 via text for a child consult. We deferred that until tomorrow for the child fellow, whom she was supposed to email. I do not know if this was done. I will find out.

At 12:39 she asked if the medical students could home to study. She said she wasn't allowed to make that decision so wanted for me to make it.

I next received a text at 3:30 that we had a new safety evaluation. She was going to see the patient. I told her to go ahead and start and I would meet her up there. She texted that she was going at 3:32. I went up around 3:45. She was in the patient room, sitting in a chair, wearing a mask as the patient was on precautions (no gown).

I was in the room with her until 4:07 when I got a call and had to step out. At 4:12 she texted that the patient needed to use the restroom so she was stepping out. At that time I called her to discuss recommendations. She said she was going to go back in to finish the evaluation. I told her that we already had most of the evaluation done and there was plenty of information in the chart so it shouldn't take her much longer and we could finish up gathering information tomorrow if need be so that she wasn't there late.

I heard nothing further until 5:16 when Bruce called me and told me she had "passed out in the patient room," and was in the ER.  She had left the pager at the nurses station on 65 (the patient was in 6514). Bruce was calling me to see how we could retrieve the pager.

I spoke again with Bruce at 7:08. She was still in the ER awaiting a head CT and was with Krista Pinard. She called him because the note was not done and she had not contacted the team. I told him I would handle the note.

So her total patient for today was 1 follow and 1 new.

Sent from my iPhone

1

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, December 03, 2015 1:36 PM |
| **To:** | Osfield, Ken |
| **Cc:** | Mccallister,Dorothy J |
| **Subject:** | RE: following up |

Hi, Ken, Dorothy has had the form since you sent it. Sarah has been at our office building for 2 afternoons this week and has not stopped by for signature.

Dr. H

**From:** Osfield, Ken
**Sent:** Wednesday, December 02, 2015 3:00 PM
**To:** Diekman,Sarah; Hobbs,Jacqueline A
**Subject:** FW: following up

Dr. Diekman
I haven't received the signed copy of the accommodation form that was emailed to you on November 24.

Please update me on the status of the form.

Ken

**From:** Osfield, Ken
**Sent:** Tuesday, November 24, 2015 7:38 AM
**To:** Diekman,Sarah
**Cc:** Hobbs,Jacqueline A
**Subject:** RE: following up

Dr. Diekman,

I have attached the ADA accommodation form for review.  The copy to sign will be at Dr. Hobb's office.  At your earliest convenience please stop by her office and sign the form.

Dr. Hobbs – please print out the form and have it ready for Dr. Diekman to sign.  Please note your signature is also required.  After all signatures are complete please forward to my office.  Please keep a copy for your records and give a copy to Dr. Diekman for her records.

Dr. Diekman and Dr. Hobbs - The accommodations are effective once all signatures are in place.

Ken Osfield
UF – ADA Office

**From:** Diekman,Sarah
**Sent:** Monday, November 23, 2015 8:03 PM
**To:** Osfield, Ken
**Subject:** Re: following up

Thank you

1

On Nov 23, 2015, at 8:00 PM, Osfield, Ken <kosfield@ehs.ufl.edu> wrote:

Sarah
The accommodation form will be sent tomorrow.

Ken

Sent from my HTC One on the Verizon Wireless 4G LTE network

----- Reply message -----
From: "Diekman,Sarah" <sdiekman@ufl.edu>
To: "Osfield, Ken" <kosfield@ehs.ufl.edu>
Subject: following up
Date: Mon, Nov 23, 2015 6:20 PM

Dr. Osfield,

I am following up on the issues we discussed last Wed.  I went to my doctor and should have the Rollator in hand tomorrow.   However, it has been almost a week since the meeting and there is still no plan.  I am not even sure what the rules are with the Rollater and infection control etc as we talked about in the meeting.  I am very worried about Dec 1 as this is the rotation that has made me so ill in the past.  It is the reason I contacted you before July and without these issues formalized, I was sick and not able to perform to my potential.  Where are we on everything?

Sarah

UF/Diekman 000363

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Thursday, December 03, 2015 9:44 AM |
| **To:** | Mccallister,Dorothy J |
| **Cc:** | Ginory,Almari |
| **Subject:** | SD |

Hi, I spoke to Dr. Ginory yesterday about how Sarah Diekman is doing on C/L. She said that she has only been on 2 mornings because of clinic and didactics in the afternoon.

So far, she has been looking at the census around 7:30 AM. The load was very light the past 2 mornings, so she hasn't been pushed to any limits. Dr. Ginory actually sat in on one of her evals and watched her interview. She said that she initially got thrown by the patient saying the opposite of what the consult was about, and it took her some time to re-group, but she was able to do so. Dr. Ginory said that she gathered an appropriate history, but it took her a long time, and she found it very difficult to refrain from jumping in and taking over the interview. She said that though she could do the basic required history and exam, it was not at the level of a PGY-3.

Dr. Ginory has been sensitive to Sarah's accommodations, allowing her to sit for evals, making sure she has time for writing her notes, and limiting her walking on rounds (there was a problem with her rollator so she did not have it on rounds yesterday).

*Jacqueline A. Hobbs, MD, PhD*
Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Diplomate, American Board of Psychiatry and Neurology
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818





UF/Diekman 000364

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, December 06, 2015 9:03 PM |
| **To:** | Diekman,Sarah |
| **Cc:** | Mccallister,Dorothy J; Averbuch,Robert N |
| **Subject:** | Re: ED |

Okay, Sarah. I'll be in touch again tomorrow with further information.

Take care,

Dr. H

Sent from Dr. H's iPhone.

> On Dec 6, 2015, at 4:52 PM, Diekman,Sarah <sdiekman@ufl.edu> wrote:
>
> Dr. Hobbs,
>
> My doctor has not cleared me to return to work. I will likely be unable to return this week. My instructions are that I
need to avoid electronic screens/ reading etc. at this time. This is all I know at this time.
>
> Sarah
>
>> On Dec 6, 2015, at 8:00 AM, Hobbs,Jacqueline A <jahobbs@UFL.EDU> wrote:
>>
>> Sarah, how are you doing?
>>
>> Are you able to meet tomorrow at 10 AM? I'll be at the Brain Institute.
>>
>> Thanks,
>>
>> Dr. H
>>
>>
>>> On 12/4/15, 8:45 AM, "Hobbs,Jacqueline A" <jahobbs@UFL.EDU> wrote:
>>>
>>> Sarah, please take care. I'll be in touch later.
>>>
>>> Dr. H
>>>
>>> -----Original Message-----
>>> From: Diekman,Sarah
>>> Sent: Thursday, December 03, 2015 10:28 PM
>>> To: Hobbs,Jacqueline A; UF Psychiatry Chief Resident; Ginory,Almari;
>>> Bassi,Bruce; Mccallister,Dorothy J
>>> Subject: ED
>>>
>>> I have been cleared and released from the ED. They cannot guarantee

UF/Diekman 000365

>>> that I will not develop post concussion syndrome.  I will not be
>>> able to come in tomorrow. I am also to stay away from computers or
>>> any stimulus in general
>>>
>>> Sarah
>>

UF/Diekman 000366

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Sunday, December 06, 2015 7:48 AM |
| **To:** | Mccallister,Dorothy J |
| **Cc:** | Hobbs,Jacqueline A |
| **Subject:** | FW: Diekman schedules |

I will document this complaint in the CCC findings letter:

Inconsistent performance: A patient complained on 12/4/15 to the clinic about care received from you on 10/12/15. The patient stated that when she told you that she was on Xanax, among others,  that your response was that she should never have been put on the medications and that the doctor who did this should be "sued for malpractice". The patient reported that this made her feel uncomfortable. In reviewing this case, it was revealed that the patient's pharmacy had called for clarification on whether the patient could have Klonopin dispensed given that the patient had received Xanax in the past 2 weeks. There was no documentation by you that you had responded to pharmacy. The patient subsequently developed a skin rash (which was not reported to you or the clinic until 12/4/15). After discussions with a chief resident, the patient was sent to the ED and received treatment for a suspected drug-induced rash.

**From:** Christine Martin <wilce@shands.ufl.edu>
**Date:** Friday, December 4, 2015 at 4:55 PM
**To:** "Hobbs,Jacqueline A" <jahobbs@ufl.edu>, "Ginory,Almari" <ginory@ufl.edu>
**Subject:** RE: Diekman schedules

So the complaint was interesting. Patient was a new eval and has been on Xanax among other things for the past three years. When she told Dr. Diekman this the response the patient received was the doctor you were seeing should have never had you on these meds, she should be sued for malpractice." The patient said this made her feel uncomfortable. Then she proceeds to tell me that she has a bad case of chicken pox and is itching really bad. I spoke with Davidson and he advised me to tell her to present to the ED which I did. She never called since breaking out in hives on October 14,2015.. ughh. I do see a call from the pharmacy regarding a clarification from October that was never documented on by Diekman- not sure if she called back or not.

Thanks,
Elise

**From:** Martin, Christine E.
**Sent:** Friday, December 04, 2015 3:04 PM
**To:** Hobbs, Jacqueline A; Ginory, Almari
**Subject:** FW: Diekman schedules

FYI- I will call the patient but thought you may want to hear the complaint will update you both

**From:** Blumberg, Sirikul
**Sent:** Friday, December 04, 2015 3:00 PM
**To:** Martin, Christine E.
**Subject:** RE: Diekman schedules

Dear Elise,

UF/Diekman 000367

I contacted pt: MRN ███████; ██████████████. 58 ys Female   (appt. 12/28).  She said she has med (s)  problem and complaint about Dr.Diekman.
She said to need to see Dr. as soon as possible per her medications.  Could you please contact her.

Thank you very much.
Coco

**From:** Martin, Christine E.
**Sent:** Friday, December 04, 2015 2:47 PM
**To:** Nieves, Raymond; Altman, Dawn M.; Blumberg, Sirikul; Litchfield, Avis R.
**Subject:** RE: Diekman schedules

That was super speedy ☺

**From:** Nieves, Raymond
**Sent:** Friday, December 04, 2015 2:46 PM
**To:** Martin, Christine E.; Altman, Dawn M.; Blumberg, Sirikul; Litchfield, Avis R.
**Subject:** RE: Diekman schedules

12/7/15 done.

**From:** Martin, Christine E.
**Sent:** Friday, December 04, 2015 2:21 PM
**To:** Altman, Dawn M.; Blumberg, Sirikul; Litchfield, Avis R.; Martin, Christine E.; Nieves, Raymond
**Subject:** Diekman schedules

Hi everyone,

I have closed her Monday schedules and there are 17 patients that we need to move to either Bassi or Khali ideally in January. If they need a sooner apt, refill or med check schedule them and send me an email and we will get them med refills to last until their next appts. Just simply say that she is currently unavailable and that care is being transferred to another resident. The PAC will reschedule 1/4/16 forward.

UF/Diekman 000368

## Mccallister,Dorothy J

| | |
|---|---|
| **From:** | Hobbs,Jacqueline A |
| **Sent:** | Wednesday, December 09, 2015 7:59 AM |
| **To:** | Mccallister,Dorothy J |
| **Subject:** | FW: escalate |

Please place in Dr. Diekman's file. This is a patient complaint. I reviewed the medical record, and there was no documentation by Dr. Diekman that she had called them back.

**From:** Martin, Christine E. [mailto:willce@shands.ufl.edu]
**Sent:** Tuesday, December 08, 2015 3:13 PM
**To:** Hobbs,Jacqueline A; Ginory,Almari
**Subject:** FW: escalate

See below in yellow

**From:** Dayton, Vanessa A.
**Sent:** Tuesday, December 08, 2015 2:59 PM
**To:** Martin, Christine E.
**Cc:** Shaw, James M.
**Subject:** escalate

Good afternoon,

## Call Documentation

▇▇▇▇▇▇▇▇▇▇ at 09/22/15 1019
Author Type: **Clerk Monitor Tech**   Status: **Signed**
Expand All Collapse All

Patient's mom came into clinic today to pick up son's prescription, she asked if you could please call her, she had some questions to ask you about the medication, which her husband forgot to ask you. Her telephone # is ▇▇▇▇▇▇▇▇.

Mom states that Dr. Diekman never called her back regarding this. She would like a call at ▇▇▇▇▇▇▇. There is proxy authority on file.
MRN: ▇▇▇▇▇

Thank you for your assistance!

**Vanessa Dayton**
UFPHP Access Center Coord
Specialties 2 pod
Davtov@shands.ufl.edu

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

UF/Diekman 000369

**Mccallister,Dorothy J**

| | |
|---|---|
| **From:** | Ginory,Almari |
| **Sent:** | Friday, December 11, 2015 2:56 PM |
| **To:** | Hobbs,Jacqueline A; Mccallister,Dorothy J |
| **Subject:** | RE: SD |

I just wanted to update that at no point during her rotation on consults (3 days from Tuesday December 1 to Thursday December 4) did Sarah have her rollator with her. She sat down during the patient interviews and the elevator was used to move between floors.
Her patient totals were as follows:
Tuesday December 1- 1 follow up patient – half a day consults then clinic in the afternoon where she had 2 new patients and a follow up
Wednesday December 2- 1 follow up and 1 new patient
Thursday December- 1 follow up and 1 new patient

Thank you and please let me know if anything further is needed.

Almari Ginory, DO
Assistant Professor
Associate Program Director, Psychiatry Residency
Chief, Psychiatry Consultation-Liaison Service
Clinic Director, Adult Outpatient Clinic
Department of Psychiatry
University of Florida

CONFIDENTIALITY NOTIFICATION:   Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use,  disclosure, or distribution of such information is prohibited and will  be upheld under the discretion of Federal and State law.  If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply  e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes,  this document is privileged and confidential.  It is not subject to discovery.  Please do NOT copy or release.

**From:** Hobbs,Jacqueline A
**Sent:** Thursday, December 03, 2015 9:44 AM
**To:** Mccallister,Dorothy J
**Cc:** Ginory,Almari
**Subject:** SD

Hi, I spoke to Dr. Ginory yesterday about how Sarah Diekman is doing on C/L. She said that she has only been on 2 mornings because of clinic and didactics in the afternoon.

So far, she has been looking at the census around 7:30 AM. The load was very light the past 2 mornings, so she hasn't been pushed to any limits. Dr. Ginory actually sat in on one of her evals and watched her interview. She said that she initially got thrown by the patient saying the opposite of what the consult was about, and it took her some time to re-group, but she was able to do so. Dr. Ginory said that she gathered an appropriate history, but it took her a long time,

1

and she found it very difficult to refrain from jumping in and taking over the interview. She said that though she could do the basic required history and exam, it was not at the level of a PGY-3.

Dr. Ginory has been sensitive to Sarah's accommodations, allowing her to sit for evals, making sure she has time for writing her notes, and limiting her walking on rounds (there was a problem with her rollator so she did not have it on rounds yesterday).

*Jacqueline A. Hobbs, MD, PhD*

Jacqueline A. Hobbs, MD, PhD, DFAPA
Assistant Professor and Vice Chair for Education
Director, Residency Training Program
Diplomate, American Board of Psychiatry and Neurology
Department of Psychiatry
University of Florida College of Medicine
Office: 352-294-4945
Fax: 352-594-1818







CONFIDENTIALITY NOTIFICATION:  Please be advised!  This e-mail message, including any attachments, has been created explicitly for  the sole use  of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a

UF/Diekman 000371