# Exhibit 11



**College of Medicine**
Department of Psychiatry
Residency Training Program

PO Box 100256
Gainesville, FL 32610-0256
(352) 294-4945
(352) 594-1818 (fax)

September 3, 2015

Sarah Diekman, MD
PGY-3 Psychiatry Resident
PO Box 100256

Re: Your performance in the residency training program

This letter will serve as documentation of our conversation regarding your performance and the milestones and areas of difficulty, your placement on probation, and the specific goals you will need to achieve to remain in the program, as well as the expected timeline for improvement.

On June 3, 2015, the Clinical Competency Committee (CCC) met and discussed increasing concerns about your academic performance. CCC members in attendance were Drs. Robert Averbuch, Jody Brown, Jacqueline Hobbs, Lisa Merlo Greene, Mariam Rahmani, Rajiv Tandon, Joseph Thornton, and Uma Suryadevara. Specific concerns received from multiple faculty members were reviewed. Since that CCC meeting, I have received additional feedback corroborating and extending these concerns. The Adult Division Faculty met August 21, 2015, where the concerns were again raised. Issues raised came from multiple sources and involve all areas of patient care including inpatient, consult, and outpatient.

Several faculty have had documented conversations with you on several occasions about your performance and provided coaching on ways to improve. Examples are noted below.

The key areas of concern raised over the last 3 months (June-August) are your inability to handle a patient care workload appropriate for your level of experience; poor time management; lack of timeliness, completeness, and accuracy of medical records; medical knowledge below the expected level for your level of experience; and an overall inconsistency in clinical care.

Specific performance deficiencies are outlined below by core competency and milestones (per ACGME):

Patient Care/Professionalism:
- Not following direct instruction: Multiple attendings have noted that you frequently do not follow their instructions even after multiple repetitions, both verbally and in writing, and

*The Foundation for The Gator Nation*
*An Equal Opportunity Institution*


**Exhibit 10** S. Diekman 6/17/2020

UF/Diekman 001492

   regardless of complexity. You were coached on this verbally on 8/6/15 and in writing on 8/7/15.
- Errors in medical orders: There are frequent errors in your entered orders, including, but not limited to, a failure to resume/restart medications upon patient transfer, failure to order consults as discussed with the attending, failure to provide complete information for consult requests, failure to enter discharge instructions for patients, and ordering an incorrect medication regimen. You were coached on this verbally by your attending in June.
- Failing to take ownership of patients/patient care (Milestone PROF2.2.3/C deficiency): Because of these deficiencies, your work requires constant monitoring and oversight far more than would be expected with your experience level. Additionally, the following specific deficiencies have been noted:
  - You are often inadequately prepared for rounds. Regardless of the number of patients you are following, you frequently do not know patient history, interval history, psychiatric medications/changes in medications, or information provided by other consultants while on rounds. You were coached on this verbally by your attending in June and on 8/24/15.
  - You rely heavily on medical or PA students to round on patients and relay information back to you, and, at times, it has been apparent that you have not checked their work. It is against College of Medicine policy for you to use the work of medical students without personally seeing the patients, and, even then, there is a limit to the information the students can provide for the actual medical record. In addition, it has been observed that when students collected collateral information, you frequently did not incorporate the information into the note. Conversely, in cases where there was no student available, you did not obtain the information yourself. This has resulted in incomplete and risky psychiatric care. (Milestone PC1.1.2/B deficiency) You were coached on this verbally by your attending in July.
- Inadequate management of moderate to heavy workloads (Milestone PC1.3.2/A deficiency): It has been noted that you are unable to handle the patient care workload as would be expected for your level of experience.

Interpersonal and Communication Skills/Professionalism/Patient Care:
- Lack of timeliness of medical records (Milestone ICS2.1.1/A, PROF2.1.3/B deficiencies). On several occasions, you have not completed your notes in a timely fashion or as required by the service, and, sometimes, your notes were as much as 2 days late. Additionally, at times you admitted your delay only when prompted. You were coached on this in writing on 7/17/15 and 8/7/15 and verbally on 8/6/15.
- Poor note quality (Milestone ICS2.1.1/A, PC2.1.1/A deficiencies): Your interval histories are often limited and fail to convey important information. Sentences are often incomplete and have many spelling/grammar errors. Your plans of care are limited, often documenting little more than "no changes" and not describing the medications, indications, or medical rationale as is standard in medical notes. You frequently fail to document treatment plans even after discussion and approval by the attending. Your mental status examinations are frequently inaccurate or even missing (Milestone PC1.1.1/A, PC1.2.1/A deficiencies).

- Improper note template use: You have used the improper template on multiple occasions (e.g., H&P documented as follow up), despite being given corrective feedback multiple times.

Medical knowledge/patient care:
- Faculty express concerns about your medical knowledge, which is significantly lower than would be expected based on your level of experience. Attendings disagree with your diagnoses and treatment plans at a more frequent rate than would be expected for someone at your level of experience. (Milestone PC2.1.2/A, PC2.2.1/A, PC3.1.1/A, PC5.1.1/A, PC5.2.1/A, MK2.2.1/A, MK5.1.1/A deficiencies)
    - (Poor treatment choice) Patient with panic attacks who had only been treated with Remeron. You suggested using Seroquel. First line treatment is an SSRI.
    - (Incorrect diagnosis) Patient with "mood swings" in the context of a long history of substance abuse and no periods of sobriety. You suggested bipolar when the most likely cause of mood symptoms was substance use disorder. Then, you suggested Depakote for her bipolar diagnosis even when the attending told you the working diagnosis was not bipolar.
    - (Incorrect diagnosis) Patient with cancer and prolonged hospitalization, consulted for treatment of depression. You recommended a diagnosis should be delirium. You stated that the main symptoms were affect constriction and psychomotor retardation. There was no evidence of disorientation or waxing/waning of attention.
    - (Poor treatment choice) You recommended benzodiazepine for a patient with delirium (due to possible alcohol withdrawal) even though the patient had been in the hospital for 3 weeks with normal vital signs and no other signs of withdrawal.

Professionalism:
- Poor time management (Milestone PROF2.1.3/B deficiency): You are often late to rounds and/or arrive ill-prepared, failing to allow yourself sufficient time to pre-round. Also, there have been occasions when it was difficult to reach you when you should have been in the hospital. You were coached on this verbally by attendings in June, July, and on 8/6/15 and in writing on 8/7/15.
- Professionalism with students and patients (Milestone PROF2.1.3/B deficiency): A medical student commented in his/her evaluation of you that "Dr. Diekman's mood was very labile. She sometimes snaps at students." There have been instances when it has been noted, and even pointed out to you, that you were disrespectful to patients (Milestone PROF1.1/A deficiency). You were coached on this verbally by your attending in June.
- Being distracting on rounds (Milestone PROF2.1.3/B deficiency): It was noted on Shands and VA Consults rounds that you were often having side conversations with students and other residents discussing non-patient-related issues leading to disruptions in teaching and unnecessarily delaying rounds.

Our expectation is that you will be able to complete satisfactory clinical work and advance in your training. You have performed well during formal clinical skills assessments; however, your performance on your rotations does not demonstrate that you are capable of handling a typical clinical caseload or complex patients, as would be expected for someone of your level of experience. Therefore, you are being placed on probation, effective **September 4, 2015**, for an initial probationary period of 3 months during which time you will have the opportunity to address the deficiencies noted above. The Clinical Competency Committee has developed a program of improvement for you, as outlined below, which should be followed during this probationary period. You must meet the outlined goals in order to continue your training. You will be reassessed in 3 months' time. Failure to meet the goals may result in non-renewal.

The following are the committee's specific expectations and recommendations for this period of probation:

Develop an individualized learning plan (ILP):
- Address each of the milestones (PROF1.1/A, PROF2.1.3/B, PROF2.2.3/C, PC1.1.1/A, PC1.1.2/B, PC1.2.1/A, PC1.3.2/A, PC2.1.1/A, PC2.1.2/A, PC2.2.1/A, PC3.1.1/A, PC5.1.1/A, PC5.2.1/A, ICS2.1.1/A, MK2.2.1/A, MK5.1.1/A) in need of improvement. Do this after reviewing the specific language of the milestones, assessing your current level of functioning, specifying the next "steps" to be achieved in each milestone over the course of your probation, and outlining specific actions to achieve those milestone goals. This learning plan must be developed in collaboration with Dr. Hobbs and an associate program director(s) and submitted in final form to us, in writing, by **September 18, 2015**.
- Review the expectations that were reviewed with all residents and that all residents signed at the beginning of this academic year. You will be held to these standards, unless superseded by this document.

Patient care:
- Follow all attending/senior resident/chief instructions/recommendations and document all appropriate information in a timely manner as appropriate to the rotation and task. If there is any doubt about what a suitable turnaround time would be, then you must clarify with the appropriate supervisor. Tardiness in your work due to misunderstandings of expectations is not acceptable; it is up to you to seek clarification. Any delays in your work must be immediately cleared with the faculty member.
- Arrive with enough time to prepare for rounds. The expectation is that you will have adequately reviewed your patients' charts and can answer attending questions on rounds.
- During this 3-month period, you will not work with medical/PA students.
- Delineate a pre-rounding checklist. This checklist should be submitted to Dr. Hobbs for review and comment by **September 8, 2015.**
- You will carry/complete an equivalent workload expected for a PGY-3 resident: up to 12 patients per day.

Interpersonal and communication skills:

UF/Diekman 001495

- Complete all notes on the day of service. Discharge summaries are due within 48 hours or on the day of discharge if the patient is transferring to a skilled nursing facility. Faculty will be checking your notes periodically and will provide feedback regarding the quality of your notes and areas for improvement.
- There will be random review of your notes done by the program directors to ensure quality and improvement.
- Review at least 1 note per week on Wednesday afternoon directly with Dr. Hobbs or her designee. It will be your responsibility to print the note and give it to Dr. Hobbs or her designee. Over the course of a one-month rotation, you should provide at least 1 H&P, 1 subsequent/progress note (if applicable to service), 1 discharge summary (if applicable to service), and 1 discharge instruction (if applicable to service) for review. In addition, you will review at least 1 clinic note per week with Dr. Ginory. All notes should be hand signed as reviewed and turned into Dr. Hobbs. Absolutely no "cutting and pasting" will be tolerated.

Medical knowledge:
- Maintain a score no lower than the 30th percentile on both sections (Psychiatry and Neurology) of the PRITE.
- By **November 30, 2015**, complete a guided reading, as assigned by Dr. Hobbs. This reading will consist of several assignments from the 11th edition of Kaplan and Sadock *Synopsis of Psychiatry*. If you do not have this book, please purchase it with your book allowance. Tracking of your progress will be via New Innovations Checklist assignment.

Professionalism
- Reporting instructions:
  - Sept: Vista East—Arrive to work by 6:30 AM; leave no earlier than 5 PM.
  - Oct: Visit East—Arrive to work by 6:30 AM; leave no earlier than 5 PM.
  - Nov: VA ER—Arrive to work by 8 AM and leave no earlier than 8 PM.
  - Send an e-mail to Dr. Hobbs (with copy to Dorothy McCallister) when you arrive in the hospital and when you depart from the hospital.
  - Check in/out with your attending or senior team member each day.
  - If you leave early or come late, you will communicate your absences via email and take the appropriate vacation, or sick leave.
- Maintain a professional demeanor and attitude with all faculty, peers, staff, and students. Minimize distractions and side conversations during clinical and teaching rounds. Faculty, peer, and 360 degree evaluations will be monitored for lapses.
- Maintain respect for all patients. Patient complaints as well as faculty and 360 degree evaluations will be monitored for lapses.

In addition to the above, you will meet with Dr. Hobbs (and an associate program director) weekly. You will be responsible for scheduling these meetings (contact Dr. Hobbs) and should have dates for the next 3 months confirmed no later than **September 8, 2015**. During these meetings, we will review and assess your ongoing professional performance and your overall progress. These meetings will assist you in meeting the expectations of your probation, assist in developing your skills in self-assessment and facilitate the successful completion of

probation and progression to graduation from residency. Progress in the above competency areas will be measured by verbal and written feedback received by Dr. Hobbs from program faculty, chiefs, other peers, and staff.

At the next regularly scheduled meeting of the CCC in December 2015, the committee will evaluate your progress. One of three actions will follow from that meeting:
- With significant improvement in your performance, you will be returned to good standing in the program and the probationary period will end.
- With some improvement in your performance, but not to where you should be for a PGY-3 resident, the probationary period may be continued for another 3 months (January-March).
    - If your probationary period is continued for an additional 3 months, you must regain good standing by the regular meeting of the committee in March. Failure to do so will result in dismissal from the training program here at the University of Florida.
- If, during the probationary period, you fail to improve your performance or your performance worsens, you will be dismissed from the Psychiatry training program here at the University of Florida.

As with any adverse action, you have the right to appeal this decision of the Clinical Competency Committee and the Program Director.  I am enclosing a copy of the appropriate procedure (Grievance procedure) to appeal this decision. Briefly, your first appeal is to the Department Interim Chair (Dr. Bussing). If the decision is upheld, the next appeal would be to Dr. Lisa Dixon, our Associate Dean for Graduate Medical Education. If she upholds the decision, it will be final.

Sincerely,


Jacqueline A. Hobbs, MD, PhD, DFAPA
Vice Chair for Education
Residency Program Director


I have received a copy of this memorandum and understand its contents.  My signature does not mean that I concur with its contents. I have also received a copy of the University of Florida College of Medicine Grievance Procedures that I may use to appeal this probation.


_____
Sarah Diekman, MD
Resident in Psychiatry

UF/Diekman 001497