# Exhibit 14

# RESIDENT REPORT 1

**PSYCHIATRY RESIDENT IN TRAINING EXAMINATION (PRITE)**
OCTOBER 2013

**RESIDENT'S RESULTS**

**GENERAL PSYCHIATRY BEGINNING RESIDENT**



RESIDENT ID #   13-087-0001

| | | YOUR SCORE | | YOUR RANK AT YOUR INSTITUTION | | YOUR PERCENTILE RANK AMONG PEER GROUPS | |
|---|---|---|---|---|---|---|---|
| | NO. OF ITEMS | RAW SCORE | STD SCORE | GEN PSYCH BEGINNING RESIDENTS | ALL EXAMINEES | US GEN PSYCH BEGINNING RESIDENTS | ALL US GEN PSYCH RESIDENTS |
| **GLOBAL SCORES** | | | | | | | |
| - GLOBAL SCORE IN PSYCHIATRY (INCLUDES ALL CATEGORIES LISTED UNDER PSYCHIATRY SUBSCORES) | 248 | 163 | 497 | 6 / 8 | 25 / 39 | 80 | 47 |
| - GLOBAL SCORE IN NEUROLOGY AND NEUROSCIENCES | 52 | 32 | 446 | 5 / 8 | 30 / 39 | 38 | 27 |
| **PSYCHIATRY SUBSCORES** | | | | | | | |
| - GROWTH AND DEVELOPMENT | 21 | 13 | 529 | 1 / 8 | 14 / 39 | 71 | 54 |
| - ADULT PSYCHOPATHOLOGY | 30 | 22 | 493 | 6 / 8 | 19 / 39 | 60 | 39 |
| - EMERGENCY PSYCHIATRY | 15 | 8 | 410 | 5 / 8 | 34 / 39 | 26 | 14 |
| - BEHAVIORAL SCIENCE AND SOCIAL PSYCHIATRY | 21 | 14 | 552 | 2 / 8 | 12 / 39 | 75 | 61 |
| - PSYCHOSOCIAL THERAPIES | 21 | 13 | 482 | 4 / 8 | 23 / 39 | 62 | 36 |
| - SOMATIC TREATMENT METHODS | 30 | 18 | 486 | 4 / 8 | 26 / 39 | 68 | 40 |
| - PATIENT EVALUATION AND TREATMENT SELECTION | 21 | 15 | 536 | 3 / 8 | 15 / 39 | 78 | 57 |
| - CONSULTATION-LIAISON PSYCH | 15 | 11 | 522 | 5 / 8 | 15 / 39 | 60 | 44 |
| - CHILD PSYCHIATRY | 21 | 19 | 680 | 1 / 8 | 6 / 39 | 99 | 96 |
| - ALCOHOLISM AND SUBS ABUSE | 21 | 13 | 463 | 5 / 8 | 29 / 39 | 55 | 28 |
| - MISCELLANEOUS | 12 | 5 | 253 | 8 / 8 | 39 / 39 | 1 | 1 |
| - GERIATRIC PSYCHIATRY | 10 | 6 | 438 | 4 / 8 | 25 / 39 | 24 | 16 |
| - FORENSIC PSYCHIATRY | 10 | 6 | 508 | 6 / 8 | 18 / 39 | 54 | 37 |

YOU WERE TESTED UNDER FULLY STANDARDIZED CONDITIONS

Exhibit 13
S. Diekman 6/17/2020

Printed:   11/26/2013

UF/Diekman 001489

# RESIDENT REPORT 1

PSYCHIATRY RESIDENT IN TRAINING EXAMINATION (PRITE)
OCTOBER 2014

RESIDENT'S RESULTS

GENERAL PSYCHIATRY 2ND YEAR RESIDENT

RESIDENT ID # 14-087-0012

| GLOBAL SCORES | NO. OF ITEMS | RAW SCORE | STD SCORE | GEN PSYCH 2ND YEAR RESIDENTS | ALL EXAMINEES | US GEN PSYCH 2ND YEAR RESIDENTS | ALL US GEN PSYCH RESIDENTS |
|---|---|---|---|---|---|---|---|
| - GLOBAL SCORE IN PSYCHIATRY (INCLUDES ALL CATEGORIES LISTED UNDER PSYCHIATRY SUBSCORES) | 248 | 166 | 487 | 5 / 9 | 19 / 39 | 42 | 42 |
| - GLOBAL SCORE IN NEUROLOGY AND NEUROSCIENCES | 52 | 32 | 457 | 7 / 9 | 23 / 39 | 28 | 30 |
| PSYCHIATRY SUBSCORES | | | | | | | |
| - GROWTH AND DEVELOPMENT | 21 | 19 | 641 | 1 / 9 | 1 / 39 | 92 | 91 |
| - ADULT PSYCHOPATHOLOGY | 30 | 16 | 421 | 5 / 9 | 25 / 39 | 19 | 18 |
| - EMERGENCY PSYCHIATRY | 15 | 12 | 521 | 4 / 9 | 11 / 39 | 41 | 44 |
| - BEHAVIORAL SCIENCE AND SOCIAL PSYCHIATRY | 21 | 13 | 427 | 8 / 9 | 24 / 39 | 19 | 18 |
| - PSYCHOSOCIAL THERAPIES | 21 | 10 | 372 | 7 / 9 | 30 / 39 | 7 | 8 |
| - SOMATIC TREATMENT METHODS | 30 | 15 | 400 | 8 / 9 | 32 / 39 | 11 | 13 |
| - PATIENT EVALUATION AND TREATMENT SELECTION | 21 | 17 | 508 | 6 / 9 | 19 / 39 | 41 | 42 |
| - CONSULTATION-LIAISON PSYCH | 15 | 12 | 615 | 1 / 9 | 1 / 39 | 85 | 83 |
| - CHILD PSYCHIATRY | 21 | 13 | 446 | 4 / 9 | 18 / 39 | 26 | 25 |
| - ALCOHOLISM AND SUBS ABUSE | 21 | 14 | 512 | 4 / 9 | 16 / 39 | 46 | 45 |
| - MISCELLANEOUS | 12 | 10 | 547 | 3 / 9 | 11 / 39 | 53 | 52 |
| - GERIATRIC PSYCHIATRY | 10 | 8 | 567 | 2 / 9 | 11 / 39 | 65 | 61 |
| - FORENSIC PSYCHIATRY | 10 | 7 | 567 | 1 / 9 | 5 / 39 | 69 | 65 |

YOU WERE TESTED UNDER FULLY STANDARDIZED CONDITIONS

Printed: 11/25/2014

*Dickman*

UF/Diekman 001490

# RESIDENT REPORT 1

### PSYCHIATRY RESIDENT IN TRAINING EXAMINATION (PRITE)
OCTOBER 2015

### RESIDENT'S RESULTS

### GENERAL PSYCHIATRY 3RD YEAR RESIDENT



**RESIDENT ID #   15-087-0024**

|  | NO. OF ITEMS | YOUR SCORE RAW SCORE | YOUR SCORE STD SCORE | YOUR RANK AT YOUR INSTITUTION GEN PSYCH 3RD YEAR RESIDENTS | YOUR RANK AT YOUR INSTITUTION ALL EXAMINEES | YOUR PERCENTILE RANK AMONG PEER GROUPS US GEN PSYCH 3RD YEAR RESIDENTS | YOUR PERCENTILE RANK AMONG PEER GROUPS ALL US GEN PSYCH RESIDENTS |
|---|---|---|---|---|---|---|---|
| **GLOBAL SCORES** | | | | | | | |
| - GLOBAL SCORE IN PSYCHIATRY (INCLUDES ALL CATEGORIES LISTED UNDER PSYCHIATRY SUBSCORES) | 248 | 177 | 553 | 3 / 8 | 10 / 39 | 52 | 68 |
| - GLOBAL SCORE IN NEUROLOGY AND NEUROSCIENCES | 52 | 26 | 432 | 5 / 8 | 26 / 39 | 16 | 22 |
| **PSYCHIATRY SUBSCORES** | | | | | | | |
| - GROWTH AND DEVELOPMENT | 21 | 13 | 504 | 6 / 8 | 17 / 39 | 36 | 44 |
| - ADULT PSYCHOPATHOLOGY | 30 | 24 | 612 | 1 / 8 | 3 / 39 | 77 | 83 |
| - EMERGENCY PSYCHIATRY | 15 | 13 | 568 | 3 / 8 | 7 / 39 | 49 | 63 |
| - BEHAVIORAL SCIENCE AND SOCIAL PSYCHIATRY | 21 | 15 | 556 | 3 / 8 | 10 / 39 | 56 | 63 |
| - PSYCHOSOCIAL THERAPIES | 21 | 15 | 492 | 5 / 8 | 13 / 39 | 24 | 37 |
| - SOMATIC TREATMENT METHODS | 30 | 22 | 534 | 5 / 8 | 18 / 39 | 38 | 56 |
| - PATIENT EVALUATION AND TREATMENT SELECTION | 21 | 20 | 664 | 1 / 8 | 1 / 39 | 92 | 95 |
| - CONSULTATION-LIAISON PSYCH | 15 | 10 | 435 | 8 / 8 | 26 / 39 | 10 | 18 |
| - CHILD PSYCHIATRY | 21 | 14 | 535 | 4 / 8 | 14 / 39 | 44 | 57 |
| - ALCOHOLISM AND SUBS ABUSE | 21 | 12 | 482 | 5 / 8 | 20 / 39 | 23 | 35 |
| - MISCELLANEOUS | 12 | 7 | 459 | 4 / 8 | 20 / 39 | 19 | 25 |
| - GERIATRIC PSYCHIATRY | 10 | 5 | 533 | 3 / 8 | 10 / 39 | 43 | 51 |
| - FORENSIC PSYCHIATRY | 10 | 7 | 529 | 3 / 8 | 11 / 39 | 38 | 48 |

YOU WERE TESTED UNDER FULLY STANDARDIZED CONDITIONS

Printed:   1/3/2016
UF/Diekman 001491