# Exhibit 15

**SUBJECT:**      **Procedure for Grievance, Suspension, Nonrenewal or Dismissal**

**INTENT:**       Each training program is responsible for the conduct of that training program and for the policy on defining satisfactory performance of the resident as a student.  The sponsoring institution wishes to ensure that the application of such policies are not arbitrarily illegal, unjust or create unnecessary hardship.  Therefore, a policy and procedure for addressing resident dissatisfaction is established.

**POLICY STATEMENT:**   Context of the institutional and program requirements.  Each program must develop fair and consistent standards for the residents.  If a resident feels that a decision by the program violates standards of fairness then the resident is afforded a process whereby individuals outside the program may review such decisions.

**DESCRIPTION:**   The position of the resident presents the dual aspect of a student in graduate training while participating in the delivery of patient care.  For purposes of this policy, the term "resident" applies residents, fellows, and adjunct clinical post-doctoral associates in training programs recognized and approved by the Graduate Medical Education Committee at the University of Florida College of Medicine.   These training programs may be either ACGME Accredited Programs or non-accredited programs formally approved by the GMEC.

The University of Florida College of Medicine is committed to the maintenance of a supportive educational environment in which residents are given the opportunity to learn and grow.  Inappropriate behavior in any form in this professional setting is not permissible.  A resident's continuation in the training program is dependent upon satisfactory performance as a student, including the maintenance of satisfactory professional standards in the care of patients and interactions with others on the health care team.  The resident's academic evaluation will include assessment of behavioral components, including conduct that reflects poorly on professional standards, ethics, and collegiality.  Disqualification of a resident as a student or as a member of the health care team from patient care duties disqualifies the resident from further continuation in the program.

**Grievances:** A grievance is defined as dissatisfaction when a resident believes that any decision, act or condition affecting his or her program of study is arbitrary, illegal, unjust or creates

**Exhibit**

**14**

S. Diekman 6/17/2020

unnecessary hardship. Such grievance may concern, but is not limited to, the following: academic progress, mistreatment by any University employee or student, wrongful assessment of fees, records and registration errors, discipline (other than nonrenewal or dismissal) and discrimination because of race, national origin, gender, marital status, religion, age or disability, subject to the exception that complaints of sexual harassment will be handled in accordance with the specific published policies of the University of Florida College of Medicine.

Prior to invoking the grievance procedures described herein, the resident is strongly encouraged to discuss his or her grievance with the person(s) alleged to have caused the grievance. The discussion should be held as soon as the resident becomes aware of the act or condition that is the basis for the grievance. In addition, or alternatively, the resident may wish to present his or her grievance in writing to the person(s) alleged to have caused the grievance. In either situation, the person(s) alleged to have caused the grievance may respond orally or in writing to the resident.

If a resident decides against discussing the grievance with the person(s) alleged to have caused such, or if the resident is not satisfied with the response, he or she may present the grievance to the Chair.  If, after discussion, the grievances cannot be resolved, the resident may contact the Associate Dean of Graduate Medical Education (ADGME).  The ADGME will meet with the resident and will review the grievance. The decision of the ADGME will be communicated in writing to the resident and constitute the final action of the University.

**Suspension:** The Chief of Staff of a participating and/or affiliated hospital where the resident is assigned, the Dean, the President of the Hospital, the Chair, the Division Chief or Program Director may at any time suspend a resident from patient care responsibilities. The resident will be informed of the reasons for the suspension and will be given an opportunity to provide information in response.

The resident suspended from patient care may be assigned to other duties as determined and approved by the Chair. The resident will either be reinstated (with or without the imposition of academic probation or other conditions) or dismissal proceedings will commence by the University against the resident within thirty (30) days of the date of suspension.

Any suspension and reassignment of the resident to other duties

may continue until final conclusion of the decision-making or appeal process.  The resident will be afforded due process and may appeal to the ADGME for resolution, as set forth below.

**Nonrenewal :** In the event that the Program Director decides not to renew a resident's appointment, the resident will be provided written notice which will include a statement specifying the reason(s) for nonrenewal.  This should be done at least 4 months prior to the end of the resident's current agreement.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed nonrenewal decision. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that nonrenewal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Dismissal:** In the event the Program Director of a training program concludes a resident should be dismissed prior to completion of the program, the Program Director will inform the Chair in writing of this decision and the reason(s) for the decision. The resident will be notified and provided a copy of the letter of proposed dismissal; and, upon request, will be provided  previous evaluations, complaints, counseling, letters and other documents that relate to the decision to dismiss the resident.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed dismissal. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that dismissal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Appeal:** If the resident appeals a decision for suspension, nonrenewal or dismissal, this appeal must be made in writing to the ADGME within 10 working days from the resident's receipt of the decision of the person suspending the resident or the Chair.  Failure to file such an appeal within 10 working days will render the decision

of the person suspending the resident or the Chair the final agency action of the University.

The ADGME will conduct a review of the action and may review documents or any other information relevant to the decision. The resident will be notified of the date of the meeting with the ADGME; it should occur within 15 working days of the ADGME's receipt of the appeal. The ADGME may conduct an investigation and uphold, modify or reverse the recommendation for suspension, nonrenewal or dismissal. The ADGME will notify the resident in writing of the ADGME's decision. If the decision is to uphold a suspension, the decision of the ADGME is the final agency action of the University. If the decision is to uphold the nonrenewal or dismissal, the resident may file within 10 working days a written appeal to the Dean of the College of Medicine.  Failure to file such an appeal within 10 working days will render the decision of the ADGME the final action of the University.

The Dean will inform the ADGME of the appeal. The ADGME will provide the Dean a copy of the decision and accompanying documents and any other material submitted by the resident or considered in the appeal process. The Dean will use his or her best efforts to render a decision within 15 working days, but failure to do so is not grounds for reversal of the decision under appeal. The Dean will notify in writing the Chair, the ADGME, the Program Director and resident of the decision. The decision of the Dean will be the final agency action of the University. The resident will be informed of the steps necessary for the resident to further challenge the action of the University.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 000004

**SUBJECT:**          **Approval for Starting New Graduate Medical Education Programs**

**INTENT:**          The Graduate Medical Education Committee (GMEC) must approve the establishment of all new graduate medical education residency programs.

**POLICY STATEMENT:**    It is the policy of the Graduate Medical Education Committee that all proposals for the development of new graduate medical education residency programs, ACGME accredited or not, receive committee approval prior to the implementation of the program.

**DESCRIPTION:**

1. The program director personally appears before the GMEC to show there is a need for the program, that the proposed program meets ACGME requirements and that the program will not detract from the core programs.  If the program is not accredited by the ACGME, then any national standards for such a program will need to be presented. (See attached)

2. The presentation must include the following: a) a copy of the program goals and objectives, b) letters from the program directors most likely to be impacted by the program. c) proposed funding source for trainees.

3. The GMEC's approval does not imply financial commitment to the program.

4. Following GMEC approval, program directors must obtain approval to recruit trainees from a committee comprised of:  1) Senior Vice President of Health Affairs; 2) Dean College of Medicine; 3) CEO, Shands Healthcare; 4) CMO/Chief of Staff, UF Health; 5) Associate Dean for GME.

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

**UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE**
**INSTITUTIONAL COMMITTEE FOR GRADUATE MEDICAL EDUCATION POLICY**

The Graduate Medical Education Committee must approve all residency/fellowship programs (ACGME or non-ACGME accredited). To secure institutional support for your _____ you will need to present the following information to the Graduate Medical Education Committee (GMEC):

1) Is there a need (Nationally / locally for these physicians? Do they go into academics or private practice?)
2) Is there sufficient patient volume and faculty expertise to create a competitive program?
3) Describe how this program will function in conjunction with the core program and other subspecialty training programs.
4) Letters of support from the program directors most likely to be impacted by the program.
5) How will the program enhance this institution?
6) What are the goals and objectives of the program?
7) How many applicants are expected?
8) How many individuals per year will be trained?

To schedule your program presentation, contact Lesley Hamm at 265-0152.

UF/Diekman 002769

**SUBJECT:**        **CLINICAL COMPETENCE COMMITTEE (CCC)**

**INTENT:**        Each ACGME accredited program must have a clinical competence committee charged with reviewing the evaluations of all housestaff in their program, assessing each resident's progress with respect to the ACGME Milestones for their specialty, and submitting a report semi-annually to the applicable RRC.

**POLICY STATEMENT:**        Each program must have a written policy describing how the CCC for the program will be constituted, how often it will meet, and its specific duties. Each clinical competency committee must meet minimum ACGME requirements described below.

**DESCRIPTION:**        1. The program director of each ACGME accredited residency and fellowship program must appoint the CCC.  The Department Chair may assist the program director in choosing members of this committee, but the final decision regarding committee membership must be the program director's.  At a minimum the CCC must be composed of three members of the program faculty.  Others eligible for appointment to the committee include faculty from other programs where the residents or fellows spend a significant portion of their time and non-physician members of the health care team.  It is preferable, but not required, that the program director NOT be the Chair of the Committee or a voting member of the committee. Residents may not be a member of the CCC, but there should be a mechanism for resident input into the evaluative process (e.g. anonymous peer evaluations, an identified faculty member of the CCC where residents may go to provide input into the committee's deliberation).

2. There must be a written description specific to each individual program of the responsibilities of the Clinical Competency Committee.  Duties of the committee must include at a minimum:
- review all resident evaluations semi-annually
- prepare and assure the reporting of Milestones evaluations of each resident semi-annually to ACGME
- advise the program director regarding resident progress, including promotion, remediation, probation, non-renewal, and dismissal.

3. The CCC must meet at least twice per year, and the meeting should occur approximately one month prior to the deadline for data submission to the ACGME.

Last Reviewed and Approved by GMEC February 12, 2015

UF/Diekman 002770

**SUBJECT:**     **Communication with Medical Staff**

**INTENT:**      The Accreditation Council for Graduate Medical Education
                 Institutional Requirements require policies and procedures
                 for communication between leadership of the medical staff
                 regarding the safety and quality of patient care.

**POLICY
STATEMENT:**     The Graduate Medical Education (GMEC) will communicate
                 via the DIO to the Medical staff at least annually about the
                 following issues:  Safety and Quality of Patient Care;
                 Resident Participation in Patient Safety and Quality of Care
                 Education; and Accreditation Status of Programs self-study
                 visits, any Citation regarding Patient Care Issues, all action
                 plans developed to address issues, results of any Clinical
                 Learning Environment Review (CLER) visits during the
                 preceding year, and how progress on identified issues will be
                 monitored by the GMEC.  The basis for this communication
                 will be the Annual Institution Review conducted by the
                 Institutional Program Review Committee.

**DESCRIPTION:**

1. These issues will be specifically addressed in writing and verbally in the
   Annual Report to the Organized Medical Staff of Shands HealthCare and
   the Malcolm Randall VA Medical Center and provided in writing to all other
   participating sites.
2. In addition, on a monthly basis as needed, the DIO will report to the
   Medical Executive Committee at UF Health H, the Medical Executive
   Committee at the Malcolm Randall VA Medical Center, and the UF
   College of Medicine Executive Committee and when possible attend their
   meetings.
3. The above issues will be specifically addressed in these meetings and
   action items to remediate identified issues will be developed in
   cooperation with the GMEC.
4. In addition, one of the standing members of the Institutional Program
   Review Committee is a member of the Shands at UF Administration and
   will report directly to one of the Senior Operating Officers of UF Health-
   Shands Hospital .  This individual will keep the administration of Shands
   HealthCare apprised of all quality and patient safety issues for each
   training program.
5. The VA GMEC (which reports to the Institutional GMEC) will function
   similarly for the Malcolm Randall VA Medical Center. The Chair of the VA
   GMEC is appointed from the VA Chief of Staff's office and maintains
   excellent communication with the leadership at the VA on all issues
   including quality of care and patient safety issues.  This committee will

report all patient safety and quality of care issues to the Institutional GMEC.

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

UF/Diekman 002772

**SUBJECT:**          **Evaluations – Resident, Faculty and Program**

**INTENT:**          The Accreditation Council for Graduate Medical Education
Institutional Requirements / Program Requirements /
Common Program Requirements requires a policy on
resident evaluations.
Evaluation and feedback are critical to the personal
development of the resident and to continuous improvement
in the educational process.

**POLICY
STATEMENT:**          Each program is responsible for developing its own
monitoring tools for the evaluation of each resident's
progress and the program.

**DESCRIPTION:**

**Resident Evaluation
Formative Evaluation**

The faculty must evaluate resident performance in a timely manner during each
rotation or similar educational assignment, and document this evaluation at
completion of the assignment.

The program must:

1) provide objective assessments of competence in patient care, medical
knowledge, practice-based learning and improvement, interpersonal and
communication skills, professionalism, and systems-based practice;

2) use multiple evaluators (e.g., faculty, peers, patients, self, and other
professional staff);

3) document progressive resident performance improvement appropriate to
educational level; and,

4) provide each resident or fellow with documented semiannual evaluation of
performance with feedback.  These must be a documented face-to-face meeting
with the program director or designee (advisor).

The evaluations of resident performance must be accessible for review by the
resident.

**Summative Evaluation**

The program director (may not be delegated) must provide a summative evaluation for each resident upon completion of the program. This evaluation must become part of the resident's permanent record maintained by the institution, and must be accessible for review by the resident in accordance with institutional policy. This evaluation must:

1) document the resident's performance during the final period of education, and

2)  verify that the resident has demonstrated sufficient competence to enter practice without direct supervision.

**Faculty Evaluation**

At least annually, the program must evaluate faculty performance as it relates to the educational program.

1)  These evaluations should include a review of the faculty's clinical teaching abilities, commitment to the educational program, clinical knowledge, professionalism, interpersonal and communication skills and scholarly activities.

2) This evaluation must include at least annual written confidential evaluations by the residents or fellows.

3)  These evaluations must be provided to Departmental Chairs for use in annual faculty evaluations.

**Program Evaluation and Improvement**

The program must document formal, systematic evaluation of the  training program at least annually.  (This evaluation must include input from residents/fellows/faculty.)

**The program must monitor and track each of the following areas:**

**Part 1:** Please list the names and roles of all individuals attending the annual program evaluation committee (PEC) meeting. Indicate each person's role (e.g. PD, faculty member, chief resident, fellow/resident and PGY level, etc.). There must be resident/fellow representation at the meeting from each level of training. Please separate faculty and resident listings. We suggest the following format for documenting attendance for Part 1:

Faculty: (include relevant titles such as chair, PD, Associate PD, etc)

UF/Diekman 002774

Residents: (include PGY level for each)

Staff:

Other: (if applicable)

**Part 2:** Last ACGME Site Visit or Self-Study Visit (SSV):  Any citation(s) or concern(s) given during the last RC visit to a program and/or during the program's last annual review in the NAS must be specifically addressed with respect to its status in the last academic year. The citations must be addressed even if considered resolved by the graduate medical education committee, if only briefly. For each citation (new or extended), please provide a summary indicating what corrective action was planned, what was implemented, and any outcomes if available. These will need to be tracked each year and saved for upcoming SSVs. Any RC requests for progress report(s) should also be documented here. Any plans for continued monitoring and timelines, including progress reports accepted by the RC, must be listed in Part 15.

**Part 2a:** Last Institutional Program/Special Review:  If the program/special review here at UF is more recent than the last RC site visit, any citations listed in the review must also be specifically addressed with respect to each recommendation's status during the last academic year. The recommendations must be addressed even if considered resolved by the graduate medical education committee, if only briefly. Special reviews will be considered until superseded by the next program review or next SSV. Please list any action items in Part 15.

**Part 2b:** Previous Year's Annual Program Evaluation Action Items: The program should evaluate the status of completion of the previous year's action items. Completed action items should be noted here and not included in Part 15's plans for continued monitoring and timelines. Incomplete items should be addressed in Part 15.  [Please note, for SSVs you will need annual documented outcomes measures that indicate that action items have been accomplished (pre and post measures, or schedules of what is now in place, etc.).  IPRC recommends using the Projects and Teams function in New Innovations to document action items and follow-up/completion.  It can be found in New Innovations under Administration: Program (white bar): Projects and Teams: Project Management. This information is needed for SSV visits.]

**Part 3:** Consideration of the latest ACGME Resident/Fellow Survey Results:  The annual program evaluation meeting must address the most recent ACGME Resident/Fellow Survey Results when available.  Any question with 15% or more negative/noncompliant responses must be specifically addressed with each of the identified questions being separately addressed in the Program Evaluation Committee's (PEC) minutes. If survey data is not available for the previous

academic year, please readdress issues identified in the most recent survey. Please list any action items in Part 15.

**Part 3a:** Consideration of the latest ACGME Faculty Survey Results, when available. Any area with an average score less than 4.0 must be specifically addressed with each of the identified areas being separately addressed in the Program Evaluation Committee's (PEC) minutes. The results of the faculty survey should be compared to the results of the resident/fellow survey to see if any consistencies or discrepancies exist. Each of these should also be separately documented in the Program Evaluation Committee's (PEC) annual minutes. Please list any action items in Part 15.

**Part 4:** Consideration of duty hours in terms of resident compliance with logging, number and type of violations, and rotation-specific violations. If applicable, the program must provide the results of discussions regarding any hindrance to residents' honest and timely logging of duty hours. Please list any corrective plans and implementation in Part 15. Please list any outcomes in Part 2b.

**Part 5:** Consideration of compliance with evaluations as it relates to completion and timeliness (within 2 weeks of rotation completion) in New Innovations. Please provide a narrative discussion of the following completion rates: 1) evaluations completed by residents/fellows and 2) evaluations completed by faculty members.  This information should be obtained from the New Innovations Administration Dashboard feature and/or Evaluations: Reports:  Compliance Report. Please list any action items in Part 15**.**

**Part 5a:** Consideration of current faculty and resident/fellow evaluation ratings and comments. Please list the key strengths and challenges/weaknesses identified from these evaluations. Please list any action items in Part 15.

**Part 5b:** Consideration of graduate evaluation ratings and comments. Please provide summary data from last year's graduating residents/fellows final evaluation of the training program and its rotations and include surveys from recent (ex: 1 and 5 year) graduates of the program evaluating the quality of their training while at the University of Florida and evaluations of graduates' performance by employers (if available). Please list any action items in Part 15.

**Part 6:** Consideration of Faculty Development programs in your Department, in the Institution, or elsewhere (e.g. state or national conferences) that your faculty have participated in during the past year.  Please list faculty development needs identified in your program and the specific faculty development completed/attended by your core faculty members. Please list any action items in Part 15.

**Part 7:** Consideration of program outcome measures including but not limited to: In-training examination results for current residents; Board Certification Results

for Graduates from the last 5 years with comparison to national statistics; Intern OSCE, USMLE Step 3, licensing rates, etc. Please provide a summary of the positive outcomes and any outcomes that may need improvement. For those that need improvement, please describe the action plan that is or will be implemented to address those in Part 15.

**Part 7a:** Review of overall case logs, if applicable. If minimums are specified in program RC program requirments or FAQs, please identify procedures/diagnoses that are below recommended minimums for your program. If there are any hindrances to compliance or obtaining procedures or cases, please describe those. Provide a description of the action plan implemented for improving procedural compliance and any available outcomes in Part 15.

**Part 8:** Please describe any institutional issues which are hindering optimal residency training at the University of Florida.

**Part 9:** Provide specific evaluation information for any outside rotations which are not directly under the supervision of core faculty located at the University of Florida (elective or required), including a review of current PLAs (e.g. current date (within five years) and presence of signatures, all required components specified in program requirements listed). Please list any action items in Part 15.

**Part 10:** Evaluation of quality of care and the residency program. Provide a list of each quality initiative involving residents. Have each of these been listed and kept current using New Innovation's Administration Program Projects and Teams feature?  Consider how the training program contributes to quality of care. Provide specific examples. For example, do residents participate in RCAs? Are residents involved in hospital quality/safety committees? Do residents participate in de-identified patient safety case conferences?  When were the supervision and transfer/handoff policies last reviewed?  Are these and your other policies up to date, and do they cover all training sites? Please provide where and how these policies are accessed and documented that residents/fellows have reviewed them. Are faculty members, staff, nurses, etc.  also familiar with these policies? Identify vulnerabilities in quality/safety of patient care due to resident schedule that can be addressed. Current policies should be uploaded to New Innovations: Administration: Program (white bar): CLER Visit: Policies.  Please list any action items in Part 15.

**Part 11:** Describe how the curriculum, including goals and objectives, are reviewed and documented by the Program Evaluation Committee. Curriculum/goals and objectives should be uploaded to New Innovations: Schedules: Curriculum for review by residents and documentation. Describe how the curriculum and evaluation methods are compared to the milestones to ensure all milestones are being evaluated. Provide a brief description of how residents/fellows perform in relation to the curriculum and/or milestones. Review

and confirm that the block diagram is up to date in WebADS. Please list any action items in Part 15.

**Part 12:** Provide a brief summary of resident/faculty involvement in leadership, scholarly activities, teaching, and community/volunteer service and patient advocacy. Provide specific examples. Please list any action items in Part 15.

**Part 13:** List the other learners that rotate through your program and/or services. Describe the impact of other learners on the training program. In the annual program evaluation meeting, the program must discuss the impact of learners who are not part of the training program (including, but not limited to, residents from other specialties, subspecialty fellows, PhD students, and nurse practitioners) on the housestaff's education. Please list any action items in Part 15.

**Part 14:**  Clinical Competency Committee:  Please indicate who each of your CCC members are, whether they are indicated in New Innovations (Administration/Program Administration/Personnel/Faculty), the program and clinical site they are affiliated with, and whether or not they are a core faculty member, if they are a faculty member from another program and if they are a non-physician faculty member.  Program trainees (residents/fellows) cannot be members of the CCC. Indicate if both your CCC policy and CCC job descriptions have been uploaded to New Innovations (Administration → Program (white bar) → Program Setup:  Policies). Please list any action items in Part 15.

**Part 15:**  Provide an updated list of action items based upon your program evaluation committee's (PEC) findings. Also include a timeline or implementation schedule for each identified action item. For any items identified in 1-14 above, specific action items must be developed and a timeline presented for implementation of corrective measures. You will need to save each year's action items and outcomes for upcoming SSVs.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002778

PROGRAMMATIC PROFESSIONAL ACTIVITY
APPROVAL FOR H1-B and J-1

Name of Housestaff member: _____
Department and subspecialty program: _____ PGY Level____
Location of employment: _____
Date(s) of Employment: _____

Description of professional activity:

_____

_____

I understand that I may not engage in any programmatic activity outside of this approval process and may not participate in any non-programmatic activity. Any such activity will be grounds for my immediate termination from the program in _____. I further attest that I understand that this activity, if approved, is part of my assignment as a graduate medical resident *I* fellow of the University of Florida. I understand that the University of Florida is not responsible for and does not provide medical professional liability coverage, disability insurance or workers' compensation coverage for programmatic professional activity. I will finish my outside employment at least 12 hours prior to beginning residency duties. I further understand that all programmatic activity must be logged into my duty hours and counts toward the 80-hour weekly limit.

Signature_____

Reviewed By:  _____ Sally Harvin

CERTIFICATION BY PROGRAM DIRECTOR AND/OR CHAIRMAN OR ASSOCIATE CHAIRMAN:

I have reviewed this request and certify that this activity, when combined with the numbers of hours or work per week required of this individual by our program, will not exceed the guidelines established by the Residency Review Committee for our program.

Approved: _____ Signature

_____ Date

Disapproved: _____ Signature

_____ Date

If approved by the department, approval by the Associate Dean for Graduate Medical Education must also be obtained.

Approved: _____ Signature

_____ Date

Disapproved: _____ Signature

_____ Date

UF/Diekman 002779

**SUBJECT:**          **Faculty and Resident Schedules**

**INTENT:**           The Accreditation Council for Graduate Medical Education requires that the sponsoring institution ensures the availability of schedules that inform all members of the health care team of attending physicians and residents currently responsible for each patient's care.

**POLICY**
**STATEMENT:**        All residency and fellowship programs must publish and make immediately available schedules documenting attending and resident / fellow assignments both during the normal workday and after hours (call).

**DESCRIPTION:**      Each training program must publish and make immediately available schedules of resident / fellow and faculty assignments for all rotations and call responsibilities.  At a minimum, these schedules must be available on:

1.  The Departmental Intranet
2.  Every inpatient unit where patients cared for by housestaff and faculty in a given training program are located
3.  Every clinic where housestaff and faculty in a given training program care for patients.

When schedule changes are made, program administrative staff must make certain that the changes are made at each of these locations.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002780

**SUBJECT:   Quality Improvement Education and Activities**

**INTENT:**   The purpose of the hospital wide quality assessment improvement program is to assess and improve the quality and safety of patient care and service at hospitals conducting Graduate Medical Education. The Accreditation Council for Graduate Medical Education Institutional Requirements require that institutions and residency programs participating in graduate medical education conduct formal quality improvement programs which not only review complications and deaths, but also address systems issues where modification may lead to improved patient care and outcomes. Residents must demonstrate the ability to investigate and evaluate their own care of patients, as well as the care provided by other healthcare workers.  He /she must be able to review records and analyze care based on a careful assimilation and appraisal of scientific evidence, established standards of care, and institutional policies.  He / she must be able to recognize systems issues that contribute to sub-optimal patient care.  He / she must demonstrate the ability to continuously improve patient care based on constant self-evaluation and life-long learning.

**POLICY STATEMENT:**   All residents shall receive instruction in and must participate in appropriate components of the institution's quality assurance and improvement program.

**DESCRIPTION:**

A. Quality and patient safety improvement is accomplished through the identification and effective use of opportunities to improve the overall quality and safety of care within the institution, as well as the correction of problems when identified. This may be accomplished through:

 1. Hospital and medical staff department participation in the development,  implementation and evaluation of quality and patient safety assessment and improvement plans and initiatives

 2. Actions taken to achieve the organization's priorities and meet quality and patient safety goals as established in the Quality Strategic Plan

 3. Allocation of resources to support quality and patient safety activities and implementation of best practices

 4. Provision of support that fosters a non-punitive environment for reporting adverse events and near misses

5. Leadership and representation on quality and patient safety teams and committees.

6. Participation on Root Cause Analysis, Near Miss, or FMEA teams to address patient safety opportunities.

B. The responsibility for overall coordination of quality care is usually delegated to a Quality Assurance Committee and a Departmental Physician Director of Quality (PDQ). The committee and / or the PDQ will be responsible for assisting the program director to assure that each resident has an opportunity to participate in Quality Improvement (QI) Activities. Some of these QI activities must be interdepartmental. The Housestaff Quality and Patient Safety Committee will work with the UF Health Quality and Safety Programs to coordinate housestaff participation in institutional quality and safety activities (see separate policy establishing housestaff quality and safety committee).

C. Medical staff and hospital wide monitoring functions which may include: surgical case review, trauma quality management, drug usage and evaluation, pain management, sedation, medical record review, blood usage review, infection control, patient safety, risk management, patient satisfaction and complaint management. Relevant results of these monitoring activities will be incorporated into each department's monitoring and evaluation of the quality of patient care and service.

a. Data and information gathered from these monitoring functions  will be used to evaluate the clinical performance of all individuals with clinical privileges as well as all others providing patient care but not permitted by the hospital to practice independently.

b. These results (reports) must be discussed with residents. Residents should have the opportunity to serve on these committees and to determine what data are monitored for quality improvement, particularly when relevant to their daily practice.

D. Each department and program must have a process to ensure that quality improvement and patient safety are part of the daily educational structure of the residency. This may be accomplished in many ways including M & M conferences, morning reports, pre-operative conferences, participation in root-cause analyses, and many other methods.  Education programs and resident involvement in patient safety and quality improvement must be carefully documented and will be reviewed both during Internal Reviews and RRC site visits.

7. Programs must be able to demonstrate that residents in their training program can:
a. identify strengths, deficiencies, and limits in their own or in others' knowledge and expertise;

UF/Diekman 002782

b. establish learning and improvement goals for their own identified deficiencies and identify and perform appropriate learning activities;

c. systematically analyze their own practice and that of other healthcare providers using quality improvement methods, and implement changes with the goal of practice improvement;

d. be able to incorporate formative evaluation feedback from quality and patient safety activities into daily practice;

e. locate, appraise, and assimilate evidence from scientific studies related to  patients' health problems; and,

f. use information technology to optimize learning .

Last Review and Approved: Graduate Medical Education Committee February 12, 2015

**SUBJECT:**   **GMEC Annual Review of Institutional Policies**

**INTENT:**   Institutional policies will be reviewed and approved annually to insure full compliance with ACGME Requirements.

**POLICY
STATEMENT:**   The Graduate Medical Education Committee (GMEC) will annually review and approve all institutional policies.

**DESCRIPTION:**

1.   Institutional policies shall be reviewed annually in the month of October by the Manager of GME, the Assistant DIO and the DIO and revised to reflect all policy additions and changes.

2.   During the month of November, all policies will be sent electronically to each member of the GMEC for review and comment back to the Office of GME.

3.   All comments will be reviewed and incorporated as appropriate during the last week of November, and all policies will be presented for approval to the GMEC during the month of December.

4.   To remain in effect, all institutional policies must be approved by the GMEC during the December meeting.

5.   Policies may be reviewed and implemented at other meetings as necessary and appropriate, but most policies will be reviewed and approved at the December meeting.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002784

**SUBJECT:**          **Health Requirements**

**INTENT:**          Residents will comply with all health requirements for employment by the University of Florida.

**POLICY STATEMENT:**    The University of Florida has established health requirements for employment.  The health care facilities through which residents rotate may also have specific requirements.  Residents will be in compliance with all requirements.

**Description:**    The pre-placement requirements for residents, fellows, faculty, and staff who have direct patient contact and/or blood-borne pathogen exposure are based on CDC and OSHA recommendations for health care workers.  Provision of the required immunizations is considered by OSHA, and by general health care facilities not covered by OSHA, to be the responsibility of the employer and must be made available to employees after job offer and before beginning exposed employee duties.

**<u>Blood-borne Pathogen Exposure requires:</u>**

1. Hepatitis B immunization and/or positive Hep B antibody titer
2. Blood-borne Pathogen training upon initial hiring and annually thereafter (a departmental training responsibility, documented with EH&S.
3. A tetanus-pertussis-diphtheria booster (or initial vaccination) is required within 10 years of starting employment.

Patient Contact requires:

1. TB skin test within 12 months of starting employment (after 1 July of the year prior to commencing employment for residents and fellows). The TB test follows the CDC recommendation of a two-step test for those who are initially negative (to document the false negatives and avoid the potential of labeling a past positive latent TB as a current converter).  For all those who have a prior positive TB skin test, regardless of BCG vaccination history, a current chest x-ray baseline is required within 12 months of starting employment. Annually, those who initially test TB negative, should receive a TB skin test. All annual results should be reported to EH&S.  Positive (converters) should be referred to occupational medicine at Student Health for evaluation and treatment consideration.  (Annual testing is at the discretion of individual departments and is a departmental responsibility).  Annually, those who have a known past positive should complete a TB symptom questionnaire.  Symptomatic

persons should be referred to occupational medicine at Student Health for evaluation and treatment consideration.  Positive and Negative symptom questionnaire results should be reported to EH&S.  (This annual screening is also currently a departmental responsibility).

2.  Two doses of Measles, Mumps, Rubella vaccine or proof of immunity for all three.

3.  Either two doses of the varicella vaccine or a positive titer for the disease.  History of the disease or physician verification of the disease is NOT sufficient.

Most residents, fellows, and faculty will have both patient contact and blood-borne pathogen exposure and must meet all the requirements listed above.  Staff may have both or either, depending upon position description.

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

**Housestaff Benefits**

Please refer to http://adminaffairs.med.ufl.edu/fringe-benefits/housestaff-benefits/

- Summary of Benefits
- GatorCare-your health insurance plan;
- Guarantee Issue Individual Long Term Disability Plan-a description of the plan, video highlights, plan brochure and enrollment form;
- C.O.B.R.A.-Health Insurance When You Leave
- Gator Dental Care-UF Resident Priority Program
- Housestaff Leave Policy
- The Standard Travel Assistance Brochure and ID Card
- Self-Insurance Program/Professional Liability
- Residents Assistance Program
- Needlestick Hotline
- Housestaff Stipends
- 403b Tax Sheltered Annuity Contributions l Roth 403b TSAs
- FICA ALTERNATIVE PLAN-FAQs
- UF HR Vice President's Letter to the Housestaff
- BENCOR Brochure l BENCOR Website

BENCOR Investments:
Dan Adel-386-755-9192/386-344-3788
David Adel-386-752-6895/386-365-4448
BENCOR Service: Linda Links-888-258-3422

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002787

**SUBJECT:**　　　　**VACATION AND LEAVE OF ABSENCE POLICY**

**INTENT:**

The sponsoring institution must provide written institutional  policies on residents' vacation and other leaves of absence  (with or without pay) to include parental and sick leave;  these policies must comply with applicable laws.  This policy must ensure that each ACGME-accredited program provides its residents/fellows with accurate information regarding the impact of an extended leave of absence upon the criteria for satisfactory completion of the program and upon a resident's/fellow's eligibility to participate in examinations by the relevant certifying board(s).

**DESCRIPTION:**

Residents/fellows shall be entitled to leave with pay for the purpose of  vacation and sick leave, depending upon the length of appointment, during the  training period July 1 through June 30, as described in this section.  Leave will be  granted and charged in one-day increments for each workday of leave requested  and approved.  If specialty board regulations for vacation and sick leave accrual  and usage differ from that outlined in this policy, the program director will provide the DIO written notice of the applicable specialty board regulation and seek approval for a modification of this policy for program participants.  The maximum time a resident or fellow can be  away from a program in any given year shall be determined by the requirements of the specialty board involved. Each program will have  a policy that addresses the effect of leave on promotion, eligibility to participate in examinations by the relevant certifying board and length of training.  If  the leave taken exceeds that which is allowed by a program, the resident may be required to extend his/her training to  fulfill Board requirements.

The College of Medicine recognizes a variety of categories of leave:

## <u>Vacation Leave:</u>

Requests for vacation leave shall be submitted to, and approved by, the  program director prior to the date the vacation leave is taken.  Vacation leave  may be advanced to residents/fellows proportionate to that person's expected period of service.  This advanced leave cannot exceed the amount that could be earned during  the remainder of the program year.  Vacation leave that has been  granted to, but not earned by, the resident/fellow at the time of separation from  the academic department will require an appropriate reduction for the value  thereof in the final stipend payment.  Vacation leave accruals are normally based  on an annual rate of fifteen (15) vacation days for all residents/fellows, provided this does  not exceed that allowed by the appropriate specialty board. Residents/fellows may be permitted  to carry over unused leave to a new program year, as consistent with department policy; however, carryover must be approved by the program director and no more than twenty-five (25) vacation days can be accumulated.  All unused leave is  considered non-payable leave, and there is no entitlement for lump-sum payment for unused leave upon separation or completion of training.

## Sick Leave:

All residents/fellows shall accrue sick leave at the rate of 10 days per year of full time employment, if consistent with board requirements. Residents/fellows shall be entitled to utilize sick leave for: time off from work because of exposure to a contagious disease that may endanger others; personal visits to doctors or dentists; and for personal illness, which includes disability caused, or contributed to, by pregnancy. Additionally, sick leave may be used in reasonable amounts for illness, injury, or death within the resident's/fellow's immediate family, pending program directors approval. In instances of a serious medical condition of a resident/fellow or a member of the resident's/fellow's family, the resident/fellow may be eligible for an extended medical leave of absence under the Family and Medical Leave Act (FMLA) or UF's Extended Leave of Absence program. Please see the section on FMLA, below, for more information.

Sick leave may be advanced to residents/fellows proportionate to expected service. This advance leave cannot exceed the amount of the leave that could be earned during the remainder of the program year. Sick leave that has been granted, but not earned, by the resident/fellow at the time of separation from the academic department will require an appropriate reduction for the value thereof in the final stipend payment. Residents/fellows may be permitted to carry over sick leave to a new program year, as consistent with department policy; however, carryover must be approved by the program director and an excess of fifteen days (15) sick leave days cannot be accumulated. All unused sick leave is considered non-payable leave, and there is no entitlement for lump-sum payment for unused sick leave upon separation or completion of training.

## FMLA Entitlement:

The Family and Medical Leave Act ("FMLA") provides certain employees with up to 12 workweeks of unpaid, job-protected leave per year and requires group health benefits to be maintained during the leave as if the employees continued to work instead of taking leave.

### Leave Entitlement

The University will grant an eligible employee up to a total of 12 workweeks of unpaid leave in an FMLA Benefit Year for one or more of the following reasons:

- For incapacity due to pregnancy, prenatal medical care, or childbirth;
- Placement of a child with the employee for adoption or foster care, and to care for the employee's newly adopted child or a child newly placed in the foster care of the employee.
- To care for the employee's family member with a serious health condition.
- The employee's serious health condition.

Employees may choose to use accrued paid leave instead of unpaid leave for any portion of the 12 workweeks.

### Eligibility

All residents/fellows are eligible for up to 12 workweeks of FMLA leave once they have worked at the University at least 12 months (need not be consecutive) or at least/biaekman 002789

hours during the 12 months prior to the start of the FMLA leave.  Breaks in employment do not affect this total.  It is a cumulative total of the number of months the resident/fellow has been employed by the University.

**FMLA Benefit Year**

The University of Florida uses as its FMLA Benefit Year the UF fiscal year, which is the twelve-month period from July 1 through June 30.

**Serious Health Condition**

Serious health condition means an illness, injury, impairment, or physical or mental condition that involves:

- any period of incapacity or treatment connected with inpatient care in a hospital, hospice, or residential medical care facility; or
- a period of incapacity requiring absence of more than three calendar days from work, school, or other regular daily activities that also involves continuing treatment by (or under the supervision of) a health care provider; or
- any period of incapacity due to pregnancy, or for prenatal care; or
- any period of incapacity (or treatment therefore) due to a chronic serious health condition; or
- a period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective; or,
- any absences to receive multiple treatments (including any period of recovery therefrom) by, or on referral by, a health care provider for a condition that likely would result in incapacity of more than three consecutive days if left.

**Family Member**

The federal definition of "immediate family member," for purposes of FMLA leave requests, is an employee's spouse, children (son or daughter), and parents.

The University's definition for "immediate family member" includes an employee's spouse, domestic partner, great-grandparent, grandparent, parent, brother, sister, child, grandchild, or great-grandchild, or the grandparent, parent, brother, sister, child, grandchild, or great-grandchild of the employee's spouse or domestic partner, or the spouse or domestic partner of any of them.  Immediate family member also includes individuals for whom the employee is the current legal guardian.

While use of sick leave and extended medical leaves of absence are available for employees to use for the care of family members who meet the University's definition of immediate family member, those absences will not be designated as qualifying as FMLA leave unless the employee's family member also meets the federal definition of immediate family member.

**Requesting FMLA**

A resident/fellow must provide his/her program at least 30 days advance notice before FMLA leave is to begin if the need for the leave is foreseeable based on an expected birth placement for adoption or foster care, or planned medical treatment for a serious health

UF/Diekman 002790

condition of the employee or of a family member.  If 30 days' notice is not practicable, notice must be given as soon as practicable.

The resident/fellow will confirm with the University's Office for Human Resources Services whether he/she is eligible for leave under FMLA.  If he/she is, the University's Office for Human Resources Services will provide the resident/fellow notice of his/her rights and responsibilities and will specify any additional information that may be required to be submitted.  If the resident/fellow is not eligible for FMLA leave, the notice from the University's Office for Human Resources Services will provide a reason for the ineligibility.

Completed FMLA paper work must be turned into either the program director or the University's Office for Human Resources Services.  FMLA paperwork can be obtained through the GME Office or http://hr.ufl.edu/benefits/leave/fmla/

Additional information: http://www.dol.gov/whd/regs/compliance/posters/fmla.htm


## Parental Leave:

Residents/fellows may take up to 6 weeks paid leave using accrued  sick leave and vacation leave to care for a new child by birth or adoption.  Sick/vacation leave may be advanced, proportionate to expected  service.  Please see the above vacation and sick leave policies.

The official parental leave period  may begin two weeks before the expected date of the child's arrival and must  occur with 12-months of the child's birth.  Residents/fellows who plan to  utilize parental leave are expected to notify their program director as  soon as they know they will need to use parental leave, to facilitate appropriate  scheduling. Complicated pregnancy or delivery will be handled in accordance with the FMLA and disability policies.

The total time allowed away from a program in any given year, or for the duration  of the program, will be determined by the requirements of the specialty board involved. Any absences must be made up in accordance with specialty  board policy.

## Domestic Violence Leave:

Under Florida law, employers must provide employees up to 3 days of leave in a twelve-month period if the employee or a family or household member is a victim of domestic violence.  The UF fiscal year of July 1 to June 30 will be considered the 12-month period.

### Activities Covered by the Leave

Under Florida law, the University must provide leave for the following specific activities:

- Seeking an injunction for protection against domestic violence or repeat violence, dating violence, or sexual violence;
- Obtaining medical care or mental health counseling or both for the employee or a family or household member to address injuries resulting from domestic violence;
- Obtaining services from victims services organizations such as a domestic violence shelter or rape crisis center;
- Making the employee's home secure from the perpetrator of domestic violence or finding a new home to escape the perpetrator;
- Seeking legal assistance to address issues arising from domestic violence or attending or preparing for court related proceedings arising from the act of domestic violence.

### Advanced Notice

Except in cases of imminent danger to the health or safety of an employee, or to the health or safety of a family or household member, a resident/fellow seeking domestic violence leave from work must provide his/her program director advanced notice of the leave.

### Type of Leave

Residents/fellows are required to use accrued paid leave, if available, for domestic violence leave.  Paid leave time can be advanced to the resident/fellow at the discretion of the program director.  In the event that the resident/fellow does not have sufficient paid leave days to cover the domestic violence leave, the leave time will be unpaid.

### Employer Responsibilities

The University, GME Office, and program director must keep all information relating to the domestic violence leave confidential and exempt from disclosure.  Documentation of domestic violence leave is to be maintained in the GME Office and kept separate from the employee's official personnel file.

Under no circumstances can the University or the program take any disciplinary action against the resident/fellow related to the use of domestic violence leave.

## Bereavement Leave:

Residents/fellows shall submit requests for bereavement leave their program director, who may grant up to 5 days off for the funeral of an immediate family member. The program shall provide 2 days of paid bereavement leave. If a resident/fellow requests, and is granted, more than 2 days of bereavement leave, the resident/fellow may use his/her sick or vacation leave time.

The University's definition for "immediate family member" includes an employee's spouse, domestic partner, great-grandparent, grandparent, parent, brother, sister, child, grandchild, or great-grandchild, or the grandparent, parent, brother, sister, child, grandchild, or great-grandchild of the employee's spouse or domestic partner, or the spouse or domestic partner of any of them. Immediate family member also includes individuals for whom the employee is the current legal guardian.

## Military Leave:

Absences for temporary military duty (e.g., two-week annual training) will not be taken from sick or vacation leave but will be considered leave with pay for up to 17 days. If activated from reserve to active duty status, the resident/fellow will receive thirty (30) days full pay before going on leave without pay. Insurance policies will remain in effect for dependents during the period of active duty for one year. Additional extensions of insurance require approval from the Graduate Medical Education Office. Any absences must be made up in accordance with the applicable specialty board policy.
http://hr.ufl.edu/benefits/leave/military-leave/

## Jury Duty Leave:

Jury duty leave must be approved by the resident's/fellow's program director in advance.

Residents/fellows who are summoned to jury duty will be granted paid leave for all hours required for such duty. The University will not reimburse the employee for meals, lodging, and travel expense while serving as a juror.

If jury duty does not require absence for the entire workday, the resident/fellow should return to work immediately upon release by the court. Any absences must be made up in accordance with applicable specialty board policy.

**Documentation**
A department may require the resident/fellow to provide proof of jury duty.

## Court Appearance Leave:

A resident/fellow subpoenaed as a witness in a court or administrative hearing, not involving personal litigation or service as a paid expert witness, shall be granted court appearance leave. If the court appearance does not require absence for the entire workday, the resident/fellow should return to work immediately upon release by the court.

**Approval**

Court appearance leave must be approved by the department.  Upon receipt of a subpoena, a resident/fellow must notify his/her program director.  If a resident/fellow is subpoenaed, his/her department is obligated to provide paid leave, unless the subpoena is related to personal litigation.  "Personal litigation" is defined as a lawsuit in which the resident/fellow is the plaintiff or the defendant.  For subpoenaed appearances related to personal litigation, the resident/fellow must use vacation leave or leave without pay.  A department is obligated to provide housestaff with time off from work for subpoenas related to personal litigation but is not obligated to approve paid leave.

# Educational Assignment:

Residents/fellows shall be eligible for absences pertaining to  educational programs and training; provided such absences are allowed by the appropriate board and  agreed to, in writing, by the program director.  This leave should not be charged as  either vacation or sick leave.

# Licensure Examination Leave:

Residents/fellows taking American specialty board  and state licensure examinations will be authorized leave at the discretion of the  program director.  The amount of absence authorized will not exceed the time  actually required for taking the examination and for travel to and from the place of  examinations.

One licensure and one specialty exam leave period shall be paid as an added resident/fellow benefit.  Any additional absence will be charged to vacation leave or leave without pay if vacation leave is not available.

# Holidays:

Residents/fellows shall be entitled to observe all official holidays designated  by the University of Florida, except when they are  on duty or call for clinical responsibilities. Residents/fellows on Veteran's Administration Medical  Center (VAMC) rotations shall be entitled to observe all official holidays  designated by the federal government for VAMC employees, except when they  are on duty or call for clinical responsibilities. When on duty or call for clinical  responsibilities on designated holidays, the assignment will be considered as part  of the residency and will not result in extra remuneration. The official University holiday schedule can be found at:
http://hr.ufl.edu/benefits/leave/holidays/

## Extended Leave Policy:

"Extended leave" encompasses forms of leave with or without pay that last longer than 15 consecutive workdays.  Extended leave may be provided for medical (self and family), parental, military, and personal reasons.  Programs are encouraged to partner with the GME Office to assist with management of extended leave by residents/fellows.

**Please note:**  When resident/fellow uses vacation leave and compensatory leave to cover an absence of more than 15 consecutive workdays for personal reasons, in keeping with the University's vacation and compensatory leave policies, residents/fellows will not be considered to be on an "extended leave," so long as the resident/fellow has sufficient vacation and compensatory leave to remain in full-pay status.

The University of Florida's extended leave of absence policy incorporates, at a minimum, that which is required by the federal Family and Medical Leave Act of 1993 ("FMLA")

### Leave of Absence without Pay Not Covered by FMLA or Disability Leave:

This policy should be followed by the Departments when a resident/fellow requests a LEAVE OF ABSENCE WITHOUT PAY (LWOP):

1.      The resident must submit, in writing, the request for leave of absence  without pay. The letter should be addressed to the Chair of the  Department and must contain the following information:

    a.      The purpose of the leave of absence.

    b.      The period of leave to be taken without pay.

    c.      The number of annual leave hours being requested.

    d.      A date of expected return.  This date can  be adjusted, either with the resident returning earlier or extending  further LWOP.  If an extension is needed, the resident must write a  new letter indicating the new date of return.

    e.      A statement acknowledging the resident's understanding that the  department will cover the insurance benefits for up to two months, after  which time COBRA laws will apply.

    f.      A statement acknowledging the residency program will be extended as required by  the applicable specialty board.

2.      After the letter has been officially accepted by the Department, the Chair  shall submit a letter to the GME Office, referencing both the resident's/fellow's request letter and the Chair's approval.

3.      Once the GME Office approves the LWOP, a letter approving the LWOP will be sent to the resident.

4.      The department should submit to the Office of Educational  Affairs/Graduate Medical Education (DEA/GME) a Job Action Form and a coding sheet with the status

UF-Diekman 002795

Code 11- Extended Leave of absence.  The effective date of leave without pay (Effective: from___to____).  The "from" date is the date the resident has exhausted sick and/or annual leave.  The "to" date is the expected date of return.  The DEA/GME will send a copy of the Job Action Form to fringe benefits.

5.      Six weeks after the effective date of the LWOP, the department should call the DEA/GME to inform them when the department will stop paying benefits.  (See section 8, Insurance Benefits, below).  The DEA/GME will notify payroll and fringe benefits of the status change.

6.      Upon the resident's/fellow's return from LWOP, the department will complete and submit to the DEA/GME a Job Action Form and coding sheet with the Status Code 01- Active (Effective: from_____to____).  The "from" is the actual date of the resident's/fellow's return.  The "to" date is the date the academic year ends. The DEA/GME will send a copy of the 255 to fringe benefits.

7.      Payroll.  No salary shall be paid to the resident for those days or weeks that are not covered by vacation/sick leave.

8.      Insurance Benefits:  If LWOP is approved and uncompensated leave is taken, insurance benefits will be covered by the Department for up to two months.  Prior to the two months ending, the Program Director/Chair should request submit a written request for coverage of benefits for up to six-months by the College of Medicine.  The letter should be addressed to Timothy Flynn, M.D., Fringe Benefits Committee Chairman, and a copy sent to the ADGME/ADEA.  If College of Medicine does not approve coverage of benefits for up to six-months, then, after two months of benefits covered by the Department, the resident will be responsible for payment of insurance premiums for the remaining period.  After the coverage of benefits by the Department and College ceases, the resident may purchase benefits for up to 18 months, consistent with the COBRA provisions.

UF/Diekman 002796

**Key contacts:**

GME Office:

      Cristin Owens, Assistant Director of Housestaff Affairs.  352-265-0787

      Lisa Dixon, M.D. Associate Dean, Graduate  Medical Education. 352- 265-0152

Fringe Benefits:

      Brian Berryman (352) 273-5077


For additional information, refer to the resident manual or
http://www.med.ufl.edu/benefits/


Last Reviewed and Approved September 2015: Graduate Medical Education
Committee

UF/Diekman 002797

**SUBJECT:**          **HOUSESTAFF / FACULTY FATIGUE**

**INTENT:**           The Accreditation Council for Graduate Medical Education requires that the sponsoring institution ensures that all clinicians (housestaff and faculty) are educated about the signs and consequences of fatigue and sleep deprivation.  In addition, the institution must ensure that methods to mitigate fatigue are in place and readily available for all training programs.

**POLICY STATEMENT:**          All residency and fellowship programs must provide an education program specifically addressing the signs of fatigue / sleep deprivation and the effects on patient care and clinician health.  The education program must specifically also address fatigue mitigation techniques including but not limited to strategic napping and good sleep hygiene.  Appropriate facilities must be available to permit sleeping while on in-house call and strategic napping as required.

**DESCRIPTION:**      Each training program must provide education on recognition and mitigation of fatigue/sleep deprivation.  A broad-based education program on this subject is available from the GME office.  However, each program may elect to provide its own training relevant to clinicians in its specialty.  Training programs may also elect to use commercially available programs such as the LIFE curriculum to meet this requirement.  Training for each resident AND faculty member must be documented and be available for the internal review staff at the time of the review.  Programs are encouraged to provide education / training annually, but at a minimum, all residents and faculty MUST complete the online S.A.F.E.R. program provided by the GME office, and successful passage of the associated assessment (test) must be documented in New Innovations.

Residents on duty in the hospital must be provided adequate and appropriate sleeping quarters.  These call facilities MUST be available at all times to allow for residents too fatigued to safely drive home to rest prior to returning home.  Alternatively, programs may elect to provide other methods to return the housestaff member home (e.g. cab fare from hospital to home and back) if sleeping facilities are not available when needed.

In the event that a housestaff or faculty member cannot perform his/her duties because of fatigue (or other reasons), each program must have a backup system in place that will make available

alternate providers to assure appropriate provision and continuity of patient care.

Approved by the Graduate Medical Education Committee February 12, 2015

UF/Diekman 002799

**SUBJECT:**          **Impaired Physician**

**INTENT:**          The sponsoring institution and each program is responsible for monitoring residents for signs of psychological and substance abuse problems and for initiating appropriate interventions.

**POLICY**
**STATEMENT:**          The University Of Florida College Of Medicine will fully participate in the provisions of the Florida Medical Practice Act (F.S.458), the rules of the Board of Medicine, and Department of Professional Regulation.  The College of Medicine supports the Florida Impaired Practitioners Program.

**DESCRIPTION:**

1. Faculty, staff, peers, family or other individuals who suspect that a member of the housestaff is suffering from a psychological or substance abuse problem are obligated to report such problems. Individuals suspecting such impairment can either report directly to the Florida Professional's Resource Network (PRN) or can discuss their concerns with the Program Director, Chairman, or Associate Dean of Graduate Medical Education.

   a)     It is the intent of the sponsoring institution that all appropriate rules that govern the practice of medicine be strictly enforced.

   b)     All referrals to the PRN are confidential and are evaluated by the professionals of the PRN.  Decisions about intervention, treatment and after care are determined by the PRN.

   c)     As long as the practitioner satisfactorily participates in the PRN program no regulatory action would normally be anticipated by the Board of Medicine.

   d)     Resumption of patient care and residency program activities will be contingent upon the continued successful participation in the PRN and continuation of the resident in the program will be determined in consultation between the program director and the professionals at the PRN.

e)   Information on the Florida Professional Resource Network (PRN) and its program can be obtained by calling 1-800-888-8PRN or by writing to the PRN at P.O. Box 1020, Fernandina Beach, Florida 32035.  (see attached)

2)   Each program must provide an educational program to their residents regarding substance abuse.

3)   Compliance with the above will be monitored by the Institutional Program Review Committee.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002801

**Impaired Practitioner's Program**

**Of Florida**

**The Professional's Resource Network (PRN)**
**P.O. Box 1020**
**Fernandina Beach, FL  32035-1020**
**1-800-888-8PRN (8776)**
**1-904-277-8004**

Physicians (Allopathic or Osteopathic) with a past or current history of drug or alcohol addiction must contact the PRN as soon a possible on or before arriving at your training program in Gainesville, FL.  This is a confidential and professional organization that will help you stay clean and sober while maintaining your ability to practice medicine in our State.

The purpose of the PRN Program is to ensure the public health and safety by assisting the ill practitioners who may suffer from one or more of the following:

- Chemical dependency
- Psychiatric illness
- Psychosexual illness, including boundary violations
- Neurological/cognitive impairment
- Physical illness
- HIV infections/AIDS
- Behavioral disorders

By supporting ill practitioners in regaining their health, PRN attempts to maintain the integrity of the healthcare team in its role in serving the public.

You are treated with respect, confidentiality, and without discrimination. Recommendations by the PRN for any type of follow-up, counseling, testing, assessment, etc. is the privacy of you and the PRN in their Advocacy/Monitoring Contract.

For further confidential information, resources, intervention, referral or treatment, feel free to contact Cristin Owens at 265-0787, or Dr. Scott Teitelbaum, Director of the Vista Professional's Recovery & Treatment Program at 265-4372.

UF/Diekman 002802

**SUBJECT:**        **Institutional Program Review Committee Policy and Protocol**

**INTENT:**        The Accreditation Council for Graduate Medical Education (ACGME) Institutional Requirements require a regular review of all residency and fellowship programs, as well as the Sponsoring Institution, to assess their compliance with applicable ACGME Requirements. This function is a responsibility of the Graduate Medical Education Committee (GMEC). All ACGME-accredited programs sponsored by the University of Florida College of Medicine as well as the Sponsoring Institution must undergo an annual program review (APR) conducted by the Institutional Program Review Committee (IPRC). Members of the IPRC are appointed (or reappointed) by the GMEC.

**POLICY STATEMENT:**        The Graduate Medical Education Committee (GMEC) is responsible for the development, implementation and oversight of the IPRC process. These responsibilities are accomplished by the IPRC which is appointed by the GMEC. The GME Office, under the direction of the Associate Dean, and the Chair of the IPRC coordinate Annual Programmatic and Special Reviews in accordance with this written protocol.

**DESCRIPTION:**        1. The IPRC will consist of GMEC members, residents from several residency programs, faculty members not on the GMEC, hospital administrators, GME Educator, and the manager of GME.  From time to time, other individuals may be appointed at the discretion of the Chair, GMEC. The Associate Dean for GME will select a chair from among its members.

2. Reviews will be conducted throughout the year. The Chair of the Committee assisted by the GME Manager will prepare a schedule of reviews for the entire academic year. Routine reviews will be conducted by the committee without the need for the program director's attendance. However, special reviews conducted by the committee will require the program director's attendance and may require additional faculty as well as housestaff from the involved program. There are two major components to a program's routine annual review: 1) Annual GME Program Performance Assessment Data (see

1

UF/Diekman 002803

below); and 2) Institutional Anonymous Resident Survey (approximately every 3 years but at a minimum 2 years prior to the next Self-Study Visit).  The Annual GME Performance Assessment will include, among other data at the discretion of the IPRC chair:

**Academic/Overall Assessment of Quality of Training Program**
- Step 1 and 2 scores of incoming class
- Match results
  - Number of recruits form Top 50 medical schools
  - Number of recruits who are AOA or Gold Humanism Society
- Board pass rates for the previous 5 years
- In-service (or in-training) exam scores
- OSCE performance
- Step 3 pass rates at various levels
- Case log data, if applicable
- Milestones/EPAs—at the program level, not individual resident
- Last site visit/internal review/self-study results, annual letters of notification from the ACGME in the NAS
- ACGME Resident / Fellow Survey Results (when available)
- ACGME Faculty Survey Results (when available)

**Scholarly Activity/Leadership:  The following will be assessed for housestaff, core faculty, and the program director**
- # Publications and percentage of residents with publications
- #Local, state, regional, national, international presentations
- #Local, state, regional, national awards
- #Research Grants
- #Serving on department/program, hospital, state, regional, national committees or other leadership positions
- #Who participated in leadership training (Faculty development would qualify here)

UF/Diekman 002804

**Quality Improvement / Patient Safety Involvement:  The following will be assessed for housestaff, key faculty, and the program director:**

- # % with documented involvement in QI projects or other continuous quality improvement efforts
- # with IRB-approved QI projects
- # with QI presentations at local, state, regional, national presentations
- # with QI publications or grants
- PSR Completion
- Root cause analysis participation
- Participation in a department-based, interdisciplinary, or hospital-wide quality improvement conference
- Documented curriculum in patient safety and QI
- Completion of basic modules in IHI Open school

**Community/volunteer service: The following will be assessed for housestaff, faculty, and program director:**

- Participation in community service projects (e.g. Equal Access Clinic, Mobile Medical Bus, Helping Hands)
- Community education outreach programs
- #Inducted into the Chapman Society

**Promotion of diversity: The following will be assessed for housestaff, faculty, and program director:**

- Participation in educational experiences (didactics, online modules, etc.) regarding the promotion of diversity in the work environment.
- Participation in hospital, university, state, or national committees regarding the promotion of diversity in the work environment.

**Reduction of health disparities: The following will be assessed for housestaff, faculty, and program director:**

- Participation in educational experiences (didactics, online modules, etc.) regarding the reduction of health disparities.
- Participation in hospital, university, state, or national committees regarding the reduction of health disparities.

**Teaching:  The following will be assessed for housestaff, faculty, and the program director**

3

- Didactic/lectures taught for program
- Didactic/lectures taught outside of program (to other departments, outside institution, etc.)
- Grand Rounds given for the program
- Grand Rounds given to outside program (to other departments, outside institution, etc.)

**Evaluation:  The following will be assessed for faculty and housestaff**

- Completion of New Innovations evaluations in a timely fashion (within 2 weeks of end date of end of experience)
  - o % completion of resident / fellow evaluations by faculty
  - o % completion of faculty evaluations by residents / fellows
  - o % completion of resident evaluations of program
  - o % completion of faculty evaluations of program
  - o % completion of resident/fellow evaluations of required experiences/rotations?
  - o % semiannual and final evaluations completed in New Innovations

**Duty hours**

- % Resident logging in New Innovations within current month
- % violations (numbers, types, etc)

**Supervision/Handoff**

- Are there policies in place?
- How is it accomplished?
- Documentation that these policies have been confirmed in NI by both faculty and housestaff.

**From where will the data be derived/accessed?**

- Data may be obtained from multiple sources including but not limited to WebADS, New Innovations, the ACGME Annual Resident and Faculty Surveys, ACGME Annual Update, committee surveys of residents, ACGME correspondence, ACGME case logs, Patient Safety Reports (PSRs), informal/formal complaints, DIO GME Annual Performance Assessment, OSCE data, requests for data from the

UF/Diekman 002806

Program Director (most data will be available from other sources, however)

The second component of the annual program review will involve direct housestaff input. At least once every 3 years, the IPRC will conduct an on-line anonymous survey of all residents in the program (at least 80% completion rate is required). As needed, the IPRC will meet with peer-selected residents (at least 2 from each level) from each program This meeting will allow for resident input into how well they perceive that the program is meeting their needs. Information from this overall review will be summarized and provided to the program to help them in their continuous improvement efforts. The timing of these resident reviews will be such that the program should have a resident review 2 years prior to the anticipated self-study visit to assist with preparation.

## SPECIAL PROGRAM REVIEWS (SPRs)

In the process of the annual program reviews, should the IPRC become concerned about a program's performance, an SPR will be triggered. The chair of the IPRC and/or the DIO may trigger an SPR at any time.  Specific triggers which will likely result in an SPR include:

- Consistent or downward trends in the annual program review data signaling a lessening of the quality of the program or training experience.
- Triggers result from deterioration of only one data point or set if particularly egregious (e.g. continuous or increasing duty hour violations or patient safety issue) but most likely if multiple issues are identified.
- A single issue will lead the PRC to look deeper which could reveal multiple issues.
- A program director, faculty, or resident in an individual program may request a special review at any time.

SPRs will usually be focused on the key areas of deficiency that are identified from annual program review data, not all aspects of the program. However, when multiple issues are identified, a full review of the program may be initiated, similar to the previous internal review process and will involve the program director, key faculty, and housestaff. The IPRC will work with the program to come up with ideas and solutions to help the program in their efforts to improve.

UF/Diekman 002807

## ANNUAL INSTITUTIONAL REVIEW (AIR)

The GMEC must demonstrate effective oversight of the Sponsoring Institution's accreditation through an Annual Institutional Review (AIR).

The IPRC must conduct an annual review of the Sponsoring Institution's effectiveness in meeting ACGME Institutional, Common, and Programmatic Requirements. Data for the institutional review will include all data for individual annual program reviews and the following:

- results of the most recent institutional self-study visit
- results of ACGME surveys of residents/fellows and core faculty
- notification of ACGME-accredited programs' accreditation statuses and self-study visits

The Manager of GME will prepare a summary of the APR, SPR, or AIR and forward a draft copy via e-mail to each member of the IPRC. Each member must review the summary and return it with any noted comments. Once all comments have been received, a final overview document is created and forwarded to the GMEC for approval. If it is found that the program needs to address issues identified during the APR, the program will be requested to address these issues in writing to the IPRC of GMEC. All follow-up responses are reviewed by the IPRC and reported to the GMEC.

The final overview document and all subsequent follow-up responses constitute the Annual Program Review for each program.

The APR and SPR summaries, action plans and monitoring mechanisms of the GMEC are forwarded to the DIO, Senior Associate Dean for Education, Departmental Chair, Program Director, Dean College of Medicine and to the CEO of any participating institutions.

An executive summary of the Annual Institutional Review as well action plans with follow-up will be submitted to the Institutional Governing body and organized medical staff and

6

UF/Diekman 002808

presented in person to the College of Medicine Executive Committee.

Program compliance with the requests from the IPRC will be tracked. Programs failing to fully comply within deadlines established by the GMEC and IPRC will be subject to DIO-level administrative corrective action.

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

UF/Diekman 002809

**SUBJECT:**          **Institutional Sponsorship**

**INTENT:**          The Accreditation Council of Graduate Medical Education (ACGME) Institutional Requirements require that residency programs accredited by the ACGME must operate under the authority and control of one Sponsoring Institution.  Institutional responsibility extends to resident assignments at all participating sites.  A Sponsoring Institution must be in substantial compliance with the ACGME Institutional Requirements and must ensure that its ACGME-accredited programs are in substantial compliance with the Institutional, Common and specialty-specific Program Requirements, and the ACGME Policies and Procedures.  A Sponsoring Institution's failure to maintain accreditation will jeopardize the accreditation of all its sponsored programs.

A written statement must document the Sponsoring Institution's commitment to provide the necessary educational, financial, and human resources to support GME. It must be reviewed, dated, and signed by representatives of the Sponsoring Institution's governing body, administration, and GME leadership within at least one year prior to the institutional site visit.

**POLICY STATEMENT:**          The University of Florida College of Medicine is the sponsoring institution for programs in Graduate Medical Education.

**DESCRIPTION:**          The University of Florida College of Medicine is an institution committed to the education of individuals involved in health care and biomedical research.  The College of Medicine does this by sponsoring programs in undergraduate medical education, graduate medical education and in biomedical research.  The college is authorized to offer programs that lead to the MD degree and to Masters and PhD degrees in various biological sciences. Under the rules of the Accreditation Council for Graduate medical Education, the College of Medicine also assumes final responsibility for programs in graduate medical education leading to Board Certification and is committed to providing the best possible environment for training of the future medical work force.  The College of Medicine is supported in this endeavor and authorized to conduct programs of graduate medical education under the rules of the University of Florida Board of Trustees with full support of the President of the University of Florida, the Vice President for Health Affairs, and the Dean of the College of Medicine.  Programs are organized and administered by employees of the College of Medicine.  The teaching staff for the various graduate medical education programs is under the direction of individuals with appointments within the College of Medicine.

The commitment is demonstrated by the integration of Graduate Medical Education programs into the full continuum of medical education provided by the College of Medicine.

This "Statement of Commitment" is supported by the governing authority, the Graduate Medical Education Committee, administration, teaching faculty, and the medical staff.  The University of Florida College of Medicine will provide the necessary educational, financial and human resources necessary to support all sponsored Graduate Medical Education Training Programs.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002811

**SUBJECT:**          **LEAVE POLICY**

**INTENT:**           The Sponsoring Institution must provide written institutional policies on residents' vacation and other leaves of absence (with or without pay) to include parental and sick leave; these policies must comply with applicable laws.

**POLICY STATEMENT:**   Each program must have a written policy regarding Leaves of Absence in compliance with its Program Requirements concerning the effect of leaves of absence, for any reason, on satisfying the criteria for completion of the residency program and information relating to access to eligibility for certification by the relevant certifying board.

**DESCRIPTION:**

Members of the housestaff shall be entitled to leave with pay for the purpose of annual and sick leave depending upon the length of appointment during the training period July 1 through June 30, as described in this section. Leave will be granted and charged in one-day increments for each workday of leave requested and approved. If specialty board regulations for annual and sick leave accrual and usage differ from that outlined in this rule, written notification of the applicable board policy shall be completed by the program director and submitted to the DIO for approval. The total maximum time a housestaff member can be away from a program in any given year or for the duration of the residency program shall be determined by the requirements of the specialty board involved. All absences must be approved by the program director. Each program will have a policy that addresses the effect of leave on promotion and length of training. If excessive time is taken, the resident may be required to extend his/her training to fulfill Board requirements.

The College of Medicine recognizes a variety of categories of leave:

**Vacation Leave:**  Vacation leave shall be requested and approved by the program director prior to the date taken. Vacation leave should not be fragmented into less than one-week periods except under unusual circumstances and must be taken at the time approved by the program director. Vacation leave may be advanced to housestaff proportionate to expected service. This advance leave cannot exceed the amount of the leave accrual rate for a one-year period. The amount of advanced leave will not exceed that which can be earned during the remainder of the housestaff leave year. Vacation leave which has been granted but not earned by the housestaff member at the time of separation from the academic department will require an appropriate reduction for the value thereof in the final stipend payment. Vacation leave accruals are normally based on an annual rate of fifteen (15) work days for all housestaff, provided this does not exceed that allowed by the appropriate board. Housestaff may be permitted to carry over unused leave to a new year, as consistent with department policy;

however, carryover must be approved by the program director and an excess of twenty-five (25) work days cannot be accumulated. All unused leave is considered non-payable leave, and there is no entitlement for lump-sum payment for unused leave upon separation or completion of training.

**Sick Leave**: All housestaff shall accrue sick leave at the rate of 10 working days per year of full employment if consistent with board requirements Housestaff shall be entitled to utilize for special cases severe illness, in the immediate family (spouse, parents, brothers, sisters, children, grandparents, and grandchildren of both housestaff and spouse).The number of days allowed will be determined by the program director.  Sick leave may be advanced to housestaff proportionate to expected service. This advance leave cannot exceed the amount of the leave accrual rate for a one-year period. The amount of advanced leave will not exceed that which can be earned during the remainder of the housestaff leave year. Sick leave which has been granted but not earned by the housestaff member at the time of separation from the academic department will require an appropriate reduction for the value thereof in the final stipend payment.  Housestaff may be permitted to carry over sick leave  to a new year, as consistent with department policy; however, carryover must be approved by the program director and an excess of fifteen days (15) work days cannot be accumulated.  All unused leave is considered non-payable leave, and there is no entitlement for lump-sum payment for unused leave upon separation or completion of training.

**Parental Leave:**  Housestaff may take up to 6 weeks paid leave using accrued sick leave and vacation leave to care for a new child by birth or adoption.  Sick/Vacation leave may be advanced to housestaff proportionate to expected service.  Please see above sick leave policy.  The official parental leave period may begin two weeks before the expected date of the child's arrival and must occur with the 12-month period beginning with that date. Residents that plan to utilize parental leave are expected to notify their Training Program Director as soon as they know they will need to use parental leave to facilitate appropriate scheduling.   Complicated pregnancy or delivery will be handled through additional sick leave and disability policies.  FMLA mandates that up to 12 work-weeks may be taken for the birth of a biological child or placement of child pending adoption.  If the housestaff member chooses to take more than the 6 weeks leave, he/she will be placed on unpaid leave the remaining 12 weeks.  During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

The total time allowed away from a program in any given year or for the duration of the housestaff program will be determined by the requirements of the specialty

board involved. Any absences must be made up in accordance with specialty board policy. The housestaff will be paid for makeup or extended time.

**FMLA Entitlement:** The Family and Medical Leave Act (FMLA) is federal legislation enacted to provide job protection for up to 12 weeks an entitlement year to an employee, or for an employee to care for his or her parent, spouse, or child who has a serious health condition determined to be FMLA-qualifying by the patient's physician, or when an employee must be absent due to becoming a parent. Employers must approve leave for events that qualify under the FMLA. Employees hired into leave-accruing positions are eligible for FMLA leave upon hire at the University of Florida.

Twelve weeks of entitlement translates to 12 weeks of an employee's regular schedule. The maximum entitlement for FMLA leave is 480 hours in the FMLA year for a full-time employee. The entitlement is prorated based on FTE, so an employee at .50 FTE would have a maximum entitlement of 240 hours in the FMLA entitlement year, which is from July 1 through June 30.

OPS employees (Staff, Academic Personnel and Graduate Assistants) who have been employed by the University of Florida at least 12 months (need not have been consecutive), and have worked a minimum of 1,250 hours during the 12 months immediately preceding the requested leave, are eligible for a total entitlement (not per event) of up to 12 workweeks of leave without pay in a fiscal year for events determined to be FMLA-qualifying. Residents are included in this group.

At the University of Florida, the leave benefits to which employees have access are frequently more generous than those provided by the FMLA. As a result, when granting appropriate leave in keeping with university policy, departments will likely meet the requirements of the FMLA as a matter of course.

**Domestic Violence Leave:**   Housestaff are eligible up to 3 days leave in a twelve-month period if the housestaff member or a family or household member is a victim of domestic violence.  The fiscal year of July 1 to June 30 will be considered the 12 month period.  Except in case of imminent danger to the health or safety of a housestaff member, or the health or safety of a family or household member, a housestaff member seeking leave from work under this section must provide his or her program director advanced notice of the leave. The housestaff member is required to use accrued sick or annual leave.  In the event that the employee does not have sufficient leave hours to cover the event, the leave that is not covered will be unpaid.

**Bereavement Leave:** Housestaff shall be granted, upon request to the program director, up to 5 days off for funeral of an immediate family member.  Housestaff members are granted 2 days of bereavement pay and for the other 3 days, the resident may use their sick or annual leave time.  Immediate family shall include spouse, cohabiters, registered same sex domestic partners, children, step

children, parents, parents of spouse, and the stepparents, grandparents, grandchildren, brothers, and sisters.

**Military Leave:** Absences for temporary military duty (e.g. two-week annual training) will not be taken from sick or annual leave but will be considered leave with pay for up to 17 days.  If activated from reserve to active duty status, the housestaff member will receive thirty (30) days full pay before going on leave without pay. Insurance policies will remain in effect for dependents during the period of active duty for one year. Additional extensions require special approval from the Dean of the College of Medicine.

**Jury Duty Leave:** Housestaff who are summoned to jury duty will be granted paid leave for all hours required for such duty.  If jury duty does not require absence for the entire workday, the employee should return to work immediately upon release by the court.  The university will not reimburse the employee for meals, lodging, and travel expense while as a juror.  This type of leave must be approved by program director in advance.  Any absences must be made up in accordance with specialty board policy.  The housestaff will be paid for makeup or extended time.

**Educational Assignment:** Housestaff shall be eligible for absence pertaining to educational and training provided it is allowed by the appropriate board and agreed to, in writing, by the program director. This should not be charged as either annual or sick leave.

**Licensure Examination Leave:**  Housestaff taking American specialty board and state licensure examinations will be authorized leave at the discretion of the program director. The amount of absence authorized will not exceed the time actually required for taking the examination and for travel to and from the place of examinations. Only one licensure and one specialty exam shall be authorized per housestaff member. Any additional absence will be charged to annual leave or leave without pay if annual leave is not available.

**Holidays:**  Housestaff shall be entitled to observe all official holidays designated by the Department of Administration for state employees except when they are on call for clinical responsibilities. Housestaff on Veteran's Administration Medical Center (VAMC) rotations shall be entitled to observe all official holidays designated by the federal government for VAMC employees except when they are on call for clinical responsibilities. When on duty or call for clinical responsibilities on designated holidays, the assignment will be considered as part of the residency and will not result in extra remuneration.

**Procedures For Requesting Leave of Absences:**

1. Leave of Absence with Pay: The policy should be followed by the Departments when a resident/fellow requests a LEAVE OF ABSENCE WITH PAY (LWP):

Under special circumstances consistent with medically documented illness or disability, an approved leave of absence may be granted for a period not to exceed six months. During such an approved leave of absence, eligible residents will continue to receive salary and all fringe benefits. Once long-term disability coverage begins, the resident will be taken off payroll but benefits will continue.

1.  The resident must submit in writing the request for leave of absence with pay. The letter should be addressed to the Chair of the Department and must contain the following information:

    a.  The purpose of the leave of absence.

    b.  Period of leave to be taken.

    c.  The number of annual leave hours being requested by the resident should be addressed in the letter.

    d.  A date of expected return must be stated in the letter. This date can always be adjusted either with the resident returning earlier or extending further LWP. If an extension is needed, the resident must write a new letter indicating the new date of return.

    e.  A statement acknowledging the resident's understanding that the residency program will be extended by the number of days, months, etc., taken as leave as required by the RRC/Board

2.  After the letter has been officially accepted by the Department, the Chair shall submit a letter to the Associate Dean for Graduate Medical Education (ADGME) or Educational Affairs (ADEA), referencing the attached letter of request from the resident. The Chair's letter should contain the following:

    a.  The purpose of the leave of absence

    b.  The period of the leave of absence

    c.  What portion of the leave he/she has approved as annual and/or sick leave and when the program director/chair expects the person to return. Start the date of leave after annual and sick day used. NOTE: each academic department is responsible for computing actual leave accruals. At the discretion of the Chair or Program Director, annual leave may be advanced to a resident proportionate to expected service but cannot exceed that which can be earned during the remainder of the resident leave year.

    d. A statement ensuring the ADGME/ADEA that the resident has been told the residency program will be extended by the number of days, months, etc., taken as leave as required by the RRC/Board. NOTE: Since annual leave is normally taken annually, only the sick portion and those days that are actually leave with pay should be counted toward extending the program.

    e. A signature block for approval by the ADGME/ADEA. Once approved, a copy of this letter will be sent to the resident.

3. The department should submit to the Office of Educational Affairs/Graduate Medical Education Job Action Form and a coding sheet with the Status Code (Extended Leave of Absence) indicating the effective date of the long-term disability insurance. The Program Assistant is advised to keep in contact with the fringe benefits office regarding the date the disability insurance becomes effective.

4. Group Long Term Disability Claim package: The package must be completed on all leave of absence with pay requests regardless of the length of time the resident expects to be on leave. It may be obtained by calling the fringe benefits office (see list of key contacts below)

5. Insurance benefits will be covered for up to six months. After the six month period, the resident may purchase this coverage for up to 18 months, consistent with the COBRA provisions.

6. Upon a resident's return from leave, a Return to work Notification letter must be written and signed by the Program Director indicating officially that the resident is back to work, the date of return and the status of the resident's return to work. A statement regarding the resident's ability to resume the duties of the position is required. This letter should be submitted to the ADGME/ADEA and Fringe Benefits Office.

7. Appropriate law on ADA must be followed:

    Key contacts for Gainesville Campus:

    ADGME: Michael E. Mahla, M.D. Associate Dean for Graduate Medical Education Office of the Dean, College of Medicine Personnel (352) 265-0152

    Fringe Benefits: Brian Berryman or Freddy Jones at (352) 273-5077

UF/Diekman 002817

For additional information, refer to the resident manual or
http://www.med.ufl.edu/benefits/

Leave of Absence Without Pay: The Policy should be followed by the
Departments when a resident/fellow requests a maternity leave, or any other type
of LEAVE OF ABSENCE WITHOUT PAY (LWOP):

1. The resident must submit in writing, the request for leave of absence
   without pay. The letter should be addressed to the Chair of the
   Department and must contain the following information:

   a. The purpose of the leave of absence.

   b. Period of leave to be taken without pay.

   c. The number of annual leave hours being requested by the resident
      should be addressed in the letter. NOTE: Residents taking LWOP
      can only use hours accumulated prior to the leave request: hours
      not on the books should not be advanced since he/she will not earn
      leave while on LWOP.

   d. A date of expected return must be stated in the letter. This date can
      be adjusted either with the resident returning earlier or extending
      further LWOP. If an extension is needed, the resident must write a
      new letter indicating the new date of return.

   e. A statement acknowledging the resident's understanding that the
      department will cover the insurance benefits for up to two months
      which time COBRA laws apply.

   f. A statement acknowledging the residency program will be extended
      by the number of days, months, etc., taken as leave, as required by
      the RRC/Board.

2. After the letter has been officially accepted by the Department, the Chair
   shall submit a letter to the Associate Dean for Graduate Medical
   Education (ADGME) or Educational Affairs (ADEA), referencing the
   attached letter of request from the resident, the Chair's letter should
   contain the following

   a. The purpose of the leave of absence

   b. The period of the leave of absence

   c. What portion of the leave he/she has approved as annual and/or
      sick leave and when the Program Director/Chair expects the
      resident to return

   d. A statement ensuring the ADGME/ADEA that the resident has been
      told the residency program will be extended by the number of days,

months, etc., taken as leave without pay. NOTE: Since annual leave is normally taken annually, only the sick leave portion and those days that are actually leave without pay should be counted toward extending the program

e. A signature block for approval by the ADGME/ADEA. Once approved a copy of this letter will be sent to the resident.

3. The department should submit to the Office of Educational Affairs/Graduate Medical Education (DEA/GME):

a. A Job Action Form and a coding sheet with the Status Code 11-Extended Leave of absence. The effective date of leave without pay (Effective date: from _____ to _____). The "from" date is the date the resident has exhausted sick and/or annual leave. The "to" date is the expected date of return. The DEA/GME will send a copy of the Job Action Form to fringe benefits.

b. Six weeks after the effective date of the LWOP, call the DEA/GME to inform them when the department will stop paying benefits. (See section 5 Benefits below). The DEA/GME will notify payroll and fringe benefits of the status and code HRIS to "no benefits."

c. Upon resident's return from LWOP, complete and submit to the DEA/GME a Job Action Form and coding sheet with the Status Code 01-Active. Effective date: from (___ to ___) is the actual date of return to the date the academic year ends. The DEA/GME will send a copy of the 255 to fringe benefits.

4. Payroll. No salary shall be paid to the resident for those days or weeks that are not covered by annual/sick leave.

5. Insurance Benefits: If approved, uncompensated leave is taken, insurance benefits covered for up to two months. Thereafter, one of two options should be selected.

I. Initially and prior to two months ending, the Program Director/Chair may request under separate cover coverage of benefits up to a six-month period, letter should be addressed to Timothy Flynn, M.D., Fringe Benefits Committee Chairman, and a copy sent to the ADGME/ADEA. After the coverage of benefits cease, the resident may purchase this coverage for up to 18 months consistent with the COBRA provisions.

II. After two months, the resident will be responsible for payment of insurance premiums for up to six months. The resident may purchase this coverage for up to 18 months, consistent with the COBRA provisions.

Key contacts for Gainesville Campus:

ADGME: Michael E. Mahla, M.D. Associate Dean for Graduate Medical Education Office of the Dean, College of Medicine Personnel (352) 265-0152

Fringe Benefits: Brian Berryman or Freddy Jones at (352) 273-5077

6. For additional information, refer to the resident manual or http://www.med.ufl.edu/benefits/


Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

UF/Diekman 002820

**SUBJECT:** **Management of Institutional Accreditation**

**INTENT:** The Accreditation Council for Graduate Medical Education Institutional Requirements require policies and procedures for management of institutional accreditation.

**POLICY
STATEMENT:** The Graduate Medical Education Committee (GMEC) will review the Sponsoring Institution's most recent NAS Self-Study Visit and will monitor actions plans for correction of citations and areas of noncompliance. In addition, the GMEC will review the results of the most recent ACGME Clinical Learning Environment Review (CLER) visit and will monitor action plans for correction of citations and areas identified needing improvement.

**DESCRIPTION:**

1. Following each institutional self-study visit, the DIO will present all citations from the Institutional Review Committee (IRC) to the GMEC and develop an organized plan for addressing each of the issues cited by the IRC.

2. Following each CLER visit, the DIO will present all citations and areas for improvement identified to the GMEC and develop a plan for addressing each of the issues cited by the CLER committee.

3. The GMEC will conduct an annual institutional review (AIR) that includes at least the following areas:
- Results of the most recent institutional self-study visit;
- Results of ACGME surveys of residents/fellows and core faculty
- Status of all ACGME-accredited programs' accreditation status and results of all self-study visits
- Results of routine annual accredited program reviews conducted by the Institutional Program Review Committee
- Results of all special reviews conducted by the Institutional Program Review Committee
- Results of any CLER visits during the previous year
- Review of housestaff participation in institutional and departmental quality and patient safety initiatives.

The AIR will include monitoring procedures for action plans resulting from the review.

UF/Diekman 002821

4.  The DIO must submit a written annual executive summary of the AIR to the Governing Body and the Organized Medical Staff.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002822

**SUBJECT:**          **Medical Licensure / Registration**

**INTENT:**           In order to be a member of the College of Medicine Housestaff
                      Program, all residents must be registered with the Department of
                      Professional Regulations - Boards of Medicine and/or Osteopathic
                      Medicine as an unlicensed physician, or have a current valid
                      Florida Medical License.

**POLICY**
**STATEMENT:**        According to Florida Statue 459.021 Fac Rule 214-10.0055
                      registration of unlicensed physicians, registration or licensure is
                      renewed every (2) two years.

                      Once you have completed your first year of training, you are eligible
                      to apply for Florida licensure (two years for IMGs).  Florida Board
                      of Medicine's phone number is 1-850-488-0595.  Applications can
                      be downloaded from their web site at www.myflorida.com under the
                      Medical Quality Assurance Section.  No residents will be allowed to
                      work without a valid training license or full medical license.

**DESCRIPTION:**

1. Prior to beginning residency all residents are responsible for
   completing all paperwork necessary to obtain registration.  No
   resident may participate in patient care activities or receive a
   stipend unless appropriately registered/licensed.

2. Registration is for 2 years, but can be renewed if the resident
   does not have a valid Florida license.  Residents are
   encouraged to obtain a Florida license.

3. It the resident's responsibility to be sure registration or license is
   current.  Failure to do so will result in suspension from all clinical
   activities.

4. Residents should contact program administrators to assist them
   in remaining compliant with this requirement.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

**SUBJECT:**     **Medical Licensure – USMLE or COMLEX Examination Policy**

**INTENT:**      In order to successfully practice medicine in the United States and become Board Certified, a resident must pass all three parts of the United States Medical Licensing Examination (USMLE) or the Comprehensive Osteopathic Medical Licensing Examination (COMLEX).  Graduate Medical Education Programs must assure that their graduates are eligible to practice medicine.

**POLICY**
**STATEMENT:**   For purposes of this policy, COMLEX Step 3 may be substituted for USMLE Step 3 in every instance. Residents in all core residency training programs sponsored by the University of Florida College of Medicine Gainesville must pass the USMLE Step 3 examination by the completion of the PGY-2 year.  Failure to pass USMLE Step 3 by the conclusion of the PGY-2 year may result in suspension from training without pay until USMLE Step 3 is successfully passed.  No resident may receive a salary increase to the PGY-3 level without prior passage of USMLE Step 3, but may, at the discretion of the program director, be promoted to the PGY-3 level clinically. Alternatively, programs may elect to non-renew residency training contracts for residents who have not successfully completed USMLE Step 3 by March 1 prior to the PGY-3 year.  International Medical Graduates who first enter US GME training at the fellowship level (i.e. have not completed core residency training) are exempt from this policy.  Other individual exceptions to this policy may be granted only by appeal to the Designated Institutional Official.

**DESCRIPTION:**

1. This policy is a minimum standard applicable to all training programs sponsored by the University of Florida.  Individual programs may implement more stringent policies as desired.
2. Residents in all core residency programs must register for and take USMLE Step 3 for the first time no later than September of their PGY-2 year.
3. Residents who fail USMLE Step 3 on the first try must successfully pass this examination by the conclusion of the PGY-2 year.  At the discretion of the individual program director, residents who have not passed USMLE Step 3 by March 1 prior to the PGY-3 year are at risk for non-renewal of their residency training contracts.
4. No resident may receive the step increase in salary for the PGY-3 year without passing USMLE Step 3.

5. International Medical Graduates beginning fellowship training without prior completion of a core residency program are exempt from this policy.

6. Residents transferring into core programs from other institutions who have not already passed USMLE Step 3 will have one calendar year from the time of arrival to successfully pass USMLE Step 3.

7. American Medical Graduate applicants to any Fellowship program sponsored by the University of Florida College of Medicine MUST have passed USMLE Step 3 prior to beginning training or receive approval from the DIO for an exemption.

8. International Medical Graduates who have completed a core residency program in the United States applying to any Fellowship program sponsored by the University of Florida College of Medicine MUST have passed USMLE Step 3 prior to beginning training or receive approval from the DIO for an exemption.

9. In order to graduate and receive a certificate of residency training, all housestaff MUST have documentation of successfully passing USMLE Step 3.

10. Adverse academic actions associated with this policy may be appealed according to the GME Grievance and Appeals policy.

11. Exceptions to this policy may only be granted by the Designated Institutional Official.

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

**SUBJECT:**     **National Resident Matching Program Participation**

**INTENT:**      The Accreditation Council for Graduate Medical Education (ACGME) Institutional Requirements require strongly suggests that institutions and all sponsored programs participate in an organized matching program such as the National Resident Matching Program (www.NRMP.org).

**POLICY
STATEMENT:**     Initial residency (core programs) applicants will <u>only</u> be accepted into U.F. GME Training Programs through the NRMP or other accepted matching programs (e.g. San Francisco match).   All departments are REQUIRED to offer all their core residency positions through the matching process. Fellowships are encouraged to offer all their positions through a matching program available to them.  There are no exceptions to this policy for initial (core) residency programs.

**Description:**     <u>NRMP</u>

The NRMP provides a uniform date of appointment to positions in GME (residencies and fellowships) and provides a system for the confidential selection and ranking of applicants to residency positions.  The NRMP matches eliminate the pressure that might otherwise fall upon applicants and programs to make decisions before all of their options are known.

The NRMP is a matching service and provides the mechanism for matching applicants to programs according to the preferences expressed by both parties on their individualized rank order lists.

The NRMP is not an application processing service.  It provides an impartial venue for matching applicants' and programs' preferences for each other consistently.   Many programs use ERAS for centralized applications: http://www.aamc.org/audienceeras.htm.

<u>Eligible Applicants</u>

All applicants must meet the requirements of the ACGME as found in the institutional Requirements (II .A.). Please note that effective July, 2015, applicants seeking entry into advanced level ACGME accredited programs (i.e. all fellowships and all core programs starting at the PGY-2 level) must have completed an ACGME accredited prerequisite program.

<u>Participation</u>

All applicants and programs are required to comply with the "Match Participation Agreement" without exception.
http://www.nrmp.org/res_match/policies/index.html


Programs may withdraw positions or withdraw entirely (as required in the "Match Participation Agreement") but only with the permission of the Graduate Medical Education Committee and DIO. Programs withdrawing positions or entirely from the match may NOT subsequently offer positions outside of the matching program for that academic year.  Programs may no longer offer ANY positions to independent (non-US senior medical school graduates) outside the matching program.


Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002827

**SUBJECT:**        **Notification to Applicants Invited to Interview**

**INTENT:**         The ACGME requires an applicant invited to interview for a resident/fellow position must be  informed in writing or by electronic means, of the terms,  conditions, and benefits of  appointment to the ACGME-accredited program, either in effect at the time of the interview or that will be in effect at the time of his or her eventual appointment.

**POLICY
STATEMENT:**    All applicants invited to interview will be informed in writing or by electronic means of the terms and conditions of appointment.

**DESCRIPTION:**

1. The GMEC office has prepared a document that describes: the terms and conditions of appointment,  financial support; vacations; parental, sick  and other leaves of absence, and professional liability, hospitalization, health, disability, and other insurance accessible to residents/fellows and their eligible dependents, ; and the condition under which the Sponsoring Institution provides  sleep rooms, meals and laundry services, or their equivalents. (See Attachment).

2. All programs will include this document or reference its web site when offering an interview to the resident.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002828

DATE:

MEMORANDUM
TO:           Resident / Fellow Applicant:
FROM:         University of Florida College of Medicine
RE:           Terms  and Conditions of Appointment

The Accreditation Council for Graduate Medical Education Institutional Requirement (IV.A.3.) requires that applicants for ACGME-accredited programs (applicants who are invited for an interview) must be informed, in writing or by electronic means, of the terms, conditions, and benefits of appointment, including financial support; vacations; parental, sick, and other leaves of absence; professional liability, hospitalization, health, disability and other insurance provided for the residents/fellows and their eligible dependents ; and the conditions under which the Sponsoring Institution provides  sleep rooms, meals, laundry services, or their equivalents are to be provided.
Please find below a summary of those items.

**TERMS AND CONDITIONS OF APPOINTMENT** - Appointments are renewed annually and continued retention in the training program depends on your satisfactory performance/training progress, including adherence to acceptable professional behavior, as well as the continuation of requisite funding for the program.  A resident's / fellow's reappointment and progression to more advanced levels will be based on the results of periodic reviews of the resident's / fellow's educational and professional achievement, competence and progress as determined by the program director and teaching faculty.

The primary site of your graduate medical training will be the University of Florida Health Science Center-Gainesville with its major teaching hospitals and affiliates, but the location of the training for any resident may occur at various additional sites.  All assignments and call schedules are made at the discretion of the appropriate program director of the University.

**FINANCIAL SUPPORT** - The College of Medicine sets the annual stipend for residents at each level. Exceptions to these stipend levels must be approved by the Graduate Medical Education Committee. As a resident / fellow, you automatically will be enrolled in the University of Florida's FICA Alternative Plan. Housestaff will contribute 7.5% of their wages into an investment account in their name. Medicare contributions at 1.45% will continue to be withheld and matched by the employer. Employees will be automatically enrolled or un-enrolled based on their salary plan status during the affected pay period. There is no minimum age or service requirement. Once a contribution has been made to the plan, the employee will receive an Enrollment/Designation of Beneficiary form and an introduction letter from  Valic, the plan Administrator. They will also be available on the  Valic web site. These forms will allow the employee to choose between a Guaranteed Pooled Fund (an interest bearing account) and a variable investment option. As a participant in the plan, you will have the option of investing in a mutual fund plan or a fixed account and will also be asked to identify a beneficiary. If an employee does not direct the investments of your funds, they will automatically be placed into the Guaranteed Pool fund. For information pertaining to enrollment please  contact  Valic at ( (352)514-1001     and (352) 262-5836.

**LEAVE** – Residents / Fellows shall be entitled to leave with pay for the purpose of annual and sick leave depending upon the length of appointment during the training period July 1 through June 30.

If specialty board regulations for annual and sick leave accrual and usage differ from that outlined in this rule, written notification of the board policy shall be completed by the program director and submitted to the Dean for approval.  The total maximum time a resident / fellow can be away from a program in any given year or for the duration of the residency program shall be determined by the requirements of the specialty board involved.  All absences must be approved by the program director.

**SICK LEAVE** – Residents / Fellows shall accrue sick leave at the rate of 10 working days per year of full employment if consistent with board requirements.  If excessive time is taken, the resident / fellow must extend her/his training to fulfill board requirements.

UF/Diekman 002829

**ANNUAL LEAVE** - Annual leave accruals are normally based on an annual rate of fifteen (15) workdays for all postgraduates, provided this does not exceed that allowed by the appropriate board.

**MILITARY LEAVE** - Absences for temporary military duty (e.g. two-week annual training) will not be taken from sick or annual leave but will be considered leave with pay for up to 17 days. If activated from reserve to active duty status, the resident / fellow will receive thirty (30) days full pay before going on leave without pay.

**HOLIDAYS** – Residents / Fellows shall be entitled to observe all official holidays designated by the Department of Administration for state employees except when they are on call for clinical responsibilities. Resident / Fellows on Veteran's Administration Medical Center rotations shall be entitled to observe all official holidays designated by the federal government for employees except when they are on call for clinical responsibilities.

**LEAVE OF ABSENCE** - Educational Assignment – Residents / Fellows shall be eligible for absence pertaining to education and training provided it is allowed by the appropriate board and agreed to, in writing, by the program director.  Licensure Examination Leave – Residents / Fellows taking American specialty board and state licensure examinations will be authorized leave at the discretion of the program director.

**PARENTAL LEAVE** – Residents / Fellows that plan to utilize parental leave are expected to notify their program director as soon as possible to facilitate the appropriate scheduling.

**UNUSED LEAVE** - All unused leave is considered non-payable leave, and there is no entitlement for lump-sum payment for unused leave upon separation or completion of training.

**MEALS** - A meal subsidy may be provided for residents / fellows on-call for their service.

**ON-CALL QUARTERS, LAUNDRY** - On-Call Quarters are available at all hospitals to which the resident / fellow rotates and each provides access to bathrooms and telephones.  As a general rule, living quarters and laundry, are not provided by the institution.  Some departmental exceptions to this may exist for residents / fellows who are sent to specific rotations outside of the immediate home area.  Departmental policies will govern provision of living quarters at these sites.

**INSURANCE** - The College of Medicine recognizes the need to provide insurance coverage in a variety of different categories.

**Eligibility -** All full-time residents and clinical post-doctoral associates appointed through a department in the College of Medicine are eligible to receive the College-sponsored fringe benefit program. **Benefit costs are employer-paid. Coverage for eligible employees begins on the first day of employment and ends on the last day of employment.**

**Group Health Insurance –** You will be automatically enrolled in our healthcare insurance program known as GatorCare.  Designed to promote improved health care access, quality of care and employee health, **GatorCare** is a consolidated group health insurance plan available to eligible employee groups associated with the University of Florida and its affiliates. **GatorCare** is a self-insured health plan. Both Florida Blue (formerly Blue Cross Blue Shield) and Magellan Pharmacy Solutions have partnered with UF to manage the plan's administration. Each offer comprehensive provider networks within Florida and across the U.S. and has extensive experience with the processing of both medical and pharmacy claims for payment. You may choose between two plan options: **Prime Plus or Premium**. For plan details and the schedule of benefits visit the GatorCare website: http://gatorcare.org.
A summary of the two available options to you follows:

**GatorCare Prime Plus** – More Options - If you want two network options, you may wish to consider this plan. The plan design offers two tiers. You receive the highest level of benefits when you receive services within the GatorCare Network. The GatorCare Network includes hospitals, physicians and providers in Gainesville and Jacksonville. Providers in both locations are available to you. You also have access to Florida Blue's NetworkBlue participating providers for Tier 2. Higher deductibles, out-of-pocket costs and coinsurance typically apply for Tier 2 benefits.

**GatorCare Premium** – More Flexibility -If you are looking for the most flexibility, this plan may be an option for you. This plan offers you three network tier options. Tier 1 is the GatorCare Network and offers the best value with low deductibles, out-of-pocket and coinsurance amounts that you would pay. The GatorCare Network includes hospitals, physicians and providers in Gainesville and Jacksonville. Providers in both locations are available to you. Tier 2 applies when you receive services from physicians and providers in Florida Blue's NetworkBlue. You will pay higher deductibles, out-of-pocket costs and coinsurance amounts when using Tier 2 providers. You can access services from an out-of-network provider and still have coverage; Tier 3 benefits would apply and you may be billed for the difference between the provider's charge and the allowed amount.

**Magellan Pharmacy Solutions -** GatorCare has partnered with Magellan Pharmacy Solutions to provide the highest-quality prescription drug benefit program with safety and cost savings in mind. This program provides efficient electronic claims processing, as well as retail and mail order prescription drug services at a reduced rate through a national pharmacy network. You may speak with a customer service representative at 800-651-8921.

**FloridaBlue.com** is the Online Resource for GatorCare participants. Florida Blue's member website is your online resource to know more about your health plan. You can view benefits, check claims information, access monthly statements, research general health information and more. In all Plan Options, Pre-Certification is required for Inpatient Admissions. **Prescriptions written by an insured for self or any family members will not be eligible for reimbursement through the prescription drug program or the health insurance plan.**

**Life Insurance -** Level term group life insurance underwritten by The Standard Insurance Company provides $50,000 of life insurance for all eligible employees with an additional $10,000 in the event of accidental death and dismemberment. You will find the life insurance policy on the Administrative Affairs/Fringe Benefits website at http://adminaffairs.med.ufl.edu/files/2013/01/Standard-Life-Policy.pdf.

**Long Term Disability Insurance -** All active full-time College of Medicine housestaff members working at least 30 hours a week are provided group Long Term Disability insurance. The policy is underwritten by The Standard Insurance Company. The monthly benefit is equal to 60% of the first $4167 of monthly salary to a maximum monthly benefit of $2,500 reduced by benefit offsets. The benefits as set forth under this policy will begin after the insured's sixth month of total disability. The maximum benefit period is determined by your age when disability begins. In order to make sure income replacement is maximized in the unfortunate event of a disability, the College of Medicine will **gross- up** the disability benefit of all residents. **Grossing- up** is a common method of income maximization used by employers to help their employees. The premium cost of the disability insurance is added to an employee's earnings so that the employee pays taxes on this premium every paycheck. Paying taxes on the premium assures a tax-free disability benefit. You will find the disability policy on the Administrative Affairs/Fringe Benefits website at http://adminaffairs.med.ufl.edu/files/2012/05/Faculty-Group-Long-Term-Disability-Policy.pdf

**Benefits during Leave of Absence**: If a leave of absence or unpaid leave is taken during the residency, insurance benefits will be covered by the department for up to two months; after two months, the resident will be responsible for payment of insurance premiums. For the specific guidelines concerning: Military Leave, FMLA and Medical Leave please review the specific documentation requirements, permission and eligibility for such leave. Such leave includes Military Leave, Extended Medical Leave, FMLA and Medical Leave of Absence.

**Professional Liability**-Pursuant to Section 768.28, Florida Statutes, the University of Florida Board of Trustees is exclusively responsible for any civil claims or actions arising from the acts of its employees and agents. The UF BOT is protected for such liabilities by the J. Hillis Miller Health Center Self-Insurance Program (UF SIP), a self-insurance program managed by a governing council created by the Florida Board of Governors that is chaired by the Sr. Vice President for Health Affairs. As an employee of the University of Florida (UF), you are personally immune from civil liabilities which may arise from acts or omissions committed by you in the course of your employment. UF SIP affords you personal professional liability protection while you act as a Good Samaritan, while you are involved in community service work, which has been pre-approved by your college, or if you are on a job assignment outside of Florida. UF SIP also provides defense costs for certain licensure investigations by the Department of Health. If you have questions regarding professional liability, please contact the UF SIP Director at 352-273-7006**.**

**Baby Gator Child Development Center at Newell Drive** was established as a partnership with the Colleges of Medicine and Public Health and Health Professions. Faculty and Housestaff Members whose children are between the ages of 6 weeks and 5 years are eligible for enrollment at reduced tuition rates. A monthly tuition subsidy of $250.00 per child is paid **directly to Baby Gator** by the College of Medicine. Questions or comments about Baby Gator should be directed to **babygator@admin.ufl.edu** Phone: (352) 273-8000, Fax: (352) 273-8747. Baby Gator maintains a waiting list for all age groups. Please apply to the waiting list by visiting the website at **www.babygator.ufl.edu.** There is a $40.00 application fee that must be paid by either check or money order, after you have completed the application. Once the application and payment have been received, the enrollment coordinator will contact you with information regarding the enrollment.

**Gator Dental Care -** The UF College of Dentistry can provide all your oral health services. UF Resident's Priority Program. Contact: **priority@dental.ufl.edu.** Please include your name and the best number for daytime contact. We'll respond within one business day. Initial screening appointments scheduled within two weeks. Emergency appointments scheduled within 24 hours. Extended hours are available in some clinics for convenient scheduling. Professional discounts available in the Faculty Practice and some graduate clinics. This program is also available for spouse and dependents. Services: cleanings & preventive care, fillings, braces & Invisalign, crowns, dentures, bridges, whitening & aesthetic care, children's care, implant dentistry, root canals and , extractions.

**Resident Assistance Program** (RAP) is designed to help residents and their families with concerns or problems that may be troubling them. The mission of the program is to develop and maintain a positive and productive work environment. The program helps by providing a system of short-term, confidential, professional counseling and referral services to residents and their families. Counselors from the program teach residents how to manage their problems when their job is affected. The RAP addresses Stress, Adjustment to life changes, Marital or relationship difficulties, Parenting issues, Family illness, Job burnout, Anger, Depression, Anxiety, Gambling, Alcohol or chemical Dependency. If any of the above or other concerns have adversely affected your job performance or personal life, you may consider assistance from the RAP to help you identify and resolve the problem. Benefits-eligible residents, interns, and fellows and their legal spouses, and other eligible dependents all qualify for RAP benefits. There are two different ways to obtain help from your RAP:1. Self-Referral – This is a completely confidential method of getting help for yourself by simply calling the RAP 24-hour, Shands Vista number 352.265.5493 or toll free 866.643.9375. 2. Employer Referral – if your problems visibly affect your job performance, your training director, faculty advisor or GME dean may recommend that you access the RAP for an evaluation. Your supervisor will not have access to your records. Participation in the RAP is not included in your personnel files. The UF College of Medicine pays for the basic services of the RAP and regards the program as a fringe benefit. Up to the first three visits to a provider are free. If more services are needed, the counselor will coordinate continued care with your health benefits plan. All discussions with RAP counselors, records of treatment or assistance, and all follow-up care are strictly confidential. Counselors follow professional standards and a strict code of ethics, which includes a firm commitment to protect and uphold privacy and confidentiality. To arrange an appointment, please call 352.265.5493 or toll free 866.643.9375, 24 hours a day, seven days a week. Simply state that you need an RAP appointment. RAP has flexible hours and a convenient location to accommodate the needs of you and your family.

**Needlestick Hotline** - 866-477-6824 The needlestick hotline will ensure that all UF employees with an exposure have immediate access to a medical provider in a timely manner. **During regular work hours**, an operator from the Occupational Medicine clinic at the Student Health Care Center will answer the line and put the caller in contact with a skilled and knowledgeable provider. **After hours and on weekends**, the injured employee calls the hotline (866-477-6824) and an operator will take necessary demographic data. The employee will be directed to the Needlestick website where thorough instructions are given to obtain source testing. The employee will be contacted the following business day to finish any necessary testing or follow up. Whether during normal working hours or after hours, the provider will collect the exposure and source history, arrange for laboratory work to be drawn, decide on post exposure treatment if necessary, and recommend follow-up as appropriate. All follow-up laboratory work and counseling will continue to be conducted at the SHCC at Shands - 352-392-0627, Room D2-52. Immediately after you have been evaluated/treated, contact the University of Florida Workers' Compensation Office (UFWC) at 392-4940 to report your injury. **Failure to contact UFWC is a violation of university policy.**

**Job-related Employee Injuries-** Job-related employee injuries are also covered under the Occupational Medicine Program. The University must provide medical attention for employees injured in the line of duty. Primary cost recovery is obtained from the state Worker's Compensation Program. Contact the University of Florida Workers' Compensation Office (UFWC) at 392-4940 to report your injury. **Failure to contact UFWC is a violation of university policy.**

**AMERICANS WITH DISABILITIES ACT (ADA)** – The University of Florida, under the guidelines of ADA and 504 federal legislations, is required to make reasonable accommodations to the known physical and mental limitations of otherwise qualified individuals with disabilities. For assistance contact the UF ADA Office at 392-7056 or 711 (TDD/TTY).

For additional information visit: http://adminaffairs.med.ufl.edu/fringe-benefits/housestaff-benefits/

Any questions regarding this information may be discussed at the time of the interview.

**SUBJECT:**　　　　　**Educational Resources for Pain Medicine Training Program**

**INTENT:**　　　　　Background

Because pain medicine is a multidisciplinary approach to a common problem, the ACGME requires that there be an institutional policy governing the educational resources committed to pain medicine.  This policy ensures cooperation of all involved disciplines.

Effective July 2007, there may be only one ACGME-accredited pain medicine program within a sponsoring institution, and a single multidisciplinary fellowship committee to regularly review the program's resources and its attainment of its stated goals and objectives.

**POLICY**
**STATEMENT:**　　　　Purpose

The purpose of this policy is to ensure that the educational training experience for the sponsored pain medicine program complies with the institutional and program-specific RRC requirements, and that the allocation of clinical and other resources is monitored.

**DESCRIPTION:**　　　Monitoring and compliance

**The program will perform an annual review of program effectiveness.**

The program director will establish a multi-disciplinary fellowship committee with faculty representation from:  Anesthesiology, Psychiatry, Physical Medicine and Rehabilitation, and Neurology. This committee will report to the GMEC.  The Designated Institutional Official (DIO) and the Graduate Medical Education Committee (GMEC) will monitor educational resources committed to the pain medicine training program through the Annual Program Review, Institutional Program Review Committee, fellowship committee input and the Annual Survey of Residents' Educational and Clinical Experiences.

 If difficulties in the distribution of resources committed to pain medicine training are identified, the DIO will meet with members of the program involved to assess the issues and to recommend corrective action.  The DIO will report these findings to the GMEC, which may meet with the pain medicine training director and other hospital/institutional officials. Any request for program changes in

pain medicine would be reviewed through customary GMEC processes.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002835

**SUBJECT:**          **Procedure for Grievance, Suspension, Nonrenewal or Dismissal**

**INTENT:**          Each training program is responsible for the conduct of that training program and for the policy on defining satisfactory performance of the resident as a student.   The sponsoring institution wishes to ensure that the application of such policies are not arbitrarily illegal, unjust or create unnecessary hardship.   Therefore, a policy and procedure for addressing resident dissatisfaction is established.

**POLICY
STATEMENT:**          Context of the institutional and program requirements.   Each program must develop fair and consistent standards for the residents.  If a resident feels that a decision by the program violates standards of fairness then the resident is afforded a process whereby individuals outside the program may review such decisions.

**DESCRIPTION:**          The position of the resident presents the dual aspect of a student in graduate training while participating in the delivery of patient care. For purposes of this policy, the term "resident" applies residents, fellows, and adjunct clinical post-doctoral associates in training programs recognized and approved by the Graduate Medical Education Committee at the University of Florida College of Medicine.   These training programs may be either ACGME Accredited Programs or non-accredited programs formally approved by the GMEC.

The University of Florida College of Medicine is committed to the maintenance of a supportive educational environment in which residents are given the opportunity to learn and grow.  Inappropriate behavior in any form in this professional setting is not permissible.  A resident's continuation in the training program is dependent upon satisfactory performance as a student, including the maintenance of satisfactory professional standards in the care of patients and interactions with others on the health care team.   The resident's academic evaluation will include assessment of behavioral components, including conduct that reflects poorly on professional standards, ethics, and collegiality.  Disqualification of a resident as a student or as a member of the health care team from patient care duties disqualifies the resident from further continuation in the program.

**Grievances:** A grievance is defined as dissatisfaction when a resident believes that any decision, act or condition affecting his or her program of study is arbitrary, illegal, unjust or creates

unnecessary hardship. Such grievance may concern, but is not limited to, the following: academic progress, mistreatment by any University employee or student, wrongful assessment of fees, records and registration errors, discipline (other than nonrenewal or dismissal) and discrimination because of race, national origin, gender, marital status, religion, age or disability, subject to the exception that complaints of sexual harassment will be handled in accordance with the specific published policies of the University of Florida College of Medicine.

Prior to invoking the grievance procedures described herein, the resident is strongly encouraged to discuss his or her grievance with the person(s) alleged to have caused the grievance. The discussion should be held as soon as the resident becomes aware of the act or condition that is the basis for the grievance. In addition, or alternatively, the resident may wish to present his or her grievance in writing to the person(s) alleged to have caused the grievance. In either situation, the person(s) alleged to have caused the grievance may respond orally or in writing to the resident.

If a resident decides against discussing the grievance with the person(s) alleged to have caused such, or if the resident is not satisfied with the response, he or she may present the grievance to the Chair.  If, after discussion, the grievances cannot be resolved, the resident may contact the Associate Dean of Graduate Medical Education (ADGME).  The ADGME will meet with the resident and will review the grievance. The decision of the ADGME will be communicated in writing to the resident and constitute the final action of the University.

**Suspension:** The Chief of Staff of a participating and/or affiliated hospital where the resident is assigned, the Dean, the President of the Hospital, the Chair, the Division Chief or Program Director may at any time suspend a resident from patient care responsibilities. The resident will be informed of the reasons for the suspension and will be given an opportunity to provide information in response.

The resident suspended from patient care may be assigned to other duties as determined and approved by the Chair. The resident will either be reinstated (with or without the imposition of academic probation or other conditions) or dismissal proceedings will commence by the University against the resident within thirty (30) days of the date of suspension.

Any suspension and reassignment of the resident to other duties

may continue until final conclusion of the decision-making or appeal process.  The resident will be afforded due process and may appeal to the ADGME for resolution, as set forth below.

**Nonrenewal :** In the event that the Program Director decides not to renew a resident's appointment, the resident will be provided written notice which will include a statement specifying the reason(s) for nonrenewal.  This should be done at least 4 months prior to the end of the resident's current agreement.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed nonrenewal decision. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that nonrenewal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Dismissal:** In the event the Program Director of a training program concludes a resident should be dismissed prior to completion of the program, the Program Director will inform the Chair in writing of this decision and the reason(s) for the decision. The resident will be notified and provided a copy of the letter of proposed dismissal; and, upon request, will be provided  previous evaluations, complaints, counseling, letters and other documents that relate to the decision to dismiss the resident.

If requested in writing by the resident, the Chair will meet with the resident; this meeting should occur within 10 working days of the written request. The resident may present relevant information regarding the proposed dismissal. The resident may be accompanied by an advisor during any meeting held pursuant to these procedures, but the advisor may not speak on behalf of the resident. If the Chair determines that dismissal is appropriate, he or she will use their best efforts to present the decision in writing to the resident within 10 working days of the meeting.  The resident will be informed of the right to appeal to the ADGME as described below.

**Appeal:** If the resident appeals a decision for suspension, nonrenewal or dismissal, this appeal must be made in writing to the ADGME within 10 working days from the resident's receipt of the decision of the person suspending the resident or the Chair.  Failure to file such an appeal within 10 working days will render the decision

of the person suspending the resident or the Chair the final agency action of the University.

The ADGME will conduct a review of the action and may review documents or any other information relevant to the decision. The resident will be notified of the date of the meeting with the ADGME; it should occur within 15 working days of the ADGME's receipt of the appeal. The ADGME may conduct an investigation and uphold, modify or reverse the recommendation for suspension, nonrenewal or dismissal. The ADGME will notify the resident in writing of the ADGME's decision. If the decision is to uphold a suspension, the decision of the ADGME is the final agency action of the University. If the decision is to uphold the nonrenewal or dismissal, the resident may file within 10 working days a written appeal to the Dean of the College of Medicine.  Failure to file such an appeal within 10 working days will render the decision of the ADGME the final action of the University.

The Dean will inform the ADGME of the appeal. The ADGME will provide the Dean a copy of the decision and accompanying documents and any other material submitted by the resident or considered in the appeal process. The Dean will use his or her best efforts to render a decision within 15 working days, but failure to do so is not grounds for reversal of the decision under appeal. The Dean will notify in writing the Chair, the ADGME, the Program Director and resident of the decision. The decision of the Dean will be the final agency action of the University. The resident will be informed of the steps necessary for the resident to further challenge the action of the University.


Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

**SUBJECT:**         **Program Policies**

**INTENT:**         The ACGME requires programs to have policies and procedures consistent with Program / Common and Institutional Requirements.

**POLICY**
**STATEMENT:**         Each program will develop a policy and procedure manual that will be reviewed by the internal review process.

**DESCRIPTION:**

Each program will develop specific policies that cover at a minimum the following:

(IR) = Institutional Policy – Each program must be aware of the policy.

(PR) = Program Requirement – Requires each program to have a policy, statement, criteria, develop a mechanism, etc.

(**) = Policy must be included in the Program's Resident Policy and Procedure Manual unless not applicable to your program.

Policies below can be located at
http://housestaff.medinfo.ufl.edu/policy

**Policy Name**

GMEC Review of Institutional Policies (IR)

Approval for Starting New Graduate Medical Education Programs (IR)

Communication with Program Directors (IR)

Communication with Medical Staff (IR)

Correspondence between Programs and ACGME (IR)

Counseling and Support Services (IR) (**)

Critical Care Training Programs (IR)

UF/Diekman 002840

Duty Hours & Exception Policy (IR) (PR) (**)
(Each program must have written policies and procedures consistent with the Institution and Program Requirements for resident duty hours and the working environment.)

Eligibility and Selection of Residents (IR) (**)

Evaluations – Residents, Faculty and Program (IR) (PR) (**)
(Each program is responsible for developing its own monitoring tools for the evaluation of each resident's progress and the program.)

GMEC ADA Policy (IR) (**)

GMEC Internal Review Committee (IR)

Graduate Medical Education Administration (IR)

Health Requirements (IR) (**)

Institutional Sponsorship (IR)

Internal Review Protocol and Attachment A (IR)

Impaired Physician (IR) (**)

Management of Institutional Accreditation (IR)

Medical Licensure/Registration (IR) (**)

Notification to Applicants Invited to Interview (IR) (PR)
(All programs will include this document or reference its web site when offering an interview to a resident.)

NRMP Policy (IR)

Outside Employment – Moonlighting (IR) (PR) (**)
(Each program must have a policy regarding outside and extracurricular employment which meets RRC requirements and University of Florida College of Medicine policy.)

Procedure for Grievance, Suspension, Nonrenewal or Dismissal (IR) (**)

Promotion of Residents (IR) (PR) (**)

(Each program must develop criteria by which residents will advance in the program.)

Pain Medicine Training Program – Educational Resources (IR)

Quality Assurance (IR) (PR) (**)
(Each program must demonstrate a commitment to quality improvement and be able to demonstrate resident participation during periodic Internal Reviews.)

Request for New FTE/Changes in Resident Complement (IR)

Request Not to Participate in Care (IR) (**)

Residency Closure and Reduction (IR) (**)

Residency Program Disaster Policy (IR) (**)

Resident Transferring into Program (IR)

Resident Benefits (IR) (**)

Resident Contract (IR) (**)

Resident Curriculum (IR) (PR) (**)
(Each program is responsible for the content of resident curriculum and that curriculum will be reviewed at each internal review.)

Resident Responsibility (IR) (PR) (**)
(Residents at each individual year level will have a description of what their responsibilities are and what level of supervision will be provided.  Each program is responsible for developing a description specific to their particular discipline.)

Restrictive Covenants (IR)

Sexual Harassment (IR) (**)

Stipends & Position Allocation  (IR)

Supervision of Residents (IR) (PR) (**)
(Residents must be appropriately supervised at all times and in all settings in which graduate medical education occurs.  Each program will develop mechanisms for supervision of residents that are appropriate to the specialty, Residency Review Committee (RRC) requirements, and consistent with appropriate educational development.)

Technical Standards – Guidelines (IR) (PR) (**)

(Each program is responsible for the development of technical standards necessary to complete their graduate medical education program.)

Vendor Interactions (IR) (**)

Work Environment (IR) (**)

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002843

**SUBJECT:**          **Promotion of Residents**

**INTENT:**           The Accreditation Council for Graduate Medical Education
                      Institutional Requirements requires that the sponsoring institution
                      establish policy on the promotion of residents.

**POLICY**
**STATEMENT:**        Each program must develop criteria by which residents will
                      advance in the program.  By July 2014 all programs must utilize
                      ACGME milestones progress as part of promotion criteria.

**DESCRIPTION:**      Graduate Medical Education is based on the principle of graduated
                      levels of responsibility. As the resident gains knowledge, judgment
                      and skill it is anticipated that the resident will progress toward being
                      able to be an independent practitioner. Residents will only be
                      advanced to the next higher level of responsibility upon successful
                      completion of the program's goals and objectives in the six core
                      competencies as defined by the milestones and evaluated by
                      faculty and program directors.

                      Each program must distribute these criteria for advancement and
                      be sure that the residents are informed of these expectations.
                      Programs must periodically review the appropriateness of these
                      competency based criteria.

                      If a program determines that a resident cannot meet these goals
                      and objectives and is not capable of proceeding to the next level of
                      graduated responsibility but must repeat a portion of the training
                      program, the program director must notify the resident in writing of
                      his/her deficiencies and of the reason for not being promoted. The
                      program must keep a record of each resident who is not promoted
                      and have these available for the Institutional Program Review
                      Committee.


Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002844

**SUBJECT:**          **Record Retention**

**INTENT:**           GME programs must follow UF policies regarding record
                      retentions.

**POLICY
STATEMENT:**          To assist programs to appropriately maintain records
                      regarding applicants to ACGME accredited training
                      programs.

**DESCRIPTION:**

1.    Applications from individuals who did not receive an
      interview.

      Master Record Copy needs to be retained for two
      years after the applicable application deadline.
      Duplicates should be retained until obsolete,
      superseded or administrative value is lost.

2.    Applications from individuals who did receive an
      interview but were not matched.

      Same as in #1.

3.    Residents files on individuals who actually became
      residents at the University of Florida Programs.

      At a minimum, the department should retain
      permanently records which would allow it to respond
      with the dates of the resident's attendance at the
      program and whether or not the resident successfully
      completed the program.
      Documents required for this purpose must include at
      least the final letter of evaluation and all semi-annual
      letters of evaluation.  These documents must be
      retained by the program and be part of the resident's
      permanent file.  Most other materials in residency
      program files would be broadly classified as
      evaluative materials.  Such items, such as Teaching
      Physician evaluations of the residents, memos
      discussing particular incidents, etc. would be required
      to be kept a minimum year period specified by
      University of Florida Policy.

UF/Diekman 002845

4.      Creating an archived copy of the ERAS database on removable storage media will satisfy all requirements for records retention with respect to applicant information.  Instructions for creating this copy are available in the Program Director's Workstation.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002846

**Resident Complement Change Request for**

☐   Temporary          ☐   Permanent

1.  Current Number of Residents:
       Increase Request:

2.  Desired effective date of complement change:  _____

3.  If  change is temporary, date change will no longer be in effect:
       _____

4.  Educational Rationale for Complement Change Request:

    Provide a brief description of the educational reasons for the resident
    complement change.  This may include the exposure of residents to new
    technology and the development of rotations that amplify or expand
    educational experiences.  The narrative should justify the request in terms of
    institutional support, funding, emerging technology, clinical experiences,
    faculty support, and other institutional facilities that are available.  Include the
    proposed implementation plan.  The rationale must be exclusively educational
    and not based on specialty demands.  Educational rationales WOULD include
    off-cycle residents or residents who required remediation and consequently
    would finish off-cycle.

5.  Provide a brief description addressing the major changes in the program
    since the last review in terms of program leadership and facilities.

6.  Please provide a brief update on each previously issued citation and indicate
    how it has been addressed, if applicable.

7.  Describe the specific circumstances for the change and the provisions that
    will be taken to ensure adequacy of support (funding) and educational
    resources.  The rationale must be exclusively educational and not based on
    specialty demand.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

**SUBJECT:**  **Request for New Temporary or Permanent FTE/Changes in Resident Complement**

**INTENT:**  The Graduate Medical Education Committee (GMEC) must approve all changes in resident complement.

**POLICY STATEMENT:**  The GMEC will approve all requests for changes in resident complement.   Each program should be aware of the resident complement  limits as identified on their most recent accreditation letter.

**DESCRIPTION:**

1. All programs will be in compliance with the resident complement as identified on their most recent letter of accreditation.

2. Any requests for changes in resident complement must first be approved by the GMEC and then by the Associate Dean for GME/DIO prior to submission to the ACGME. (see attachment)

3. Any increase in complement must be justified to the GMEC. This requires identification of resources needed to support additional FTE, including financial resources and education resources and when necessary specific patient experiences. Increase in compliment will not be granted purely on the basis of service requirements.  Program directors must also comment on the impact of increasing FTE on the current residents in the program and also identify potential effects on any other residency training programs.

4. Approval must also be obtained for temporary complement increases necessitated by residents who began training off-cycle or by residents whose remediation program(s) required prolongation of the standard training cycle.  Approval will nearly always be granted for these reasons.

5. GMEC approval to permanent complement increases is subject to further review and approval by UF Health Executive Leadership.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002848

**SUBJECT:**          **Request Not to Participate in Care**

**INTENT:**          Residents should not be forced to participate in activities that they morally oppose.

**POLICY
STATEMENT:**          The GMEC recognizes that residents may have moral reservations about certain policies and procedures.

**DESCRIPTION:**

1. Residents should not be required to participate in patient care or educational activities that they feel are inappropriate or immoral.

2. Residents should notify the program director about which specific activities where they feel they cannot participate. Program directors should discuss with the resident any impact this may have on the residents training.

3. Should the resident feel uncomfortable speaking to the program director, then the resident should contact the Associate Dean for GME/DIO.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002849

**SUBJECT:**        **Residency Closure and Reduction**

**INTENT:**         The Accreditation Council for Graduate Medical Education Institutional Requirements require the sponsoring institution to have written policy that addresses a reduction in size or closure of a residency program or closure of the institution.

**POLICY**
**STATEMENT:**      The Sponsoring Institution will inform the GMEC, the DIO, and the residents as soon as possible when it intends to reduce the size of or close one or more programs, or when the Sponsoring Institution intends to close. The Sponsoring Institution will allow residents already in the program(s) to complete their education or assist the residents in enrolling in an ACGME-accredited program(s) in which they can continue their education. Each residency program is responsible for notifying each resident in the program in the event of a reduction or closure in the program or institution.

**DESCRIPTION:**    1)    Programs should make every effort to allow residents already in the program to complete their education.

2)    Each program must make every effort to assist residents, displaced by closure of the program or by reduction in the number of residents, in identifying a program in which they can continue their education.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002850

**SUBJECT:**     **Guidelines for Technical Standards for Residency Training**

**INTENT:**     The sponsoring institution supports the concept of reasonable accommodations to individuals with disabilities accepted to graduate medical education programs.

**POLICY STATEMENT:**     Each program is responsible for the development of technical standards necessary to complete their graduate medical education program.  In general, individuals must have abilities and skills in five categories: observations, communication, motor, intellectual, behavioral and social.  Individuals applying to a residency are encouraged to discuss disabilities with the program director during the interview process.

**DESCRIPTION:**     Although each program may have specialized skills necessary to complete the program, (i.e. motor skills in surgery) the College of Medicine has adopted the following technical standards for medical school admissions and these should form guidelines for each program to develop specialty specific technical standards.

1. **Observation:** The candidate must be able to observe demonstrations and experiments in the basic sciences, including but not limited to physiologic and pharmacologic demonstrations in animals, microbiologic cultures, and microscopic studies of microorganisms and tissues in normal and pathologic states. A candidate must be able to observe a patient accurately at a distance and close at hand.  In detail, observation necessitates the functional use of the sense of vision and other sensory modalities.

2. **Communications:** A candidate must be able to speak, to hear, and to observe patients in order to elicit information, describe changes in mood, activity, and posture, and perceive nonverbal communications.  A candidate must be able to communicate effectively and sensitively with patients.  Communication includes not only speech but reading and writing.  The candidate must be able to communicate rapidly, effectively and efficiently in oral and written form with all members of the healthcare team.

3. **Motor:** Candidates must have sufficient motor function to elicit information from patients by palpation, auscultation, percussion, and other diagnostic maneuvers.  A candidate must be able to execute motor movements reasonably required to provide

UF/Diekman 002851

general care and emergency treatment to patients. Examples of emergency treatment reasonably required of physicians are: The administration of intravenous medication, the application of pressure to stop bleeding and the opening of obstructed airways. Such actions require coordination of both gross and fine muscular movements equilibrium, and functional use of the senses of touch and vision.

4. **Intellectual-Conceptual, Integrative, and Quantitative Abilities:** These abilities include measurement, calculation, reasoning, analysis and synthesis of complex information.

5. **Behavioral and Social Attributes:** A candidate must possess the emotional health required for full utilization of his or her intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the diagnosis and care of patients, and the development of mature, sensitive, and effective relationships with patients. Candidates must be able to tolerate physically taxing workloads and to function effectively under stress. They must be able to adapt to changing environments, to display flexibility, and learn to function in the face of uncertainties inherent in the clinical problems of many patients. Compassion, integrity, interpersonal skills, interest and motivation are all personal qualities that are assessed during the admission and education processes.

Departmental technical standards will be reviewed during the Annual Program Review process.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002852

**SUBJECT:**      **Resident Agreement/Contract**

**INTENT:**       The Accreditation Council for Graduate Medical Education Institutional Requirements require that residents have a written agreement of appointment/contract outlining the terms and conditions of their appointment to a program.

**POLICY
STATEMENT:**     Each resident will have a written agreement/contract.

**DESCRIPTION:**

1.  Each program must have each resident sign a contract (Letter of Offer) that is renewable on a yearly basis.

2.  The contract will include the following topics: resident responsibilities, duration of appointment, financial support, conditions for reappointment, non-renewal of appointment or non-promotion, grievance procedures and due process, professional liability insurance, health and disability insurance, leaves of absence, duty hours (will reference a web site location for specifics), outside professional activities (moonlighting), counseling services, physician impairment, harassment, accommodation for disabilities, closures and reductions, conditions under which call rooms, meals, laundry services, or their equivalents are to be provided.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002853

**SUBJECT:**          **Resident Curriculum**

**INTENT:**          The Accreditation Council for Graduate Medical Education Institutional Requirements requires that each program provides a curriculum and an evaluation system that enables residents to demonstrate achievement of the ACGME general competencies as defined in the Common and specialty/subspecialty-specific Program Requirements.

**POLICY**
**STATEMENT:**       Each program is responsible for the content of a competency-based resident curriculum and that curriculum will be reviewed at each internal review.   The curriculum should be in compliance with the common and specialty/subspecialty-specific program requirements, and curriculum review must be a documented part of each program's annual program improvement meeting.

**DESCRIPTION:**

Each program must develop a resident curriculum that contains the following educational components:

A. Overall educational goals for the program, which the program must distribute to residents and faculty annually;
B. Competency-based goals and objectives for each assignment at each educational level, which the program must distribute to residents and faculty annually, in either written or electronic form. These should be reviewed by the resident at the start of each rotation;
C. Regularly scheduled didactic sessions;
D. Delineation of resident responsibilities for patient care, progressive responsibility for patient management, and supervision of residents over the continuum of the program; and,
E. ACGME Competencies

Please note that each individual RRC will add additional specialty specific competencies in each category.  These competencies are common to all programs.  The program must integrate the following ACGME competencies into the curriculum:

1. Patient Care:  Residents must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.

2. Medical Knowledge:  Residents must demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences, as well as the application of this knowledge to patient care.

3. Practice-based Learning and Improvement:  Residents must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. Residents are expected to develop skills and habits to be able to meet the following goals:

     i. identify strengths, deficiencies, and limits in one's knowledge and expertise;
     ii. set learning and improvement goals;
     iii. identify and perform appropriate learning activities;
     iv. systematically analyze practice using quality improvement methods, and implement changes with the goal of practice improvement;
     v. incorporate formative evaluation feedback into daily practice;
     vi. locate, appraise, and assimilate evidence from scientific studies related to their patients' health problems;
     vii. use information technology to optimize learning; and,
     viii. participate in the education of patients, families, students, residents and other health professionals.

4. Interpersonal and Communication Skills:  Residents must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals. Residents are expected to:

     i. communicate effectively with patients, families, and the public, as appropriate, across a broad range of socioeconomic and cultural backgrounds;
     ii. communicate effectively with physicians, other health professionals, and health related agencies;
     iii. work effectively as a member or leader of a health care team or other professional group;
     iv. act in a consultative role to other physicians and health professionals; and,
     v. maintain comprehensive, timely, and legible medical records, if applicable.

5. Professionalism:  Residents must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles. Residents are expected to demonstrate:

     i. compassion, integrity, and respect for others;
     ii. responsiveness to patient needs that supersedes self-interest;
     iii. respect for patient privacy and autonomy;

      iv.  accountability to patients, society and the profession; and,

      v.  sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

6. Systems-based Practice:  Residents must demonstrate an awareness of and responsiveness to the larger context and system of health care, as well as the ability to call effectively on other resources in the system to provide optimal health care. Residents are expected to:

      i.  work effectively in various health care delivery settings and systems relevant to their clinical specialty;

      ii.  coordinate patient care within the health care system relevant to their clinical specialty;

      iii.  incorporate considerations of cost awareness and risk-benefit analysis in patient and/or population-based care as appropriate;

      iv.  advocate for quality patient care and optimal patient care systems;

      v.  work in interprofessional teams to enhance patient safety and improve patient care quality; and,

      vi.  participate in identifying system errors and implementing potential systems solutions.

F. Residents as Teachers (RasT):  There are two programs. The first is required and will involve all entering housestaff at the University of Florida.  The second program is elective and results in a certificate of achievement for those completing the program.  This elective program focuses on those housestaff considering a career in academic medicine.

1. **Required program**:  The University of Florida College of Medicine aims to improve the teaching skills of all housestaff, thereby enhancing the educational experience of more junior residents, medical students, and other healthcare professionals throughout their clinical training.  All PGY1 residents and residents beginning training at the PGY2 level must be scheduled by their programs to attend a one-day session designed to improve teaching skills.

2. **Residents as Teachers Certificate Program:** Sessions will be offered on a rotation basis over a 2 year period such that a resident could complete all the sessions in a two year period. Typically, sessions would be 1 ½ to 2 hours in length. Sessions are taught by faculty with expertise or interest in the topic. If a resident attends 50% of the topics listed below,

they will receive a certificate indicating that they had completed the "Resident as Teacher Program." Topics include:  Setting Goals and Expectations, Small Group and Case-based Teaching, Teaching Medical Procedures, Evaluations, Giving Useful Feedback, Teaching in an Ambulatory Setting, Preparing an Effective Lecture,  Time Management, Patient Education/Patient Safety, Leadership and Team Management, Negotiation Skills, Conflict Manager/Dealing with the difficult student, Presenting at professional meetings, Teaching clinicians from other departments, Teaching in the Acute Care Setting (includes intraoperative).

G. Alertness Management / Fatigue Mitigation:  The program must:
   1. Educate all faculty members and residents to recognize the signs of fatigue and sleep deprivation.
   2. Educate all faculty members and residents in alertness management and fatigue mitigation processes; and,
   3. Be able to demonstrate that residents understand the potential negative effects of fatigue on patient care, their own behavior, and learning and are aware of potential mitigation processes such as naps or back-up call schedules.
   4. Both the institution and the department will share in meeting this educational requirement.

H. Quality Improvement and Patient Safety: Each program must have an interdisciplinary clinical quality improvement and patient safety education program.  This program must either have specific learning objectives or have learning objectives included in each clinical rotation.  The learning objectives of this program must:
   1. Be accomplished through an appropriate blend of supervised patient care responsibilities, clinical teaching and didactic training
   2. Not be compromised by excessive reliance on residents to fulfill non-physician service obligations associated with quality improvement and patient safety.
   3. Both the institution and the department will share in meeting this educational requirement.

I.  Residents' Scholarly Activities

UF/Diekman 002857

1. The curriculum must advance residents' knowledge of the basic principles of research, including how research is conducted, evaluated, explained to patients, and applied to patient care.
2. Residents should participate in scholarly activity.
3. The sponsoring institution and program should allocate adequate educational resources to facilitate resident involvement in scholarly activities.

J. Resident Participation in Educational and Professional Activities
   1. The program must provide residents with the opportunity to participate in effective educational experiences that lead to measurable achievement of educational outcomes in the ACGME competencies.
   2. The program must allow residents to participate on committees and councils whose actions affect their education and/or patient care.
   3. The program must provide residents with the opportunity to     participate in an educational program regarding physician impairment, including substance abuse and sleep deprivation.

K. The Graduate Medical Education Committee will sponsor periodic programs to enhance the curriculum offerings of the various programs.  All programs should encourage resident participation in these activities.  The Graduate Medical Education Committee will periodically review opportunities to develop those skills that cross all residency lines and promote effective patient care.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

**SUBJECT:**   **Resident Participation in Root Cause Analyses (RCA)**

**INTENT:**   The Accreditation Council for Graduate Medical Education Institutional   Requirements / Program Requirements / Common Program Requirements requires resident participation in quality improvement and patient safety education and activities.  This policy provides guidelines to training programs and program directors for resident and fellow participation in root cause analyses involving their patients.

**POLICY STATEMENT:**   Regardless of location (inpatient, outpatient, doctors' offices, laboratories, etc), residents and fellows in programs sponsored by the University of Florida College of Medicine shall participate in root cause analyses for significant safety events occurring with any patient for whom they had clinical responsibility along the continuum of care.

**DESCRIPTION:**

Patient safety and quality improvement are important parts of any resident's or fellow's education.  When a patient experiences a significant safety event, all housestaff involved in the patient's immediate or long-term care must be involved in a multidisciplinary RCA of the issues that led to the event.

1. Such analyses should occur as near as possible to the time of the event.

2. To facilitate housestaff attendance at the RCA, every attempt will be made to hold the RCA during normal working hours.  If the event occurred after normal working hours, every attempt will be made to conduct the RCA at a time that would allow housestaff to attend without violating established ACGME duty hours / regulations.  However, if it is determined that a RCA must be held at a time that would cause a duty hour violation for any involved housestaff, residents or fellows should attend if at all possible, and the reason for duty hour violation noted in the New Innovations duty hours log.

In order to facilitate housestaff participation, the UF Health Shands quality and safety personnel should notify the Associate Dean for GME at 352-265-0152, the involved attending physician, and the involved residency program director(s) about the RCA issue and the housestaff who need to be involved.  The GME office shall notify the appropriate program coordinator to help facilitate housestaff involvement.  Program directors should, if reasonably possible,

UF/Diekman 002859

adjust residents' and fellows' clinical responsibilities and assignments to allow them to attend the RCA and follow-up meetings.

If the adverse or sentinel event occurred at the North Florida/South Georgia VHS or any of its associated offices / clinics, conduct of the RCA, timing of the RCA and involvement of housestaff will be governed by established VA Policy.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002860

**SUBJECT:**          **Prescription Writing Policy for Housestaff**

**INTENT:**          Provide specific guidelines to Housestaff for appropriate prescription writing

**POLICY STATEMENT:**          Housestaff may only write prescriptions for patients with whom they have an established doctor-patient relationship within the context of their residency or fellowship training program. Writing prescriptions for themselves, family, friends or coworkers is strictly prohibited.

**DESCRIPTION:**          Florida law prohibits writing a prescription for any patient outside the context of the physician's practice.  The law specifically states that "Prescribing, dispensing, administering, mixing, or otherwise preparing a legend drug, including any controlled substance, other than in the course of the physician's professional practice" is grounds for discipline of the physician under Florida Law.  At the University of Florida College of Medicine, the "course of the physician's professional practice" means within the context of the residency or fellowship training program.  Residents and fellows may not write prescriptions for themselves, family members, friends, and coworkers.

Last Review and Approved:  Graduate Medical Education Committee February 12, 2015

UF/Diekman 002861

**SUBJECT:**          **Resident Responsibility**

**INTENT:**          Responsibilities for patient care by any individual resident will be determined by the faculty based on the resident's demonstrated capabilities.

**POLICY**
**STATEMENT:**          Graduate Medical Education is based on the principle of progressively increasing levels of responsibility in caring for patients under the supervision of the faculty.

**DESCRIPTION:**

1.  Residents at each individual year level will have a description of what their responsibilities are and what level of supervision will be provided.  Each program is responsible for developing a description specific to their particular discipline.  A general description of resident activities as they progress through the residency is included below:

**<u>GRADUATED LEVELS OF RESPONSIBILITY</u>**

Graduate medical education is based on the principle of progressively increasing levels of responsibility, in caring for patients, under the supervision of the faculty.  The faculty is responsible for evaluating the progress of each resident in acquiring the skills necessary for the resident to progress to the next level of training.  Factors considered in this evaluation include the resident's clinical experience, judgment, professionalism, cognitive knowledge, and technical skills.  These levels are defined as postgraduate years (PGY) and refer to the clinical years of training that the resident is pursuing.  The requirements for training in the primary care specialties such as pediatrics, internal medicine and family practice call for three years of training.  Other specialties such as anesthesia and ob/gyn require four years of training.  Most surgical specialties call for five or more years of training.  Programs leading to subspecialization after core programs range from one to three years.  This training, traditionally called fellowship, includes considerable autonomy especially in the tasks already mastered in the core program.  At each level of training, there is a set of competencies that the resident is expected to master.  As these are learned, greater independence is granted to the resident in the routine care of the patient at the discretion of the faculty who, at all times, remain responsible for all aspects of the care of the patient.  Examples of expected competencies and responsibilities for each level follow.

For purposes of consistency, levels of supervision are defined as follows:

**Direct Supervision**:  The supervising physician faculty member is physically present with the resident and patient.

**Indirect Supervision:**

1. **with direct supervision immediately available** – the supervising physician faculty member is physically within the hospital or other site of patient care, and is immediately available to provide Direct Supervision.
2. **with direct supervision available** – the supervising physician faculty member is not physically present within the hospital or other site of patient care, but is immediately available by means of telephonic and/or electronic modalities, and is available to provide Direct Supervision.

**Oversight**: The supervising physician faculty member is available to provide review of procedures / encounters with feedback provided after care is delivered.


**PGY I** – Individuals in the PGY I year are supervised by senior level residents or faculty either directly or indirectly with direct supervision immediately available.  If indirect supervision is provided, such supervision must be consistent with RRC policies and specific criteria which PGY-1 residents must meet in order to be eligible for indirect supervision must be established.  Examples of tasks that are expected of PGY I physicians include: perform a history and physical, start intravenous lines, draw blood, order medication and diagnostic tests, collect and analyze test results and communicate those to the other members of the team and faculty, obtain informed consent, place urinary catheters and nasogastric tubes, assist in the operating room and perform other invasive procedures such as arterial line or central line insertion under the direct supervision of the faculty (or senior residents at the discretion of the responsible faculty member).  The resident is expected to exhibit a dedication to the principles of professional preparation that emphasizes primacy of the patient as the focus for care.  With the assistance of an assigned mentor or the program director, the first year resident must develop and implement a plan for study, reading and research of selected topics that promotes personal and professional growth and be able to demonstrate successful use of the literature in dealing with patients.  The resident should be able to communicate with patients and families about the disease process and the plan of care as outlined by the attending.  At all levels, the resident is expected to demonstrate an understanding of the socioeconomic, cultural, and managerial factors inherent in providing cost effective care.

**PGY II** – Individuals in the second post graduate year are expected to perform independently the duties learned in the first year and may supervise the routine activities of the first year residents.  The PGY II may

perform some procedures with indirect supervision (such as insertion of central lines, arterial lines) once competency has been documented according to established criteria.  Specific procedures allowed with indirect supervision at the PGY-II level will vary with training program and must be guided according to published criteria established by the faculty and program director.  The PGY II should be able to demonstrate continued sophistication in the acquisition of knowledge and skills in his/her selected specialty and further ability to function independently in evaluating patient problems and developing a plan for patient care.  The resident at the second year level may respond to consults and learn the elements of an appropriate response to consultation in conjunction with the faculty member.  The resident should take a leadership role in teaching the PGY I and medical students the practical aspects of patient care and be able to explain complex diagnostic and therapeutic procedures to the patient and family.  The resident should be adept at the interpersonal skills needed to handle difficult situations.  The PGY II should be able to incorporate ethical concepts into patient care and discuss these with the patient, family, and other members of the health care team.

**PGY III** – In the third year, the resident should be capable of managing patients with virtually any routine or complicated condition and of supervising the PGY I and PGY II in their daily activities.  The resident is responsible for coordinating the care of multiple patients on the team assigned.  Individuals in the third post graduate year may perform additional diagnostic and therapeutic procedures with indirect supervision once competency has been documented according to established criteria.  Specific procedures allowed with indirect supervision at the PGY-III level will vary with training program and must be guided according to published criteria established by the faculty and program director.  The PGY III can perform progressively more complex procedures under the direct supervision of the faculty.  It is expected that the third year resident be adept in the use of the literature and routinely demonstrate the ability to research selected topics and present these to the team.  At the completion of the third year, the resident should be ready to assume independent practice responsibilities in those specialties requiring three years of training.  In those specialties requiring longer training, the resident should demonstrates skills needed to manage a clinical service or be a chief level resident.

**PGY IV** – Individuals in the fourth post graduate year assume an increased level of responsibility as the chief or senior resident on selected services and can perform the full range of complex procedures expected of their specialty under the direct or indirect supervision of the faculty.  The fourth year is one of senior leadership and the resident should be able to assume responsibility for organizing the service and supervising junior residents and students.  The resident should have mastery of the

information contained in standard texts and be facile in using the literature to solve specific problems. The resident will be responsible for presentations at conferences and for teaching junior residents and students on a routine basis. The PGY IV should begin to have an understanding of the role of the practitioner in an integrated health care delivery system and to be aware of the issues in health care management facing patients and physicians.

**PGY V** – The fifth year resident (generally surgical residents), under the supervision of the faculty, takes responsibility for the management of the major surgical teaching services. The PGY V can perform most complex and high risk procedures expected of a physician with the supervision of the attending physician. The attending physician should be comfortable allowing the PGY-V resident to manage all common problems expected to be encountered during independent practice. During the final year of training the resident should have the opportunity to demonstrate the mature ethical, judgmental and clinical skills needed for independent practice. The PGY V gives formal presentations at scientific assemblies and assumes a leadership role in teaching on the service. The mores and values of the profession should be highly developed, including the expected selfless dedication to patient care, a habit of lifelong study and commitment to continuous improvement of self and the practice of medicine.

**FELLOWSHIP TRAINING** – Individuals engaged in training beyond the core program are expected to be competent in the skills learned in the core residency. They should be focused on becoming proficient in the skills defined by the subspecialty they are pursuing. As they progress through the training program, they are given progressive responsibility in the skills that make up the information content of the specialty at the discretion of the faculty.

**ALL YEARS** – Residents at every level are expected to treat all other members of the health care team with respect and with a recognition of the value of the contribution of others involved in the care of patients and their families. The highest level of professionalism is expected at all times. Racial, ethnic or cultural slurs are never acceptable. Treat all others with the respect and consideration you would expect for yourself. Ego and personality conflicts are not conducive to good patient care. Long hours and the stress of practice can precipitate conflict. The resident should be aware of the situations where this is likely to happen and try to compensate by not escalating the situation.

The resident is expected to develop a personal program of reading. Besides the general reading in the specialty, residents should do directed reading daily with regard to problems that they encounter in patient care or in the operating room. The resident is responsible for reading prior to performing or assisting in procedures that the resident has not yet had the

opportunity to see.  Residents are expected to attend all conferences at the services and program level.  The conference program is designed to provide a didactic forum to augment the resident's reading and clinical experience.

Residents at all levels should have a strong commitment to patient safety and professionalism.   All training programs must educate residents and faculty members concerning the professional responsibilities of physicians to appear for duty appropriately rested and fit to provide the services required by their patients.  In addition, the program must be committed to and responsible for promoting patient safety, and the program director must ensure that residents are integrated and actively participate in interdisciplinary clinical quality improvement and patient safety programs. All residents and faculty members must demonstrate responsiveness to patient needs that supersedes self-interest. Physicians must recognize that under certain circumstances, the best interests of the patient may be served by transitioning that patient's care to another qualified and rested provider.

## ALL PROGRAMS, ALL YEARS

### Transitions of Care
Programs must design clinical assignments to minimize the number of transitions in patient care.  All training programs must develop and monitor effective, structured hand-over processes to facilitate both continuity of care and patient safety.  Residents must be competent in communicating with team members in the hand-over process. These policies must be reviewed each year by all programs and updated as appropriate. Following any changes, the policy must be submitted to the GME office for approval.

### Required Communication
In each training program, there will be circumstances in which ALL residents, regardless of level of training and experience, must communicate with appropriate supervising faculty.  Programs must identify and set guidelines for these circumstances - for example - unexpected escalation of care to an ICU, and these guidelines must be available in writing for all residents and discussed at the beginning of new rotations, as applicable.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002866

**SUBJECT:**     **Resident Transferring into Programs**

Filling unmatched positions with individuals who did not register with the match, non-first-year positions, additional training, etc., requires careful documentation of prior training to prevent acceptance of unqualified individuals.

**INTENT:**     Program director and staff must carefully review all documentation of medical educational training, with particular attention to the credentials of IMG's. It is important that programs obtain and review original or certified copies of documentation, and it is suggested that they also obtain additional information from the appropriate state and federal government agencies (i.e. Florida Board of Medicine, DEA, State Federation of Medical Specialties, AMA Profile, National Practitioner Data Bank, etc)*

**POLICY:**
**STATEMENT:**     The ACGME Glossary contains the following definition of Transfer Resident: Residents are considered as transfer residents under several conditions including: moving from one program to another within the same or different sponsoring institution; when entering a PGY 2 program requiring a preliminary year even if the resident was simultaneously accepted into the preliminary PGY1 program and the PGY2 program as part of the match (e.g., accepted to both programs right out of medical school). Before accepting a transfer resident, the program director of the 'receiving program' must obtain written or electronic verification of previous educational experiences and a summative competency-based performance evaluation from the current program director. The term 'transfer resident' and the responsibility of the two program directors noted above do not apply to a resident who has successfully completed a residency and then is accepted into a subsequent residency or fellowship program.

Recommended procedure.

1)     Transfer residents must be accepted with the guidelines of the National Resident Matching Program.

2)     The program must obtain certified transcripts of medical school education.

3)     The program must ascertain the validity of the medical school diploma. This means an original letter from the source (Dean's Office). A copy of the diploma alone should not be used to verify the doctorate of medicine or osteopathy degree. The program may also want to verify the diploma with certified

transcripts. (If the documents are not in English, notarized translations must accompany the certified copies.)

4)  For an IMG there must be:

(a)  A valid and current Educational Commission for Foreign Medical Graduates (ECGMG) standard certificate, (verified certificate) and/or

(b)  Verification of licensure (and in good standing) if licensed in any state.

5)  The program should be careful in verification of prior graduate medical education training. General letters of recommendation are not an acceptable substitute for primary source information.  Contact (written and/or verbal) should be made with the training director(s) from the former training programs(s).

This should also include verification (written and/or verbal) from the appropriate institutional authorities of any clinical training obtained in the United States hospitals; including the name of the medical school granting the educational credits, the disciplines in which training was obtained, and an evaluation of the student's performance.  Telephone contact should be considered.  (This is usually pertinent to IMG's.)

Verification (written and/or verbal) of any practice affiliations. (partners, hospitals, etc.) Questions should include: was M.D. in good standing? Any actions taken against him/her?, etc.

Verify all time-lines with the source documentation.  (Assure that there are no empty periods of time in the applicants history that are unaccounted for.

A formal letter of transfer must be obtained from the previous program director which verifies previous educational experiences and documents of the resident's skills in each of the six competencies.

Program directors must provide timely verification of residency education and summative performance evaluations for residents who leave the program prior to completion.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002868

**SUBJECT:**      **Restrictive Covenants**

**INTENT:**      The ACGME requires the residents not be asked to sign restrictive covenant clauses.

**POLICY**
**STATEMENT:**      Resident will not be asked to sign restrictive covenant clauses.

**DESCRIPTION:**      No contract, agreement, policy or other statement will represent to the resident that a restrictive covenant is in place relative to their employment as a resident.

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002869

# Human Resource Services

UNIVERSITY *of* FLORIDA
(http://hr.ufl.edu)

Contact Us (/manager-resources/hrs-administration-services/contact-us/)

# Sexual Harassment

The University of Florida is committed to maintaining a safe and comfortable workplace and academic environment. Our sexual harassment policy is available in the Office of Human Resource Services and the Institutional Equity and Diversity (/?p=487) section of this website. Sexual harassment of employees, students or visitors will not be tolerated by the university.

Sexual harassment occurs in a variety of situations that tend to share a commonality: the inappropriate introduction of sexual activities or comments in a situation where sex would otherwise be irrelevant. Sexual harassment is a form of sex discrimination and a violation of state and federal laws as well as of the policies and regulations of the university.

The university's policy is to protect all members of the community from sexual harassment. As a result, the responsibility for reporting incidents of sexual harassment also must rest with all members of the university community. Any employee, co-worker, or student who has knowledge of sexual harassment is strongly encouraged to report it promptly to the Assistant Director for Institutional Equity & Diversity. Employees with supervisory responsibility and faculty who have knowledge of sexual harassment are required to promptly report the matter directly to the Assistant Director for Institutional Equity & Diversity, and may be disciplined for failing to do so. It is the university's goal to process complaints of harassment in a prompt and responsive manner to enable appropriate corrective action.

The Director of Employee Relations or a Title IX Coordinator should be notified if there are allegations of sexual harassment or sexual misconduct involving an employee. If there are allegations involving a student please contact the Deputy Title IX Coordinator for Students.

Elnora Mitchell, Assistant Director, Institutional Equity and Diversity, University Title IX Coordinator, 352-392-2477, emitch@ufl.edu (mailto:emitch@ufl.edu)

Chris Loschiavo, Associate Dean of Students and Director of Student Conduct and Conflict Resolution, Deputy Title IX Coordinator for Students, 352-392-1261, chrisl@dso.ufl.edu (mailto:chrisl@dso.ufl.edu)

John Rouse, Manager of Investigations, Employee Relations, Deputy Title IX Coordinator for Employees and Faculty , 352-392-1072, jsrouse@ufl.edu (mailto:jsrouse@ufl.edu)

Lynda Tealer, Executive Associate Athletics Director for Administration, University Athletic Association, Deputy Title IX Coordinator for Athletics, 352-375-4683, LyndaT@gators.ufl.edu (mailto:LyndaT@gators.ufl.edu)

Mitchal Welsh, Lieutenant Criminal Investigations Division, University Police Department, Deputy Title IX Coordinator for Criminal Investigations, 352-392-4705, mwelsh@ufl.edu (mailto:mwelsh@ufl.edu)

Omar Andujar, Director, Office of Youth Conferences Services, Deputy Title IX Coordinator for Youth Activities, 352-392-2171, omarandujar@ufl.edu (mailto:omarandujar@ufl.edu)

Russell Froman, Assistant Principal, PK Yonge Developmental Research School, Deputy Title IX Coordinator for K-12 System, 352-392-1554 (x226), rfroman@pky.ufl.edu (mailto:rfroman@pky.ufl.edu)

Completion of harassment prevention training is an expectation of employment for **all employees** at the University. New hires are expected to complete harassment prevention training within the first 30 days of employment and provide their certificate of training completion to appropriate department personnel. Training is expected of all faculty and staff every two years. For more information, please see the Job Requirements (http://hr.ufl.edu/learn-grow/job-requirements/preventing-sexual-harassment/) section of this website.

UF/Diekman 002870

**SUBJECT:**      Sexual Harassment and Harassment

**INTENT:**      The Accreditation Council for Graduate Medical Education Institutional Requirements requires the Sponsoring Institution to have written policies covering sexual and other forms of harassment**.**

**POLICY STATEMENT:**      It is the policy of The University of Florida to provide an educational and working environment for its students, faculty and staff that is free from sex discrimination and sexual harassment.  In accordance with federal and state law, the University prohibits discrimination on the basis of sex, including sexual harassment.   Sex discrimination and sexual harassment will not be tolerated, and individuals who engage in such conduct will be subject to disciplinary action.  The University encourages residents / fellows, students, faculty, staff and visitors to promptly report sex discrimination and sexual harassment. In addition, the University of Florida prohibits harassment based on any other legally protected characteristic including, but not limited to, gender, pregnancy, age, color, race, national origin, religion, and disability.

**DEFINITIONS:**      Sexual Harassment is a form of sex discrimination that can occur when:

- The submission to unwelcome physical conduct of a sexual nature, or to unwelcome requests for sexual favors or other verbal conduct of a sexual nature, is made an implicit or explicit term or condition of employment or education; or
- The submission or rejection to unwelcome physical conduct of a sexual nature, or to unwelcome requests for sexual favors or other verbal conduct of a sexual nature, is used as a basis for academic or employment decisions or evaluations; or
- Unwelcome physical acts of a sexual nature, or unwelcome requests for sexual favors or other verbal conduct of a sexual nature, have the effect of creating an objectively hostile environment that interferes with employment or education on account of sex.

**Harassment is the creation of a hostile or intimidating environment in which verbal or physical conduct is so severe and pervasive that it is likely to interfere significantly with someone's work, education, or on-campus living conditions.**

**Examples include slurs, jokes or degrading comments, or threatening, intimidating, or hostile acts that relate to gender, age, race, color, national origin, religion, sexual orientation or disability.**

UF/Diekman 002871

**REPORTING:        Confidential Discussion – No Reporting**
Resident Reporting
If a resident / fellow would like to confidentially discuss this type of issue prior to reporting they may contact Shae Kosch, Ph.D., kosch@ufl.edu, Darrell-594-0507, Maricel-594-0571, Linda Holt-594-0570.

**This designated counselor does not have an obligation to report any incident that is brought to his/her attention.**

**Mandatory Action Required**
A person who believes that he or she has been subjected to sex discrimination, sexual harassment, or other harassment may report the incident to any University official, administrator or supervisor. Larry Ellis,, in the Office of Human Resource Services, investigates all complaints.  Incidents should be reported as soon as possible after the time of their occurrence.
Additional policy information should be reviewed and can be obtained at http://hr.ufl.edu/eeo

**Any complaint or report of sexual harassment to any UF official MANDATES that individual to report it the Office of Human Resource Services.**

**Self Reporting** – A resident / fellow can contact Human Resources directly:
All Sexual Harassment complaints are investigated by the Office of Human Resource Services. The Complaint form is available is at http://www.hr.ufl.edu.  All incidents should be reported as soon as possible to:

Larry T. Ellis, Director of Administration and Equal Employment Opportunity
Human Resource Services
P.O. Box 115010
Gainesville, FL  32611-5010
352-392-1075

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

**SUBJECT:**        **Official Policy Regarding Use of Social Networking Sites University of Florida College of Medicine**

**INTENT:**        The GMEC provides direction for GME programs and housestaff use of social networking.

**POLICY STATEMENT:**        It is the policy of the GMEC that all residents, fellows and training programs are guided by the College of Medicine Social Networking Policy.

**DESCRIPTION:**        The administration of the College of Medicine recognizes that social networking websites and applications, including but not limited to *Facebook, Myspace,* and *Twitter*, are an important and timely means of communication. However, students and residents who use these websites and other applications must be aware of the critical importance of privatizing their web sites so that only trustworthy "friends" have access to the websites/applications. They must also be aware that posting certain information is illegal. Violation of existing statues and administrative regulations may expose the offender to criminal and civil liability, and the punishment for violations may include fines and imprisonment. Offenders also may be subject to adverse academic actions that range from a letter of reprimand to probation to dismissal from school or resident training.

The following actions are *strictly forbidden:*

- In your professional role as a care-giver, you may not present the personal health information of other individuals. Removal of an individual's name does not constitute proper de-identification of protected health information. Inclusion of data such as age, gender, race, diagnosis, date of evaluation, or type of treatment or the use of a highly specific medical photograph (such as a before/after photograph of a patient having surgery or a photograph of a patient from one of the medical outreach trips) may still allow the reader to recognize the identity of a specific individual.

- You may not report private (protected) academic information of another student or trainee. Such information might include, but is not limited to: course or clerkship grades, narrative evaluations, examination scores, or adverse academic actions.

- In posting information on social networking sites, you may not present yourself as an official representative or spokesperson for the University of Florida College of Medicine.

UF/Diekman 002873

- You may not represent yourself as another person.

- You may not utilize websites and/or applications in a manner that interferes with your official work commitments.  That is, do not tie up a hospital or clinic computer with personal business when others need access to the computer for patient-related matters.  Moreover, do not delay completion of assigned clinical responsibilities in order to engage in social networking.

In addition to the absolute prohibitions listed below, the actions listed below are strongly discouraged.  Violations of these suggested guidelines may be considered unprofessional behavior and may be the basis for disciplinary action.

- Display of vulgar language

- Display of language or photographs that imply disrespect for any individual or group because of age, race, gender, ethnicity, or sexual orientation.

- Presentation of personal photographs or photographs of others that may reasonably be interpreted as condoning irresponsible use of alcohol, substance abuse, or sexual promiscuity.

- Posting of potentially inflammatory or unflattering material on another individual's website, e.g. on the "wall" of that individual's Facebook site.

When using these social networking websites/applications, students and residents are strongly encouraged to use a personal e-mail address, rather than their ufl.edu address, as their primary means of identification.  Individuals also should make every effort to present themselves in a mature, responsible, and professional manner.  Discourse should always be civil and respectful.

Please be aware that no privatization measure is perfect and that undesignated persons may still gain access to your networking site.  A site such as *YouTube,* of course, is completely open to the public.  Future employers (residency or fellowship program directors, department chairs, or private practice partners) often review these network sites when considering potential candidates for employment.

Finally, although once-posted information can be removed from the original social networking site, *exported* information cannot be recovered.  Any digital exposure can "live on" beyond its removal from the original website and continue to circulate in other venues.  Therefore, think carefully before you post any information on a website or application.  Always be modest, respectful, and professional in your actions.

Last Review and Approved: Graduate Medical Education Committee
    February 12, 2015

UF/Diekman 002875

**SUBJECT:**       **Supervision of Residents**

**INTENT:**       The Accreditation Council for Graduate Medical Education Institutional Requirements requires that the GMEC ensure that Graduate Medical Education Programs provide appropriate supervision for all residents, as well as a duty hour schedule and a work environment, which is consistent with proper patient care, the educational needs of residents, and the applicable program requirements. Resident supervision will be reviewed during the internal review process.

**POLICY STATEMENT:**       Residents must be appropriately supervised at all times and in all settings in which graduate medical education occurs. This includes both inpatient and outpatient settings, as well as any rotation away from the medical center proper. In these clinical learning environments, each patient must have an identifiable, appropriately-credentialed and privileged attending physician who is ultimately responsible for that patient's care. This information should be available to residents, other faculty members, and patients. Residents and faculty members should inform patients of their respective roles in each patient's care.

**DESCRIPTION:**       Each program will develop mechanisms for supervision of residents that are appropriate to the specialty, Residency Review Committee (RRC) requirements, and consistent with appropriate educational development as may be determined by progress in educational milestones.

1. **Levels of Supervision**: To ensure oversight of resident supervision, each program must use the following classification of supervision:
    a. **Direct Supervision:** The supervising physician is physically present with the resident and the patient.
    b. **Indirect Supervision:**
        i. With direct supervision immediately available – the supervising physician is physically within the hospital or other site of patient care, and is immediately available to provide Direct Supervision.
        ii. With direct supervision available – the supervising physician is not physically present within the hospital or other site of patient care, but is immediately available by means of telephonic and / or electronic modalities, and is available to provide Direct Supervision.
    c. **Oversight:** The supervising physician is available to provide review of procedures / encounters with feedback provided after care is delivered.
2. **Progressive Authority and Responsibility:** The privilege of progressive authority and responsibility, conditional independence, and a supervisory role in patient care delegated to each resident must be assigned by the program

director and faculty members.   Faculty supervision assignments should be of sufficient duration to assess the knowledge and skills of each resident and delegate to him/her the appropriate level of patient care authority and responsibility.  The program is responsible for developing descriptions of the level of responsibility accorded to each resident by rotation and year level and should have these available for each internal review.   These descriptions must be provided to the residents and medical staff.  These descriptions must include identification of the mechanisms by which the participant's supervisor(s) and graduate education program director make decisions about each participant's progressive involvement and independence in specific patient care activities.  Specifically:

a. The program director must evaluate each resident's abilities based on specific criteria established by the faculty of the training program which in turn are based on ACGME milestones.  .

b. Supervising faculty members will delegate patient care activities to residents based on the needs of the patient and the demonstrated abilities of the resident.

c. Senior residents or fellows should serve in a supervisory role of junior residents with appropriate patients, provided their demonstrated progress in the training program justifies this role.

d. In each training program, there will be circumstances in which ALL residents, regardless of level of training and experience,   must communicate with appropriate supervising faculty.  Programs must identify and set guidelines for these circumstances  - for example - unexpected escalation of care to an ICU, and these guidelines must be available in writing for all residents and discussed at the beginning of each rotation, as applicable.

e. In addition, each program must define level specific circumstances in which all residents at the level must communicate with their attending physician.  Each resident must know the limits of his / her scope of authority to make decisions, and the circumstances under which he/ she is permitted to act with conditional independence.

   i. Specifically, PGY-1 resident supervision should be either direct or indirect with direct supervision immediately available.  If indirect supervision is provided, such supervision must be consistent with RRC policies, and PGY-1 residents must meet established criteria in order to be eligible for indirect supervision.

3. Resident supervision must also be consistent with current billing practice regulations.

4. On-call and clinical assignment schedules must be available at all clinical service locations (that includes contact information) so that housestaff as well as ancillary personnel can easily identify faculty responsible for providing supervision,  24-hours a day 7-days a week.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002878

**SUBJECT:**          **Support Services and Work Environment**

**INTENT:**           The Accreditation Council for Graduate Medical Education
                      Institutional Requirements require policies regarding the
                      work environment of the resident.

**POLICY
STATEMENT:**          Sponsoring institutions and hospitals engaged in graduate
                      medical education must ensure that resident experience is
                      not compromised by excessive reliance on residents to fulfill
                      non-physician service obligations.  Accordingly, all hospitals
                      where housestaff work must provide appropriate support
                      services to minimize the work of residents extraneous to the
                      educational programs. The Institution and all its ACGME-
                      accredited programs must provide a learning and working
                      environment in which residents/fellows have the opportunity
                      to raise concerns and provide feedback without intimidation
                      or retaliation and in a confidential manner as appropriate.

**DESCRIPTION:**

1. Residents on duty in the hospital must be provided
   adequate and appropriate food services and sleeping
   quarters.  Call facilities should be located in a part of the
   hospital that is sufficiently quiet to allow both for night-
   time sleeping and napping during the day as required.
   These call facilities MUST be available at all times to
   allow for residents too fatigued to safely drive home to
   rest prior to returning home.  Alternatively, programs may
   elect to provide alternative methods to return the
   housestaff member home (e.g. cab fare home) when
   sleeping facilities are not available when needed.
2. Residents must not provide non-educational services that
   could be safely and appropriately provided by other
   personnel.  Accordingly:
   a. Patient support services, including but not limited
      to, intravenous services, phlebotomy services,
      laboratory services, dictation and transcription
      services, as well as messenger and transporter
      services must be provided in a manner
      appropriate to, and consistent with, educational
      objectives and excellent patient care.
   b. An effective laboratory and radiologic information
      retrieval system must be in place to provide for
      appropriate conduct of the educational programs
      and quality and timely patient care.

      c. A medical records system that documents the course of each patient's illness and care must be available at all times and must be adequate to support the education of residents, quality-assurance activities, and provide a resource for scholarly activity.

3. Appropriate security and personal safety measures must be provided to residents in all locations including, but not limited to, parking facilities, on-call quarters, hospital and institutional grounds, and related clinical facilities.

4. Educational materials to support patient care in the working environment (computer with internet access, library material, etc.) must be immediately available at all times.

5. All accredited programs must provide a learning and working environment in which residents/fellows have the opportunity to raise concerns and provide feedback without intimidation or fear of retaliation and in a confidential manner as needed.  This issue is assessed annually in the ACGME Resident Survey and will be reviewed each year by the Institutional Program Review Committee.  Non-compliant or deteriorating responses in this area may result in a focused or global special review of the training program.

Accordingly, the Graduate Medical Education Committee will monitor these issues during the program review process.

Last Review and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002880

**SUBJECT:**       **Handoff – Transition of Care Policy**

**INTENT:**        The Accreditation Council for Graduate Medical Education Institutional  Requirements/Program Requirements/Common Program  Requirements require that each program has a system for effective  transitions of care that provides for maximal patient safety.  This policy  provides guidelines to training programs and program directors  regarding transitions of patient care from one provider to another.

**POLICY STATEMENT:**        Regardless of location (inpatient, outpatient, doctors' offices, laboratories, etc.), residency and fellowship programs sponsored by  the University of Florida College of Medicine must have in place  specific processes for handover of patient care in all relevant scenarios (night / weekend coverage, rotating off-service, vacation coverage, between services, and locations (OR→ICU), etc).

**DESCRIPTION:**

All residency and fellowship programs sponsored by the University of Florida College of  Medicine must have a written policy for transitions in care, either temporary (call  coverage, weekend coverage, vacation) or permanent (rotating off-service, graduation),  that assures the highest quality continuity of care and patient safety.  All programs must have in place a documented education program that will assure that all housestaff are  adequately trained in handoff procedures.  In addition, all training programs must document that each housestaff member can provide effective handoff of care.  To  facilitate effective handoff, the institution suggests the use of either I-Pass or SBAR  tools. Information regarding these tools may be found:

SBAR: http://www.saferhealthcare.com/sbar/what-is-sbar/
I-Pass: http://www.ipasshandoffstudy.com/

Last Reviewed and Approved: Graduate Medical Education Committee February 12, 2015

UF/Diekman 002881

**SUBJECT:**        Vendor Interactions
Institutional Policy Regarding Vendor Relationships
(III.B.13.)

**INTENT:**        The Accreditation Council for Graduate Medical Education Institutional Requirements requires provision of a statement or institutional policy (not necessarily GME-specific) that addresses interactions between vendor representatives/corporations and residents/GME programs.

**POLICY STATEMENT:**  1. All residency programs will be aware and follow the vendor interaction policies in each facility where they rotate.

2. All programs should develop an educational module to instruct residents on the ethical and legal obligations governing physician-vendor relationships.

3. All policies must comply with the UF COM Policy on Industry Conflicts of Interest.

**Attachments:**  UF College of Medicine Policy on Industry Conflicts of Interest/Industry Academic Relations
VAMC – Business Relationships Between Staff and Pharmaceutical Industry Representatives

Last Reviewed and Approved: Graduate Medical Education Committee
February 12, 2015

UF/Diekman 002882

**SUBJECT:**          **Support Services and Work Environment**

**INTENT:**          The Accreditation Council for Graduate Medical Education
                     Institutional Requirements require policies regarding the work
                     environment of the resident.

**POLICY
STATEMENT:**         Sponsoring institutions and hospitals engaged in graduate medical
                     education must ensure that resident experience is not
                     compromised by excessive reliance on residents to fulfill non-
                     physician service obligations.  Accordingly, all hospitals where
                     housestaff work must provide appropriate support services to
                     minimize the work of residents extraneous to the educational
                     programs.  The Institution and all its ACGME-accredited programs
                     must provide a learning and working environment in which
                     residents/fellows have the opportunity to raise concerns and
                     provide feedback without intimidation or retaliation and in a
                     confidential manner as appropriate.


**DESCRIPTION:**
1. Residents on duty in the hospital must be provided adequate and
   appropriate food services and sleeping quarters.  Call facilities
   should be located in a part of the hospital that is sufficiently quiet to
   allow both for night-time sleeping and napping during the day as
   required.  These call facilities MUST be available at all times to
   allow for residents too fatigued to safely drive home to rest prior to
   returning home.  Alternatively, programs may elect to provide
   alternative methods to return the housestaff member home (e.g.
   cab fare home) when sleeping facilities are not available when
   needed.
2. Residents must not provide non-educational services that could be
   safely and appropriately provided by other personnel.  Accordingly:
   a. Patient support services, including but not limited to,
      intravenous services, phlebotomy services, laboratory
      services, dictation and transcription services, as well as
      messenger and transporter services must be provided in a
      manner appropriate to, and consistent with, educational
      objectives and excellent patient care.
   b. An effective laboratory and radiologic information retrieval
      system must be in place to provide for appropriate conduct
      of the educational programs and quality and timely patient
      care.
   c. A medical records system that documents the course of
      each patient's illness and care must be available at all times
      and must be adequate to support the education of residents,

UF/Diekman 002883

quality-assurance activities, and provide a resource for scholarly activity.

3. Appropriate security and personal safety measures must be provided to residents in all locations including, but not limited to, parking facilities, on-call quarters, hospital and institutional grounds, and related clinical facilities.

4. Educational materials to support patient care in the working environment (computer with internet access, library material, etc.) must be immediately available at all times.

5. All accredited programs must provide a learning and working environment in which residents/ fellows have the opportunity to raise concerns and provide feedback without intimidation or fear of retaliation and in a confidential manner as needed.  This issue is assessed annually in the ACGME Resident Survey and will be reviewed each year by the Institutional Program Review Committee.  Non-compliant or deteriorating responses in this area may result in a focused or global special review of the training program.

Accordingly, the Graduate Medical Education Committee will monitor these issues during the internal review process.

Last Review and Approved: Graduate Medical Education Committee February 12, 2015

UF/Diekman 002884