Exhibit 16

**Accreditation Council for Graduate Medical Education**

401 North Michigan Avenue
Suite 2000
Chicago, IL 60611

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

A C G M E

7/19/2016

Jacqueline A Hobbs, MD, PhD
Associate Professor, Residency Program Director, Vice Chair for Education
University of Florida College of Medicine
PO Box 100256
Gainesville, FL  32610

Dear Dr. Hobbs,

The Residency Review Committee for Psychiatry, functioning in accordance with the policies and procedures of the Accreditation Council for Graduate Medical Education (ACGME), has reviewed the information submitted regarding the following program:

Psychiatry

University of Florida Program
　　　University of Florida College of Medicine
Gainesville, FL

Program 4001121050

Program Received Complaint: 04/18/2016
ACGME Received Response: 06/02/2016

The Review Committee reviewed the information submitted by the program in response to the complaint referenced above. The Review Committee determined that the program's response to the complaint satisfactorily addressed the allegations and therefore no further action is required.

This office must be notified of any major changes in the organization of the program. When corresponding with ACGME, please identify the program by name and number as indicated above. Changes in participating sites and changes in leadership must be reported to the Review Committee using the ACGME Accreditation Data System.



**Exhibit**

**15**

S. Diekman 6/17/2020

UF/Diekman 002885

Jacqueline A Hobbs, MD, PhD
Page 2

Sincerely,

Louise King, MS
Executive Director
Residency Review Committee for Psychiatry
312.755.5498
lking@acgme.org


CC:
    Joel M. Silberberg, MD
    Lisa R. Dixon, MD
    Mariam Rahmani, MD
    Uma Suryadevara, MD


Participating Site(s):
    North Florida/South Georgia Veterans Health System
    Shands Hospital at the University of Florida - Gainesville
    University of Florida College of Medicine



**College of Medicine**
Graduate Medical Education

PO Box 100321
Gainesville, FL 32610-0321
352-265-0152
352-265-8966-fax

June 1, 2016

Ms. Kristin Rohn
Associate, Resident Complaints Process
Accreditation Council for Graduate Medical Education
515 N. State Street, Suite 2000
Chicago, IL   60654

Dear Ms. Rohn:

I have reviewed the complaint response letter from program leadership, and I support their position.   As mentioned in their letter, the original complaint filed with the ACGME in May of 2015 was treated as a genuine compliant despite the fact that the complaint was withdrawn.  The GME office did a thorough review of the program and investigated the allegations.  Educators and advisors outside the psychiatry department, including myself, worked closely with residents and leadership to identify and characterize issues. Program leadership was appreciative and responsive to our feedback, and several interventions were made.

Though our investigations indicated issues that needed attention, it was also apparent that the situation was complicated by one trainee's misinterpretation the efforts toward her remediation as retaliation.  We found no evidence to substantiate these claims and ample well documented evidence of subpar academic performance, remediation attempts, and subsequent failure to meet agreed upon remediation goals.

Furthermore, the May 2015 complaint triggered a formal and independent review of the program by our Program (Internal) Review Committee, which also found areas for improvement, but nothing to substantiate the allegations put forth.   This is a program with dedicated and experienced leadership, and a strong track record in clinical training, faculty development, quality improvement, and support of resident scholarly activities. My office will continue to provide support and oversight of the program; please let me know if you have any further questions.

**Lisa R. Dixon, M.D.**

Designated Institutional Official
Associate Dean of Graduate Medical Education
Associate Professor
Graduate Medical Education-UF Health

*The Foundation for The Gator Nation*
An Equal Opportunity Institution

UF/Diekman 002905