Exhibit 21

Print Close

From: **Diekman,Sarah** (sdiekman@ufl.edu)
Sent: Wed 12/23/15 11:53 PM
To: FRANK DIEKMAN ( █████████████ )

---

**From:** Osfield, Ken
**Sent:** Monday, October 13, 2014 2:30 PM
**To:** Fuller,Ronald C; Fox,Scott E
**Cc:** Diekman,Sarah
**Subject:** RE: Relocation of parking space

Ron

Sarah would like to have her space moved to Garage II.  I have copied her on this email and ask that you contact her to make the arrangements and let her know exactly where the space will be located and the procedure.

Ken

Kenneth Osfield, EdD

ADA Office

University of Florida

PO Box 115055

352-392-1591 (New Number)

711 TTY

352-392-3647 FAX

osfield@ufl.edu

> **Exhibit**
> **20**
> S. Diekman 6/17/2020

**From:** Fuller,Ronald C
**Sent:** Monday, October 13, 2014 10:53 AM
**To:** Osfield, Ken; Fox,Scott E
**Subject:** RE: Relocation of parking space

Diekman/UF 000573

Ken:

Scott and I have spoken concerning Ms. Diekman's parking situation.  As you aware, we have a few more options available to disabled employees on the west side of the hospital.  However, of all of the options, none appear to be acceptable.  Black Hall, north Shepard Broad, south Shepard Broad, and, in the case of a Medical Resident, the rooftop or the lower level of Garage III are all deemed to be too far to walk.  Our only other option at this point would be to allow her to park on the rooftop of Garage II where we have available space.  This is the rooftop and is 100% for use by patients and visitors, so this is an exception we are willing to make for Ms. Diekman.  Please let me know if you think this will be acceptable.

Thanks,

*Ron*

Ron Fuller, Assistant Director

University of Florida

Transportation and Parking Services

352.392.8048  352.392.1007 (fax)

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.*

**From:** Osfield, Ken
**Sent:** Monday, October 13, 2014 9:16 AM
**To:** Fox,Scott E
**Cc:** Fuller,Ronald C
**Subject:** Relocation of parking space

Diekman/UF 000574

Scott,

Sarah Diekman has a reserved disabled parking space in garage in garage 1 and she would like to be moved to somewhere in garage 2. She works in Shands and is having difficulty walking the distance from Garage 1 to her shands location. She has been falling down, some of which may have been construction related issues in the garage 1 area and also due to the heat (heat causes her to faint and fall). Current location causes her to be in the outside more and thus gets over heated.

She is a medical resident.

Let me know so I can get back to her.

Thank you,

Ken

Kenneth Osfield, EdD

ADA Office

University of Florida

PO Box 115055

352-392-1591 (New Number)

711 TTY

352-392-3647 FAX

osfield@ufl.edu

Diekman/UF 000575

5/4/2016