Exhibit 22

Print                                                                              Close

From:  **Diekman,Sarah** (sdiekman@ufl.edu)
Sent:  Wed 12/23/15 11:45 PM
To:    FRANK DIEKMAN ( ███████████ )

---

**From:** Osfield, Ken
**Sent:** Tuesday, March 31, 2015 9:28 AM
**To:** Diekman,Sarah
**Subject:** RE: disabilities

Sarah

I will need medical documentation before I can proceed.

Ken


Kenneth Osfield, EdD

ADA Office

University of Florida

PO Box 115055

352-392-1591 (New Number)

711 TTY

352-392-3647 FAX

osfield@ufl.edu

---

**From:** Diekman,Sarah
**Sent:** Monday, March 30, 2015 5:14 PM
**To:** Osfield, Ken
**Subject:** disabilities



Exhibit

**21**

S. Diekman 6/17/2020

Diekman/UF 000247

Dr. Osfield,


I am a pyg 2 in the psychiatry department whom should have contacted you earlier per the advice of the HR department but I have been drowning under a mountain of paperwork and patient care. I left a frantic message with your office regarding a sudden issue that appeared today at 3pm I was notified that starting on Wed (less than 48 hrs from now) my schedule for the next month will go from working Friday, Sat, Sun, and 1/2 day Mondays to Mon, Tues, Wed, Thurs, Fri. This would not be an issues except that I have multiple medical issues and have waited months to book some of these appointments and basically filled my month with doctors appointments that I could not fit during any other rotation. One of these includes an ENT surgery that I should have had last July for an issue that increases in permanent hearing damage the longer it goes on. I would have scheduled different times and spread the appointments out more if I had known this change would happen. Moreover I believe this scheduling change in punitive and have HR involved so the issue that I think I am being punished over can be investigated before there is time for the evidence to be altered or disappear. I am sorry to bother you on a day that you are not feeling well. I should have filled this paper work months ago but for a while there were no issues and I struggle just to get to the grocery store and take my many medications on time. For your information I am diagnosed by the Mayo clinic with Postural Orthostatic Tachycardic Syndrome. I have the initial diagnostic reports and a primary care doctor who knows way to much about me ( she bills me as a mod complex).


Thank you for your time


Sarah Diekman pgy2

Diekman/UF 000248

5/4/2016