Exhibit 23

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

**Individual Requesting/Needing Reasonable Accommodation: (Type or Print)**

| | |
|---|---|
| Name: Sarah Diekman | Date: 3/31/2015 |
| Address: ▮▮▮▮▮▮▮▮▮▮▮ | |
| Email Address: sdiekman@ufl.edu | Phone: ▮▮▮▮▮▮ |

Employment Information:

Position Number _____ UF ID # 2110 9953

Classification Rank/Title pgy 2 _____

Department/Division Psychiatry _____

Supervisor's Name Dr. Bussing _____ Phone 352-222-3117, 352-375-8572

**Functions of the Position**
List the function(s) identified on the position description that the individual <u>cannot</u> perform or perform fully:

| Essential Functions | Marginal Functions |
|---|---|
| Standing for more than 10 min without a place to sit | |
| Eating and hydrating q4h | |
| Changing rotations, call or shifts with less than 12 hr | |

What evidence or documentation exists to support the need for an accommodation based on disability? (Documentation to be provided by employee.)

| | |
|---|---|
| x____ Individual's Physician | _____ Occupational Therapist |
| _____ Individual's Counselor | _____ Vocational Rehab Counselor |
| _____ Physical Therapist | _____ Other |

| Accommodation(s) Identified by the employee requesting accommodation: |
|---|
| At least 24 hr notification for a call schedule change |
| At least 72 hour notification for a night shift schedule change |
| At least 1 month notice for a rotation schedule change and a 3 month notice of a change that would affect ability to attend doctor appointments |
| A postponement of the change of April schedule to allow for previously scheduled doctors appointments |
| See attached for responses to request |

This form can be submitted as an email attachment with the steps below.
1. In the upper left-hand corner of the Internet Explorer browser window,
   Click on File, then Save As on a local drive to keep a copy
   Click on File, then Send Page by Email
2. In the newly opened email window, type osfield@ufl.edu in the TO field and click Send



**Exhibit**

**22**

S. Diekman 6/17/2020

UF/Diekman 001566

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

**Meeting with Individual Requesting/Needing a Reasonable Accommodation**
**Discussion of Accommodation Request**

PRINT OR TYPE

A meeting was held on ___April 2, 2015___ to discuss the accommodation request.
Response to accommodation(s) requested by the employee

~~See attached document for responses to Dr. Diekman's request~~

Meeting attended by __Dr. Sarah Diekman, Dr. Jacqueline Hobbs, Dorothy McCallister__
__Dr. Ken Osfield (ADA Office)__

**Selection of Accommodation(s)**

The following accommodation(s)/modifications(s) have/will take place:

| Accommodation/modification | Date of action | Cost |
|---|---|---|
| Shift Change | Immediate | Zero |

Approximate cost of accommodation(s) requested $___zero___

**List any Consultant/resources utilized that assisted in selecting accommodation(s):**

Departmental supervisor authorization of approved accommodations
Name: _Jacqueline a. Hobbs, MD_ Date: _4/7/15_

ADA Office authorization of approved accommodations
Name: _Kenneth Osfield_ Date: April 3, 2015

Employee with Disability Approval of Accommodations Provided
Name: ___ Date: _4/13/2015_

For additional information or assistance in completing this form, contact the ADA Coordinator, ADA Office, 392-1591 (V), 711 (TDD/TTY), or email at osfield@ufl.edu.

Upon request, this form is available in alternate format.  Contact the ADA Office.

UF/ADA - 4-5-94, 5-24-94, 6-2-94, 7-13-94, 1-5-95, 1-26-95, 4-14-97, 4-5-14

` UF/Diekman 001567

**Reasonable Accommodation Based on Disability Request Form**
University of Florida
Accommodation request by:  **Dr. Sarah Diekman** (Psychiatry Intern)
Meeting held:  <u>April 2, 2015</u>
Attachment to Dr. Sarah Diekman Accommodation Request Form

**Accommodation(s) identified by Dr. Sarah Diekman (see page 1 of submitted form)**

1. At least 24 hr notification for a call schedule change.
2. At least 72 hour notification for a night shift schedule change.
3. At least 1 month notice for a rotation schedule change and a 3 month notice of a change that would affect ability to attend doctor appointments.
4. A postponement of the change of April schedule to allow for previously scheduled doctor appointments.
5. Added at meeting – Approval to use vacation time in lieu of sick time when sick leave is not available.  Also, if at any time she runs out of sick or vacation time she will be approved for Authorized Leave Without Pay for ADA related medical issues.

**UF Response to the Accommodation(s) requested by Dr. Sarah Diekman (accommodations listed above):**

1. The department understands her request to provide at least 24 hour notification for a call schedule change.  The reality is that it will happen occasionally and the department will try its best to provide the notice.
2. The department understands her request to provide at least a 72 hour notice for a night shift change.  Dr. Diekman noted it is not an issue at this time.  Wanted to make the request formally as it will have a medical impact upon her.
3. The department understands her request to provide at least 1 month notice for a rotation schedule change and a 3 month notice of a change that would affect ability to attend (planned) doctor appointments.  The department will do its best to accommodate the request.
4. In response to the primary request to have a postponement of the April schedule change the department has <u>agreed to "switch the rotation back to the original VA ER"</u>.
5. Added request – approved for use of vacation time when sick leave is not available.  Approved for Authorized Leave Without Pay when she has exhausted sick and vacation leave for ADA related medical issues.

Name: _Josephine A. Amos, MD_     Date: _4/7/15_
Departmental Supervisor Authorization of Approved Accommodations

Name: _Kennel Osfuld_     Date: _april 3, 2015_
ADA Office Authorization of Approved Accommodations

Name: _____     Date: _4/13/2015_
Employee with Disability Approval of Accommodations Provided

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

The Americans with Disabilities Act of 1990 (ADA) makes it unlawful to discriminate in employment against a qualified individual with a disability.  To be protected under the ADA, an individual must have a physical or mental impairment that substantially limits one or more major life activities, a record of such an impairment; or being regarded as having a substantial impairment.

This form is designed to assist employees in requesting a reasonable accommodation.  What is a reasonable accommodation?  A reasonable accommodation is any change or adjustment to a job or work environment that does not cause an undue hardship on the department or unit and which permits a qualified applicant or employee with a disability to participate in the job application process, to perform the essential functions of a job, or to enjoy benefits and privileges of employment equal to those enjoyed by employees without disabilities.  For example, a reasonable accommodation may include providing or modifying equipment or devices, job restructuring, allowing part-time or modified work schedules, reassigning an individual, adjusting or modifying examinations, modifying training materials or policies, providing readers and interpreters or making the workplace readily accessible to and usable by people with disabilities.

**Instructions**

This form must be completed whenever an employee requests an accommodation.  Submit this form to the ADA Office (contact information below).  The ADA office will then contact the department and employee to schedule an accommodation meeting.  If the employee requires any assistance in completing this form, call 392-1591 or 711 (TDD/TTY) for assistance, or email osfield@ufl.edu.  Please note that in the procedures below we do allow for an oral request.

Designation of Responsible University Official
ADA Office Contact Information
Dr. Kenneth J. Osfield
ADA Compliance Officer
University of Florida
916 Newell Drive
Gainesville, FL  32611
Osfield@ufl.edu
352-392-1591
711 (TDD/TTY)

**The Process**

1. Employee  – complete reasonable accommodation request form.  If completion of form is difficult contact the ADA Coordinator (Dr. Osfield) for an oral request.  There are no "magic words" required to make a request but the employee must initiate the request in writing or orally.  Third party requests will only be accepted when authorized by the employee/applicant in writing.  The employee seeking an accommodation and using a third party designee will submit in writing the contact information for the designee and sign and date the request.

2. At any point during the initial request, if questions arise, contact Dr. Osfield for assistance.

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

3. The form once completed should be submitted to Dr. Osfield.  The reasonable accommodation request form can be submitted electronically, faxed or mailed.  Once a form is submitted or an oral request is made, Dr. Osfield will contact the employee's supervisor to plan a meeting to discuss the requested accommodation.  For current employees the accommodation meeting will involve the employee requesting the accommodation, ADA Coordinator (Dr. Osfield), immediate supervisor(s).

4. During the accommodation request meeting the accommodation(s) will be discussed.  A response will be provided in writing for each request made.  After the conclusion of the meeting all parties will know the disposition of each requested accommodation (approved, modified or denied with reasons).  Each party will sign-off on the completed form.

5. Recurring requests – accommodations such as interpreters for meetings shall need to be approved only once at the initial accommodation request meeting.  All recurring accommodations will only need the initial approval.  Only when a new accommodation is requested will a new form or oral request be required with follow up meeting by parties mentioned in 3 above.

6. Medical documentation – no accommodation(s) will take place without medical documentation of the disability.  Physician statement, individual counselor statement, physical therapist statement, Occupational Therapist statement are all appropriate and accepted statements.  For those current employees with visible disabilities (disabilities such as but not limited to, chair user or other device, visually impaired, hearing impaired/deaf) the accommodation will be provided pending submission of documentation.   The ADA Compliance Office will determine when medical documentation is required.

7. Written confirmation of receipt of request – upon receipt of the accommodation request, notification will be provided to the employee requesting an accommodation by either email, phone call or letter.

8. Time frame for processing requests – depending upon the circumstances, each employee's request will be handled as expeditiously as possible.  In cases where supporting documentation is not needed or when medical documentation is provided immediately, every effort will be made to hold the accommodation request meeting and provide the approved accommodation within 5-10 working days.  For those cases where medical documentation is forthcoming or when special equipment or construction is required each case will be handled on a one-to-one basis with the goal of not exceeding 30 working days.

9. Response to accommodation request – during the accommodation meeting the accommodation form will be completed so that all parties know the outcome of the request(s) made by the employee.  If more than one request is made, a response will be given for each request.

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

**Individual Requesting/Needing Reasonable Accommodation: (Type or Print)**

Name: Sarah Diekman                                    Date: 11/12/2015

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Email Address: sdiekman@ufl.edu                       Phone: ▮▮▮▮▮▮▮

Employment Information:

   Position Number _____ UF ID # 2110-9953

   Classification Rank/Title psychiatry resident

   Department/Division psychiatry

   Supervisor's Name Dr. Hobbs _____ Phone 265-4357

**Functions of the Position**
List the function(s) identified on the position description that the individual <u>cannot</u> perform or perform fully:

| Essential Functions | Marginal Functions |
|---|---|
| see previous request | see previous request |

What evidence or documentation exists to support the need for an accommodation based on disability? (Documentation to be provided by employee.)

X____Individual's Physician                    _____Occupational Therapist

_____Individual's Counselor                   _____Vocational Rehab Counselor

_____Physical Therapist                       X____Other

Accommodation(s) identified by the employee requesting accommodation:
Target Symptoms :
1) Muscle weakness/ Fatigue
2) Slowed reaction times/ Diminished Attention/Concentration
3) Headache
4) Presyncope/Lightheadedness
5) Syncope                          See attached for accommodations requested
6) Nausea                           Inserted by Dr. Ken Osfield
7) Numb/Painful Extremities
8) Heart Palpitations/Tachycardia

1) Priority: Modified on site hourly work schedule (8-5). With delineated coverage plan, if patient needs

This form can be submitted as an email attachment with the steps below.
   1. In the upper left-hand corner of the Internet Explorer browser window,
      Click on File, then Save As on a local drive to keep a copy
      Click on File, then Send Page by Email
   2. In the newly opened email window, type osfield@ufl.edu in the TO field and click Send

UF/Diekman 000434

**Reasonable Accommodation Based on Disability Request Form**
University of Florida

**Meeting with Individual Requesting/Needing a Reasonable Accommodation**
**Discussion of Accommodation Request**

PRINT OR TYPE

A meeting was held on ___November 18, 2015___ to discuss the accommodation request.
Response to accommodation(s) requested by the employee
___See attached document for responses to Dr. Diekman's request.___

Meeting attended by ___Dr. Sarah Diekman, Dr. Jacqueline Hobbs, Dorothy McCallister, Dr. Ken Osfield___

**Selection of Accommodation(s)**

The following accommodation(s)/modifications(s) have/will take place:

| Accommodation/modification | Date of action | Cost |
|---|---|---|
| #1-6 | Effective upon signature of Dr. Diekman | |

Approximate cost of accommodation(s) requested $___NA___

**List any Consultant/resources utilized that assisted in selecting accommodation(s):**

Departmental supervisor authorization of approved accommodations
Name:_____Date:_____

ADA Office authorization of approved accommodations
Name:_____Date: _11/23/15_

Employee with Disability Approval of Accommodations Provided
Name:_____Date:_____

For additional information or assistance in completing this form, contact the ADA Coordinator,
ADA Office, 392-1591 (V), 711 (TDD/TTY), or email at osfield@ufl.edu.

Upon request, this form is available in alternate format.  Contact the ADA Office.

UF/ADA - 4-5-94, 5-24-94, 6-2-94, 7-13-94, 1-5-95, 1-26-95, 4-14-97, 4-5-14

Sarah Diekman – Accommodations request from form submitted 11-12-15
Attachment provided by Dr. Kenneth J. Osfield (ADA Compliance Officer, UF)

Target Symptoms :
1) Muscle weakness/ Fatigue
2) Slowed reaction times/ Diminished Attention/Concentration
3) Headache
4) Presyncope/Lightheadedness
5) Syncope
6) Nausea
7) Numb/Painful Extremities
8) Heart Palpitations/Tachycardia

Meeting held on November 18, 2015 with Dr. Sarah Diekman, Dr. Jacqueline Hobbs, Dorothy
McCallister and Dr. Ken Osfield (ADA Office) to discuss Sarah's request (listed below).

1) Priority: Modified on site hourly work schedule-(8-5). With delineated coverage plan, if patient
   needs exceed this or if acute symptoms occur . This provides time for mandatory AM/PM
   physical therapy. Exercise regimen, functional daily routine. Trigger symptoms: 1,2,3,4,5,6,7,8.
   a. Response: Dr. Diekman modified her on-site hourly work schedule request from a flat 8-
      5 (which would be .5 FTE to ¾ FTE or 60 hours). Dr. Hobbs has approved the request.
2) Limit hospital rounding hours to one hour increments (To moderate excessive standing, sitting
   to walking combination). Half hour break between rounds can be utilized for computer logs.
   Trigger symptoms:1,2,3 4,5,8.
   a. Response: Much of the discussion on this request revolved around excessive standing
      and the need to sit. Dr. Osfield mentioned the possible use of a device called a Rollator
      (fold up, padded seat walker). The device can be purchased at CVS and vary in price
      from $105 to $151 (http://www.cvs.com/search/N-0?searchTerm=Roll%20ator). In
      most cases when prescribed by a physician insurance companies will cover the cost.
      The use of a device like the Rollator will allow her to have the opportunity to sit at any
      time and location she needs to. Dr. Diekman will look into the device. She thought it
      was a good idea. As for breaks, she will need to fit any breaks into her schedule when
      time permits.
3) Provide an already stationed designated chair in any area working with patients. Including a
   HIPPA compliant space with a chair for all patients requiring interviews. Trigger symptoms
   1,2,3,4,5,7,8.
   a. Response: The Rollator will help in this situation as well. With the device she will
      always have a chair handy. As for HIPPA she is trained in procedures and will follow
      those procedures within the environment she is working in.
4) Adjustable height computer work station including desk, chair and stool. Trigger symptoms
   2,3,4,7,8.
   a. Response: There is currently a workstation at Springhill. The issue is when she is at the
      VA. Dr. Osfield will speak with the VA administration about providing an adjustable
      work station at VA 5 West (Psychiatry).

Sarah Diekman – Accommodations request from form submitted 11-12-15
Attachment provided by Dr. Kenneth J. Osfield (ADA Compliance Officer, UF)

5) Protected time from hours of 7:30-8:00am, 12:00pm-12:30pm and 4:00 to 4:30 pm to take medications with meal as instructed by physician and pharmaceutical guidelines. Target symptoms 1,2,3,4,5,6,7,8

   a. Response: The request is based on her original request of a modified on-site hourly work schedule from 8am-5pm. As mentioned in request #1 above she has been approved for a modified on-site ¾ time work schedule of no more than 60 hours per week. She is approved to have the 12-12:30pm and 4-4:30pm break when the schedule permits (there will occasionally be patient emergencies that will take priority over a fixed schedule). Either before anticipated priority work issues or immediately after activities that impact the protected time she will be given time to take her medication. It is recommended that she always have food with her or some sort of liquid drink that will be enough nourishment for her to take her medication. She will be allowed to eat during and between rounds.  When possible she will take the breaks needed to eat and rest. When rounds go over the requested break times she will find time in between to snack and take medications. Dr. Diekman should let her attending/supervisor know if she is having any issues with taking breaks, and if any major or ongoing issues, she should report this to Dr. Hobbs, Program Director, in writing.

6) Environmental climate control- No duties to be performed in temperatures at or above 77°F or with attire that results in heat retention.  Any activities planned or unplanned that require exposure to temperatures at or above this temp for greater than 5 min will require 30 min duty free (with assigned coverage for duties) for personal cooling program. Target symptoms 1,2,3,4,5,6,7,8

   a. Response: There was some discussion about whether the gowns used in the rooms where contact precautions are in force are "breathable". The gowns are not as this would not allow for proper infection control. Dr. Hobbs spoke with Dr. Ginory, the consult director, and she said that about 50% of patients, in her estimation, on their service are on some sort of contact precaution. Therefore, "gowning and gloving" is an essential function of the resident to perform patient care duties. Dr. Diekman has been advised to wear layers of clothing so when she has to gown-up she will wear light clothing under the gowns.

7) continuation of previously requested accommodations

Responses provided by Dr. Kenneth J. Osfield, _____ UF ADA Compliance officer

And submitted to Dr. Sarah Diekman on 11-23-15

Approved    Dr. Sarah Diekman_____Date_____

            Dr. Jacqueline Hobbs _____ Date 12/2/15

            Dr. Kenneth J. Osfield _____ Date 11/24/15