# Exhibit 26

# EVELYN KIRBY JONES, M.D., P.A.

310 NW 76th Drive, Suite A
Gainesville, FL 32607

Phone: (352) 331-1699
Fax: (352) 331-6323

**PSYCHIATRIC EVALUATION:**

Name: Sarah Diekman   Deek´ men.   Date: 7/11/16

Identifying Data: 32 yo SWF

Reasons for Encounter: Eval/tx – PTSD, dep, anx

Accompanied By: —

PCP: Panna / TBI spec. at Mayo   Referred: Buckley

History of Present Illness: Sx come + go – good days + bad – but some quite prolonged – general anx, dep – intrusive ⊖ thoughts.
*(Tearful mostly throughout)*
Nightmares – vivid, intense – like re-living
Triggers – ① Attack – forced into closed room to eval a violent semi-pro athlete who attacked her 2d p̄ attacking an attending → concussion.
*(Reliving event)*
② Clothes – can't look at wear
③ Broke up c̄ ♂ in relt that he reminded her of the
Anx ↑'ing – this town is too small – felt targeted c̄ Ψ Dept.
↓ self-confidence, doubt self/judgment – ↓ trust
Dissociation: less freq/severe — esp since got Rescue dog (abused)

Previous Psychiatric History:
Dep ⊕ Sx – but in retrospect really think it was 2° gen medical
Anx: ⊕ Anx since F1 – middle sch – lots of sleepless nights 2° worry
Also – did ADHD – ∅ meds.) Animal tx works best (horses/dogs)
→ Dyslexia ← both did 1st grade

Family Hx of Psychiatric Disorders/Substance Use Disorders:
Pā + GPā ⊕ GAD

Social Hx:
Occupation: MD – 3rd yr Ψ Resident
Relationships: Close family –
Social Activities:
Legal Issues: filed ACGME complaint – & sexual harrassment
*(inj at work)*

Medical Hx: (Post Concussive Syndrome) fibromyalgia
*(POTS)* → Autonomic nerv. prob. (Postural) Orthostatic (Tachycard.sx) → ↓ bld flow esp upon standing. & need to avoid heat

Allergies: NKDA but sens. to SSRI's

Psychotropic Medications:
Florinef (Aldost analog)     Elavil 10 q HS
Midodrine (α agonist to ↑ BP)   Deplin –
Prev Lex 10 (x ~1yr) → Eff XR 75.   Add 10 BID.

Exhibit 27   S. Diekman 6/17/2020

Dr. Jones - 000003

# EVELYN KIRBY JONES, M.D., P.A.

310 NW 76th Drive, Suite A  
Gainesville, FL 32607

Phone: (352) 331-1699  
Fax: (352) 331-6323

**PSYCHIATRIC EVALUATION:**  
Name: Sarah Diekman     Date: 7/11/16

Review of Systems: + for _____;  
Reviewed (see attached), all other systems negative

Substance Use:  
- Tobacco: no   never
- Alcohol: ~1-2 / 1-2 weeks
- Drugs: Ø
- Caffeine: 1 c q am.

## PSYCHIATRIC SPECIALTY EXAMINATION:

- BP (Sitting): 110/80    HR: ___    Ht. 68"    Wt. 140
- Eye Contact: Good ✓   Poor ___   Other ___
- Appearance: Well Groomed ✓   Disheveled ___   Inappropriate ___
- Musculoskeletal: Calm ✓   Restless ___   Tremors/Tics ___  
  Lethargy ___   Atrophy ___   Weakness ___
- Gait/Station: Steady ✓   Slow ___   Antalgic ___   Upright ✓   Stooped ___
- Speech: Rate ✓   Tone ✓   Articulation ✓   Prosody ✓
- Mood: Euthymic ___   Sad ✓   Anxious ✓   Expansive ___   Irritable ___
- Affect: Appropriate ✓   Inappropriate ___; Normal Range ___   Other tearful/restricted
- Thought Processes: Logical ✓   Loose ___   Tangential/Circumstantial ___
- Perceptual Disturbances: None ✓   Illusions ___   Responding to Internal  
  Stimuli: ___   Describe: _____
- Delusions: None elicited ✓   Present: _____
- Suicidal Thoughts: Denies ___   Present (only x1 fleeting) Intent ___   Plan ___   but thoughts of — ? ing if life worth living? — always pain related.
- Homicidal Thoughts: Denies ✓   Present ___ when pain ↑↑↑
- Level of Consciousness: Alert ✓   Somnolent ___
- Orientation: Fully Oriented ✓   Disoriented: Time ___   Person ___   Place ___
- Attention: Intact ✓   Impaired ___
- Memory: Intact ✓   Impaired ___
- Abstraction: Appropriate ✓   Concrete ___   Idiosyncratic ___
- Language: Naming ✓   Repetition ___
- Fund of Knowledge: Appropriate ✓   Diminished ___
- Judgment: Appropriate ✓   Diminished ___   Variable ___
- Insight:    Does not recognize problem or need for change ___  
  Recognizes problem but not a need for change ___  
  Recognizes problem and need for change ✓

Grew up Indiana.

Dr. Jones - 000004