# Exhibit 27



Diekman, Sarah
MRN:
DOB:  , Sex: F

## Documents, Notes & Images
Dates Searched 1/1/1901 to 10/5/2018

| | |
|---|---|
| **Result Type:** | Neurology Comprehensive H&P |
| **Result Date:** | 03/01/2016 00:00:00 EST |
| **Result Status:** | Auth (Verified) |
| **Performed By:** | Barrett MD, Kevin M. on 03/01/2016 11:11:00 EST |
| **Verified By:** | Barrett MD, Kevin M. on 03/02/2016 16:36:11 EST |
| **Encounter Info:** | 210923215, Mayo Clinic in Florida, MCJ Patient, 4/22/2013 - 1/1/0001 EST |
| **Contributor System:** | MCJ DOLBEY |

DIEKMAN, SARAH J MS.



03/01/2016 Kevin M. Barrett, M.D., M.Sc.
10991

Self-referred patient.

REASON FOR REFERRAL: Concussion.

HISTORY OF PRESENT ILLNESS
Dr. Dickman is a 32-year-old Psychiatry resident (PGY-3) at the University of Florida in Gainesville. The history is obtained from the patient and review of the available medical records.

In 12/2015, Dr. Dickman loss consciousness while interviewing a patient in the hospital. She fell into the corner of the room. She recalls afterwards having discomfort in the right face and neck region and also her arm was extended above her shoulder and she has had musculoskeletal pain in the right thoracic region and also some numbness and tingling in the 4th and 5th digit of the right hand since the injury. Immediately after the fall she was taken to the emergency department and had a noncontrast head CT of both the head and the neck. There was no evidence of acute intracranial pathology and no evidence of cervical spine fracture or dislocation. The loss of consciousness occurred on a background of postural orthostatic tachycardia syndrome for which she is treated with midodrine 5 mg t.i.d., fludrocortisone 0.1 mg daily and Adderall 10 mg daily for blood pressure support. Her POTS is well managed and she has adopted compensatory measures to minimize the impact of the symptoms. Since the loss of consciousness and falls she has not returned to work and has been left with lingering post concussive syndrome which includes headache, light and noise sensitivity, difficulty with concentration, attention, multitasking, organizing and sequencing.

She has not undergone any formal cognitive testing nor has she had an MRI of the brain.

PAST MEDICAL HISTORY
1. Postural orthostatic tachycardia syndrome.

PAST SURGICAL HISTORY
1. Cholesteatoma surgery 06/2015.

FAMILY HISTORY
Non-contributory.

SOCIAL HISTORY
Has not used alcohol since the injury. No tobacco use.

ALLERGIES
SSRI.

**Exhibit 28**
S. Diekman 6/17/2020

MAYO CLINIC

Diekman, Sarah
MRN:
DOB:               , Sex: F

## Documents, Notes & Images

Dates Searched 1/1/1901 to 10/5/2018

MEDICATIONS
1. Adderall 10 mg daily.
2. Citalopram 10 mg daily.
3. Fludrocortisone 0.1 mg daily.
4. Midodrine 5 mg by mouth t.i.d.

PHYSICAL EXAMINATION

NEUROLOGIC: Awake, alert and cooperative. No aphagia, apraxia or hemispatial neglect. Visual fields full. Ocular motility full. No nystagmus. Facial movements symmetric. No drift or pronation. Gait and station within normal limits.

ASSESSMENT

1. FALL WITH HEAD AND NECK TRAUMA, 12/03/2015.

2. POST-CONCUSSIVE SYNDROME.

3. POSTURAL ORTHOSTATIC TACHYCARDIA SYNDROME.

Overall her symptom complex has improved to some degree, but it remains intrusive and has prevented her from returning to her duties as a resident in training. She is only able to sustain attention with cognitive tasks for approximately 30 to 45 minutes. Beyond that she develops a severe headache. I have recommended we decrease the dose of amitriptyline to 5 mg at bedtime to help improve restorative sleep to optimize cognitive and neurologic function and at the same time minimize the sedating side effects. I would recommend an MRI of the brain with susceptibility weight sequences to determine if there is evidence of posttraumatic hemorrhage or hemorrhagic contusion and also defusion tensor imaging (DTI) in order to determine if there is preserve integrity of the descending white matter tracts.

At this juncture I would favor deferring cognitive testing until the 6 month mark. She is still early in the recovery phase for the neurologic perspective. If the symptoms persisted, plateaued or did not improve then formal neuropsychological testing could be employed in order to guide additional cognitive therapy.

Level 4 new patient, 45/45; 100% of the time spent in face to face counseling.


KMB:pa
D:03/01/2016 11:11
T:03/02/2016 13:39
REVISED DATE:  TRANS:2255




*Electronically Signed By:* Barrett MD, Kevin M.
*On:* 03/02/2016 16:36:11 EST




Diekman, Sarah
MRN:
DOB:        , Sex: F

## Documents, Notes & Images

Dates Searched 1/1/1901 to 10/5/2018

| | |
|---|---|
| **Result Type:** | MR Brain w/o |
| **Result Date:** | 03/22/2016 21:04:00 EDT |
| **Result Status:** | Auth (Verified) |
| **Performed By:** | Broderick MD, Daniel F on 03/22/2016 21:04:00 EDT |
| **Verified By:** | Broderick MD, Daniel F on 03/23/2016 07:26:00 EDT |
| **Encounter Info:** | 210923215, Mayo Clinic in Florida, MCJ Patient, 4/22/2013 - 1/1/0001 EDT |
| **Contributor System:** | MCJ_RIMS_RSLTS |

Name : Sarah J. Diekman
MRN :

Ordering Physician : 10991 BARRETT, KEVIN M, M.D.
Creation Date : 03/23/2016
Performed At : Mayo Building Jacksonville
Indications : Encounter for screening for traumatic brain injury;Personal
history of traumatic brain injury;Traumatic Brain Injury


23-Mar-2016 07:27   *** Final ***

Exam: MR Brain WO/CST

Comparisons: No comparisons available.

Impression: No acute intracranial process.

Findings: No mass lesion, mass effect or midline shift. No focus of abnormal
signal intensity. Diffusion-weighted images demonstrate no acute infarct or
abnormal restricted diffusion. Susceptibility weighted images are
unremarkable. DTI images are unremarkable. The ventricular system and cortical
sulci are normal in size and appearance. 1.5 x 0.7 cm arachnoid cyst in the
anterior aspect of the left middle cranial fossa, anterior to the left
temporal pole. Tiny developmental venous anomaly left cerebellar hemisphere.
Postoperative change including right mastoidectomy; T2 hyperintensity within
the right mastoid surgical bed in the right middle ear cavity. Minimal mucosal
thickening bilateral ethmoid and maxillary sinuses. Small left nasal septal
spur.

Electronically signed by:
D.F. Broderick, MD 23-Mar-2016 07:27

MAYO CLINIC

Diekman, Sarah
MRN:
DOB:            , Sex: F

## Documents, Notes & Images

Dates Searched 1/1/1901 to 10/5/2018

| | |
|---|---|
| **Result Type:** | Neurology Subsequent Visit |
| **Result Date:** | 05/24/2016 00:00:00 EDT |
| **Result Status:** | Auth (Verified) |
| **Performed By:** | Barrett MD, Kevin M. on 05/24/2016 14:16:00 EDT |
| **Verified By:** | Barrett MD, Kevin M. on 05/25/2016 12:08:10 EDT |
| **Encounter Info:** | 210923215, Mayo Clinic in Florida, MCJ Patient, 4/22/2013 - 1/1/0001 EDT |
| **Contributor System:** | MCJ DOLBEY |

DIEKMAN, SARAH J MS.



05/24/2016   Kevin M. Barrett, M.D., M.Sc.
10991

Sarah returns today for routine neurologic followup.

This 32-year-old psychiatry resident (PGY3) was initially seen in neurologic evaluation on March 1, 2016. To briefly summarize, she lost consciousness while interviewing a patient in the hospital on December 3rd, 2015. She had fallen into the corner of the room with trauma to the right head, face, and neck region as well as extreme abduction of the right arm at the shoulder. She was evaluated in the local emergency department, and noncontrast head CT of the head and cervical spine showed no evidence of acute intracranial pathology and no evidence of cervical spine fracture or dislocation. The clinical impressions at the time of the evaluation were:

1. Fall with head and neck trauma, December 3, 2015.
2. Post-concussive syndrome.
3. Postural orthostatic tachycardia syndrome.

At the time of the visit she had not returned to work due to lingering headaches and dysexecutive function. At the conclusion of the visit, I recommended decreasing the dose of amitriptyline to 5 mg at bedtime to reduce the side effect profile, namely of sedation and also benefit from migraine from post-traumatic headache prophylaxis. I recommended an MRI of the brain with susceptibility weighted sequences and diffusion tensor imaging. This was completed on March 22, 2016, and was a normal study with DTI and SWI sequences being unremarkable. There were incidental and unrelated developmental findings of a 1.5 x 0.7 cm arachnoid cyst in the anterior aspect of the left middle cranial fossa as well as a small developmental venous anomaly in the left cerebellar hemisphere. Neither finding is of clinical significance and carries no future risk.

Since her last visit, Sarah has had great improvement in musculoskeletal neck pain as a consequence of physical therapy. She continues on Elavil 5 mg at bedtime without significant sedating side effects. She is still getting 2 to 3 severe headaches a week on average, often triggered by focusing on the computer for prolonged periods of time. She is using either ibuprofen 400 mg or Tylenol as an abortive, which typically provides partial relief but often requires her to find a dark room and sleep until the headache resolves. She has not returned to residency training at this juncture, although her ability to focus and attend to cognitive tasks has improved significantly. She estimates with small breaks she can work for 5 to 6 hours.

She has been essentially 100% functionally disabled from the time of the accident on December 3, 2016, through June 1, 2016, as a consequence of her head trauma, post-traumatic migraine headaches, and post-traumatic cognitive disorder.

At this juncture, I would recommend continuation of the Elavil 5 mg at bedtime for headache prophylaxis. We will increase the dose of ibuprofen to 800 mg at headache onset to be used as an abortive. She will have medication available at home and when she travels, as it will be essential to initiate abortive therapy as soon as possible after headache onset, as any abortive therapy will have a lower probability of success the longer the headache is left untreated. I have also encouraged her to seek


Case 1:19-cv-00227-AW-GRJ   Document 35-27   Filed 09/04/20   Page 6 of 6

Diekman, Sarah
MRN:
DOB:           , Sex: F

## Documents, Notes & Images

Dates Searched 1/1/1901 to 10/5/2018

an acupuncturist, which could provide a complementary approach to headache management and treatment, and she will continue with current management of her POTS with midodrine and Florinef.

In order for her to be successful in returning to work as a PGY3 resident I recommend the following graded and step-wise approach for return to work:
:
4. 90 minute new patient evaluations.
5. 30 to 60-minute return patient evaluations.
6. No overbooking or double-booking of patients into scheduled slots.
7. No overnight or emergency call.
8. Provided the appropriate support staff for rooming patients, vital signs, height and weight.
9. She should be provided accommodations for proper work place ergonomics to reduce the risk of stress-induced migraines related to computer work.
10. A graded, gradual approach, in which clinics are for one-half day for 1 to 2 weeks. If she is able to successfully complete the clinics without triggering a severe headache, then one could continue to gradually increase the workload to a full day with the aforementioned accommodations. If she were to develop severe headaches at any time during or following work, then I would recommend that she be given time off to rest and recuperate, and then return at the intensity level that preceded the return of headaches.

I will plan to see her back in approximately 3 months' time for clinical followup. She will contact the office if there are any interval developments.

Level 5 established patient; 40/40, 100% of the time spent in face-to-face counseling.


KMB:etf
D:05/24/2016 14:16
T:05/24/2016 15:35
REVISED DATE:  TRANS:1520




*Electronically Signed By:* Barrett MD, Kevin M.
*On:* 05/25/2016 12:08:10 EDT