# Exhibit 29

# DECLARATION OF DR. LISA DIXON

I am Dr. Lisa Dixon, a citizen and resident of Alachua County, Florida, over the age of 18. I am competent to testify to the facts below and do so from personal knowledge and under penalty of perjury.

1. I am currently the Vice President of Graduate Medical Education for North Florida Division of HCA Healthcare, and have been employed with HCA since December 2018.

2. I earned my medical degree at the University of South Carolina and completed my residency in anatomic and clinical pathology at the University of Tennessee Medical Center in Knoxville.

3. In 2005, I started my employment at the University of Florida College of Medicine as an Assistant Professor in the Department of Pathology, Immunology and Laboratory Medicine. I also served as the Director of the Pathology Residency Program.

4. During the relevant time period from March 2015 through June 2016, I was the Associate Dean for Graduate Medical Education and the Designated Institutional Official (DIO) at the University of Florida College Of Medicine.

5. Following the complaint to the Accreditation Council for Graduate Medical Education (ACGME), later claimed to be made by Dr. Diekman, the University of Florida College of Medicine Graduate Medical Education (GME) office did a thorough investigation of the allegations. Prior to completion of the review the complaint was withdrawn from the ACGME, however the GME office opted to continue the process and report out as if the complaint were under full scrutiny by the ACGME.

6. Educators and advisors outside the psychiatry department, including myself, worked closely with residents and leadership to identify and characterize issues.

7.  We found no evidence to substantiate claims in the complaint.

8.  The May 2015 ACGME complaint also triggered a formal and independent review of the entire program (beyond issues brought forward by the complaint) by Internal Review Subcommittee, which found areas for improvement, but nothing to substantiate the allegations put forth.

9.  Dr. Diekman was dismissed from her residency in December 2015 and appealed that decision to Dr. Regina Bussing, the Chair of the Psychiatry Program. Following Dr. Bussing's decision to uphold her dismissal, Dr. Diekman appealed the decision to me in my role as the Designated Institutional Official.

10. As part of the appeal, I reviewed the materials concerning Dr. Diekman's dismissal and documentation of her performance leading up to and during her probation period.

11. I found that there was no substantiated evidence that the department or any individual acted inappropriately in addressing Dr. Diekman's needs concerning her disabilities.

12. Dr. Diekman was accommodated as agreed upon with the ADA office starting in April 2015.

13. Dr. Diekman sought additional accommodations on November 12, 2015, near the very end of her probationary period. In fact, when reviewing the situation, Dr. Diekman did not even sign her accommodation form from November 2015 sent by the ADA compliance office to implement additional accommodations. It is clearly stated on this document that the accommodations will take place "upon signature of Dr. Diekman."

14. Instead, we found ample well documented evidence of subpar academic performance, remediation attempts, and subsequent failure to meet agreed upon remediation goals by Dr. Diekman.

15. Though Dr. Diekman's evaluations were not uniformly negative, there was clear and unambiguous documentation that she did not meet the goals as set forth in her probation letter, and her overall performance, as assessed by the Clinical Competency Committee, which is a committee of seasoned educators, did not show significant improvement during her probationary period. As a consequence, Dr. Diekman was dismissed from the program.

16. I have found no evidence to refute the decision to dismiss Dr. Diekman, and no evidence that there had been discriminatory actions on the part of the UF Psychiatry Department or any affiliated individual. As a result, I upheld the decision to dismiss Dr. Diekman from the program on February 3, 2016.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __1__ day of September, 2020.

_____
Dr. Lisa Dixon