# Exhibit 39

Print                                                                                        Close

From: **Diekman,Sarah** (sdiekman@ufl.edu)
Sent: Wed 12/23/15 11:41 PM
To:   FRANK DIEKMAN (█████████████)

---

**From:** Osfield, Ken
**Sent:** Friday, April 3, 2015 8:57 AM
**To:** Hobbs,Jacqueline A
**Cc:** Diekman,Sarah; Mccallister,Dorothy J
**Subject:** RE: rotation

Dorothy

Can you give me directions.

Ken

*Kenneth Osfield, EdD*

ADA Office

University of Florida

PO Box 115055

352-392-1591 (New Number)

711 TTY

352-392-3647 FAX

osfield@ufl.edu

**From:** Hobbs,Jacqueline A
**Sent:** Friday, April 03, 2015 8:36 AM
**To:** Osfield, Ken
**Cc:** Diekman,Sarah; Mccallister,Dorothy J
**Subject:** Re: rotation

You may want to drop it at our office at 39th with Dorothy so we can both sign early next week.

Dorothy can give you directions.

Thanks!

Sent from Dr. H's iPhone.

On Apr 3, 2015, at 8:14 AM, Osfield, Ken <kosfield@ehs.ufl.edu> wrote:

> Dr. Hobbs,
>
> Thank you so much for making the shift change. I will drop off the form at some point today for signatures from you and Dr. Diekman. Once both signatures are in place let me know and I'll come by to pick up the form.
>
> Thank you,
>
> Ken
>
> *Kenneth Osfield, EdD*
>
> ADA Office
>
> University of Florida
>
> PO Box 115055
>
> 352-392-1591 (New Number)
>
> 711 TTY
>
> 352-392-3647 FAX
>
> osfield@ufl.edu
>
> ---
>
> **From:** Hobbs,Jacqueline A
> **Sent:** Thursday, April 02, 2015 9:53 PM
> **To:** Diekman,Sarah

**Cc:** Osfield, Ken; Mccallister, Dorothy J
**Subject:** Re: rotation

Excellent!

---

**From:** <Diekman>, Sarah <sdiekman@ufl.edu>
**Date:** Thursday, April 2, 2015 at 9:34 PM
**To:** "Hobbs, Jacqueline A" <jahobbs@ufl.edu>
**Cc:** "Osfield, Ken" <kosfield@ehs.ufl.edu>, Dorothy McCallister <dorothym@UFL.EDU>
**Subject:** Re: rotation

Thank you. This more than covers my problems

Sent from my iPhone

On Apr 2, 2015, at 4:44 PM, "Hobbs, Jacqueline A" <jahobbs@UFL.EDU> wrote:

> Hi, we were able to make the switch of the rotation back to the original VA ER. In fact, the other resident will remain on the same service with you, Sarah. You'll be dividing the work evenly between the two of you. We were able to do this because the Shands service already has 2 persons to cover. However, the other resident may at times get pulled to Shands if the workload gets too much or there is lack of coverage. In that case, you'll need to cover VA ER for a little while alone. The chief will call you to discuss the changes further.
>
> Thanks,
>
> Dr. H
>
> *Jacqueline A. Hobbs, MD, PhD*
>
> Jacqueline A. Hobbs, MD, PhD, DFAPA
>
> Assistant Professor and Vice Chair for Education
>
> Director, Residency Training Program
>
> Department of Psychiatry
>
> University of Florida College of Medicine

Diekman/UF 000245

Office: 352-294-4945

Fax: 352-594-1818

<image001.png>

<image002.png>

CONFIDENTIALITY NOTIFICATION: Please be advised! This e-mail message, including any attachments, has been created explicitly for the sole use of the intended recipient(s) and may contain confidential and privileged information. The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail. Any unauthorized review, use, disclosure, or distribution of such information is prohibited and will be upheld under the discretion of Federal and State law. If you have received this e-mail message in error and are not an intended recipient, please contact the sender via reply e-mail or phone and destroy all copies of the original message. Pursuant to ' FS 766.101, FS 395.0193, FS 395.0197, FS 766.1016 and other Statutes, this document is privileged and confidential. It is not subject to discovery. Please do NOT copy or release.

Diekman/UF 000246