UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKMAN,
an individual

    Plaintiff,                       CASE NO: 1:19-cv-00227-AW-GRJ

v.

UNIVERSITY OF FLORIDA
a Florida municipal corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, SARAH DIEKMAN, by and through her undersigned counsel, hereby gives notice that she has filed the following documents in support of Plaintiff's Response to Defendant's Motion for Summary Judgment filed on September 25, 2020:

1. Affidavit of Sarah Diekman and attachments;

    A. Exhibit A – Charge of Discrimination

    B. Exhibit B – Communication with EEOC

2. Deposition of Jacqueline Hobbs taken on June 22, 2020;

3. Employment Letter;

4. Completed FMLA Form;

5. CCC Meeting, March 18, 2015;

6. CCC Meeting March 31, 2015;

7. CCC Meeting held October 27, 2015.

Dated this 25 day of September 2020.

00482005.DOCX

Respectfully submitted,

_____
ANDREW J. SALZMAN, ESQUIRE
Fla. Bar #0603929
UNICE SALZMAN JENSEN, P.A.
CenterState Bank Building, Second Floor
1815 Little Road
Trinity, FL 34655
Phone: 727-723-3772 / Fax: 727-723-1421
Attorneys for Plaintiff
Primary E-mail:      service@unicesalzman.com
Secondary E-mail:    asalzman@unicesalzman.com
                     cposs@unicesalzman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to **Mark G. Alexander, Esquire and David E. Chauncey Esquire** (mark.alexander@adblegal.com; david.chauncey@adblegal.com) ALEXANDER DEGRANCE BARNETT, P.A., 1500 Riverside Avenue, Jacksonville, Florida 32204, on this __25__ day of September 2020.

_____
ANDREW J. SALZMAN, ESQUIRE
Fla. Bar #0603929