# Exhibit 3



**Office of Human Resource Services**
**UNIVERSITY of FLORIDA**

Greetings! Welcome to employment with the University of Florida and The Gator Nation. You have joined one of the top universities in the nation and we are thrilled with your decision. While we are highly regarded for our education, research and service mission, our reputation as an employer is also outstanding.

Your employment with the university is a significant factor in our overall success and we hope you will find your experience challenging and rewarding.

This handbook provides an overview and introduction to the university policies and programs that will shape your employment at UF. Please take some time to familiarize yourself with the resources that will position you for success.

Should you need more detailed information about any of the issues outlined in this handbook, I encourage you to explore our web site, *www.hr.ufl.edu* or contact any of our offices for assistance.

Again, welcome to the University of Florida.

*Paula Varnes Fussell*

Paula Varnes Fussell
Vice President for Human Resource Services