# Exhibit 4

**UF | Office of Human Resource Services**
**UNIVERSITY of FLORIDA**

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

UFID: 2110-9953

OMB Control Number: 1235-0003
Expires: 5/31/2018

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: **University of Florida, Jackie Hobbs**

Employee's job title: **Resident physician**   Regular work schedule: **M-F 8-5 minimum**

Employee's essential job functions: **Evaluate, diagnose, and treat patients with psychiatric illness in multiple settings (inpatient, outpatient, consult) with supervision.**

Check if job description is attached: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: **Sarah** _____ **Diekman**
First            Middle            Last

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: **Danielle Panna**

UF Health Physicians
Internal Medicine at Tower Hill
7540 W. University Avenue
Gainesville, FL 32607

Type of practice / Medical specialty: **Internal Medicine**

Telephone: (____)_____   Fax:(____)_____

Page 1            CONTINUED ON NEXT PAGE            Form WH-380-E Revised May 2015

PART A: MEDICAL FACTS

1. Approximate date condition commenced: _Approximately 1992_

   Probable duration of condition: _unknown, indefinite likely_

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   _X_ No ___ Yes. If so, dates of admission:

   _____

   Date(s) you treated the patient for condition: _most recent 10/20/15, 9/3/15, ... approx._
   _pt has been my pt since 2013 and I've been seeing her every 1-3 months, since_

   Will the patient need to have treatment visits at least twice per year due to the condition? ___ No _X_ Yes.

   Was medication, other than over-the-counter medication, prescribed? ___ No _X_ Yes.

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ___ No _X_ Yes. If so, state the nature of such treatments and expected duration of treatment:

   _recommended by Dr. Levin's position, Shaw ENT_

2. Is the medical condition pregnancy? _X_ No ___ Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ___ No _X_ Yes.

   If so, identify the job functions the employee is unable to perform:

   _____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _pt experiences dizziness, presyncopal episodes from standing prolonged periods, computer slaving, rapid heart rates, tachycardia when she experiences flare up of POTS. syncope_

UF/Diekman 001552

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  ✓ Yes.  *She can if flare up occurs*

    If so, estimate the beginning and ending dates for the period of incapacity: *implementation @ that time*

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ✓ Yes. *if can happen*

    If so, are the treatments or the reduced number of hours of work medically necessary?
    ___No ✓ Yes.

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

    *Will depend on the degree of flare up and her response to treatment*

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ✓ Yes.

    Is it medically necessary for the employee to be absent from work during the flare-ups?
    ___ No ✓ Yes. If so, explain:

    _____

    _____

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency          : _____ times per _____ week(s) _____ month(s)

         Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION:  IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| _____[signature]_____ | _____10/26/15_____ |
|---|---|
| **Signature of Health Care Provider** | **Date** |

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

UF/Diekman 001554

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  _X_Yes. She can if flare up occurs

    If so, estimate the beginning and ending dates for the period of incapacity: _unpredictable at this time_

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No  _X_Yes. It can happen

    If so, are the treatments or the reduced number of hours of work medically necessary?
    ___No  _X_Yes.

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

    _Will depend on the degree of flare up and her response to treatment_

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No  _X_Yes.

    Is it medically necessary for the employee to be absent from work during the flare-ups?
    ___ No  _X_Yes. If so, explain:

    _Pt develops worsening of her sx including fatigue/ dizziness that requires time off in order to get better_

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    11/14/15

    Frequency: ____ times per ____ week(s) ____ month(s)

    Duration: ____ hours or ____ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:**

UF/Diekman 001555