# Exhibit 7

# CCC Meeting
## 10/27/15  12-1:30pm
## MOB and video conference to BI

**Attendees:**
**Faculty:**
Jacqueline Hobbs (Core Program Director)
Robert Averbuch (Core Program APD)
Brian Cooke (Faculty)
Almari Ginory (Core Program APD)
Richard Holbert (Faculty)
Mariam Rahmani (C & A Fellowship APD)
Uma Suryadevara (VA Site Director)

**Administration:**
Dorothy McCallister
Terry Lemesh

Resident Concerns:

**Sarah Diekman, MD (PGY-3)**
Dr. Diekman's performance since probation has been substandard.
<u>Vista rotation recap</u>: Overall, Dr. Diekman's performance is inconsistent. She was able to function at some level; however was unable to carry out all of the duties required of a physician on a Vista rotation. She has been late on discharge summaries, and inconsistent with orders. She would become preoccupied with specific details and while fixated on these details would miss key points. Although there were no identified deficiencies of medical knowledge, she had difficulty translating this knowledge to patient care and her patient care skills were lacking. Her relationship with nursing staff appeared to have improved, but her relationship with peers seemed to have declined.  An instance was noted regarding her failure to follow directives resulting in a delay of care. She failed to follow up with Family Medicine on a patient as instructed and later would not provide an explanation for her omission when questioned about it.

A fellow resident complained regarding Dr. Diekman's behavior on the rotation saying that she passed off her patients to him unnecessarily. He also indicated an instance where she appeared to be sleeping in the call room at mid-day, with door locked, shoes off and EPIC timed out.
<u>Note Reviews</u>: Random note reviews reveal a wide range of quality. One note was excellent and thorough, but most notes are filled will errors, inconsistencies and missing information. Dr. Diekman attributed her note quality variance to her "good days" and "bad days". Probation terms require Dr. Diekman to bring notes to every meeting for review. On occasion, these were provided, but not at every meeting. On scheduled meeting days, Dr. Diekman had called out sick so that meetings had to be rescheduled. Overall, Dr. Diekman has not met the expectations delineated in the probation letter – i.e. she has not completed any clinic note reviews with Dr. Ginory, has missed reading assignment deadlines, and her learning plan was not complete. Arrival notices were received, but many departure notices were missed.  There are other areas of deficiencies as well.

The GME office has been contacted and provided with a letter by Dr. Diekman's attorney alleging that sufficient accommodations were not provided. Both the GME Office and the Program have been sensitive to her accommodation requests. There is no indication that the program has failed to meet or respond to any accommodation requirements.