UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SARAH DIEKMAN,

    Plaintiff,

v.                                              Case No.: 1:19-cv-00227-AW-GRJ

THE UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES,

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

    Defendant, the University of Florida Board of Trustees, and Plaintiff, Sarah Diekman, by and through their undersigned counsel, hereby give notice to the Court that the above styled action has been resolved including all claims alleged in the Amended Complaint against Defendant.

    Dated this 18th day of November, 2020.

*Continued on next page.*

Respectfully submitted,

| | |
|---|---|
| **UNICE, SALZMAN, JENSEN** | **ALEXANDER DEGANCE BARNETT** |
| */s/ Andrew J. Salzman* | */s/ David Chauncey* |
| Andrew J. Salzman | Mark G. Alexander |
| Florida Bar No. 0603929 | Florida Bar No. 434078 |
| Unice, Salzman, Jensen, P.A. | E-mail: mark.alexander@adblegal.com |
| 1815 Little Road, Trinity, Florida 34655 | David E. Chauncey |
| Tel: (727) 723-3772 | Florida Bar No. 0119497 |
| Fax: (904) 638-9302 | E-mail: david.chauncey@adblegal.com |
| asalzman@unicesalzman.com | Email: mailbox@adblegal.com |
| *Attorney for Plaintiff* | 1500 Riverside Ave, Jacksonville, FL 32202 |
| | *Attorneys for Defendants* |

{00385155 1 }